| | |
|---|---|
| 1 | Bridget B. Hirsch, SBN 257015<br>bridget@bbhirsch.com |
| 2 | 7435 N. Figueroa St., No. 412422<br>Los Angeles, CA 90041 |
| 3 | (323) 387-3413 |
| 4 | Evan S. Cohen, SBN 119601<br>esc@manifesto.com |
| 5 | 1180 South Beverly Drive. Suite 510<br>Los Angeles, CA 90035-1157 |
| 6 | (310) 556-9800 |
| 7 | Attorneys for Non-Parties<br>CLEOPATRA RECORDS, INC. and BRIAN PERERA |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN BLAGMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., AMAZON.COM, INC., GOOGLE INC., MICROSOFT CORPORATION, EMUSIC.COM INC., THE ORCHARD ENTERPRISES, INC., ORCHARD ENTERPRISES NY, INC., And John Does 1-10, persons and entities whose identities are unknown to Plaintiff but who have performed and participated in the unlawful acts alleged herein,<br><br>Defendants. | Case No. CV13-8496 PSG (PLAx)<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF MOTION AND MOTION OF NON-PARTIES CLEOPATRA RECORDS, INC. AND BRIAN PERERA TO QUASH SUBPOENAS**<br><br>[Filed Concurrently With:<br>(1) Joint Stipulation Regarding Motion Of Non-Parties Cleopatra Records, Inc. And Brian Perera To Quash Subpoenas;<br>(2) Compendium Of Declarations And Exhibits Of Non-Parties Cleopatra Records And Brian Perera In Support Of Motion To Quash;<br>(3) Compendium Of Declarations And Exhibits Of Norman Blagman In Opposition To Motion To Quash; and<br>(4) Joint Application to File and Maintain Document Under Seal]<br><br>Date: Jan 13, 14<br>Time: 1:30 pm<br>Judge: Gutierrez<br>Courtroom: Roybal 880 |

1

NOTICE OF MOTION AND MOTION TO QUASH

## NOTICE OF MOTION AND MOTION

TO THE HONORABLE COURT TO ALL PARTIES:

PLEASE TAKE NOTICE that on Monday, December 9, 2013, at 10:00 a.m., or as soon thereafter as this matter may be heard in the above-entitled Court located at 312 N. Spring Street, Los Angeles, CA 90012, Non-Parties CLEOPATRA RECORDS, INC. and BRIAN PERERA (the "Subpoenaed Non-Parties") will move this Court pursuant to Federal Rule of Civil Procedure 45 to quash amended subpoenas issued by Plaintiff NORMAN BLAGMAN ("Blagman") on September 20, 2013 in the United States District Court for the Central District of California.

The amended subpoenas were issued in support of Civil Action No. 1:12-CV-5453 (ALC), filed in the in the United States District Court for the Southern District of New York on July 13, 2012, captioned *Norman Blagman v. Apple Inc., et al.* Although the amended subpoenas do not purport to identify the Central District of California as the issuing court, the fact that the depositions are scheduled to be taken here indicates that Plaintiff Norman Blagman intended for the amended subpoenas to issue from this District.

The amended subpoenas require a deposition and attendant production of documents on November 20, 2013, which the parties have agreed to defer until a date to be agreed upon in January, 2014. The Subpoenaed Non-Parties have scheduled this motion so that it will be heard prior to the date set for the deposition, that is, Monday, December 9, 2013. Plaintiff and the Subpoenaed Non-Parties have met and conferred several times including on September 25, 2013, as required by Local Rule 37-1, but have been unable to reach a resolution of the disputes presented. All attempts to cooperate regarding the propriety and scope of the subpoenas have failed. A Court Order is required to obtain appropriate relief. In the event that this motion is granted, the Subpoenaed Non-Parties reserve the right to move for their reasonable expenses, including attorneys' fees, incurred in making

this motion to quash, pursuant to Federal Rules Civil Procedure 45(c)(1), 37, 11 and the court's inherent powers.

The motion to quash subpoenas is based upon this Notice, the Joint Stipulation Regarding Motion of Non-Parties Cleopatra Records, Inc. and Brian Perera to Quash Subpoenas ("Joint Stipulation"), the declarations of Evan S. Cohen and Kenneth Tighe, and such further argument and evidence as the Court may consider.

