UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NORMAN BLAGMAN, individually and on behalf
of all others similarly situated,

                                 Plaintiff,                          Docket No. 12 CIV 5453 (JGK)

              -against-                                 **DECLARATION OF**
                                                                         **NORMAN BLAGMAN**

APPLE INC., AMAZON.COM, INC., GOOGLE INC.,
MICROSOFT CORPORATION, EMUSIC.COM INC.,
THE ORCHARD ENTERPRISES, INC.,
ORCHARD ENTERPRISES NY, INC.,
and John Does 1-10, persons and entities whose identities
are unknown to Plaintiff but who have performed
and participated in the unlawful acts alleged herein,

                                 Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       NORMAN BLAGMAN, declares that the following statements are true:

       1.      I am the plaintiff in the above-entitled action and I respectfully submit this declaration in support of the subpoena for production of documents and depositions of Cleopatra Records, Inc. ("Cleopatra") and its President, Brian Perera.

       2.      As discussed more fully below, I am the owner of the U.S. copyrights in the musical compositions, *Jazz Is His Old Lady and My Old Man* and *The Prowl*. Cleopatra reproduced, distributed and sold recordings embodying *Jazz Is His Old Lady and My Old Man* and *The Prowl* without my knowledge, permission or authorization. I have never received any money from Cleopatra's sales of these recordings. I respectfully ask the Court to allow Plaintiff to take the deposition of Cleopatra and its President, Brian Perera.

## Background

3. I have been writing, producing and recording music for over fifty years. I have written songs that were recorded by Elvis Presley, used in Mel Brooks' film The Producers, and even for Mad Magazine. I continue to write and produce music to this day.

### *Prowl*

4. In 1966, I wrote the musical composition entitled *The Prowl* ("*Prowl*"). I produced a recording of *Prowl* and paid for the recording sessions with my own money. I created the artist name "The Finger Cymbals" and created and drew the label name King Carol, the name of a record store located on 42nd Street in Manhattan, and cartoon logo on the vinyl record. I authorized King Carol record store to sell copies of *Prowl* under the label name King Carol in the hopes that the store would help promote and sell the record. I never authorized anyone else to make, distribute or sell copies of *Prowl*.

5. In 2012, I learned that Cleopatra was selling downloads of *Prowl* in online music stores owned by Apple, Amazon, Google, Microsoft and eMusic under its imprint, "Master Classics Records." Cleopatra never asked my permission to sell recordings of *Prowl* and I never received any notices that they were doing so. I have never received any statement or payment Cleopatra's sales of *Prowl*.

### *Jazz Is His Old Lady & My Old Man*

6. In or about 1977, I co-wrote the musical composition, *Jazz Is His Old Lady and My Old Man* with Jonnie Bross for a recording by the famous jazz artist, Earl "Fatha" Hines accompanied by Marva Josie. I produced the recording of *Jazz Is His Old Lady and My Old Man* for the Catalyst record label. *Jazz Is His Old Lady and My Old Man* was a single from the album that was also titled Jazz Is His Old Lady and My Old Man (the "Catalyst Album").

2

7. In 2013, I learned that Cleopatra Records, Inc., under its imprint, "Stardust Records" was selling downloads of my song on an album titled One Night Only! in online music stores including those owned by Apple, Amazon and Google. Cleopatra never asked my permission to sell copies of *Jazz Is His Old Lady and My Old Man* and I have never received any notice that they were doing so. I have never received any statement or payment for Cleopatra's sales of *Jazz Is His Old Lady and My Old Man*.

8. I hereby declare under penalty of perjury that the foregoing statements are true.

NORMAN BLAGMAN

3