UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NORMAN BLAGMAN, individually and on behalf         :
of all others similarly situated,                                      :
                                                                                        :
                                  Plaintiff,         :         Docket No. 12 CIV 5453 (JGK)
                                                                                        :
        -against-                                               :         **DECLARATION OF**
                                                                                        :         **DONALD KASEN**
APPLE INC.,  AMAZON.COM, INC., GOOGLE INC.,   :
MICROSOFT CORPORATION, EMUSIC.COM INC.,     :
THE ORCHARD ENTERPRISES, INC.,                           :
ORCHARD ENTERPRISES NY, INC.,                              :
and John Does 1-10, persons and entities whose identities :
are unknown to Plaintiff but who have performed         :
and participated in the unlawful acts alleged herein,     :
                                                                                        :
                                 Defendants.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Donald Kasen, declares that the following statements are true:

       1.       I am the President and CEO of Inspired Studios, the successor-in-interest to Synthetic Plastics Company and its recorded music business, including the record labels: Ambassador, Diplomat, Guest Star, Pirouette and Promenade (individually and collectively, the "Inspired Labels").

       2.       The Inspired Labels produced and released many original recordings prior to 1972, including the albums depicted in the documents annexed and marked as Exhibit A. Exhibit A accurately depicts the cover art on each album as originally released.

       3.       All of the albums depicted in Exhibit A were originally released on vinyl and have never been released as digital downloads. Inspired owns the copyrights in the recordings on the albums depicted in Exhibit A and has not licensed anyone to sell them on iTunes or in any online music store.

4. I understand that Cleopatra Records, Inc. ("Cleopatra"), through its imprints Master Classics Records, Stardust Records, Vintage Masters, Inc., Screenland Records, and Rockabilly Records, is selling copies of the recordings from the albums depicted on Exhibit A in iTunes and other online music stores. I have not yet compared the entire Inspired catalog with Cleopatra's, but I have now identified at least 14 entire albums 139 separate recordings) pirated by Cleopatra as evidenced by the online music store catalog entries annexed as Exhibit B. The documents annexed as Exhibit B are PDF images of the albums Cleopatra is now selling in online music stores, including, those owned by Apple, Amazon, Google and EMusic.

5. Cleopatra has also altered the original artwork on the cover art for each album to conceal the true origin of these recordings as evidenced by the removal of the original label names from the cover art. For example, the following are three side-by-side comparisons of the artwork from several albums produced and originally released by Inspired imprints with pirated copies offered for sale by Cleopatra showing the altered cover art, including the removal of the original label logos (circled in red on the Sweet Toothers album):

Original Diplomat Release:                              Cleopatra (Master Classics) pirated release:




Original Ambassador Release:            Cleopatra (Vintage Masters) pirated release:

 

Original Diplomat Release:            Cleopatra (Stardust) pirated release:

 

6. All of the albums depicted in Exhibit B are unauthorized, pirated copies of full albums originally released by Inspired and depicted in Exhibit A. Inspired has not licensed or authorized Cleopatra to sell any of its recordings, including the recordings depicted in Exhibit A. Cleopatra. All the recordings sold by Cleopatra and depicted in Exhibit B are pirated and Cleopatra is selling them without license or authorization. In one case, Cleopatra has combined three albums and one single originally released by Inspired imprint Power Records (Ghoul Music, Shock! Terror! Fear!, Monster Melodies, and Weerdo Wolf/Goon River 7 inch vinyl single) into one album – Halloween Ghoul Classics.

7. Cleopatra is selling all the pirated albums and recordings on Exhibit B without Inspired's knowledge, permission or authorization. Inspired has never received any money from Cleopatra's sales of these recordings. Inspired never received any request from Cleopatra for permission to sell the recordings and albums discussed herein and never received any notice that they were doing so.

I hereby declare under penalty of perjury that the foregoing statements are true.

Donald Kasen

Executed this 25 day of October, 2013