





collectiblesonthenetdude











**Discogs**™

| | Explore | Marketplace | Community | | Log In | Register |

## **Frankie Stein And His Ghouls** – Monster Sounds And Dance Music

Label:     Power Records (4) – 342
Format:    Vinyl, LP
Country:   US
Released:  1965
Genre:     Jazz, Rock, Pop
Style:     Surf, Rock & Roll, Big Band, Novelty, Swing

### Tracklist

| A1 | The Creep (Twist) | 2:22 |
|----|-------------------|------|
| A2 | Be Careful It's My Throat (Frug) | 2:00 |
| A3 | Dreamin' And Screamin' (Mashed Potato) | 2:13 |
| A4 | Chills (Hully Gully) | 2:18 |
| A5 | Dance Of Doom (Monkey, Watusi) | 2:19 |
| B1 | Mummy's Little Monster (Hully Gully) | 2:03 |
| B2 | Kiss Of Death (Slow Rock, Shimmy, Twist) | 3:10 |
| B3 | Body Twist (Twist) | 2:12 |
| B4 | Bat And Cat (Fox Trot) | 1:45 |
| B5 | Saturday Evening Ghost (Surf, Twist) | 2:02 |

### Reviews

Add Review

### Marketplace                Search Similar

Search for **Monster Sounds And Dance Music**

Sell Vinyl

### Release    Edit                           [r2797235]

History
Add to List
Explore Similar Releases
New Submission

Share

( **5.00** / 5 ) 1 ratings

Add to Collection        14 have this
Add to Wantlist          31 want this

### Videos    Edit

Add a Video

### Contributors

CreepE, ladrodipolli

### Discogs
About
Blog
Jobs
API
Projects

### Help Is Here
Help
Forum
Contact
Keyboard Shortcuts

### Join In
Sign Up
Contribute
Add Release
Contributor List
Help Translate

### Follow Us
Facebook
Twitter
Mixcloud
Instagram

© 2013 Discogs™   Terms of Service   Privacy Policy   English

| | Q | Explore   Marketplace ▾   Community ▾ | Log In   Register |

**Frankie Stein & His Ghouls\* - Weerdo The Wolf / Goon River** Images

Release History   Edit Images





☑ Update these images

All images are copyrighted by their respective copyright owners.

Discogs

About
Blog
Jobs
API
Projects

Help Is Here

Help
Forum
Contact
Keyboard Shortcuts

Join In

Sign Up
Contribute
Add Release
Contributor List
Help Translate

Follow Us

Facebook
Twitter
Mixcloud
Instagram

© 2013 Discogs™   Terms of Service   Privacy Policy   🌐 English ▾