Dated: November 13, 2013

**EVAN S. COHEN**
**BRIDGET B. HIRSCH**

By: _____
Bridget B. Hirsch

Attorneys for Non-Parties
CLEOPATRA RECORDS, INC. and
BRIAN PERERA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge     Philip S. Gutierrez     and the assigned Magistrate Judge is     Paul L. Abrams    .

The case number on all documents filed with the Court should read as follows:

### 2:13CV8496 PSG PLAx

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

November 18, 2013                 By   J.Prado
         Date                              Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

[x] Western Division            [ ] Southern Division                   [ ] Eastern Division
    312 N. Spring Street, G-8       411 West Fourth St., Ste 1053           3470 Twelfth Street, Room 134
    Los Angeles, CA 90012           Santa Ana, CA 92701                     Riverside, CA 92501

**Failure to file at the proper location will result in your documents being returned to you.**

---

CV-18 (08/13)                NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

# CIVIL COVER SHEET

## I. (a) PLAINTIFFS (Check box if you are representing yourself ☐)
NORMAN BLAGMAN

## DEFENDANTS (Check box if you are representing yourself ☐)
APPLE INC., AMAZON.COM, INC., GOOGLE INC., MICROSOFT CORPORATION, EMUSIC.COM INC., THE ORCHARD ENTERPRISES, INC., ORCHARD ENTERPRISES NY, INC., And John Does 1-10

## (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)
SCHWARTZ & PONTERIO, PLLC
134 W. 29th Street, New York, NY 10001
(212) 714-1200

## (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)
(see Appendix A)

## II. BASIS OF JURISDICTION (Place an X in one box only.)
- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (Place an X in one box only.)
- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

## V. REQUESTED IN COMPLAINT: JURY DEMAND: ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)
CLASS ACTION under F.R.Cv.P. 23: ☒ Yes ☐ No    ☐ MONEY DEMANDED IN COMPLAINT: $

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. Section 101 et seq. - copyright infringement

## VII. NATURE OF SUIT (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☒ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL PROPERTY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: CV13-8496

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court?<br>☐ Yes ☒ No<br><br>If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action?<br>☐ Yes ☒ No<br><br>If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | A PLAINTIFF?<br>Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT?<br>Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| | ☐ Los Angeles | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? | A.<br>Los Angeles County | B.<br>Ventura, Santa Barbara, or San Luis Obispo Counties | C.<br>Orange County | D.<br>Riverside or San Bernardino Counties | E.<br>Outside the Central District of California | F.<br>Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| Indicate the location in which a majority of claims arose: | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

**C.1.** Is either of the following true? If so, check the one that applies:

☐ 2 or more answers in Column C

☐ only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the
SOUTHERN DIVISION.
Enter "Southern" in response to Question D, below.

If none applies, answer question C2 to the right. ➡

**C.2.** Is either of the following true? If so, check the one that applies:

☐ 2 or more answers in Column D

☐ only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the
EASTERN DIVISION.
Enter "Eastern" in response to Question D, below.

If none applies, go to the box below. ⬇

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | |

Case 2:13-cv-08496-PSG-PLA   Document 1   Filed 11/18/13   Page 7 of 8   Page ID #:63

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ NO  ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _[signature]_   DATE: 11/13/13

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

CV-71 (09/13)                    CIVIL COVER SHEET                    Page 3 of 3

# APPENDIX A
## TO CIVIL COVER SHEET

I(b). Attorneys representing Defendants:

A. John P. Mancini
Allison Levine Stillman
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
(212) 506-2295
Attorneys for GOOGLE INC.

Gail Lees
Gabrielle Levin
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000
Attorneys for Defendant APPLE INC.

Kenneth L. Steinthal
Joseph R. Wetzel
Blake Cunningham
KING & SPALDING LLP
101 2nd Street, Suite 2300
San Francisco, CA 94105
(415) 318-1200
Attorneys for Defendants AMAZON.COM, INC., MICROSOFT CORPORATION, EMUSIC.COM INC., THE ORCHARD ENTERPRISES, INC., and ORCHARD ENTERPRISES NY, INC.

Attorneys representing Non-Parties Cleopatra Records, Inc. and Brian Perera:

Bridget B. Hirsch, SBN 257015
7435 N. Figueroa St., No. 412422
Los Angeles, CA 90041
(323) 387-3413

Evan S. Cohen, SBN 119601
1180 South Beverly Drive. Suite 510
Los Angeles, CA 90035-1157
(310) 556-9800