**amazon** Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

YOU HAVE THE RIGHT CARD FOR YOU! EXPAND TO FIND MY CARD

Shop by Department ▼ | Search | MP3 Music ▼ | [                    ] | Hello. Sign in Your Account ▼ | Try Prime ▼ | 0 Cart ▼ | Wish List ▼

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



🔍 ZOOM
See larger image (with zoom)

## Call Me Irresponsible / More

Jesse Crawford | Format: MP3 Music
Be the first to review this item

Price: **$8.99**

**Original Release Date:** November 1, 2011

Get our free Amazon music app  Google play  Available on the App Store Available at amazon

Buy MP3 album with 1-Click®
Give album OR song as gift
Redeem a gift card or promotion code & view balance

Add to Wish List

### MP3 Songs        ▶ Play all samples

| | Song Title | Time | Popularity | Price | |
|---|---|---|---|---|---|
| ▶ | 1. Call Me Irresponsible | 3:46 | | $0.99 | Buy MP3 |
| ▶ | 2. Fascination | 2:45 | | $0.99 | Buy MP3 |
| ▶ | 3. Meet Me Tonight in Dreamland | 2:36 | | $0.99 | Buy MP3 |
| ▶ | 4. Life in Vienna | 2:28 | | $0.99 | Buy MP3 |
| ▶ | 5. To a Wild Rose | 2:45 | | $0.99 | Buy MP3 |
| ▶ | 6. More | 3:09 | | $0.99 | Buy MP3 |
| ▶ | 7. Kiss Me Again | 3:39 | | $0.99 | Buy MP3 |
| ▶ | 8. With All My Love | 3:01 | | $0.99 | Buy MP3 |
| ▶ | 9. Your Heart Is My Goal | 2:52 | | $0.99 | Buy MP3 |
| ▶ | 10. The Waltz of Princes | 2:53 | | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use

## Product Details

**Original Release Date:** November 1, 2011
**Label:** VINTAGE MASTERS INC.
**Copyright:** (c) 2011 Vintage Masters Inc.
**Total Length:** 29:54
**Genres:**
Pop > Pop Rock

**ASIN:** B006MMS6EW   Case 2:13-cv-08496-PSG-PLA   Document 3-6   Filed 11/18/13   Page 2 of 83   Page ID #:111

**Average Customer Review:** Be the first to review this item

**Amazon Best Sellers Rank:** #677,709 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

**There are no customer reviews yet.**

| | |
|---|---|
| 5 star | |
| 4 star | |
| 3 star | |
| 2 star | |
| 1 star | |

Share your thoughts with other customers

Write a customer review



Your Amazon.com   Today's De

Try Prime

Shop by **Department**   Search   MP3 Music

Amazon MP3 Store   Amazon Cloud Player   Ne



## Look for Similar Items by Category

Pop > Pop Rock

## Feedback

▸ If you have a question or problem, visit our **Help pages**.

▸ Would you like to **give feedback on images** or **tell us about a lower price**?

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations



Loading

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |

Press Releases                          Advertise Your Products       Shop with Points              Amazon mom

Amazon and Our Planet                   Independently Publish with Us  Credit Card Marketplace       Returns Are Easy

Amazon in the Community                 › See all                      Amazon Currency Converter    Manage Your Kindle

                                                                                                    Help

## amazon.com

Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **6pm** Score deals on fashion brands | **AbeBooks** Rare Books & Textbooks | **AfterSchool.com** Kids' Sports, Outdoor & Dance Gear | **AmazonFresh** Groceries & More Right To Your Door | **Amazon Local** Great Local Deals in Your City | **AmazonSupply** Business, Industrial & Scientific Supplies | **Amazon Web Services** Scalable Cloud Computing Services | **Askville** Community Answers |
| **Audible** Download Audio Books | **BeautyBar.com** Prestige Beauty Delivered | **Book Depository** Books With Free Delivery Worldwide | **Bookworm.com** Books For Children Of All Ages | **Casa.com** Kitchen, Storage & Everything Home | **CreateSpace** Indie Print Publishing Made Easy | **Diapers.com** Everything But The Baby | **DPReview** Digital Photography |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **IMDb** Movies, TV & Celebrities | **Junglee.com** Shop Online in India | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Look.com** Kids' Clothing & Shoes | **MYHABIT** Private Fashion Designer Sales | **Shopbop** Designer Fashion Brands |
| **Soap.com** Health, Beauty & Home Essentials | **Vine.com** Everything to Live Life Green | **Wag.com** Everything For Your Pet | **Warehouse Deals** Open-Box Discounts | **Woot!** Discounts and Shenanigans | **Yoyo.com** A Happy Place To Shop For Toys | **Zappos** Shoes & Clothing | |

Conditions of Use    Privacy Notice    Interest-Based Ads   © 1996-2013, Amazon.com, Inc. or its affiliates

# amazon
Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

Shop by Department ▾    Search  [MP3 Music ▾] [                    ] [ ]    Hello. Sign in Your Account ▾    Try Prime ▾    0 Cart ▾    Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



See larger image (with zoom)
⊕ ZOOM

## Come Saturday Morning
Vincent Lopez Piano Trio | Format: MP3 Music
Be the first to review this item

Price: **$5.99**

**Original Release Date:** January 15, 2013




Get our free Amazon music app

Buy MP3 album with 1-Click®
Give album OR song as gift
Redeem a gift card or promotion code & view balance

Add to Wish List

### MP3 Songs    ▶ Play all samples

| | Song Title | Time | Popularity | Price | |
|---|---|---|---|---|---|
| ▶ | 1. Hey Jude | 2:26 | | $0.89 | Buy MP3 |
| ▶ | 2. Come Saturday Morning | 2:31 | | $0.89 | Buy MP3 |
| ▶ | 3. Raindrops Keep Fallin' On My Head | 2:20 | | $0.89 | Buy MP3 |
| ▶ | 4. Good Morning Starshine | 3:52 | | $0.89 | Buy MP3 |
| ▶ | 5. Cecilia | 2:40 | | $0.89 | Buy MP3 |
| ▶ | 6. Romeo and Juliet Theme | 2:05 | | $0.89 | Buy MP3 |
| ▶ | 7. Little Green Apples | 3:26 | | $0.89 | Buy MP3 |
| ▶ | 8. Those Were the Days | 2:45 | | $0.89 | Buy MP3 |
| ▶ | 9. Jean | 3:08 | | $0.89 | Buy MP3 |
| ▶ | 10. By the Time I Get to Phoenix | 2:26 | | $0.89 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Viewed This Item Also Viewed




Guantanamera
‣ The Sandpipers
★★★★★ (10)
MP3 Download
$9.49

‣ The Sandpipers
MP3 Download
$9.49

## Product Details

**Original Release Date:** January 15, 2013
**Label:** Stardust Records
**Copyright:** (c) 2013 Stardust Records
**Total Length:** 27:39
**Genres:**
  Jazz > Traditional Jazz & Ragtime
**ASIN:** B00BCA260O
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #664,671 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

**There are no customer reviews yet.**

| | |
|---|---|
| 5 star | |
| 4 star | |
| 3 star | |
| 2 star | |
| 1 star | |

Share your thoughts with other customers

Write a customer review



amazon
Try Prime
Your Amazon.com   Today's De

Shop by **Department**        Search   MP3 Music

Amazon MP3 Store    Amazon Cloud Player    Ne



## Look for Similar Items by Category

Jazz > Traditional Jazz & Ragtime

## Feedback

‣ If you have a question or problem, visit our **Help pages**.
‣ Would you like to **give feedback on images** or **tell us about a lower price**?
‣ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations

Amazon.com: Come Saturday Morning: Vincent Lopez Piano Trio: MP3 Downloads



Loading

**Get to Know Us**

Careers

Investor Relations

Press Releases

Amazon and Our Planet

Amazon in the Community

**Make Money with Us**

Sell on Amazon

Become an Affiliate

Advertise Your Products

Independently Publish with Us

› See all

**Amazon Payment Products**

Amazon.com Rewards Visa Card

Amazon.com Store Card

Shop with Points

Credit Card Marketplace

Amazon Currency Converter

**Let Us Help You**

Your Account

Shipping Rates & Policies

Amazon Prime

Returns Are Easy

Manage Your Kindle

Help

amazon.com

Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

**6pm**
Score deals
on fashion brands

**AbeBooks**
Rare Books
& Textbooks

**AfterSchool.com**
Kids' Sports, Outdoor
& Dance Gear

**AmazonFresh**
Groceries & More
Right To Your Door

**Amazon Local**
Great Local Deals
in Your City

**AmazonSupply**
Business, Industrial
& Scientific Supplies

**Amazon Web Services**
Scalable Cloud
Computing Services

**Askville**
Community
Answers

**Audible**
Download
Audio Books

**BeautyBar.com**
Prestige Beauty
Delivered

**Book Depository**
Books With Free
Delivery Worldwide

**Bookworm.com**
Books For Children
Of All Ages

**Casa.com**
Kitchen, Storage
& Everything Home

**CreateSpace**
Indie Print Publishing
Made Easy

**Diapers.com**
Everything
But The Baby

**DPReview**
Digital
Photography

**East Dane**
Designer Men's
Fashion

**Fabric**
Sewing, Quilting
& Knitting

**IMDb**
Movies, TV
& Celebrities

**Junglee.com**
Shop Online
in India

**Kindle Direct Publishing**
Indie Digital Publishing
Made Easy

**Look.com**
Kids' Clothing
& Shoes

**MYHABIT**
Private Fashion
Designer Sales

**Shopbop**
Designer
Fashion Brands

**Soap.com**
Health, Beauty &
Home Essentials

**Vine.com**
Everything
to Live Life Green

**Wag.com**
Everything
For Your Pet

**Warehouse Deals**
Open-Box
Discounts

**Woot!**
Discounts and
Shenanigans

**Yoyo.com**
A Happy Place
To Shop For Toys

**Zappos**
Shoes &
Clothing

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2013, Amazon.com, Inc. or its affiliates

Amazon.com: Come Saturday Morning: Vincent Lopez Piano Trio: MP3 Downloads

Amazon.com: Crown Prince of Country Music: Johnny Sea: MP3 Downloads

# amazon
Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

Shop by Department ▾    Search  | MP3 Music ▾ |                          | Hello. Sign in Your Account ▾ | Try Prime ▾ | 0 Cart ▾ | Wish List ▾

Amazon MP3 Store    Amazon Cloud Player    New Releases    Browse Genres    Recommendations    Best Sellers    Advanced Search    Getting Started    CDs    MP3 Help



ZOOM
See larger image (with zoom)

## Crown Prince of Country Music
Johnny Sea | Format: MP3 Music
Be the first to review this item

Price: **$8.99**

**Original Release Date:** September 1, 2013

Get our free
Amazon music app     GET IT ON Google play     Available on the App Store
Available at amazon

Buy MP3 album with 1-Click®

Give album OR song as gift

Redeem a gift card or promotion code & view balance

Add to Wish List

| MP3 Songs | ▶ Play all samples | | | 🔊 |
|---|---|---|---|---|
| **Song Title** | **Time** | **Popularity** | **Price** | |
| ▶ 1. My Old Faded Rose | 2:23 | | $0.99 | Buy MP3 |
| ▶ 2. Frankie and Johnny | 2:13 | | $0.99 | Buy MP3 |
| ▶ 3. Mr. And Mississippi | 2:30 | | $0.99 | Buy MP3 |
| ▶ 4. Ghost Riders | 3:24 | | $0.99 | Buy MP3 |
| ▶ 5. Torch and Flame | 3:18 | | $0.99 | Buy MP3 |
| ▶ 6. Willie's Drunk | 3:38 | | $0.99 | Buy MP3 |
| ▶ 7. The Brazos River Song | 3:06 | | $0.99 | Buy MP3 |
| ▶ 8. Day for Decision | 5:44 | | $0.99 | Buy MP3 |
| ▶ 9. Things You Gave Me | 2:18 | | $0.99 | Buy MP3 |
| ▶ 10. Six Packs | 2:21 | | $0.99 | Buy MP3 |
| ▶ 11. No Tears Tonight | 2:30 | | $0.99 | Buy MP3 |
| ▶ 12. Red, White and Blue | 2:57 | | $0.99 | Buy MP3 |
| ▶ 13. Nobody's Darlin' | 2:27 | | $0.99 | Buy MP3 |
| ▶ 14. My Time to Cry | 2:35 | | $0.99 | Buy MP3 |
| ▶ 15. Nothing's as Bad as Being Lonely | 2:45 | | $0.99 | Buy MP3 |

| | | | | | |
|---|---|---|---|---|---|
| ▶ | 16. Waters of War | 3:42 | | $0.99 | Buy MP3 |
| ▶ | 17. Loneliness | 2:37 | | $0.99 | Buy MP3 |
| ▶ | 18. In the Early Morning Rain | 3:50 | | $0.99 | Buy MP3 |
| ▶ | 19. A Man in Love | 2:24 | | $0.99 | Buy MP3 |
| ▶ | 20. Ft. Worth Girl | 2:12 | | $0.99 | Buy MP3 |
| ▶ | 21. She Walks All over Me | 2:28 | | $0.99 | Buy MP3 |
| ▶ | 22. I Love You | 1:54 | | $0.99 | Buy MP3 |
| ▶ | 23. Everybody's Friend | 2:50 | | $0.99 | Buy MP3 |
| ▶ | 24. Ballad of the Tarantula Express | 4:22 | | $0.99 | Buy MP3 |
| ▶ | 25. Ain't That Right | 2:29 | | $0.99 | Buy MP3 |
| ▶ | 26. Wheels on the Highway | 2:10 | | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details

**Original Release Date:** September 1, 2013
**Label:** Rockabilly Records
**Copyright:** (c) 2013 Rockabilly Records
**Total Length:** 1:15:07
**Genres:**
  Country > Alt-Country & Americana
**ASIN:** B00FNLXJOU
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #80,802 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

There are no customer reviews yet.

5 star
4 star
3 star
2 star
1 star

Share your thoughts with other customers

Write a customer review

amazon
Try Prime                Your Amazon.com    Today's De

Shop by
**Department**        Search    MP3 Music

**Amazon MP3 Store**    Amazon Cloud Player    Ne

Advertisement

## Look for Similar Items by Category

Country > Alt-Country & Americana

Amazon.com: Crown Prince of Country Music: Johnny Sea: MP3 Downloads



## Feedback

▸ If you have a question or problem, visit our **Help pages**.

▸ Would you like to **give feedback on images** or **tell us about a lower price**?

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations



Loading

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns Are Easy
Manage Your Kindle
Help

**amazon**.com

Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

6pm
Score deals
on fashion brands

AbeBooks
Rare Books
& Textbooks

AfterSchool.com
Kids' Sports, Outdoor
& Dance Gear

AmazonFresh
Groceries & More
Right To Your Door

Amazon Local
Great Local Deals
in Your City

AmazonSupply
Business, Industrial
& Scientific Supplies

Amazon Web Services
Scalable Cloud
Computing Services

Askville
Community
Answers

Amazon.com: Crown Prince of Country Music: Johnny Sea: MP3 Downloads

Audible
Download
Audio Books

BeautyBar.com
Prestige Beauty
Delivered

Book Depository
Books With Free
Delivery Worldwide

Bookworm.com
Books For Children
Of All Ages

Casa.com
Kitchen, Storage
& Everything Home

CreateSpace
Indie Print Publishing
Made Easy

Diapers.com
Everything
But The Baby

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

IMDb
Movies, TV
& Celebrities

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Look.com
Kids' Clothing
& Shoes

MYHABIT
Private Fashion
Designer Sales

Shopbop
Designer
Fashion Brands

Soap.com
Health, Beauty &
Home Essentials

Vine.com
Everything
to Live Life Green

Wag.com
Everything
For Your Pet

Warehouse Deals
Open-Box
Discounts

Woot!
Discounts and
Shenanigans

Yoyo.com
A Happy Place
To Shop For Toys

Zappos
Shoes &
Clothing

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2013, Amazon.com, Inc. or its affiliates

Amazon.com: Dixieland Jazz: The Space Cadets: MP3 Downloads

# amazon
**Try Prime**

Your Amazon.com   Today's Deals   Gift Cards   Sell   Help

Shop by
**Department**   Search   | MP3 Music |   [                    ]   [ ]

Hello. Sign in
**Your Account**   Try
**Prime**   0
**Cart**   Wish
**List**

Amazon MP3 Store   Amazon Cloud Player   New Releases   Browse Genres   Recommendations   Best Sellers   Advanced Search   Getting Started   CDs   MP3 Help

## Dixieland Jazz
The Space Cadets | Format: MP3 Music
Be the first to review this item

Price: **$8.99**

**Original Release Date:** March 1, 2011

Also available in CD Format

Get our free
Amazon music app    GET IT ON Google play   Available on the App Store

 Available at amazon

Buy MP3 album with 1-Click®

Give album OR song as gift

Redeem a gift card or promotion code & view balance

Add to Wish List

ZOOM
See larger image (with zoom)

### MP3 Songs   ▶ Play all samples   🔊

| Song Title | Time | Popularity | Price | |
|---|---|---|---|---|
| ▶ 1. Milenberg Joys | 3:03 | | $0.99 | Buy MP3 |
| ▶ 2. St. Louis Blues | 4:01 | | $0.99 | Buy MP3 |
| ▶ 3. Dipper Mouth Blues | 5:14 | | $0.99 | Buy MP3 |
| ▶ 4. Careless Love | 3:40 | | $0.99 | Buy MP3 |
| ▶ 5. When The Saints Go Marching In | 2:41 | | $0.99 | Buy MP3 |
| ▶ 6. St. James Infirmary | 2:54 | | $0.99 | Buy MP3 |
| ▶ 7. Muskrat Ramble | 3:13 | | $0.99 | Buy MP3 |
| ▶ 8. Beal Street | 3:24 | | $0.99 | Buy MP3 |
| ▶ 9. See See Rider | 3:07 | | $0.99 | Buy MP3 |
| ▶ 10. Tiger Rag | 3:04 | | $0.99 | Buy MP3 |
| ▶ 11. Loveless Love | 3:14 | | $0.99 | Buy MP3 |
| ▶ 12. Sol Blues | 3:17 | | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details
**Original Release Date:** March 1, 2011
**Label:** Master Classics Records

**Copyright:** (c) 2011 Master Classics Records

**Total Length:** 40:52

**Genres:**
- Jazz > New Orleans Jazz
- Jazz > Traditional Jazz & Ragtime

**ASIN:** B004W7YZZS

**Average Customer Review:** Be the first to review this item

---

## Customer Reviews

**There are no customer reviews yet.**

| | | Share your thoughts with other customers |
|---|---|---|
| 5 star | | |
| 4 star | | Write a customer review |
| 3 star | | |
| 2 star | | |
| 1 star | | |



Your Amazon.com    Today's De

Shop by
**Department**    **Search**    MP3 Music

**Amazon MP3 Store**    Amazon Cloud Player    Ne



Advertisement

---

## Look for Similar Items by Category

- Jazz > New Orleans Jazz
- Jazz > Traditional Jazz & Ragtime

---

### Feedback

▸ If you have a question or problem, visit our **Help pages**.

▸ Would you like to **give feedback on images** or **tell us about a lower price**?

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

---

### Your Recently Viewed Items and Featured Recommendations



Loading

Amazon.com: Dixieland Jazz: The Space Cadets: MP3 Downloads

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns Are Easy
Manage Your Kindle
Help

AMAZON.com

Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

6pm
Score deals
on fashion brands

AbeBooks
Rare Books
& Textbooks

AfterSchool.com
Kids' Sports, Outdoor
& Dance Gear

AmazonFresh
Groceries & More
Right To Your Door

Amazon Local
Great Local Deals
in Your City

AmazonSupply
Business, Industrial
& Scientific Supplies

Amazon Web Services
Scalable Cloud
Computing Services

Askville
Community
Answers

Audible
Download
Audio Books

BeautyBar.com
Prestige Beauty
Delivered

Book Depository
Books With Free
Delivery Worldwide

Bookworm.com
Books For Children
Of All Ages

Casa.com
Kitchen, Storage
& Everything Home

CreateSpace
Indie Print Publishing
Made Easy

Diapers.com
Everything
But The Baby

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

IMDb
Movies, TV
& Celebrities

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Look.com
Kids' Clothing
& Shoes

MYHABIT
Private Fashion
Designer Sales

Shopbop
Designer
Fashion Brands

Soap.com
Health, Beauty &
Home Essentials

Vine.com
Everything
to Live Life Green

Wag.com
Everything
For Your Pet

Warehouse Deals
Open-Box
Discounts

Woot!
Discounts and
Shenanigans

Yoyo.com
A Happy Place
To Shop For Toys

Zappos
Shoes &
Clothing

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2013, Amazon.com, Inc. or its affiliates

Case 2:13-cv-08496-PSG-PLA   Document 3-6   Filed 11/18/13   Page 15 of 83   Page ID #:124

Case 2:13-cv-08496-PSG-PLA   Document 3-6   Filed 11/18/13   Page 16 of 83   Page ID #:125

# amazon
Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

Shop by Department | Search | MP3 Music | halloween ghoul classics

Hello. Sign in Your Account | Try Prime | Cart 0 | Wish List

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help

ZOOM
See larger image (with zoom)

## Halloween Ghoul Classics
Frankie Stein and His Ghouls | Format: MP3 Music
★★★★★ ☑ (1 customer review)

Price: $5.99

Original Release Date: March 1, 2011

Get our free Amazon music app
GET IT ON Google play    Available on the App Store    Available at amazon

Buy MP3 album with 1-Click®
Give album OR song as gift
Redeem a gift card or promotion code & view balance

Add to Wish List

| MP3 Songs | ▶ Play all samples | | |
|---|---|---|---|
| Song Title | Time | Popularity | Price |
| 1. Chills (Hully Gully) | 2:21 | | $0.99 |
| 2. What Kind Of Ghoul Am I | 2:41 | | $0.99 |
| 3. Ghoulish Heart (Hully Gully/Twist) | 2:16 | | $0.99 |
| 4. Doomsday | 3:44 | | $0.99 |
| 5. Stoned | 2:04 | | $0.99 |
| 6. A Taste Of Poison | 2:03 | | $0.99 |
| 7. Slay Boy | 2:40 | | $0.99 |
| 8. Dance Of Doom (Monkey/Watusi) | 2:23 | | $0.99 |
| 9. Mummy's Little Monster (Hully Gully) | 2:07 | | $0.99 |
| 10. In A Groovy Grave (Watusi) | 2:01 | | $0.99 |
| 11. Weerdo Wolf (Twist) | 2:26 | | $0.99 |
| 12. Horror Stabcato | 2:17 | | $0.99 |
| 13. Melancholy Monster (Hully Gully) | 2:14 | | $0.99 |
| 14. Dreamin' & Screamin' (Mashed Potato) | 2:13 | | $0.99 |
| 15. The Ghostman Rings Twice | 2:14 | | $0.99 |

| | | | | |
|---|---|---|---|---|
| ▶ | 16. Monster Motion | 2:37 | $0.99 | Buy MP3 |
| ▶ | 17. Shoot-A-Nanny | 2:01 | $0.99 | Buy MP3 |
| ▶ | 18. Elbow Twist | 2:14 | $0.99 | Buy MP3 |
| ▶ | 19. Ain't Got No Body (Mashed Potato) | 2:13 | $0.99 | Buy MP3 |
| ▶ | 20. Who's Afraid of Weerdo Wolf | 2:13 | $0.99 | Buy MP3 |
| ▶ | 21. Be Careful It's My Throat (Frug) | 2:00 | $0.99 | Buy MP3 |
| ▶ | 22. Mummy's Little Boy | 2:36 | $0.99 | Buy MP3 |
| ▶ | 23. Bodies Under The Bridge | 2:52 | $0.99 | Buy MP3 |
| ▶ | 24. The Creep (Twist) | 2:26 | $0.99 | Buy MP3 |
| ▶ | 25. The Wrist Twist | 2:19 | $0.99 | Buy MP3 |
| ▶ | 26. Frog Frug (Frug) | 2:09 | $0.99 | Buy MP3 |
| ▶ | 27. All Choked Up (Surf) | 3:20 | $0.99 | Buy MP3 |
| ▶ | 28. Goon River (Swim) | 2:26 | $0.99 | Buy MP3 |
| ▶ | 29. Fly Me To The Goon | 2:24 | $0.99 | Buy MP3 |
| ▶ | 30. Ankle Twist | 2:40 | $0.99 | Buy MP3 |
| ▶ | 31. Good Noose | 3:05 | $0.99 | Buy MP3 |
| ▶ | 32. Stoned Again | 1:50 | $0.99 | Buy MP3 |
| ▶ | 33. Swingin' Head (Swim) | 2:35 | $0.99 | Buy MP3 |
| ▶ | 34. Kiss Of Death (Slow Rock Shimmy Twist) | 3:13 | $0.99 | Buy MP3 |
| ▶ | 35. Saturday Evening Ghost (Surf Twist) | 2:06 | $0.99 | Buy MP3 |
| ▶ | 36. Bat & Cat (Fox Trot) | 1:51 | $0.99 | Buy MP3 |
| ▶ | 37. Chained | 2:24 | $0.99 | Buy MP3 |
| ▶ | 38. Doom At Midnight | 2:56 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Viewed This Item Also Viewed



Ghoul Music / Shock Terror Fear
› Frankie Stein and His G…




99 Must-Have Halloween Classics
› Halloween All-Stars
★★★★☆

Amazon.com: Halloween Ghoul Classics: Frankie Stein and His Ghouls: MP3 Downloads



MP3 Download
$8.99

MP3 Download
$5.49

## Product Details

**Original Release Date:** March 1, 2011
**Label:** Master Classics Records
**Copyright:** (c) 2011 Master Classics Records
**Total Length:** 1:32:04
**Genres:**
  Classic Rock
  Rock
**ASIN:** B004W73FMM
**Average Customer Review:** ⭐⭐⭐⭐⭐ ✉ (1 customer review)
**Amazon Best Sellers Rank:** #321,571 Paid in MP3 Albums  (See Top 100 Paid in MP3 Albums)

## Customer Reviews

⭐⭐⭐⭐⭐ (1)
5.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | ███████ | 1 |
| 4 star | | 0 |
| 3 star | | 0 |
| 2 star | | 0 |
| 1 star | | 0 |

Share your thoughts with other customers

[ Write a customer review ]

See the customer review



amazon
Try Prime

Your Amazon.com    Toda

Shop by
Department        Search    MP3 Music

**Amazon MP3 Store**    Amazon Cloud Player    Ne

### Most Helpful Customer Reviews

⭐⭐⭐⭐⭐ **What the Frug!**   February 28, 2013
By Molly Griest
Format: MP3 Music  |  **Amazon Verified Purchase**

What the Frug?! It sounds much more ghoulish on vinyl on your hi fi of course, but this album is a full on dance party waiting to happen any day of the year. It wasn't originally called Halloween Ghoul Classics. It was a set of albums in the mid-60's by Frankie Stein and His Ghouls including Introducing Frankie Stein and His Ghouls; Shock, Terror and Fear, Ghoul Music, and Monster. You WILL get your Hully Gully and Watusi on. These albums changed my life. I was a normal girl until I found these in my parents' record collection. After spending many hours getting my freak on in my parents' basement to Frankie Stein and His Ghouls, I became a whole other ghoul. Let's just say I won every Halloween costume contest since.

Comment  |  Was this review helpful to you?  [ Yes ]  [ No ]



Search Customer Reviews
[                    ] [ Go ]
☑ ___ this product ___ ews

> See the customer review

[ Write a customer review ]

## Feedback

> If you have a question or problem, visit our **Help pages**.

Amazon.com: Halloween Ghoul Classics: Frankie Stein and His Ghouls: MP3 Downloads

▶ Would you like to **give feedback on images** or **tell us about a lower price**?

▶ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

**Your Recently Viewed Items and Featured Recommendations**



Loading

**Get to Know Us**

Careers

Investor Relations

Press Releases

Amazon and Our Planet

Amazon in the Community

**Make Money with Us**

Sell on Amazon

Become an Affiliate

Advertise Your Products

Independently Publish with Us

❯ See all

**Amazon Payment Products**

Amazon.com Rewards Visa Card

Amazon.com Store Card

Shop with Points

Credit Card Marketplace

Amazon Currency Converter

**Let Us Help You**

Your Account

Shipping Rates & Policies

Amazon Prime

Returns Are Easy

Manage Your Kindle

Help

**amazon**.com

Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

6pm
Score deals
on fashion brands

AbeBooks
Rare Books
& Textbooks

AfterSchool.com
Kids' Sports, Outdoor
& Dance Gear

AmazonFresh
Groceries & More
Right To Your Door

Amazon Local
Great Local Deals
in Your City

AmazonSupply
Business, Industrial
& Scientific Supplies

Amazon Web Services
Scalable Cloud
Computing Services

Askville
Community
Answers

Audible
Download
Audio Books

BeautyBar.com
Prestige Beauty
Delivered

Book Depository
Books With Free
Delivery Worldwide

Bookworm.com
Books For Children
Of All Ages

Casa.com
Kitchen, Storage
& Everything Home

CreateSpace
Indie Print Publishing
Made Easy

Diapers.com
Everything
But The Baby

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

IMDb
Movies, TV
& Celebrities

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Look.com
Kids' Clothing
& Shoes

MYHABIT
Private Fashion
Designer Sales

Shopbop
Designer
Fashion Brands

Soap.com
Health, Beauty &
Home Essentials

Vine.com
Everything
to Live Life Green

Wag.com
Everything
For Your Pet

Warehouse Deals
Open-Box
Discounts

Woot!
Discounts and
Shenanigans

Yoyo.com
A Happy Place
To Shop For Toys

Zappos
Shoes &
Clothing

Conditions of Use   Privacy Notice   Interest-Based Ads  © 1996-2013, Amazon.com, Inc. or its affiliates

 

amazon
Try Prime

Your Amazon.com    Today's Deals    Gift Cards    Sell    Help

Shop by
Department ▾

Search    MP3 Music ▾

Hello. Sign in
Your Account ▾

Try
Prime ▾

0
Cart ▾

Wish
List ▾

Amazon MP3 Store    Amazon Cloud Player    New Releases    Browse Genres    Recommendations    Best Sellers    Advanced Search    Getting Started    CDs    MP3 Help



ZOOM
See larger image (with zoom)

## Hawaiian Interlude

Jonnie Aluani & His Orchestra | Format: MP3 Music
Be the first to review this item

Price: **$8.99**

Original Release Date: October 1, 2011

Get our free
Amazon music app

GET IT ON
Google play

Available on the
App Store

Available at
amazon

Buy MP3 album with 1-Click®

Give album OR song as gift

Redeem a gift card or promotion code &
view balance

Add to Wish List

### MP3 Songs    ▶ Play all samples

| | Song Title | Time | Popularity | Price | |
|---|---|---|---|---|---|
| ▶ | 1. Red Sails In The Sunset | 2:48 | | $0.99 | Buy MP3 |
| ▶ | 2. Hawaiian War Chant | 2:01 | | $0.99 | Buy MP3 |
| ▶ | 3. Harbor Lights | 3:02 | | $0.99 | Buy MP3 |
| ▶ | 4. Hawaiian Holiday | 2:03 | | $0.99 | Buy MP3 |
| ▶ | 5. Luau Lei | 2:16 | | $0.99 | Buy MP3 |
| ▶ | 6. Drowsy Waters | 2:43 | | $0.99 | Buy MP3 |
| ▶ | 7. Hawaiian Love Song | 3:08 | | $0.99 | Buy MP3 |
| ▶ | 8. Kula Ha | 1:48 | | $0.99 | Buy MP3 |
| ▶ | 9. To You, Sweetheart | 2:44 | | $0.99 | Buy MP3 |
| ▶ | 10. Hawaiian Starlight | 2:24 | | $0.99 | Buy MP3 |
| ▶ | 11. Aloha | 3:29 | | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details

**Original Release Date:** October 1, 2011
**Label:** VINTAGE MASTERS INC.
**Copyright:** (c) 2011 Vintage Masters Inc.
**Total Length:** 28:26

Amazon.com: Hawaiian Interlude: Jonnie Aluani & His Orchestra: MP3 Downloads

**Genres:**
    International > Pacific Islands
**ASIN:** B00603B3UW
**Average Customer Review:** Be the first to review this item

## Customer Reviews



Your Amazon.com    Today's De

**There are no customer reviews yet.**

| Shop by **Department** | **Search** | MP3 Music |

| 5 star | | Share your thoughts with other customers |
|---|---|---|
| 4 star | | **Write a customer review** |
| 3 star | | |
| 2 star | | |
| 1 star | | |

**Amazon MP3 Store**    Amazon Cloud Player    Ne



## Look for Similar Items by Category

International > Pacific Islands

## Feedback

▸ If you have a question or problem, visit our **Help pages**.
▸ Would you like to **give feedback on images** or **tell us about a lower price**?
▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations



Loading

| **Get to Know Us** | **Make Money with Us** | **Amazon Payment Products** | **Let Us Help You** |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |

Amazon.com: Hawaiian Interlude: Jonnie Aluani & His Orchestra: MP3 Downloads

Investor Relations     Careers at Amazon     Press & Media Room     Amazon Rewards Visa     Corporate Policies
Press Releases                                 Advertise Your Products          Shop with Points              Amazon Prime
Amazon and Our Planet              Independently Publish with Us    Credit Card Marketplace       Returns Are Easy
Amazon in the Community            › See all                                   Amazon Currency Converter     Manage Your Kindle
                                                                                                            Help

## amazon.com

Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **6pm** Score deals on fashion brands | **AbeBooks** Rare Books & Textbooks | **AfterSchool.com** Kids' Sports, Outdoor & Dance Gear | **AmazonFresh** Groceries & More Right To Your Door | **Amazon Local** Great Local Deals in Your City | **AmazonSupply** Business, Industrial & Scientific Supplies | **Amazon Web Services** Scalable Cloud Computing Services | **Askville** Community Answers |
| **Audible** Download Audio Books | **BeautyBar.com** Prestige Beauty Delivered | **Book Depository** Books With Free Delivery Worldwide | **Bookworm.com** Books For Children Of All Ages | **Casa.com** Kitchen, Storage & Everything Home | **CreateSpace** Indie Print Publishing Made Easy | **Diapers.com** Everything But The Baby | **DPReview** Digital Photography |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **IMDb** Movies, TV & Celebrities | **Junglee.com** Shop Online in India | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Look.com** Kids' Clothing & Shoes | **MYHABIT** Private Fashion Designer Sales | **Shopbop** Designer Fashion Brands |
| **Soap.com** Health, Beauty & Home Essentials | **Vine.com** Everything to Live Life Green | **Wag.com** Everything For Your Pet | **Warehouse Deals** Open-Box Discounts | **Woot!** Discounts and Shenanigans | **Yoyo.com** A Happy Place To Shop For Toys | **Zappos** Shoes & Clothing | |

Conditions of Use     Privacy Notice     Interest-Based Ads     © 1996-2013, Amazon.com, Inc. or its affiliates

http://www.amazon.com/Hawaiian-Interlude-Jonnie-Aluani-Orchestra/dp/B00603B3UW/ref=pd_rhf_dp_p_imgnr_2[10/23/2013 12:17:52 PM]

Amazon.com: Hits of '66: The Ray Bloch Singers: MP3 Downloads

# amazon
Try Prime

Your Amazon.com   Today's Deals   Gift Cards   Sell   Help

Shop by Department | Search | MP3 Music | | | Hello. Sign in Your Account | Try Prime | 0 Cart | Wish List

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



ZOOM
See larger image (with zoom)

## Hits of '66
The Ray Bloch Singers | Format: MP3 Music
Be the first to review this item

Price: **$8.99**

Original Release Date: March 1, 2012


Get our free Amazon music app — Get it on Google play — Available on the App Store — Available at amazon

Buy MP3 album with 1-Click®
Give album OR song as gift
Redeem a gift card or promotion code & view balance
Add to Wish List

| MP3 Songs | ▶ Play all samples | | | |
|---|---|---|---|---|
| **Song Title** | | **Time** | **Popularity** | **Price** |
| 1. California Dreamin' | | 2:23 | | $0.99 | Buy MP3 |
| 2. Sunny | | 2:57 | | $0.99 | Buy MP3 |
| 3. Strangers in the Night | | 2:13 | | $0.99 | Buy MP3 |
| 4. Winchester Cathedral | | 2:57 | | $0.99 | Buy MP3 |
| 5. If I Were a Carpenter | | 2:21 | | $0.99 | Buy MP3 |
| 6. Last Train to Clarksville | | 2:29 | | $0.99 | Buy MP3 |
| 7. See You in September | | 2:25 | | $0.99 | Buy MP3 |
| 8. Monday, Monday | | 2:54 | | $0.99 | Buy MP3 |
| 9. Summer in the City | | 1:51 | | $0.99 | Buy MP3 |
| 10. These Boots Were Made for Walkin' | | 2:51 | | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details
**Original Release Date:** March 1, 2012
**Label:** VINTAGE MASTERS INC.
**Copyright:** (c) 2012 Vintage Masters Inc.
**Total Length:** 25:21
**Genres:**
Pop > Pop Rock

**ASIN:** B0084FIK82

**Average Customer Review:** Be the first to review this item

**Amazon Best Sellers Rank:** #522,835 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

**There are no customer reviews yet.**

| | |
|---|---|
| 5 star | |
| 4 star | |
| 3 star | |
| 2 star | |
| 1 star | |

Share your thoughts with other customers

Write a customer review



Your Amazon.com    Today's De

Shop by **Department**    Search    MP3 Music

Amazon MP3 Store    Amazon Cloud Player    Ne



## Look for Similar Items by Category

Pop  >  Pop Rock

## Feedback

▶ If you have a question or problem, visit our **Help pages**.
▶ Would you like to **give feedback on images** or **tell us about a lower price**?
▶ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations



Loading

**Get to Know Us**
Careers
Investor Relations

**Make Money with Us**
Sell on Amazon
Become an Affiliate

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card

**Let Us Help You**
Your Account
Shipping Rates & Policies

Press Releases
Amazon and Our Planet
Amazon in the Community

Advertise Your Products
Independently Publish with Us
› See all

Shop with Points
Credit Card Marketplace
Amazon Currency Converter

Amazon Prime
Returns Are Easy
Manage Your Kindle
Help

# amazon.com

Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | AmazonFresh<br>Groceries & More<br>Right To Your Door | Amazon Local<br>Great Local Deals<br>in Your City | AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Askville<br>Community<br>Answers |
| Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Bookworm.com<br>Books For Children<br>Of All Ages | Casa.com<br>Kitchen, Storage<br>& Everything Home | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands |
| Soap.com<br>Health, Beauty &<br>Home Essentials | Vine.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads  © 1996-2013, Amazon.com, Inc. or its affiliates

Amazon.com: Hits Of '67: The Ray Bloch Singers: MP3 Downloads



amazon
Try Prime

Your Amazon.com   Today's Deals   Gift Cards   Sell   Help

Shop by Department ▾    Search  | MP3 Music ▾ |                    | |    Hello. Sign in Your Account ▾    Try Prime ▾    🛒 0 Cart ▾    Wish List ▾

Amazon MP3 Store   Amazon Cloud Player   New Releases   Browse Genres   Recommendations   Best Sellers   Advanced Search   Getting Started   CDs   MP3 Help



🔍 ZOOM
See larger image (with zoom)

## Hits Of '67

The Ray Bloch Singers | Format: MP3 Music
Be the first to review this item

Price: **$8.99**

Original Release Date: August 1, 2011



Get our free Amazon music app

GET IT ON Google play        Available on the App Store

Available at amazon

Buy MP3 album with 1-Click®

Give album OR song as gift

Redeem a gift card or promotion code & view balance

Add to Wish List

| MP3 Songs | ▶ Play all samples | | 🔊 |
|---|---|---|---|

| | Song Title | Time | Popularity | Price | |
|---|---|---|---|---|---|
| ▶ | 1. Happy Together | 2:15 | | $0.99 | Buy MP3 |
| ▶ | 2. Alfie | 2:49 | | $0.99 | Buy MP3 |
| ▶ | 3. Can't Take My Eyes Off You | 3:02 | | $0.99 | Buy MP3 |
| ▶ | 4. Light My Fire | 2:17 | | $0.99 | Buy MP3 |
| ▶ | 5. Penny Lane | 2:55 | | $0.99 | Buy MP3 |
| ▶ | 6. All You Need Is Love | 2:30 | | $0.99 | Buy MP3 |
| ▶ | 7. Something Stupid | 3:15 | | $0.99 | Buy MP3 |
| ▶ | 8. Up, Up, And Away | 2:09 | | $0.99 | Buy MP3 |
| ▶ | 9. Georgy Girl | 3:19 | | $0.99 | Buy MP3 |
| ▶ | 10. Windy | 2:48 | | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details

**Original Release Date:** August 1, 2011
**Label:** Master Classics Records
**Copyright:** (c) 2011 Master Classics Records
**Total Length:** 27:19
**Genres:**
Pop > Pop Rock

**ASIN:** B005LMC29O

**Average Customer Review:** Be the first to review this item

**Amazon Best Sellers Rank:** #491,827 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)



Your Amazon.com     Today's De

Shop by **Department**     Search     MP3 Music

**Amazon MP3 Store**     Amazon Cloud Player     Ne

## Customer Reviews

**There are no customer reviews yet.**

| | |
|---|---|
| 5 star | |
| 4 star | |
| 3 star | |
| 2 star | |
| 1 star | |

Share your thoughts with other customers

Write a customer review



## Look for Similar Items by Category

Pop > Pop Rock

### Feedback

▸ If you have a question or problem, visit our **Help pages**.

▸ Would you like to **give feedback on images** or **tell us about a lower price**?

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

### Your Recently Viewed Items and Featured Recommendations



Loading

**Get to Know Us**
Careers
Investor Relations

**Make Money with Us**
Sell on Amazon
Become an Affiliate

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card

**Let Us Help You**
Your Account
Shipping Rates & Policies

Amazon.com: Hits Of '67: The Ray Bloch Singers: MP3 Downloads

Press Releases
Amazon and Our Planet
Amazon in the Community

Advertise Your Products
Independently Publish with Us
› See all

Shop with Points
Credit Card Marketplace
Amazon Currency Converter

Amazon Prime
Returns Are Easy
Manage Your Kindle
Help

## amazon.com

Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

**6pm**
Score deals
on fashion brands

**AbeBooks**
Rare Books
& Textbooks

**AfterSchool.com**
Kids' Sports, Outdoor
& Dance Gear

**AmazonFresh**
Groceries & More
Right To Your Door

**Amazon Local**
Great Local Deals
in Your City

**AmazonSupply**
Business, Industrial
& Scientific Supplies

**Amazon Web Services**
Scalable Cloud
Computing Services

**Askville**
Community
Answers

**Audible**
Download
Audio Books

**BeautyBar.com**
Prestige Beauty
Delivered

**Book Depository**
Books With Free
Delivery Worldwide

**Bookworm.com**
Books For Children
Of All Ages

**Casa.com**
Kitchen, Storage
& Everything Home

**CreateSpace**
Indie Print Publishing
Made Easy

**Diapers.com**
Everything
But The Baby

**DPReview**
Digital
Photography

**East Dane**
Designer Men's
Fashion

**Fabric**
Sewing, Quilting
& Knitting

**IMDb**
Movies, TV
& Celebrities

**Junglee.com**
Shop Online
in India

**Kindle Direct Publishing**
Indie Digital Publishing
Made Easy

**Look.com**
Kids' Clothing
& Shoes

**MYHABIT**
Private Fashion
Designer Sales

**Shopbop**
Designer
Fashion Brands

**Soap.com**
Health, Beauty &
Home Essentials

**Vine.com**
Everything
to Live Life Green

**Wag.com**
Everything
For Your Pet

**Warehouse Deals**
Open-Box
Discounts

**Woot!**
Discounts and
Shenanigans

**Yoyo.com**
A Happy Place
To Shop For Toys

**Zappos**
Shoes &
Clothing

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2013, Amazon.com, Inc. or its affiliates

Amazon.com: Let's Twist: The Candymen Orchestra: MP3 Downloads

# amazon
Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

Shop by Department ▾ | Search | MP3 Music ▾ | [                    ] | [  ] | Hello. Sign in Your Account ▾ | Try Prime ▾ | 0 Cart ▾ | Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help

## Let's Twist
The Candymen Orchestra | Format: MP3 Music
Be the first to review this item

Price: $8.99

Original Release Date: March 1, 2011

 

Get our free Amazon music app — GET IT ON Google play | Available on the App Store | Available at amazon

ZOOM
See larger image (with zoom)

Buy MP3 album with 1-Click®

Give album OR song as gift

Redeem a gift card or promotion code & view balance

Add to Wish List

**MP3 Songs**    ▶ Play all samples

| Song Title | Time | Popularity | Price | |
|---|---|---|---|---|
| ▶ 1. Pretzel Twist | 2:28 | | $0.99 | Buy MP3 |
| ▶ 2. Glow Worm Twist | 2:52 | | $0.99 | Buy MP3 |
| ▶ 3. Old MacDonald Did The Twist | 2:20 | | $0.99 | Buy MP3 |
| ▶ 4. Happy Twist | 2:19 | | $0.99 | Buy MP3 |
| ▶ 5. Red River Twist | 2:31 | | $0.99 | Buy MP3 |
| ▶ 6. I Wanna Girl Like The Girl That Twisted With Dear Old Dad | 2:53 | | $0.99 | Buy MP3 |
| ▶ 7. Kiss Twist | 2:18 | | $0.99 | Buy MP3 |
| ▶ 8. Twisting Susanna | 2:56 | | $0.99 | Buy MP3 |
| ▶ 9. And They Twisted On | 2:48 | | $0.99 | Buy MP3 |
| ▶ 10. Twist Around And Around The Town | 2:55 | | $0.99 | Buy MP3 |
| ▶ 11. Twisting Moon | 2:43 | | $0.99 | Buy MP3 |
| ▶ 12. Kiss Twist (Instrumental) | 2:42 | | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details

**Original Release Date:** March 1, 2011

**Label:** Master Classics Records

Amazon.com: Let's Twist: The Candymen Orchestra: MP3 Downloads

**Copyright:** (c) 2011 M...

**Total Length:** 31:45

**Genres:**
Pop > Pop Rock

**ASIN:** B004W7YKVM

**Average Customer Review:** Be the first to review this item

---



Your Amazon.com    Today's De

Shop by **Department**

Search    MP3 Music

**Amazon MP3 Store**    Amazon Cloud Player    Ne

## Customer Reviews

There are no customer reviews yet.

| | |
|---|---|
| 5 star | |
| 4 star | |
| 3 star | |
| 2 star | |
| 1 star | |

Share your thoughts with other customers

Write a customer review



## Look for Similar Items by Category

Pop > Pop Rock

---

### Feedback

▸ If you have a question or problem, visit our **Help pages**.

▸ Would you like to **give feedback on images** or **tell us about a lower price**?

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations



Loading

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

| | | | |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns Are Easy |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |
| | | | Help |

## amazon.com

Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Spain  United Kingdom

| | | | | |
|---|---|---|---|---|
| **6pm**<br>Score deals<br>on fashion brands | **AbeBooks**<br>Rare Books<br>& Textbooks | **AfterSchool.com**<br>Kids' Sports, Outdoor<br>& Dance Gear | **AmazonFresh**<br>Groceries & More<br>Right To Your Door | **Amazon Local**<br>Great Local Deals<br>in Your City |
| **AmazonSupply**<br>Business, Industrial<br>& Scientific Supplies | **Amazon Web Services**<br>Scalable Cloud<br>Computing Services | **Askville**<br>Community<br>Answers | | |
| **Audible**<br>Download<br>Audio Books | **BeautyBar.com**<br>Prestige Beauty<br>Delivered | **Book Depository**<br>Books With Free<br>Delivery Worldwide | **Bookworm.com**<br>Books For Children<br>Of All Ages | **Casa.com**<br>Kitchen, Storage<br>& Everything Home |
| **CreateSpace**<br>Indie Print Publishing<br>Made Easy | **Diapers.com**<br>Everything<br>But The Baby | **DPReview**<br>Digital<br>Photography | | |
| **East Dane**<br>Designer Men's<br>Fashion | **Fabric**<br>Sewing, Quilting<br>& Knitting | **IMDb**<br>Movies, TV<br>& Celebrities | **Junglee.com**<br>Shop Online<br>in India | **Kindle Direct Publishing**<br>Indie Digital Publishing<br>Made Easy |
| **Look.com**<br>Kids' Clothing<br>& Shoes | **MYHABIT**<br>Private Fashion<br>Designer Sales | **Shopbop**<br>Designer<br>Fashion Brands | | |
| **Soap.com**<br>Health, Beauty &<br>Home Essentials | **Vine.com**<br>Everything<br>to Live Life Green | **Wag.com**<br>Everything<br>For Your Pet | **Warehouse Deals**<br>Open-Box<br>Discounts | **Woot!**<br>Discounts and<br>Shenanigans |
| **Yoyo.com**<br>A Happy Place<br>To Shop For Toys | **Zappos**<br>Shoes &<br>Clothing | | | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2013, Amazon.com, Inc. or its affiliates

Amazon.com: Those Were the Days: Sweet Toothers: MP3 Downloads

# amazon
Try Prime

Your Amazon.com    Today's Deals    Gift Cards    Sell    Help

Shop by Department    Search    MP3 Music    Hello. Sign in Your Account    Try Prime    0 Cart    Wish List

Amazon MP3 Store    Amazon Cloud Player    New Releases    Browse Genres    Recommendations    Best Sellers    Advanced Search    Getting Started    CDs    MP3 Help



ZOOM
See larger image (with zoom)

## Those Were the Days
Sweet Toothers | Format: MP3 Music
Be the first to review this item

Price: **$5.99**

**Original Release Date:** March 15, 2013




Get our free Amazon music app
Google play    App Store    amazon

Buy MP3 album with 1-Click®

Give album OR song as a gift

Redeem a gift card or promotion code & view balance

Add to Wish List

### MP3 Songs
▶ Play all samples

| Song Title | Time | Popularity | Price | |
|---|---|---|---|---|
| 1. Those Were the Days | 5:06 | | $0.89 | Buy MP3 |
| 2. Ida | 2:57 | | $0.89 | Buy MP3 |
| 3. Take Me out to the Ball Game | 2:11 | | $0.89 | Buy MP3 |
| 4. Goodbye, My Lady Love | 1:54 | | $0.89 | Buy MP3 |
| 5. Waiting at the Church | 1:47 | | $0.89 | Buy MP3 |
| 6. Take It Off | 1:56 | | $0.89 | Buy MP3 |
| 7. Hinky Dinky Parley Voo | 2:00 | | $0.89 | Buy MP3 |
| 8. The Grinder | 2:47 | | $0.89 | Buy MP3 |
| 9. Gloworm | 2:11 | | $0.89 | Buy MP3 |
| 10. How Dry I Am | 2:10 | | $0.89 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details

**Original Release Date:** March 15, 2013
**Label:** Master Classics Records
**Copyright:** (c) 2013 Master Classics Records
**Total Length:** 24:59
**Genres:**
Children's Music

**Average Customer Review:** Be the first to review this item

## Customer Reviews

**There are no customer reviews yet.**

| | |
|---|---|
| 5 star | |
| 4 star | |
| 3 star | |
| 2 star | |
| 1 star | |

Share your thoughts with other customers

Write a customer review



Your Amazon.com    Today's De

Shop by **Department**    Search    MP3 Music

**Amazon MP3 Store**    Amazon Cloud Player    Ne



Advertisement

## Feedback

▶ If you have a question or problem, visit our **Help pages**.
▶ Would you like to **give feedback on images** or **tell us about a lower price**?
▶ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations



Loading

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns Are Easy |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |

amazon.com

Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

**6pm**
Score deals
on fashion brands

**AbeBooks**
Rare Books
& Textbooks

**AfterSchool.com**
Kids' Sports, Outdoor
& Dance Gear

**AmazonFresh**
Groceries & More
Right To Your Door

**Amazon Local**
Great Local Deals
in Your City

**AmazonSupply**
Business, Industrial
& Scientific Supplies

**Amazon Web Services**
Scalable Cloud
Computing Services

**Askville**
Community
Answers

**Audible**
Download
Audio Books

**BeautyBar.com**
Prestige Beauty
Delivered

**Book Depository**
Books With Free
Delivery Worldwide

**Bookworm.com**
Books For Children
Of All Ages

**Casa.com**
Kitchen, Storage
& Everything Home

**CreateSpace**
Indie Print Publishing
Made Easy

**Diapers.com**
Everything
But The Baby

**DPReview**
Digital
Photography

**East Dane**
Designer Men's
Fashion

**Fabric**
Sewing, Quilting
& Knitting

**IMDb**
Movies, TV
& Celebrities

**Junglee.com**
Shop Online
in India

**Kindle Direct Publishing**
Indie Digital Publishing
Made Easy

**Look.com**
Kids' Clothing
& Shoes

**MYHABIT**
Private Fashion
Designer Sales

**Shopbop**
Designer
Fashion Brands

**Soap.com**
Health, Beauty &
Home Essentials

**Vine.com**
Everything
to Live Life Green

**Wag.com**
Everything
For Your Pet

**Warehouse Deals**
Open-Box
Discounts

**Woot!**
Discounts and
Shenanigans

**Yoyo.com**
A Happy Place
To Shop For Toys

**Zappos**
Shoes &
Clothing

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2013, Amazon.com, Inc. or its affiliates

Download Call Me Irresponsible / More by Jesse Crawford | eMusic

http://www.emusic.com

**SIGN IN**    **BECOME A MEMBER**

All Music    call me irresponsible jesse crawford

**BROWSE**    **FEATURES + REVIEWS**    **RADIO**    **AUDIOBOOKS**

ALBUMS    NEW ARRIVALS    CHARTS    GENRES    INFINITE EXPLORATIONS




**Call Me Irresponsible / More**
JESSE CRAWFORD
RATE IT!
(0 RATINGS)

STEREO

*Call Me Irresponsible / More*
*Jesse Crawford*

**SAMPLE ALBUM**    **DOWNLOAD $8.99**

| # | Track | Time | Price |
|---|---|---|---|
| 01 | Call Me Irresponsible | 3:46 | $0.99 |
| 02 | Fascination | 2:45 | $0.99 |
| 03 | Meet Me Tonight in Dreamland | 2:36 | $0.99 |
| 04 | Life in Vienna | 2:29 | $0.99 |
| 05 | To a Wild Rose | 2:46 | $0.99 |
| 06 | More | 3:09 | $0.99 |
| 07 | Kiss Me Again | 3:40 | $0.99 |
| 08 | With All My Love | 3:01 | $0.99 |
| 09 | Your Heart Is My Goal | 2:52 | $0.99 |
| 10 | The Waltz of Princes | 2:53 | $0.99 |

Total Tracks: **10**  Total Length: **29:57**

**ALBUM INFORMATION**

**Artist:** Jesse Crawford (See All Albums by Jesse Crawford)
**Date Released:** Nov 1, 2011
**Genre:** Rock/Pop, **Style:** Pop
**Label:** VINTAGE MASTERS INC. / The Orchard

## Write a Review

Please log in before you review a release.

0 MEMBER REVIEWS

LOG IN

## Recommended Albums







Loading...

1 | 2

**Join eMusic**

**Dig Deep**
17+ Million Songs From Both Indie and
Major Labels

**Expand Your Collection**
Most Track Just $0.49 Each

**Find the Unexpected**
Discover New Music With Editor's Picks,
Infinite Explorations, and eMusic Radio

GET A $25 MUSIC CREDIT
LEARN MORE »

JOIN NOW

00:00 | 00:00    **Buy**

http://www.emusic.com/



**DOWNLOAD $19.98**
**CHRISTOPHER HERRICK**
2009 | PRIORY RECORD…

,rchiv

**DOWNLOAD $9.99**
**CHRISTOPHER HERRICK**
2010 | MERIDIAN RECO…

stoph

**DOWNLOAD $9.99**
**NICHOLAS JACKSON**
1992 | PRIORY RECORD…

it Eu

**DOWNLOAD $8.91**
**FEIKE ASMA**
BROKEN AUDIO

sical

The Complete Organ …
**STEFAN ENGELS**
2012 | PRIORY RECORD…



**DOWNLOAD $9.99**
Zwart: Passie en Passe…
**FEIKE ASMA**
BROKEN AUDIO



**DOWNLOAD $9.99**
Carnivale
**JOSH PERSCHBACHER**
2009 | INTENT RECORD…



**DOWNLOAD $9.99**
Complete Organ Wor…
**GERARD BROOKS**
2010 | PRIORY RECORD…

**About Us**
About eMusic
Terms of Use (updated 2/7/13)
Privacy Policy (updated 4/20/12)

**Tools & Resources**
Download Manager
Android App

**Forums**
Message Boards
eMusic on Facebook
17 Dots
eMusic on Twitter

**Goodies**
Buy/Redeem Gift Subscriptions
Join our Affiliate Network
Support Music

**Help**
Contact Us

© 1998 - 2013 eMusic.com Inc. eMusic and the eMusic logo are either registered trademarks or trademarks in the USA or other countries. All rights reserved.

Portions of Content provided by Rovi Corporation. © 2013 Rovi Corporation.

For personal non-commercial use only. All rights reserved.

Terms and conditions of this offer: Get an additional $25.00 music credit free with your first month of paid eMusic membership. Offer available to first-time eMusic music customers in the US. 18 years of age or older. Internet access, registration, and credit or debit card required. To cancel visit www.emusic.com/cancel. Music plans start at $11.99/month. Limited Time Offer. Offer and eMusic's prices are subject to change without notice and are subject to eMusic's terms of use. eMusic and the eMusic logo are trademarks of eMusic.com Inc. in the US or other countries. All other trademarks are the property of their respective owners, none of whom is a partner or sponsor of eMusic.

Loading…

00:00 | 00:00

10/23/2013 12:23 PM

**Buy**

SIGN IN    BECOME A MEMBER

BROWSE    FEATURES + REVIEWS    RADIO    AUDIOBOOKS

ALBUMS    NEW ARRIVALS    CHARTS    GENRES    INFINITE EXPLORATIONS

All Music

## Come Saturday Morning
### VINCENT LOPEZ PIANO TRIO
RATE IT
(0 RATINGS)

**ALBUM INFORMATION**

**Artist:** Vincent Lopez Piano Trio (See All Albums by Vincent Lopez Piano Trio)
**Date Released:** Jan 15, 2013
**Genre:** Jazz, **Style:** Traditional
**Label:** Stardust Records / The Orchard

SAMPLE ALBUM    DOWNLOAD $8.99

| 01 | Hey Jude | 2:27 | $0.99 |
| 02 | Come Saturday Morning | 2:32 | $0.99 |
| 03 | Raindrops Keep Fallin' On My Head | 2:20 | $0.99 |
| 04 | Good Morning Starshine | 3:52 | $0.99 |
| 05 | Cecilia | 2:41 | $0.99 |
| 06 | Romeo and Juliet Theme | 2:05 | $0.99 |
| 07 | Little Green Apples | 3:26 | $0.99 |
| 08 | Those Were the Days | 2:46 | $0.99 |
| 09 | Jean | 3:09 | $0.99 |
| 10 | By the Time I Get to Phoenix | 2:27 | $0.99 |

Total Tracks: **10** Total Length: **27:45**

## Write a Review

**Please log in before you review a release.**

0 MEMBER REVIEWS    LOG IN



Join eMusic

**Dig Deep**
17+ Million Songs From Both Indie and Major Labels

**Expand Your Collection**
Most Track Just $0.49 Each!

**Find the Unexpected**
Discover New Music With Editor's Picks, Infinite Explorations, and eMusic Radio

GET A $25 MUSIC CREDIT
LEARN MORE »
JOIN NOW

**About Us**
About eMusic
Terms of Use (updated 2/7/13)
Privacy Policy (updated 4/20/12)

**Tools & Resources**
Download Manager
Android App

**Forums**
Message Boards
eMusic on Facebook
17 Dots
eMusic on Twitter

**Goodies**
Buy/Redeem Gift Subscriptions
Join our Affiliate Network
Support Music

**Help**
Contact Us

© 1998 - 2013 eMusic.com Inc. eMusic and the eMusic logo are either registered trademarks or trademarks in the USA or other countries. All rights reserved.

Portions of Content provided by Rovi Corporation. © 2013 Rovi Corporation.

For personal non-commercial use only. All rights reserved.

Terms and conditions of this offer: Get an additional $25.00 music credit free with your first month of paid eMusic membership. Offer available to first-time eMusic music customers in the US, 18 years of age or older. Internet access, registration, and credit or debit card required. To cancel visit www.emusic.com/cancel. Music plans start at $11.99/month. Limited Time Offer. Offer and eMusic's prices are subject to change without notice and are subject to eMusic's terms of use. eMusic and the eMusic logo are trademarks of eMusic.com Inc. in the US or other countries. All other trademarks are the property of their respective owners, none of whom is a partner or sponsor of eMusic.

Download Dixieland Jazz by The Space Cadets | eMusic

http://www.emusic.com/search/song/?s=hits of '67 ray bloch singers

BROWSE    FEATURES + REVIEWS    RADIO    AUDIOBOOKS

ALBUMS    NEW ARRIVALS    CHARTS    GENRES    INFINITE EXPLORATIONS

All Music

**Dixieland Jazz**
THE SPACE CADETS
RATE IT!
(0 RATINGS)



## ALBUM INFORMATION

**Artist:** The Space Cadets (See All Albums by The Space Cadets)
**Date Released:** Mar 1, 2011
**Genre:** Jazz, **Style:** Traditional
**Label:** Master Classics Records / The Orchard

| SAMPLE ALBUM | | DOWNLOAD $6.76 |
|---|---|---|
| 01 | Milenberg Joys | 3:03 | $0.99 |
| 02 | St. Louis Blues | 4:01 | $0.99 |
| 03 | Dipper Mouth Blues | 5:14 | $0.99 |
| 04 | Careless Love | 3:41 | $0.99 |
| 05 | When The Saints Go Marching In | 2:41 | $0.99 |
| 06 | St. James Infirmary | 2:55 | $0.99 |
| 07 | Muskrat Ramble | 3:14 | $0.99 |
| 08 | Beal Street | 3:25 | $0.99 |
| 09 | See See Rider | 3:07 | $0.99 |
| 10 | Tiger Rag | 3:04 | $0.99 |
| 11 | Loveless Love | 3:15 | $0.99 |
| 12 | Sol Blues | 3:18 | $0.99 |

Total Tracks: **12** Total Length: **40:58**

**Write a Review**

Please log in before you review a release.

0 MEMBER REVIEWS

LOG IN

1 | 2

**Recommended Albums**











Loading....

**Join eMusic**

**Dig Deep**
17+ Million Songs From Both Indie and
Major Labels

**Expand Your Collection**
Most Track Just $0.49 Each

**Find the Unexpected**
Discover New Music With Editor's Picks,
Infinite Explorations, and eMusic Radio

GET A $25 MUSIC CREDIT
LEARN MORE »

JOIN NOW

00:00 | 00:00

Buy

Download Dixieland Jazz by The Space Cades | eMusic

http://www.emusic.com/search/song/?s=hits of '67 ray bloch singers



**DOWNLOAD $9.99**
**CARAVANS**
1988 | NERVOUS RECO…

**DOWNLOAD $9.99**
**THE KLINGONZ**
1992 | FURY RECORDS /…
ge

**DOWNLOAD $9.99**
**STRESSOR**
2007 | EP/SINGLE
iiä N

**DOWNLOAD $9.99**
**CARAVANS**
2010 | RAUCOUS RECO…
in Tc

Blurb
**THE KLINGONZ**
2003 | FURY RECORDS /…



**DOWNLOAD $11.43**
Könnt Ihrs ticken hörn?
**ROCKABILLY MAFIA**
2013 | CRAZY LOVE RE…

**DOWNLOAD $9.99**
Early days
**THE BLUE CATS**
1990 | NERVOUS RECO…



**DOWNLOAD $9.99**
Wild Rockin Mama
**BEAT DEVILS**
2007 | TCY RECORDS /…



**About Us**
About eMusic
Terms of Use (updated 2/7/13)
Privacy Policy (updated 4/20/12)

**Tools & Resources**
Download Manager
Android App

**Forums**
Message Boards
eMusic on Facebook
17 Dots
eMusic on Twitter

**Goodies**
Buy/Redeem Gift Subscriptions
Join our Affiliate Network
Support Music

**Help**
Contact Us

© 1998 - 2013 eMusic.com Inc. eMusic and the eMusic logo are either registered trademarks or trademarks in the USA or other countries. All rights reserved.

Portions of Content provided by Rovi Corporation. © 2013 Rovi Corporation.

For personal non-commercial use only. All rights reserved.

Terms and conditions of this offer: Get an additional $25.00 music credit free with your first month of paid eMusic membership. Offer available to first-time eMusic music customers in the US. 18 years of age or older. Internet access, registration, and credit or debit card required. To cancel visit www.emusic.com/cancel. Music plans start at $11.99/month. Limited Time Offer. Offer and eMusic's prices are subject to change without notice and are subject to eMusic's terms of use. eMusic and the eMusic logo are trademarks of eMusic.com Inc. in the US or other countries. All other trademarks are the property of their respective owners, none of whom is a partner or sponsor of eMusic.

Download Halloween Ghoul Classics by Frankie Stein and His Ghouls ...

Case 2:13-cv-08496-PSG-PLA   Document 3-6   Filed 11/18/13   Page 41 of 83   Page ID #:150

http://www.emusic.com/

1 of 2

SIGN IN   BECOME A MEMBER

All Music

BROWSE   FEATURES + REVIEWS   RADIO   AUDIOBOOKS

ALBUMS   NEW ARRIVALS   CHARTS   GENRES   INFINITE EXPLORATIONS

## Halloween Ghoul Classics
### FRANKIE STEIN AND HIS GHOULS
RATE IT!
(0 RATINGS)



**ALBUM INFORMATION**

**Artist:** Frankie Stein and His Ghouls (See All Albums by Frankie Stein and His Ghouls)
**Date Released:** Mar 1, 2011
**Genre:** Rock/Pop, **Style:** Oldies
**Label:** Master Classics Records / The Orchard

| | SAMPLE ALBUM | | DOWNLOAD $6.76 |
|---|---|---|---|
| 01 | Chills (Hully Gully) | 2:22 | $0.99 |
| 02 | What Kind Of Ghoul Am I | 2:41 | $0.99 |
| 03 | Ghoulish Heart (Hully Gully/Twist) | 2:16 | $0.99 |
| 04 | Doomsday | 3:44 | $0.99 |
| 05 | Stoned | 2:04 | $0.99 |
| 06 | A Taste Of Poison | 2:04 | $0.99 |
| 07 | Slay Boy | 2:40 | $0.99 |
| 08 | Dance Of Doom (Monkey/Watusi) | 2:23 | $0.99 |
| 09 | Mummy's Little Monster (Hully Gully) | 2:08 | $0.99 |
| 10 | In A Groovy Grave (Watusi) | 2:02 | $0.99 |
| 11 | Weerdo Wolf (Twist) | 2:27 | $0.99 |
| 12 | Horror Stabcato | 2:17 | $0.99 |
| 13 | Melancholy Monster (Hully Gully) | 2:14 | $0.99 |

Total Tracks: **38**  Total Length: **92:28**

## Write a Review

Please log in before you review a release.

0 MEMBER REVIEWS

LOG IN

Join eMusic

**Dig Deep**
17+ Million Songs From Both Indie and Major Labels

**Expand Your Collection**
Most Track Just $0.49 Each

**Find the Unexpected**
Discover New Music With Editor's Picks, Infinite Explorations, and eMusic Radio

GET A $25 MUSIC CREDIT
LEARN MORE »
JOIN NOW

## Recommended Albums






Loading...

**DOWNLOAD $9.99**
**THE GORE-GONS**
2005 | APE CALL RECOR…

Start

**DOWNLOAD $9.99**
**JOHN ZACHERLE**
2010 | ABKCO MUSIC & …

ster l

**DOWNLOAD $9.99**
**GEIN AND THE GRAVER…**
2005 | NECRO-TONE RE…

Pass

**DOWNLOAD $9.99**
**DON HINSON & THE RIG…**
2009 | CAPITOL

ster l

**DOWNLOAD $7.99**
Add A Part Jazz And …
**MILTON DELUGG**
HALLMARK / THE ORCH…

| About Us | Tools & Resources | Forums | Goodies | Help |
|---|---|---|---|---|
| About eMusic | Download Manager | Message Boards | Buy/Redeem Gift Subscriptions | Contact Us |
| Terms of Use (updated 2/7/13) | Android App | eMusic on Facebook | Join our Affiliate Network | |
| Privacy Policy (updated 4/20/12) | | 17 Dots | Support Music | |
| | | eMusic on Twitter | | |

© 1998 - 2013 eMusic.com Inc. eMusic and the eMusic logo are either registered trademarks or trademarks in the USA or other countries. All rights reserved.

Portions of Content provided by Rovi Corporation. © 2013 Rovi Corporation.

For personal non-commercial use only. All rights reserved.

Terms and conditions of this offer. Get an additional $25.00 music credit free with your first month of paid eMusic membership. Offer available to first-time eMusic music customers in the US. 18 years of age or older. Internet access, registration, and credit or debit card required. To cancel visit www.emusic.com/cancel. Music plans start at $11.99/month. Limited Time Offer. Offer and eMusic's prices are subject to change without notice and are subject to eMusic's terms of use. eMusic and the eMusic logo are trademarks of eMusic.com Inc. in the US or other countries. All other trademarks are the property of their respective owners, none of whom is a partner or sponsor of eMusic.

Loading…

00:00 | 00:00

**Buy**

Download Hawaiian Interlude by Jonnie Aluani & His Orchestra | eMusic

http://www.emusic.com/search/song/?s=hits of '67 ray bloch singe...

SIGN IN    BECOME A MEMBER

**BROWSE**   **FEATURES + REVIEWS**   **RADIO**   **AUDIOBOOKS**

ALBUMS   NEW ARRIVALS   CHARTS   GENRES   INFINITE EXPLORATIONS

All Music



## Hawaiian Interlude
JONNIE ALUANI & HIS ORCHESTRA
RATE IT!
AVG. 4.0 (1 RATINGS)

**ALBUM INFORMATION**

**Artist:** Jonnie Aluani & His Orchestra (See All Albums by Jonnie Aluani & His Orchestra)
**Date Released:** Oct 1, 2011
**Genre:** International, **Style:** Pacific Islands
**Label:** VINTAGE MASTERS INC. / The Orchard

**SAMPLE ALBUM**   **DOWNLOAD $8.99**

| | | | |
|---|---|---|---|
| 01 | Red Sails In The Sunset | 2:48 | $0.99 |
| 02 | Hawaiian War Chant | 2:01 | $0.99 |
| 03 | Harbor Lights | 3:02 | $0.99 |
| 04 | Hawaiian Holiday | 2:04 | $0.99 |
| 05 | Luau Lei | 2:17 | $0.99 |
| 06 | Drowsy Waters | 2:43 | $0.99 |
| 07 | Hawaiian Love Song | 3:08 | $0.99 |
| 08 | Kula Ha | 1:49 | $0.99 |
| 09 | To You, Sweetheart | 2:45 | $0.99 |
| 10 | Hawaiian Starlight | 2:25 | $0.99 |
| 11 | Aloha | 3:30 | $0.99 |

Total Tracks: **11**  Total Length: **28:32**

## Write a Review

Please log in before you review a release.

0 MEMBER REVIEWS    LOG IN

## Recommended Albums











Loading...

00:00 | 00:00    Buy

**Join eMusic**

**Dig Deep**
17+ Million Songs From Both Indie and
Major Labels

**Expand Your Collection**
Most Track Just $0.49 Each

**Find the Unexpected**
Discover New Music With Editor's Picks,
Infinite Explorations, and eMusic Radio

GET A $25 MUSIC CREDIT
LEARN MORE »

JOIN NOW

Download Hawaiian Interlude by Jonnie Aluani & His Orchestra | eMusic                                    http://www.emusic.com/search/song/?s=hits of '67 ray bloch singers

**DOWNLOAD $6.76**
**GASTON GUILBERT**
2011 | MASTER CLASSIC...

h Se      **DOWNLOAD $9.99**
          **ALAN CHARLES ORCH...**
          2010 | MOOD MEDIA / T...

HSttz     **DOWNLOAD $6.76**
          **GASTON GUILBERT**
          2011 | MASTER CLASSIC...

ïï: îSïï    **DOWNLOAD $8.99**
            **CHARLES MAUU**
            2012 | VINTAGE MASTE...

ure 1



**DOWNLOAD $7.99**
Lure Of Tahiti
**TEROROTUA & HIS TAH...**
HALLMARK / THE ORCH...

**About Us**
About eMusic
Terms of Use (updated 2/7/13)
Privacy Policy (updated 4/20/12)

**Tools & Resources**
Download Manager
Android App

**Forums**
Message Boards
eMusic on Facebook
17 Dots
eMusic on Twitter

**Goodies**
Buy/Redeem Gift Subscriptions
Join our Affiliate Network
Support Music

**Help**
Contact Us

© 1998 - 2013 eMusic.com Inc. eMusic and the eMusic logo are either registered trademarks or trademarks in the USA or other countries. All rights reserved.

Portions of Content provided by Rovi Corporation. © 2013 Rovi Corporation.

For personal non-commercial use only. All rights reserved.

Terms and conditions of this offer: Get an additional $25.00 music credit free with your first month of paid eMusic membership. Offer available to first-time eMusic music customers in the US, 18 years of age or older. Internet access, registration, and credit or debit card required. To cancel visit www.emusic.com/cancel. Music plans start at $11.99/month. Limited Time Offer. Offer and eMusic's prices are subject to change without notice and are subject to eMusic's terms of use. eMusic and the eMusic logo are trademarks of eMusic.com Inc. in the US or other countries. All other trademarks are the property of their respective owners, none of whom is a partner or sponsor of eMusic.

Loading...

00:00 | 00:00

2 of 2

10/23/2013 12:41 PM      **Buy**

Download Hits of '66 by The Ray Bloch Singers | eMusic

http://www.emusic.com

**BROWSE**   FEATURES + REVIEWS   **RADIO**   **AUDIOBOOKS**

ALBUMS   NEW ARRIVALS   CHARTS   GENRES   INFINITE EXPLORATIONS

All Music

SIGN IN   BECOME A MEMBER



## Hits of '66
### THE RAY BLOCH SINGERS
RATE IT!
(0 RATINGS)

**ALBUM INFORMATION**

**Artist:** The Ray Bloch Singers (See All Albums by The Ray Bloch Singers)
**Date Released:** Mar 1, 2012
**Genre:** Rock/Pop, **Style:** Pop
**Label:** VINTAGE MASTERS INC. / The Orchard

**SAMPLE ALBUM**

| | | DOWNLOAD $8.99 |
|---|---|---|
| 01 | California Dreamin' | 2:23 | $0.99 |
| 02 | Sunny | 2:57 | $0.99 |
| 03 | Strangers in the Night | 2:13 | $0.99 |
| 04 | Winchester Cathedral | 2:57 | $0.99 |
| 05 | If I Were a Carpenter | 2:22 | $0.99 |
| 06 | Last Train to Clarksville | 2:30 | $0.99 |
| 07 | See You in September | 2:25 | $0.99 |
| 08 | Monday, Monday | 2:55 | $0.99 |
| 09 | Summer in the City | 1:52 | $0.99 |
| 10 | These Boots Were Made for Walkin' | 2:52 | $0.99 |

Total Tracks: **10**  Total Length: **25:26**

## Write a Review

Please log in before you review a release.

0 MEMBER REVIEWS

LOG IN

1 | 2

## Recommended Albums













Loading...

00:00 | 00:00

Buy

**Join eMusic**

**Dig Deep**
17+ Million Songs From Both Indie and Major Labels

**Expand Your Collection**
Most Track Just $0.49 Each

**Find the Unexpected**
Discover New Music With Editor's Picks, Infinite Explorations, and eMusic Radio

GET A $25 MUSIC CREDIT
LEARN MORE »

JOIN NOW

**DOWNLOAD $9.99**
THE JACK HALLORAN ...
2013 | VINTAGE MUSIC / ...

plow    **DOWNLOAD $6.76**
RICHARD ELLSASSER
2011 | GOLDENLANE RE...

Wed   **DOWNLOAD $7.99**
RANDY VAN HORNE
2009 | HALLMARK / THE ...

Dwe   **DOWNLOAD $6.76**    llues
EDDIE LAYTON
2011 | MASTER CLASSIC...




**DOWNLOAD $7.99**
The Mighty Wurlitzer
EDDIE LAYTON
2011 | HALLMARK / THE ...

**DOWNLOAD $9.99**
Soundies Digital (Jaz...
LAWRENCE WELK AND ...
2006 | SOUNDIES / THE ...

**DOWNLOAD $7.99**
Leibert Takes A Holiday
DICK LEIBERT
HALLMARK / THE ORCH...

**DOWNLOAD $8.99**
Music in a Mellow Mood
DICK LEIBERT
2012 | VINTAGE MASTE...






**About Us**
About eMusic
Terms of Use (updated 2/7/13)
Privacy Policy (updated 4/20/12)

**Tools & Resources**
Download Manager
Android App

**Forums**
Message Boards
eMusic on Facebook
17 Dots
eMusic on Twitter

**Goodies**
Buy/Redeem Gift Subscriptions
Join our Affiliate Network
Support Music

**Help**
Contact Us

© 1998 - 2013 eMusic.com Inc. eMusic and the eMusic logo are either registered trademarks or trademarks in the USA or other countries. All rights reserved.

Portions of Content provided by Rovi Corporation. © 2013 Rovi Corporation.

For personal non-commercial use only. All rights reserved.

Terms and conditions of this offer: Get an additional $25.00 music credit free with your first month of paid eMusic membership. Offer available to first-time eMusic music customers in the US. 18 years of age or older. Internet access, registration, and credit or debit card required. To cancel visit www.emusic.com/cancel. Music plans start at $11.99/month. Limited Time Offer. Offer and eMusic's prices are subject to change without notice and are subject to eMusic's terms of use. eMusic and the eMusic logo are trademarks of eMusic.com Inc. in the US or other countries. All other trademarks are the property of their respective owners, none of whom is a partner or sponsor of eMusic.

Download Live At The Bird Lounge (1964) by Lightnin' Hopkins | eMusic

http://www.emusic.com/

SIGN IN    BECOME A MEMBER

All Music    lightnin hopkins bird lounge

BROWSE    FEATURES + REVIEWS    RADIO    AUDIOBOOKS

ALBUMS    NEW ARRIVALS    CHARTS    GENRES    INFINITE EXPLORATIONS

**Live At The Bird Lounge (1964)**
LIGHTNIN' HOPKINS
RATE IT!
AVG: 3.0 (1 RATINGS)

STEREO

**ALBUM INFORMATION**

**Artist:** Lightnin' Hopkins (See All Albums by Lightnin' Hopkins)
**Date Released:** May 1, 2011
**Genre:** Blues, **Style:** Texas Blues
**Label:** Screenland Records / The Orchard

| | SAMPLE ALBUM | DOWNLOAD $5.94 |
|---|---|---|
| 01 | I Heard My Children Crying | 5:57 | $0.99 |
| 02 | Leave Jike Mary Alone | 4:28 | $0.99 |
| 03 | You Treat Po' Lightnin' Wrong | 6:32 | $0.99 |
| 04 | Im Gonna Meet My Baby Somewhere | 5:10 | $0.99 |
| 05 | Don't Treat That Man,Way Youtreat Me | 4:32 | $0.99 |
| 06 | There's Good Rockin' Tonight | 6:11 | $0.99 |

Total Tracks: **6** Total Length: **32:50**

Loading...

00:00 | 00:00    **Buy**



## Join eMusic

17+ Million Songs From Both Indie and Major Labels

**Find the Unexpected**
Discover New Music With Editor's Picks, Infinite Explorations, and eMusic Radio

**Expand Your Collection**
Most Track Just $0.49 Each

**Dig Deep**

GET A $25 MUSIC CREDIT

LEARN MORE »

JOIN NOW

# Write a Review

## Please log in before you review a release.

1 MEMBER REVIEW

LOG IN

Live at the Bird Lounge
MEMUSIC-0052740F
I have been searching for this album for a long time. It's a great, but short, live record by Lightnin' Hopkins in the town where he lived.If live Lightning is what you crave, this one is well worth the download.

1-1 OF 1

1-1 OF 1

## Recommended Albums

1 | 2



DOWNLOAD $9.90
The Best Of John Lee...
**JOHN LEE HOOKER**
2004 | TRIBUTE SOUND...



DOWNLOAD $9.99
Burnin'
**JOHN LEE HOOKER**
2007 | VEE-JAY LTD. PA...



DOWNLOAD $9.99
Bukka White Revisited
**BUKKA WHITE**
2006 | FUEL 2000 / THE...



DOWNLOAD $9.99
Missipi blues giant
**BUKKA WHITE**
2013 | EPM / BELIEVE DI...

DOWNLOAD $9.99
Blues Essentials - Mu...
**MUDDY WATERS**
DVK RECORDS



DOWNLOAD $8.99
At Newport 1960 + Si...
**MUDDY WATERS**
2011 | SOUL JAM RECO...



DOWNLOAD $9.99
The Best Of Lightning...
**LIGHTNING HOPKINS**
2011 | ARHOOLIE RECO...

DOWNLOAD $9.99
The Best Of
**MISSISSIPPI JOHN HURT**
2006 | VANGUARD

# eMusic Features

10.06.11 SPOTLIGHT

0



## Telling You About the Blues, in Texas, Atlanta and Detroit

**By John Morthland, eMusic Contributor**

Let me tell you about Let Me Tell You About the Blues, a series of three-disc packages (several of which are available on eMusic) that attempts to trace the evolution of the music by focusing on geographic areas. Results are mixed, as they almost always are on compilations, in this case due largely to the fact that anything recorded in a specific city or region is defined as belonging to that area. To cite one… more »



**About Us**
About eMusic
Terms of Use (updated 2/7/13)
Privacy Policy (updated 4/20/12)

**Tools & Resources**
Download Manager
Android App

**Forums**
Message Boards
eMusic on Facebook
17 Dots
eMusic on Twitter

**Goodies**
Buy/Redeem Gift Subscriptions
Join our Affiliate Network
Support Music

**Help**
Contact Us

Loading...

00:00 | 00:00

Buy

Download Live At The Bird Lounge (1964) by Lightnin' Hopkins | eMusic

http://www.emusic.com/

Portions of Content provided by Rovi Corporation. © 2013 Rovi Corporation.
For personal non-commercial use only. All rights reserved.

Terms and conditions of this offer: Get an additional $25.00 music credit free with your first month of paid eMusic membership. Offer available to first-time eMusic music customers in the US. 18 years of age or older. Internet access, registration, and credit or debit card required. To cancel visit www.emusic.com/cancel. Music plans start at $11.99/month. Limited Time Offer. Offer and eMusic's prices are subject to change without notice and are subject to eMusic's terms of use. eMusic and the eMusic logo are trademarks of eMusic.com Inc. in the US or other countries. All other trademarks are the property of their respective owners, none of whom is a partner or sponsor of eMusic.

Loading...

00:00 | 00:00

**Buy**

10/23/2013 12:24 PM

Download Those Were the Days by Sweet Toothers | eMusic

http://www.emusic.com/

SIGN IN    BECOME A MEMBER

BROWSE    FEATURES + REVIEWS    RADIO    AUDIOBOOKS

ALBUMS    NEW ARRIVALS    CHARTS    GENRES    INFINITE EXPLORATIONS

All Music

## Those Were the Days
SWEET TOOTHERS
RATE IT!
(0 RATINGS)

**ALBUM INFORMATION**

**Artist:** Sweet Toothers (See All Albums by Sweet Toothers)
**Date Released:** Mar 15, 2013
**Genre:** Soundtracks/Other, **Style:** Children's
**Label:** Master Classics Records / The Orchard

| SAMPLE ALBUM | | DOWNLOAD $9.90 |
|---|---|---|
| 01 | Those Were the Days | 5:08 | $0.99 |
| 02 | Ida | 2:58 | $0.99 |
| 03 | Take Me out to the Ball Game | 2:12 | $0.99 |
| 04 | Goodbye, My Lady Love | 1:56 | $0.99 |
| 05 | Waiting at the Church | 1:49 | $0.99 |
| 06 | Take It Off | 1:57 | $0.99 |
| 07 | Hinky Dinky Parley Voo | 2:01 | $0.99 |
| 08 | The Grinder | 2:49 | $0.99 |
| 09 | Gloworm | 2:13 | $0.99 |
| 10 | How Dry I Am | 2:12 | $0.99 |

Total Tracks: **10** Total Length: **25:15**

## Write a Review

Please log in before you review a release.

0 MEMBER REVIEWS    LOG IN

Join eMusic

**Dig Deep**
17+ Million Songs From Both Indie and Major Labels

**Expand Your Collection**
Most Track Just $0.49 Each

**Find the Unexpected**
Discover New Music With Editor's Picks, Infinite Explorations, and eMusic Radio

GET A $25 MUSIC CREDIT
LEARN MORE »

JOIN NOW

Loading...

00:00 | 00:00    Buy

10/23/2013 12:23 PM

http://www.emusic.com/

**About Us**
About eMusic
Terms of Use (updated 2/7/13)
Privacy Policy (updated 4/20/12)

**Tools & Resources**
Download Manager
Android App

**Forums**
Message Boards
eMusic on Facebook
17 Dots
eMusic on Twitter

**Goodies**
Buy/Redeem Gift Subscriptions
Join our Affiliate Network
Support Music

**Help**
Contact Us

© 1998 - 2013 eMusic.com Inc. eMusic and the eMusic logo are either registered trademarks or trademarks in the USA or other countries. All rights reserved.

Portions of Content provided by Rovi Corporation. © 2013 Rovi Corporation.

For personal non-commercial use only. All rights reserved.

Terms and conditions of this offer: Get an additional $25.00 music credit free with your first month of paid eMusic membership. Offer available to first-time eMusic music customers in the US, 18 years of age or older. Internet access, registration, and credit or debit card required. To cancel visit www.emusic.com/cancel. Music plans start at $11.99/month. Limited Time Offer. Offer and eMusic's prices are subject to change without notice and are subject to eMusic's terms of use. eMusic and the eMusic logo are trademarks of eMusic.com Inc. in the US or other countries. All other trademarks are the property of their respective owners, none of whom is a partner or sponsor of eMusic.

Loading...

00:00 | 00:00

**Buy**

Jesse Crawford: Call Me Irresponsible / More - Music on Google Play




Sign in

## Music

My music

**Shop**



# Call Me Irresponsible / More

**Jesse Crawford** - November 1, 2011
Pop © 2011 Vintage Masters Inc.

$9.49    Add to Wishlist

+1  Recommend this on Google

| SONGS | | 🕐 | |
|---|---|---|---|
| 1 | Call Me Irresponsible | 3:46 | $0.99 |
| 2 | Fascination | 2:45 | $0.99 |
| 3 | Meet Me Tonight in Dreamland | 2:36 | $0.99 |
| 4 | Life in Vienna | 2:28 | $0.99 |
| 5 | To a Wild Rose | 2:45 | $0.99 |
| 6 | More | 3:09 | $0.99 |
| 7 | Kiss Me Again | 3:39 | $0.99 |
| 8 | With All My Love | 3:01 | $0.99 |
| 9 | Your Heart Is My Goal | 2:52 | $0.99 |
| 10 | The Waltz of Princes | 2:53 | $0.99 |

## Reviews

Write a Review

### 0.0

★ 5   0
★ 4   0
★ 3   0
★ 2   0
★     0

## Additional information

| Genres | Total length | Tracks | Released | Label |
|---|---|---|---|---|
| Pop | 30:04 | 10 | November 1, 2011 | © 2011 Vintage Masters Inc. |

**Format**
320 kbps MP3

©2013 Google    Site Terms of Service   Devices Terms of Sale   Privacy Policy   Developers   Artists

https://play.google.com/store/music/album/Johnny_Sea_Crown_Prince_of_Country_Music?id=Berhtoxal8b55pp8f2tvw7fneqqkhi-znl[10/23/2013 11:52:02 AM]

Johnny Sea: Crown Prince of Country Music - Music on Google Play

Music

My music

Shop

# Crown Prince of Country Music

Johnny Sea · September 1, 2013
Country © 2013 Rockabilly Records

**$16.49**

Add to Wishlist

Recommend this on Google

Sign in

## SONGS

| # | Title | Duration | Price |
|---|---|---|---|
| 1 | My Old Faded Rose | 2:23 | $0.99 |
| 2 | Frankie and Johnny | 2:13 | $0.99 |
| 3 | Mr. And Mississippi | 2:30 | $0.99 |
| 4 | Ghost Riders | 3:24 | $0.99 |
| 5 | Torch and Flame | 3:18 | $0.99 |
| 6 | Willie's Drunk | 3:38 | $0.99 |
| 7 | The Brazos River Song | 3:06 | $0.99 |
| 8 | Day for Decision | 5:44 | $0.99 |
| 9 | Things You Gave Me | 2:18 | $0.99 |
| 10 | Six Packs | 2:21 | $0.99 |
| 11 | No Tears Tonight | 2:30 | $0.99 |
| 12 | Red, White and Blue | 2:57 | $0.99 |
| 13 | Nobody's Darlin' | 2:27 | $0.99 |
| 14 | My Time to Cry | 2:35 | $0.99 |
| 15 | Nothing's as Bad as Being Lonely | 2:45 | $0.99 |
| 16 | Masters of War | 3:42 | $0.99 |
| 17 | Loneliness | 2:37 | $0.99 |
| 18 | In the Early Morning Rain | 3:50 | $0.99 |
| 19 | A Man in Love | 2:24 | $0.99 |
| 20 | Ft. Worth Girl | 2:12 | $0.99 |
| 21 | She Walks All over Me | 2:28 | $0.99 |
| 22 | I Love You | 1:54 | $0.99 |
| 23 | Everybody's Friend | 2:50 | $0.99 |
| 24 | Ballad of the Tarantula Express | 4:22 | $0.99 |
| 25 | Ain't That Right | 2:29 | $0.99 |

https://play.google.com/store/music/album/Johnny_Sea_Crown_Prince_of_Country_Music?id=Berbhcoah0t5ypl52tvw7fecqshhr-etl[10/23/2013 11:52:02 AM]

26    Wheels on the Highway

2:10

$0.99

## Reviews

0.0

0 total

5    0
4    0
3    0
2    0
1    0

✏ Write a Review

## Additional information

Genres
County
Rock
Rockabilly

Total length
1:15:07

Tracks
26

Released
September 1, 2013

Label
© 2013 Rockabilly
Records

Format
320 kbps MP3

©2013 Google

Site Terms of Service   Devices Terms of Sale   Privacy Policy   Developers   Artists

Sweet Toothers: Those Were the Days - Music on Google Play



Sign in

### Music

My music

**Shop**



# Those Were the Days

**Sweet Toothers** - September 1, 2010
**Children's Music** © 2013 Master Classics Records

$9.49     Add to Wishlist

+1   Recommend this on Google

| | SONGS | | 🕐 |
|---|---|---|---|
| 1 | Those Were the Days | 5:08 | $0.99 |
| 2 | Ida | 2:57 | $0.99 |
| 3 | Take Me out to the Ball Game | 2:11 | $0.99 |
| 4 | Goodbye, My Lady Love | 1:56 | $0.99 |
| 5 | Waiting at the Church | 1:48 | $0.99 |
| 6 | Take It Off | 1:56 | $0.99 |
| 7 | Hinky Dinky Parley Voo | 2:01 | $0.99 |
| 8 | The Grinder | 2:48 | $0.99 |
| 9 | Gloworm | 2:12 | $0.99 |
| 10 | How Dry I Am | 2:11 | $0.99 |

## Reviews

✏ Write a Review

**0.0**

★ 5   0
★ 4   0
★ 3   0
★ 2   0
★

## Additional information

| Genres | Total length | Tracks | Released | Label |
|---|---|---|---|---|
| Children's Music | 25:08 | 10 | September 1, 2010 | © 2013 Master Classics Records |

Format
320 kbps MP3

©2013 Google   Site Terms of Service   Devices Terms of Sale   Privacy Policy   Developers   Artists

 Google

**Music**

My music

Shop



# Come Saturday Morning

**Vincent Lopez Piano Trio** - January 15, 2013
**Jazz** © 2013 Stardust Records

**$9.49**    Add to Wishlist

+1 Recommend this on Google

| SONGS | | 🕐 | |
|---|---|---|---|
| 1 | Hey Jude | 2:26 | $0.99 |
| 2 | Come Saturday Morning | 2:31 | $0.99 |
| 3 | Raindrops Keep Fallin' On My Head | 2:20 | $0.99 |
| 4 | Good Morning Starshine | 3:52 | $0.99 |
| 5 | Cecilia | 2:40 | $0.99 |
| 6 | Romeo and Juliet Theme | 2:05 | $0.99 |
| 7 | Little Green Apples | 3:26 | $0.99 |
| 8 | Those Were the Days | 2:45 | $0.99 |
| 9 | Jean | 3:08 | $0.99 |
| 10 | By the Time I Get to Phoenix | 2:26 | $0.99 |

## Reviews

Write a Review



| 0.0 | ★ 5 | 0 |
|---|---|---|
| | ★ 4 | 0 |
| | ★ 3 | 0 |
| ☆☆☆☆☆ | ★ 2 | 0 |
| 0 total | ★ 1 | 0 |

Vincent Lopez Piano Trio: Come Saturday Morning - Music on Google Play

## Additional Information

| Genres | Total length | Tracks | Released | Label | Format |
|---|---|---|---|---|---|
| Jazz | 27:39 | 10 | January 15, 2013 | © 2013 Stardust Records | 320 kbps MP3 |

©2013 Google   Site Terms of Service   Devices Terms of Sale   Privacy Policy   Developers   Artists

https://itunes.apple.com/us/album/call-me-irresponsible-more/id489287141|10/23/2013 11:17:12 AM]

iTunes – Music – Call Me Irresponsible / More by Jesse Crawford

# iTunes Preview

What's New   What is iTunes   iTunes Charts

## Call Me Irresponsible / More

### Jesse Crawford

Open iTunes to preview, buy, and download music.




View In iTunes

$5.99

Genres: Pop, Music
Released: Nov 01, 2011
℗ 2011 Vintage Masters Inc.

### Customer Ratings

We have not received enough ratings to display an average for this album.

### Biography

Born: December 2, 1895 in Woodland, CA
Genre: Pop
Years Active: '80s

Jesse Crawford (b. December 2, 1895, Woodland, CA, May 28, 1962, Sherman Oaks, CA) was one of the most popular organists of the first half of the 20th century. Originally, he was a pianist in a dance band, but he changed his instrument in 1911, choosing to play organ instead. That year, he played a concert at the Spokane Gem Theater, which set him on a circuit of concerts in theaters. In 1918, he became the first organist to play Los Angeles' Grauman's Theater. Crawford continued to to...

Full Bio

### View More By This Artist

| | Name | Artist | Time | Price | |
|---|------|--------|------|-------|---|
| 1 | Call Me Irresponsible | Jesse Crawford | 3:46 | $0.99 | View In iTunes ▾ |
| 2 | Fascination | Jesse Crawford | 2:45 | $0.99 | View In iTunes ▾ |
| 3 | Meet Me Tonight in Dreamland | Jesse Crawford | 2:36 | $0.99 | View In iTunes ▾ |
| 4 | Life in Vienna | Jesse Crawford | 2:28 | $0.99 | View In iTunes ▾ |
| 5 | To a Wild Rose | Jesse Crawford | 2:45 | $0.99 | View In iTunes ▾ |
| 6 | More | Jesse Crawford | 3:09 | $0.99 | View In iTunes ▾ |
| 7 | Kiss Me Again | Jesse Crawford | 3:39 | $0.99 | View In iTunes ▾ |
| 8 | With All My Love | Jesse Crawford | 3:01 | $0.99 | View In iTunes ▾ |
| 9 | Your Heart Is My Goal | Jesse Crawford | 2:52 | $0.99 | View In iTunes ▾ |
| 10 | The Waltz of Princes | Jesse Crawford | 2:53 | $0.99 | View In iTunes ▾ |

10 Songs

### Top Albums and Songs By Jesse Crawford


1.
Hammond Orga...
View In iTunes ▾


2.
At the Organ
View In iTunes ▾


3.
Jesse Crawford
View In iTunes ▾


4.
Call Me Irrespon...
View In iTunes ▾


5.
At the Majestic P...
View In iTunes ▾

Full Bio

| | Name | Album | Time | Price | |
|---|------|-------|------|-------|---|
| 1. | I've Got A Feeling I'm Falling | Roaring '20s Jazz | 2:41 | $0.99 | View In iTunes ▾ |
| 2. | O Little Town of Bethlehem | All Time Christmas Favorite... | 2:22 | $0.69 | View In iTunes ▾ |
| 3. | My Wild Irish Rose | Hammond Organ Favorites ... | 4:08 | $0.99 | View In iTunes ▾ |
| 4. | Blue Danube | At the Organ | 1:51 | $0.99 | View In iTunes ▾ |

| | | | | |
|---|---|---|---|---|
| 5 | Gypsy Love Song | At the Organ | 3:00 | $0.99 | View In iTunes ▸ |
| 6 | The Band Played On | Hammond Organ Favorites ... | 3:43 | $0.99 | View In iTunes ▸ |
| 7 | You're The Cream In My Co... | Pioneers Of The Theatre Or... | 3:05 | $0.99 | View In iTunes ▸ |
| 8 | Cuddle Up a Little Closer | Hammond Organ Favorites ... | 1:46 | $0.99 | View In iTunes ▸ |
| 9 | Gypsy Love Songs | Hammond Organ Favorites ... | 2:58 | $0.99 | View In iTunes ▸ |
| 10 | Merry Widow Waltz | Jesse Crawford At the Organ | 2:45 | $0.99 | View In iTunes ▸ |

iTunes

**iTunes**
30,718,393

☐ Like

**App Store**
8,364,077

☐ Like

Become a fan of the iTunes and App Store pages on Facebook for exclusive offers,
the inside scoop on new apps and more.

iTunes
Download iTunes
What's New?
iTunes Charts

More iTunes
Digital Music Basics
iTunes Gifts
iTunes U
iPod + iTunes Support
AirPlay
Accessibility

Working with iTunes
Sell Your Content
Content Providers
Market with iTunes
Join the Affiliate Program
Link to iTunes

iTunes Store
Browse iTunes Store
Browse App Store
Buy Music Now
Buy iTunes Gift Cards
Redeem iTunes Gift Cards
iTunes Corporate Sales
Free Single of the Week

Apple Info | Site Map | Hot News | RSS Feeds | Contact Us

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.

Copyright © 2013 Apple Inc. All rights reserved.   Terms of Use   |   Privacy Policy

https://itunes.apple.com/us/album/cal-me-irresponsible-more/id489287141[10/23/2013 11:17:12 AM]

https://itunes.apple.com/us/album/come-saturday-morning/id598525809[10/23/2013 11:15:39 AM]

iTunes - Music - Come Saturday Morning by Vincent Lopez Piano Trio

# iTunes Preview

## Come Saturday Morning
### Vincent Lopez Piano Trio

Open iTunes to preview, buy, and download music.



**View In iTunes**

$5.99

Genres: Jazz, Music
Released: Jan 15, 2013
℗ 2013 Stardust Records

### Customer Ratings

We have not received enough ratings to display an average for this album.

| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | Hey Jude | Vincent Lopez Piano Trio | 2:26 | $0.99 | View In iTunes ▾ |
| 2 | Come Saturday Morning | Vincent Lopez Piano Trio | 2:31 | $0.99 | View In iTunes ▾ |
| 3 | Raindrops Keep Fallin' On M… | Vincent Lopez Piano Trio | 2:20 | $0.99 | View In iTunes ▾ |
| 4 | Good Morning Starshine | Vincent Lopez Piano Trio | 3:52 | $0.99 | View In iTunes ▾ |
| 5 | Cecilia | Vincent Lopez Piano Trio | 2:40 | $0.99 | View In iTunes ▾ |
| 6 | Romeo and Juliet Theme | Vincent Lopez Piano Trio | 2:05 | $0.99 | View In iTunes ▾ |
| 7 | Little Green Apples | Vincent Lopez Piano Trio | 3:26 | $0.99 | View In iTunes ▾ |
| 8 | Those Were the Days | Vincent Lopez Piano Trio | 2:45 | $0.99 | View In iTunes ▾ |
| 9 | Jean | Vincent Lopez Piano Trio | 3:08 | $0.99 | View In iTunes ▾ |
| 10 | By the Time I Get to Phoenix | Vincent Lopez Piano Trio | 2:26 | $0.99 | View In iTunes ▾ |

10 Songs

## Top Albums and Songs By Vincent Lopez Piano Trio



1. Come Saturday … 
View In iTunes ▸

| | Name | Album | Time | Price | |
|---|---|---|---|---|---|
| 1 | Come Saturday Morning | Come Saturday Morning | 2:31 | $0.99 | View In iTunes ▾ |
| 2 | Romeo and Juliet Theme | Come Saturday Morning | 2:05 | $0.99 | View In iTunes ▾ |
| 3 | Those Were the Days | Come Saturday Morning | 2:45 | $0.99 | View In iTunes ▾ |
| 4 | Hey Jude | Come Saturday Morning | 2:26 | $0.99 | View In iTunes ▾ |
| 5 | By the Time I Get to Phoenix | Come Saturday Morning | 2:26 | $0.99 | View In iTunes ▾ |
| 6 | Cecilia | Come Saturday Morning | 2:40 | $0.99 | View In iTunes ▾ |
| 7 | Good Morning Starshine | Come Saturday Morning | 3:52 | $0.99 | View In iTunes ▾ |
| 8 | Raindrops Keep Fallin' On M… | Come Saturday Morning | 2:20 | $0.99 | View In iTunes ▾ |
| 9 | Little Green Apples | Come Saturday Morning | 3:26 | $0.99 | View In iTunes ▾ |
| 10 | Jean | Come Saturday Morning | 3:08 | $0.99 | View In iTunes ▾ |

What's New   What is iTunes   iTunes Charts

View More By This Artist

https://itunes.apple.com/us/album/come-saturday-morning/id598525809|10/23/2013 11:15:39 AM]

iTunes - Music - Come Saturday Morning by Vincent Lopez Piano Trio

**iTunes**
☐ Like  30,718,393

**App Store**
☐ Like  8,364,070

Become a fan of the iTunes and App Store pages on Facebook for exclusive offers, the inside scoop on new apps and more.

iTunes
iTunes
Download iTunes
What's New?
What is iTunes?
iTunes Charts

More iTunes
Digital Music Basics
iTunes Gifts
iTunes U
iPod + iTunes Support
AirPlay
Accessibility

Working with iTunes
Sell Your Content
Content Providers
Market with iTunes
Join the Affiliate Program
Link to iTunes

iTunes Store
Browse iTunes Store
Browse App Store
Buy Music Now
Buy iTunes Gift Cards
Redeem iTunes Gift Cards
iTunes Corporate Sales
Free Single of the Week

Apple Info   |   Site Map   |   Hot News   |   RSS Feeds   |   Contact Us

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.

Copyright © 2013 Apple Inc. All rights reserved.   Terms of Use   |   Privacy Policy

iTunes - Music - Crown Prince of Country Music by Johnny Sea

# iTunes Preview

## Crown Prince of Country Music

Johnny Sea

Open iTunes to preview, buy, and download music.



**View in iTunes**

$9.99

Genres: Country, Music
Released: Sep 01, 2013
℗ 2013 Rockabilly Records

### Customer Ratings

We have not received enough ratings to display an average for this album.

View More By This Artist

| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | My Old Faded Rose | Johnny Sea | 2:23 | $0.99 | View in iTunes ▾ |
| 2 | Frankie and Johnny | Johnny Sea | 2:13 | $0.99 | View in iTunes ▾ |
| 3 | Mr. And Mississippi | Johnny Sea | 2:30 | $0.99 | View in iTunes ▾ |
| 4 | Ghost Riders | Johnny Sea | 3:24 | $0.99 | View in iTunes ▾ |
| 5 | Torch and Flame | Johnny Sea | 3:18 | $0.99 | View in iTunes ▾ |
| 6 | Willie's Drunk | Johnny Sea | 3:38 | $0.99 | View in iTunes ▾ |
| 7 | The Brazos River Song | Johnny Sea | 3:06 | $0.99 | View in iTunes ▾ |
| 8 | Day for Decision | Johnny Sea | 5:44 | $0.99 | View in iTunes ▾ |
| 9 | Things You Gave Me | Johnny Sea | 2:18 | $0.99 | View in iTunes ▾ |
| 10 | Six Packs | Johnny Sea | 2:21 | $0.99 | View in iTunes ▾ |
| 11 | No Tears Tonight | Johnny Sea | 2:30 | $0.99 | View in iTunes ▾ |
| 12 | Red, White and Blue | Johnny Sea | 2:57 | $0.99 | View in iTunes ▾ |
| 13 | Nobody's Darlin' | Johnny Sea | 2:27 | $0.99 | View in iTunes ▾ |
| 14 | My Time to Cry | Johnny Sea | 2:35 | $0.99 | View in iTunes ▾ |
| 15 | Nothing's as Bad as Being Lonely | Johnny Sea | 2:45 | $0.99 | View in iTunes ▾ |
| 16 | Masters of War | Johnny Sea | 3:42 | $0.99 | View in iTunes ▾ |
| 17 | Loneliness | Johnny Sea | 2:37 | $0.99 | View in iTunes ▾ |
| 18 | In the Early Morning Rain | Johnny Sea | 3:50 | $0.99 | View in iTunes ▾ |
| 19 | A Man in Love | Johnny Sea | 2:24 | $0.99 | View in iTunes ▾ |
| 20 | Ft. Worth Girl | Johnny Sea | 2:12 | $0.99 | View in iTunes ▾ |
| 21 | She Walks All over Me | Johnny Sea | 2:28 | $0.99 | View in iTunes ▾ |
| 22 | I Love You | Johnny Sea | 1:54 | $0.99 | View in iTunes ▾ |
| 23 | Everybody's Friend | Johnny Sea | 2:50 | $0.99 | View in iTunes ▾ |
| 24 | Ballad of the Tarantula Express | Johnny Sea | 4:22 | $0.99 | View in iTunes ▾ |
| 25 | Ain't That Right | Johnny Sea | 2:29 | $0.99 | View in iTunes ▾ |
| 26 | Wheels on the Highway | Johnny Sea | 2:10 | $0.99 | View in iTunes ▾ |

26 Songs

### Biography

Born: July 15, 1940 in Gulfport, MS
Genre: Country
Years Active: '50s, '60s

What's New    What is iTunes    iTunes Charts

https://itunes.apple.com/us/album/crown-prince-of-country-music/id717846430[10/25/2013 11:23:38 AM]

## iTunes

- iTunes
- Download iTunes
- What's New?
- What is iTunes?
- iTunes Charts



## iTunes

☐ Like   30,718,416



## App Store

☐ Like   8,364,115

Become a fan of the iTunes and App Store pages on Facebook for exclusive offers, the inside scoop on new apps and more.

Singer/songwriter and occasional actor Johnny Sea had a few country hits in 1959 and several in the mid-'60s. Born John Allan Seay, Jr., in Gulfport, Mississippi, he was raised in Atlanta, Georgia. He got his start at age 17, when he won a state talent competition. During the finals, a record company heard young Sea sing and offered him a contract, while another got the youth signed to Louisiana Hayride. He remained there two years before debuting on the Grand Ole Opry. Sea first appeared on the...

Full Bio

## Top Albums and Songs By Johnny Sea

| | Name | Album | Time | Price | |
|---|---|---|---|---|---|
| 1 | Day for Decision | Day for Decision | 5:44 | $0.99 | View In iTunes ▾ |
| 2 | Day for Decision | Best of Johnny Sea | 5:44 | $0.99 | View In iTunes ▾ |
| 3 | She Walks All over Me | Crown Prince of Country M... | 2:28 | $0.99 | View In iTunes ▾ |
| 4 | In the Early Morning Rain | Best of Johnny Sea | 3:50 | $0.99 | View In iTunes ▾ |
| 5 | What Is So Rare? | Day for Decision | 3:01 | $0.99 | View In iTunes ▾ |
| 6 | When Johnny Come Marchi... | Day for Decision | 2:26 | $0.99 | View In iTunes ▾ |
| 7 | I Believe | Day for Decision | 2:54 | $0.99 | View In iTunes ▾ |
| 8 | God Bless America | Day for Decision | 1:45 | $0.99 | View In iTunes ▾ |
| 9 | Nobody's Darlin' | Best of Johnny Sea | 2:27 | $0.99 | View In iTunes ▾ |
| 10 | The Star Spangled Banner | Day for Decision | 1:37 | $0.99 | View In iTunes ▾ |

1. Day for Decision — View In iTunes ▾


2. Best of Johnny Sea — View In iTunes ▾


3. Day for Decision — View In iTunes ▾


4. Best of Johnny Sea — View In iTunes ▾


5. To Kauai — View In iTunes ▾




## Listeners Also Bought

24 Greatest Hits
Mac Wiseman
View In iTunes ▾



Country's Greatest...
Various Artists
View In iTunes ▾


Fishin' in the Dark...
Nitty Gritty Dirt...
View In iTunes ▾



Tornado
Little Big Town
View In iTunes ▾


Roll, Rock & Rhythm
Memphis Rockab...
View In iTunes ▾


## iTunes

- More iTunes
- Digital Music Basics
- iTunes Gifts
- iTunes U
- iPod + iTunes Support

## Working with iTunes

- Sell Your Content
- Content Providers
- Market with iTunes
- Join the Affiliate Program

## iTunes Store

- Browse iTunes Store
- Browse App Store
- Buy Music Now
- Buy iTunes Gift Cards

iTunes - Music - Crown Prince of Country Music by Johnny Sea

AirPlay
Accessibility

Link to iTunes

Redeem iTunes Gift Cards
iTunes Corporate Sales
Free Single of the Week

Apple Info   |   Site Map   |   Hot News   |   RSS Feeds   |   Contact Us

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.

Copyright © 2013 Apple Inc. All rights reserved.   Terms of Use   |   Privacy Policy

https://itunes.apple.com/us/album/crown-prince-of-country-music/id717846430[10/25/2013 11:23:38 AM]

iTunes - Music - Dixieland Jazz by Space Cadets

https://itunes.apple.com/us/album/dixieland-jazz/id431802045[10/23/2013 11:24:16 AM]

# iTunes Preview

## Dixieland Jazz
### Space Cadets

Open iTunes to preview, buy, and download music.



$5.99
Genres: Jazz, Music
Released: Mar 01, 2011
℗ 2011 Master Classics Records

**View In iTunes**

### Customer Ratings

We have not received enough ratings to display an average rating for this album.

| Name | Artist | Time | Price | |
|---|---|---|---|---|
| 1 Millenberg Joys | Space Cadets | 3:03 | $0.99 | View In iTunes ▾ |
| 2 St. Louis Blues | Space Cadets | 4:01 | $0.99 | View In iTunes ▾ |
| 3 Dipper Mouth Blues | Space Cadets | 5:14 | $0.99 | View In iTunes ▾ |
| 4 Careless Love | Space Cadets | 3:40 | $0.99 | View In iTunes ▾ |
| 5 When The Saints Go Marching In | Space Cadets | 2:41 | $0.99 | View In iTunes ▾ |
| 6 St. James Infirmary | Space Cadets | 2:54 | $0.99 | View In iTunes ▾ |
| 7 Muskrat Ramble | Space Cadets | 3:13 | $0.99 | View In iTunes ▾ |
| 8 Beal Street | Space Cadets | 3:24 | $0.99 | View In iTunes ▾ |
| 9 See See Rider | Space Cadets | 3:06 | $0.99 | View In iTunes ▾ |
| 10 Tiger Rag | Space Cadets | 3:04 | $0.99 | View In iTunes ▾ |
| 11 Loveless Love | Space Cadets | 3:14 | $0.99 | View In iTunes ▾ |
| 12 Sol Blues | Space Cadets | 3:18 | $0.99 | View In iTunes ▾ |

12 Songs

## Top Albums and Songs By Space Cadets

View More By This Artist



Dixieland Jazz
View In iTunes ▾



Star Jazz
View In iTunes ▾



Ready For Take ...
View In iTunes ▾

| Name | Album | Time | Price | |
|---|---|---|---|---|
| 1 Video Freak (Defend It) | Star-Funk, Vol. 12 | 6:36 | $0.99 | View In iTunes ▾ |
| 2 Dipper Mouth Blues | Dixieland/Sounds of Main St... | 5:14 | $0.99 | View In iTunes ▾ |
| 3 Take Off | Ready For Take Off | 5:39 | $0.99 | View In iTunes ▾ |
| 4 Giant Steps | Ready For Take Off | 6:25 | $0.99 | View In iTunes ▾ |
| 5 October | Ready For Take Off | 4:09 | $0.99 | View In iTunes ▾ |
| 6 Sol Blues | Dixieland Jazz | 3:18 | $0.99 | View In iTunes ▾ |
| 7 St. James Infirmary | Dixieland Jazz | 2:54 | $0.99 | View In iTunes ▾ |
| 8 Dipper Mouth Blues | Dixieland Jazz | 5:14 | $0.99 | View In iTunes ▾ |
| 9 Wayne's World | Ready For Take Off | 4:47 | $0.99 | View In iTunes ▾ |
| 10 08/15 – Part I | Ready For Take Off | 2:58 | $0.99 | View In iTunes ▾ |

What's New   What is iTunes   iTunes Charts

https://itunes.apple.com/us/album/dixieland-jazz/id431802045[10/23/2013 11:24:16 AM]

iTunes - Music - Dixieland Jazz by Space Cadets

**iTunes**

☐ Like   30,718,416

**App Store**

☐ Like   8,384,120

Become a fan of the iTunes and App Store pages on Facebook for exclusive offers, the inside scoop on new apps and more.

**iTunes**

iTunes
Download iTunes
What's New?
What is iTunes?
iTunes Charts

**More iTunes**

Digital Music Basics
iTunes Gifts
iTunes U
iPod + iTunes Support
AirPlay
Accessibility

**Working with iTunes**

Sell Your Content
Content Providers
Market with iTunes
Join the Affiliate Program
Link to iTunes

iTunes Store
Browse iTunes Store
Browse App Store
Buy Music Now
Buy iTunes Gift Cards
Redeem iTunes Gift Cards
iTunes Corporate Sales
Free Single of the Week

Apple Info   |   Site Map   |   Hot News   |   RSS Feeds   |   Contact Us

Copyright © 2013 Apple Inc. All rights reserved.
Terms of Use   |   Privacy Policy

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.

# iTunes Preview

## Halloween Ghoul Classics
### Frankie Stein & His Ghouls

Open iTunes to preview, buy, and download music.

**View In iTunes**

$9.99

Genres: Rock, Music
Released: Mar 01, 2011
℗ 2011 Master Classics Records

### Customer Ratings

We have not received enough ratings to display an average for this album.

View More By This Artist

| # | Name | Artist | Time | Price | |
|---|------|--------|------|-------|---|
| 1 | Chills (Hully Gully) | Frankie Stein & His Ghouls | 2:21 | $0.99 | View In iTunes ▾ |
| 2 | What Kind Of Ghoul Am I | Frankie Stein & His Ghouls | 2:41 | $0.99 | View In iTunes ▾ |
| 3 | Ghoulish Heart (Hully Gully... | Frankie Stein & His Ghouls | 2:16 | $0.99 | View In iTunes ▾ |
| 4 | Doomsday | Frankie Stein & His Ghouls | 3:44 | $0.99 | View In iTunes ▾ |
| 5 | Stoned | Frankie Stein & His Ghouls | 2:04 | $0.99 | View In iTunes ▾ |
| 6 | A Taste Of Poison | Frankie Stein & His Ghouls | 2:03 | $0.99 | View In iTunes ▾ |
| 7 | Slay Boy | Frankie Stein & His Ghouls | 2:40 | $0.99 | View In iTunes ▾ |
| 8 | Dance Of Doom (Monkey/W... | Frankie Stein & His Ghouls | 2:23 | $0.99 | View In iTunes ▾ |
| 9 | Mummy's Little Monster (H... | Frankie Stein & His Ghouls | 2:07 | $0.99 | View In iTunes ▾ |
| 10 | In A Groovy Grave (Watusi) | Frankie Stein & His Ghouls | 2:01 | $0.99 | View In iTunes ▾ |
| 11 | Weerdo Wolf (Twist) | Frankie Stein & His Ghouls | 2:26 | $0.99 | View In iTunes ▾ |
| 12 | Horror Staccato | Frankie Stein & His Ghouls | 2:17 | $0.99 | View In iTunes ▾ |
| 13 | Melancholy Monster (Hully ... | Frankie Stein & His Ghouls | 2:14 | $0.99 | View In iTunes ▾ |
| 14 | Dreamin' & Screamin' (Mas... | Frankie Stein & His Ghouls | 2:13 | $0.99 | View In iTunes ▾ |
| 15 | The Ghostman Rings Twice | Frankie Stein & His Ghouls | 2:14 | $0.99 | View In iTunes ▾ |
| 16 | Monster Motion | Frankie Stein & His Ghouls | 2:27 | $0.99 | View In iTunes ▾ |
| 17 | Shoot-A-Nanny | Frankie Stein & His Ghouls | 2:01 | $0.99 | View In iTunes ▾ |
| 18 | Elbow Twist | Frankie Stein & His Ghouls | 2:14 | $0.99 | View In iTunes ▾ |
| 19 | Ain't Got No Body (Mashed ... | Frankie Stein & His Ghouls | 2:13 | $0.99 | View In iTunes ▾ |
| 20 | Who's Afraid of Weerdo Wolf | Frankie Stein & His Ghouls | 2:13 | $0.99 | View In iTunes ▾ |
| 21 | Be Careful It's My Throat (F... | Frankie Stein & His Ghouls | 2:00 | $0.99 | View In iTunes ▾ |
| 22 | Mummy's Little Boy | Frankie Stein & His Ghouls | 2:36 | $0.99 | View In iTunes ▾ |
| 23 | Bodies Under The Bridge | Frankie Stein & His Ghouls | 2:52 | $0.99 | View In iTunes ▾ |
| 24 | The Creep (Twist) | Frankie Stein & His Ghouls | 2:26 | $0.99 | View In iTunes ▾ |
| 25 | The Wrist Twist | Frankie Stein & His Ghouls | 2:19 | $0.99 | View In iTunes ▾ |
| 26 | Frog Frug (Frug) | Frankie Stein & His Ghouls | 2:09 | $0.99 | View In iTunes ▾ |
| 27 | All Choked Up (Surf) | Frankie Stein & His Ghouls | 3:20 | $0.99 | View In iTunes ▾ |
| 28 | Goon River (Swim) | Frankie Stein & His Ghouls | 2:26 | $0.99 | View In iTunes ▾ |
| 29 | Fly Me To The Goon | Frankie Stein & His Ghouls | 2:24 | $0.99 | View In iTunes ▾ |
| 30 | Ankle Twist | Frankie Stein & His Ghouls | 2:39 | $0.99 | View In iTunes ▾ |
| 31 | Good Noose | Frankie Stein & His Ghouls | 3:05 | $0.99 | View In iTunes ▾ |
| 32 | Stoned Again | Frankie Stein & His Ghouls | 1:50 | $0.99 | View In iTunes ▾ |

iTunes - Music - Halloween Ghoul Classics by Frankie Stein & His Ghouls

https://itunes.apple.com/us/album/halloween-ghoul-classics/id431772634[10/23/2013 11:20:52 AM]

iTunes - Music - Halloween Ghoul Classics by Frankie Stein & His Ghouls



iTunes

☐ Like
30,718,404



App Store

☐ Like
8,364,095

Become a fan of the iTunes and App Store pages on Facebook for exclusive offers, the inside scoop on new apps and more.

## Listeners Also Bought


The Best of Elvis…
Elvis Costello
View In iTunes ▾


20th Century Mas…
Various Artists
View In iTunes ▾



The Original Mons…
Bobby "Boris" Pic…
View In iTunes ▾


Styx: Greatest Hits
Styx
View In iTunes ▾


It Won't Be Soon B…
Maroon 5
View In iTunes ▾

## Top Albums and Songs By Frankie Stein & His Ghouls



1.
Halloween Ghoul…
View In iTunes ▾

| | Name | Album | Time | Price | |
|---|---|---|---|---|---|
| 1 | Goon River (Swim) | Halloween Ghoul Classics | 2:26 | $0.99 | View In iTunes ▾ |
| 2 | Be Careful It's My Throat (F… | Halloween Ghoul Classics | 2:00 | $0.99 | View In iTunes ▾ |
| 3 | Monster Motion | Halloween Ghoul Classics | 2:27 | $0.99 | View In iTunes ▾ |
| 4 | Chained | Halloween Freakout Classics | 2:24 | $0.99 | View In iTunes ▾ |
| 5 | A Taste of Poison | Old Halloween Songs | 2:03 | $0.99 | View In iTunes ▾ |
| 6 | Weerdo Wolf (Twist) | Werewolf Horror | 2:26 | $0.99 | View In iTunes ▾ |
| 7 | Doom At Midnight | Werewolf Horror | 2:56 | $0.99 | View In iTunes ▾ |
| 8 | Who's Afraid of Weerdo Wolf | Werewolf Horror | 2:13 | $0.99 | View In iTunes ▾ |
| 9 | In A Groovy Grave (Watusi) | Halloween Ghoul Classics | 2:01 | $0.99 | View In iTunes ▾ |
| 10 | Saturday Evening Ghost (Su… | Halloween Ghoul Classics | 2:06 | $0.99 | View In iTunes ▾ |

| | | | | | |
|---|---|---|---|---|---|
| 33 | Swingin' Head (Swim) | Frankie Stein & His Ghouls | 2:35 | $0.99 | View In iTunes ▾ |
| 34 | Kiss Of Death (Slow Rock S… | Frankie Stein & His Ghouls | 3:13 | $0.99 | View In iTunes ▾ |
| 35 | Saturday Evening Ghost (Su… | Frankie Stein & His Ghouls | 2:06 | $0.99 | View In iTunes ▾ |
| 36 | Bat & Cat (Fox Trot) | Frankie Stein & His Ghouls | 1:51 | $0.99 | View In iTunes ▾ |
| 37 | Chained | Frankie Stein & His Ghouls | 2:24 | $0.99 | View In iTunes ▾ |
| 38 | Doom At Midnight | Frankie Stein & His Ghouls | 2:56 | $0.99 | View In iTunes ▾ |

38 Songs

iTunes - Music - Halloween Ghoul Classics by Frankie Stein & His Ghouls

**iTunes**
Download iTunes
What's New?
What is iTunes?
iTunes Charts

**More iTunes**
Digital Music Basics
iTunes Gifts
iTunes U
iPod + iTunes Support
AirPlay
Accessibility

**Working with iTunes**
Sell Your Content
Content Providers
Market with iTunes
Join the Affiliate Program
Link to iTunes

**iTunes Store**
Browse iTunes Store
Browse App Store
Buy Music Now
Buy iTunes Gift Cards
Redeem iTunes Gift Cards
iTunes Corporate Sales
Free Single of the Week

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.

Apple Info | Site Map | Hot News | RSS Feeds | Contact Us

Copyright © 2013 Apple Inc. All rights reserved.   Terms of Use   |   Privacy Policy

https://itunes.apple.com/us/album/halloween-ghoul-classics/id431772634[10/25/2013 11:20:32 AM]

https://itunes.apple.com/us/album/hawaiian-interlude/id475930885[10/23/2013 12:18:06 PM]

iTunes - Music - Hawaiian Interlude by Jonnie Aluani & His Orchestra

# iTunes Preview



## Hawaiian Interlude
### Jonnie Aluani & His Orchestra

Open iTunes to preview, buy, and download music.

[View In iTunes]

$5.99

Genres: World, Music
Released: Oct 01, 2011
℗ 2011 Vintage Masters Inc.

### Customer Ratings

We have not received enough ratings to display an average for this album.

| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | Red Sails In The Sunset | Jonnie Aluani & His Orchestra | 2:48 | $0.99 | View In iTunes ▾ |
| 2 | Hawaiian War Chant | Jonnie Aluani & His Orchestra | 2:01 | $0.99 | View In iTunes ▾ |
| 3 | Harbor Lights | Jonnie Aluani & His Orchestra | 3:02 | $0.99 | View In iTunes ▾ |
| 4 | Hawaiian Holiday | Jonnie Aluani & His Orchestra | 2:03 | $0.99 | View In iTunes ▾ |
| 5 | Luau Lei | Jonnie Aluani & His Orchestra | 2:17 | $0.99 | View In iTunes ▾ |
| 6 | Drowsy Waters | Jonnie Aluani & His Orchestra | 2:43 | $0.99 | View In iTunes ▾ |
| 7 | Hawaiian Love Song | Jonnie Aluani & His Orchestra | 3:08 | $0.99 | View In iTunes ▾ |
| 8 | Kula Ha | Jonnie Aluani & His Orchestra | 1:48 | $0.99 | View In iTunes ▾ |
| 9 | To You, Sweetheart | Jonnie Aluani & His Orchestra | 2:44 | $0.99 | View In iTunes ▾ |
| 10 | Hawaiian Starlight | Jonnie Aluani & His Orchestra | 2:24 | $0.99 | View In iTunes ▾ |
| 11 | Aloha | Jonnie Aluani & His Orchestra | 3:29 | $0.99 | View In iTunes ▾ |

11 Songs

## Top Albums and Songs By Jonnie Aluani & His Orchestra



1. Hawaiian Interlude
View In iTunes ▾

| | Name | Album | Time | Price | |
|---|---|---|---|---|---|
| 1 | Aloha | Hawaiian Luau Party 2012 | 3:29 | $0.99 | View In iTunes ▾ |
| 2 | Hawaiian Holiday | Hawaiian Luau Party 2012 | 2:03 | $0.99 | View In iTunes ▾ |
| 3 | Harbor Lights | Tiki Room! Enchanted Sound... | 3:02 | $0.99 | View In iTunes ▾ |
| 4 | Hawaiian War Chant | Hawaiian Magic – The Best o... | 2:01 | $0.99 | View In iTunes ▾ |
| 5 | Hawaiian War Chant | Hidden Treasure! 100 Vinyl... | 2:01 | $0.99 | View In iTunes ▾ |
| 6 | Red Sails In The Sunset | Hawaiian Interlude | 2:48 | $0.99 | View In iTunes ▾ |
| 7 | Aloha | Hawaiian Interlude | 3:29 | $0.99 | View In iTunes ▾ |
| 8 | Hawaiian War Chant | Hawaiian Interlude | 2:01 | $0.99 | View In iTunes ▾ |
| 9 | Harbor Lights | Hawaiian Interlude | 3:02 | $0.99 | View In iTunes ▾ |
| 10 | Hawaiian Holiday | Hawaiian Interlude | 2:03 | $0.99 | View In iTunes ▾ |

What's New   What is iTunes   iTunes Charts

View More By This Artist

https://itunes.apple.com/us/album/hawaiian-interlude/id475930885[10/23/2013 12:18:06 PM]

## Listeners Also Bought



Santo & Johnny, V...
Santo & Johnny
View In iTunes ▸



Hawaiian Luau Party
Various Artists
View In iTunes ▸



Hawaiian Luau Par...
Various Artists
View In iTunes ▸




Hawaiian Luau Par...
Aloha Luau
View In iTunes ▸



**iTunes**
30,718,454
☐ Like

**App Store**
8,364,417
☐ Like

Become a fan of the iTunes and App Store pages on Facebook for exclusive offers,
the inside scoop on new apps and more.

**iTunes**
iTunes
Download iTunes
What's New?
What is iTunes?
iTunes Charts

**More iTunes**
Digital Music Basics
iTunes Gifts
iTunes U
iPod + iTunes Support
AirPlay
Accessibility

**Working with iTunes**
Sell Your Content
Content Providers
Market with iTunes
Join the Affiliate Program
Link to iTunes

**iTunes Store**
Browse iTunes Store
Browse App Store
Buy Music Now
Buy iTunes Gift Cards
Redeem iTunes Gift Cards
iTunes Corporate Sales
Free Single of the Week

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.

Copyright © 2013 Apple Inc. All rights reserved.

Terms of Use   |   Privacy Policy

Apple Info   |   Site Map   |   Hot News   |   RSS Feeds   |   Contact Us

iTunes – Music – Hits of '66 by The Ray Bloch Singers

# iTunes Preview

## Hits of '66

### The Ray Bloch Singers

Open iTunes to preview, buy, and download music.



**View In iTunes**

$5.99

Genres: Pop, Music
Released: Mar 01, 2012
℗ 2012 Vintage Masters Inc.

### Customer Ratings

We have not received enough ratings to display an average for this album.

| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | California Dreamin' | The Ray Bloch Singers | 2:23 | $0.99 | View In iTunes ▾ |
| 2 | Sunny | The Ray Bloch Singers | 2:57 | $0.99 | View In iTunes ▾ |
| 3 | Strangers in the Night | The Ray Bloch Singers | 2:13 | $0.99 | View In iTunes ▾ |
| 4 | Winchester Cathedral | The Ray Bloch Singers | 2:57 | $0.99 | View In iTunes ▾ |
| 5 | If I Were a Carpenter | The Ray Bloch Singers | 2:21 | $0.99 | View In iTunes ▾ |
| 6 | Last Train to Clarksville | The Ray Bloch Singers | 2:29 | $0.99 | View In iTunes ▾ |
| 7 | See You in September | The Ray Bloch Singers | 2:25 | $0.99 | View In iTunes ▾ |
| 8 | Monday, Monday | The Ray Bloch Singers | 2:54 | $0.99 | View In iTunes ▾ |
| 9 | Summer in the City | The Ray Bloch Singers | 1:51 | $0.99 | View In iTunes ▾ |
| 10 | These Boots Were Made for… | The Ray Bloch Singers | 2:51 | $0.99 | View In iTunes ▾ |

10 Songs

## Top Albums and Songs By The Ray Bloch Singers



1. Hits Of '67
View In iTunes ▾



2. Hits of '66
View In iTunes ▾

| | Name | Album | Time | Price | |
|---|---|---|---|---|---|
| 1 | Sunny | Hits of '66 | 2:57 | $0.99 | View In iTunes ▾ |
| 2 | These Boots Were Made for Walkin' | Hits of '66 | 2:51 | $0.99 | View In iTunes ▾ |
| 3 | Strangers in the Night | Hits of '66 | 2:13 | $0.99 | View In iTunes ▾ |
| 4 | Georgy Girl | Hits Of '67 | 3:19 | $0.99 | View In iTunes ▾ |
| 5 | Happy Together | Hits Of '67 | 2:15 | $0.99 | View In iTunes ▾ |
| 6 | Alfie | Hits Of '67 | 2:49 | $0.99 | View In iTunes ▾ |
| 7 | Can't Take My Eyes Off You | Hits Of '67 | 3:02 | $0.99 | View In iTunes ▾ |
| 8 | Light My Fire | Hits Of '67 | 2:17 | $0.99 | View In iTunes ▾ |
| 9 | Penny Lane | Hits Of '67 | 2:55 | $0.99 | View In iTunes ▾ |
| 10 | All You Need Is Love | Hits Of '67 | 2:30 | $0.99 | View In iTunes ▾ |

What's New   What is iTunes   iTunes Charts

View More By This Artist

https://itunes.apple.com/us/album/hits-of-66/id528482682[10/25/2013 11:21:08 AM]

iTunes - Music - Hits of '66 by The Ray Bloch Singers



**iTunes**

☐ Like   30,718,403

**App Store**

☐ Like   8,364,095

Become a fan of the iTunes and App Store pages on Facebook for exclusive offers, the inside scoop on new apps and more.

**iTunes**
Download iTunes
What's New?
What is iTunes?
iTunes Charts

**More iTunes**
Digital Music Basics
iTunes Gifts
iTunes U
iPod + iTunes Support
AirPlay
Accessibility

**Working with iTunes**
Sell Your Content
Content Providers
Market with iTunes
Join the Affiliate Program
Link to iTunes

**iTunes Store**
Browse iTunes Store
Browse App Store
Buy Music Now
Buy iTunes Gift Cards
Redeem iTunes Gift Cards
iTunes Corporate Sales
Free Single of the Week

Copyright © 2013 Apple Inc. All rights reserved.   Terms of Use  |  Privacy Policy

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.

Apple Info  |  Site Map  |  Hot News  |  RSS Feeds  |  Contact Us

https://itunes.apple.com/us/album/hits-of-67/id465326023[10/23/2013 11:21:20 AM]

iTunes – Music – Hits Of '67 by The Ray Bloch Singers

# iTunes Preview



## Hits Of '67

### The Ray Bloch Singers

Open iTunes to preview, buy, and download music.

**View In iTunes**

$5.99

Genres: Pop, Music
Released: Aug 01, 2011
℗ 2011 Master Classics Records

### Customer Ratings

We have not received enough ratings to display an average rating for this album.

| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | Happy Together | The Ray Bloch Singers | 2:15 | $0.99 | View In iTunes ▾ |
| 2 | Alfie | The Ray Bloch Singers | 2:49 | $0.99 | View In iTunes ▾ |
| 3 | Can't Take My Eyes Off You | The Ray Bloch Singers | 3:02 | $0.99 | View In iTunes ▾ |
| 4 | Light My Fire | The Ray Bloch Singers | 2:17 | $0.99 | View In iTunes ▾ |
| 5 | Penny Lane | The Ray Bloch Singers | 2:55 | $0.99 | View In iTunes ▾ |
| 6 | All You Need Is Love | The Ray Bloch Singers | 2:30 | $0.99 | View In iTunes ▾ |
| 7 | Something Stupid | The Ray Bloch Singers | 3:15 | $0.99 | View In iTunes ▾ |
| 8 | Up, Up, And Away | The Ray Bloch Singers | 2:09 | $0.99 | View In iTunes ▾ |
| 9 | Georgy Girl | The Ray Bloch Singers | 3:19 | $0.99 | View In iTunes ▾ |
| 10 | Windy | The Ray Bloch Singers | 2:48 | $0.99 | View In iTunes ▾ |

10 Songs

## Top Albums and Songs By The Ray Bloch Singers

1. 
   Hits Of '67
   View In iTunes ▾

2. 
   Hits of '66
   View In iTunes ▾

| | Name | Album | Time | Price | |
|---|---|---|---|---|---|
| 1 | Sunny | Hits of '66 | 2:57 | $0.99 | View In iTunes ▾ |
| 2 | These Boots Were Made for Walkin' | Hits of '66 | 2:51 | $0.99 | View In iTunes ▾ |
| 3 | Strangers in the Night | Hits of '66 | 2:13 | $0.99 | View In iTunes ▾ |
| 4 | Georgy Girl | Hits Of '67 | 3:19 | $0.99 | View In iTunes ▾ |
| 5 | Happy Together | Hits Of '67 | 2:15 | $0.99 | View In iTunes ▾ |
| 6 | Alfie | Hits Of '67 | 2:49 | $0.99 | View In iTunes ▾ |
| 7 | Can't Take My Eyes Off You | Hits Of '67 | 3:02 | $0.99 | View In iTunes ▾ |
| 8 | Light My Fire | Hits Of '67 | 2:17 | $0.99 | View In iTunes ▾ |
| 9 | Penny Lane | Hits Of '67 | 2:55 | $0.99 | View In iTunes ▾ |
| 10 | All You Need Is Love | Hits Of '67 | 2:30 | $0.99 | View In iTunes ▾ |

View More By This Artist

What's New   What is iTunes   iTunes Charts

https://itunes.apple.com/us/album/hits-of-67/id465526023[10/25/2013 11:21:20 AM]

iTunes - Music - Hits Of '67 by The Ray Bloch Singers

**iTunes**

☐ Like  30,718,405

**App Store**

☐ Like  8,364,097

Become a fan of the iTunes and App Store pages on Facebook for exclusive offers, the inside scoop on new apps and more.

**iTunes**

More iTunes
Download iTunes
What's New?
What is iTunes?
iTunes Charts

Digital Music Basics
iTunes Gifts
iTunes U
iPod + iTunes Support
AirPlay
Accessibility

**Working with iTunes**
Sell Your Content
Content Providers
Market with iTunes
Join the Affiliate Program
Link to iTunes

**iTunes Store**
Browse iTunes Store
Browse App Store
Buy Music Now
Buy iTunes Gift Cards
Redeem iTunes Gift Cards
iTunes Corporate Sales
Free Single of the Week

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseler.

Apple Info  |  Site Map  |  Hot News  |  RSS Feeds  |  Contact Us

Copyright © 2013 Apple Inc. All rights reserved.  Terms of Use  |  Privacy Policy

https://itunes.apple.com/us/album/lets-twist/id431799495[10/23/2013 11:23:08 AM]

iTunes - Music - Let's Twist by The Candymen Orchestra

# iTunes Preview

## Let's Twist
### The Candymen Orchestra

Open iTunes to preview, buy, and download music.



**View In iTunes**

$5.99

Genres: Pop, Music
Released: Mar 01, 2011
℗ 2011 Master Classics Records

### Customer Ratings

We have not received enough ratings to display an average for this album.

View More By This Artist

| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | Pretzel Twist | The Candymen Orchestra | 2:28 | $0.99 | View In iTunes ▾ |
| 2 | Glow Worm Twist | The Candymen Orchestra | 2:52 | $0.99 | View In iTunes ▾ |
| 3 | Old MacDonald Did The Twist | The Candymen Orchestra | 2:20 | $0.99 | View In iTunes ▾ |
| 4 | Happy Twist | The Candymen Orchestra | 2:19 | $0.99 | View In iTunes ▾ |
| 5 | Red River Twist | The Candymen Orchestra | 2:31 | $0.99 | View In iTunes ▾ |
| 6 | I Wanna Girl Like The Girl T… | The Candymen Orchestra | 2:52 | $0.99 | View In iTunes ▾ |
| 7 | Kiss Twist | The Candymen Orchestra | 2:18 | $0.99 | View In iTunes ▾ |
| 8 | Twisting Susanna | The Candymen Orchestra | 2:56 | $0.99 | View In iTunes ▾ |
| 9 | And They Twisted On | The Candymen Orchestra | 2:48 | $0.99 | View In iTunes ▾ |
| 10 | Twist Around And Around … | The Candymen Orchestra | 2:55 | $0.99 | View In iTunes ▾ |
| 11 | Twisting Moon | The Candymen Orchestra | 2:43 | $0.99 | View In iTunes ▾ |
| 12 | Kiss Twist (Instrumental) | The Candymen Orchestra | 2:42 | $0.99 | View In iTunes ▾ |

12 Songs

## Top Albums and Songs By The Candymen Orchestra



1.
Let's Twist
View In iTunes ▾

| | Name | Album | Time | Price | |
|---|---|---|---|---|---|
| 1 | Pretzel Twist | Let's Twist | 2:28 | $0.99 | View In iTunes ▾ |
| 2 | Glow Worm Twist | Let's Twist | 2:52 | $0.99 | View In iTunes ▾ |
| 3 | Old MacDonald Did The Twist | Let's Twist | 2:20 | $0.99 | View In iTunes ▾ |
| 4 | Happy Twist | Let's Twist | 2:19 | $0.99 | View In iTunes ▾ |
| 5 | Red River Twist | Let's Twist | 2:31 | $0.99 | View In iTunes ▾ |
| 6 | I Wanna Girl Like The Girl That T… | Let's Twist | 2:52 | $0.99 | View In iTunes ▾ |
| 7 | Kiss Twist | Let's Twist | 2:18 | $0.99 | View In iTunes ▾ |
| 8 | Twisting Susanna | Let's Twist | 2:56 | $0.99 | View In iTunes ▾ |
| 9 | And They Twisted On | Let's Twist | 2:48 | $0.99 | View In iTunes ▾ |
| 10 | Twist Around And Around The To… | Let's Twist | 2:55 | $0.99 | View In iTunes ▾ |

https://itunes.apple.com/us/album/lets-twist/id431799495[10/23/2013 11:23:08 AM]

iTunes - Music - Let's Twist by The Candymen Orchestra

## iTunes

**iTunes**
Download iTunes
What's New?
What is iTunes?
iTunes Charts

More iTunes
Digital Music Basics
iTunes Gifts
iTunes U
iPod + iTunes Support
AirPlay
Accessibility

Working with iTunes
Sell Your Content
Content Providers
Market with iTunes
Join the Affiliate Program
Link to iTunes

iTunes Store
Browse iTunes Store
Browse App Store
Buy Music Now
Buy iTunes Gift Cards
Redeem iTunes Gift Cards
iTunes Corporate Sales
Free Single of the Week

**iTunes**

☐ Like   30,718,415

**App Store**

☐ Like   8,384,114

Become a fan of the iTunes and App Store pages on Facebook for exclusive offers,
the inside scoop on new apps and more.

Copyright © 2013 Apple Inc. All rights reserved.

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.

Apple Info  |  Site Map  |  Hot News  |  RSS Feeds  |  Contact Us

Terms of Use  |  Privacy Policy

iTunes - Music - Live At The Bird Lounge (1964) by Lightnin' Hopkins

This is Google's cache of https://itunes.apple.com/us/album/live-at-the-bird-lounge-1964/id448952909. It is a snapshot of the page as it appeared on Sep 25, 2013 18:05:06 GMT. The current page could have changed in the meantime. Learn more
Tip: To quickly find your search term on this page, press Ctrl+F or ⌘-F (Mac) and use the find bar.

Text-only version

# iTunes Preview

What's New   What is iTunes   View More By This Artist   iTunes Charts

**Live At The Bird Lounge (1964)**
Lightnin' Hopkins

View In iTunes

Open iTunes to preview, buy, and download music.

$4.99
Genres: Blues, Music
Released: May 01, 2011
℗ 2011 Screenland Records



| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | I Heard My Children Crying | Lightnin' Hopkins | 5:56 | $0.99 | View In iTunes ▾ |
| 2 | Leave Jike Mary Alone | Lightnin' Hopkins | 4:28 | $0.99 | View In iTunes ▾ |
| 3 | You Treat Po' Lightnin' Wrong | Lightnin' Hopkins | 6:32 | $0.99 | View In iTunes ▾ |
| 4 | I'm Gonna Meet My Baby Some… | Lightnin' Hopkins | 5:09 | $0.99 | View In iTunes ▾ |
| 5 | Don't Treat That Man Way You… | Lightnin' Hopkins | 4:32 | $0.99 | View In iTunes ▾ |
| 6 | There's Good Rockin' Tonight | Lightnin' Hopkins | 6:11 | $0.99 | View In iTunes ▾ |

6 Songs

## Customer Ratings

We have not received enough ratings to display an average rating for this album.

## Followers

Peppermint Harris
Lightnin' Slim
Smokin' Joe Kubek
George 'Wild Child' Butler
Frankie Lee Sims
Phillip Walker
Eddie Kirkland
Robert Lowery
Drink Small
Chris Smither

## Contemporaries

Melvin "Lil' Son" Jackson
Blind Lemon Jefferson
Robert Pete Williams
Lightnin' Slim
Clarence "Gatemouth" Brown
Jesse Thomas
Brownie McGhee

## Biography

Born: March 15, 1912 in Centerville, TX
Genre: Blues
Years Active: '30s, '40s, '50s, '60s, '70s

Sam Hopkins was a Texas country bluesman of the highest caliber whose career began in the 1920s and stretched all the way into the 1980s. Along the way, Hopkins watched the genre change remarkably, but he never appreciably altered his mournful Lone Star sound, which translated onto both acoustic and electric guitar. Hopkins' nimble dexterity made intricate boogie riffs seem easy.…

Full Bio

## Top Albums and Songs By Lightnin' Hopkins

| | Name | Album | Time | Price | |
|---|---|---|---|---|---|
| 1. | | The Blues Anthol…<br>View In iTunes ▾ | | | |
| 2. | | Blues<br>View In iTunes ▾ | | | |
| 3. | | The Best of Ligh…<br>View In iTunes ▾ | | | |
| 1 | Mojo Hand | The American Folk Blues Fes… | 3:12 | $0.99 | View In iTunes ▾ |
| 2 | Stool Pidgeon Blues | The Best of Lightnin' Hopkins | 3:02 | $0.99 | View In iTunes ▾ |
| 3 | Trouble In Mind | The Very Best of Lightnin' H… | 2:55 | $0.99 | View In iTunes ▾ |
| 4 | Bring Me My Shogun | The Blues Anthology | 3:48 | $0.99 | View In iTunes ▾ |
| 4. | | The Best Of Ligh…<br>View In iTunes ▾ | | | |
| 5. | | The Best Of Ligh…<br>View In iTunes ▾ | | | |






http://webcache.googleusercontent.com/search?q=cache:7-zhz7laBswJ:https://itunes.apple.com/us/album/live-at-the-bird-lounge-1964/id448952909+&cd=1&hl=en&ct=clnk&gl=us[10/24/2013 2:33:47 PM]

iTunes - Music - Live At The Bird Lounge (1964) by Lightnin' Hopkins

Etta Baker
Rev. Gary Davis

| 5 | Drinkin' In the Blues | The Best of Lightnin' Hopkins | 5:10 | $0.99 | View In iTunes ▾ |
| 6 | Mojo Hand | The Blues Anthology | 3:02 | $0.99 | View In iTunes ▾ |
| 7 | Back to New Orleans | The Best of Lightnin' Hopkins | 3:20 | $1.29 | View In iTunes ▾ |
| 8 | Hard to Love a Woman | Last Night Blues (Remastered) | 4:01 | $0.99 | View In iTunes ▾ |
| 9 | Christmas Blues | Merry Blue Christmas | 3:42 | $0.99 | View In iTunes ▾ |
| 10 | Take a Trip With Me | Last Night Blues (Remastered) | 5:04 | $1.29 | View In iTunes ▾ |

Listeners Also Bought



The Bridge School...
Various Artists
View In iTunes ▾



The Best of John L...
John Lee Hooker
View In iTunes ▾



Half A Stranger V...
John Lee Hooker
View In iTunes ▾



It Serves You Righ...
John Lee Hooker
View In iTunes ▾



His Best (Chess 5...
Howlin' Wolf
View In iTunes ▾



iTunes

Like  30,724,092

App Store
Like  8,371,079

Become a fan of the iTunes and App Store pages on Facebook for exclusive offers, the inside scoop on new apps and more.

**iTunes**
iTunes
Download iTunes
What's New?
What is iTunes?
iTunes Charts

**More iTunes**
Digital Music Basics
iTunes Gifts
iTunes U
iPod + iTunes Support
AirPlay
Accessibility

**Working with iTunes**
Sell Your Content
Content Providers
Market with iTunes
Join the Affiliate Program
Link to iTunes

**iTunes Store**
Browse iTunes Store
Browse App Store
Buy Music Now
Buy iTunes Gift Cards
Redeem iTunes Gift Cards
iTunes Corporate Sales
Free Single of the Week

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.

Apple Info  |  Site Map  |  Hot News  |  RSS Feeds  |  Contact Us

Copyright © 2013 Apple Inc. All rights reserved.   Terms of Use   |   Privacy Policy

http://webcache.googleusercontent.com/search?q=cache:7-abz7laBbw0:https://itunes.apple.com/us/album/live-at-the-bird-lounge-1964/id448952909+&cd=1&hl=en&ct=clnk&gl=us[10/24/2013 2:33:47 PM]

https://itunes.apple.com/us/album/those-were-the-days/id652305197?i1O/23/2013 11:16(08 AM)

iTunes – Music – Those Were the Days by Sweet Toothers

# iTunes Preview

## Those Were the Days

Open iTunes to preview, buy, and download music.



### Sweet Toothers

**View in iTunes**

$3.99

Genres: Children's Music, Music
Released: Mar 15, 2013
℗ 2013 Master Classics Records

### Customer Ratings

We have not received enough ratings to display an average for this album.

| # | Name | Artist | Time | Price | |
|---|------|--------|------|-------|---|
| 1 | Those Were the Days | Sweet Toothers | 5:08 | $0.99 | View in iTunes ▾ |
| 2 | Ida | Sweet Toothers | 2:57 | $0.99 | View in iTunes ▾ |
| 3 | Take Me out to the Ball Game | Sweet Toothers | 2:11 | $0.99 | View in iTunes ▾ |
| 4 | Goodbye, My Lady Love | Sweet Toothers | 1:56 | $0.99 | View in iTunes ▾ |
| 5 | Waiting at the Church | Sweet Toothers | 1:48 | $0.99 | View in iTunes ▾ |
| 6 | Take It Off | Sweet Toothers | 1:56 | $0.99 | View in iTunes ▾ |
| 7 | Hinky Dinky Parley Voo | Sweet Toothers | 2:01 | $0.99 | View in iTunes ▾ |
| 8 | The Grinder | Sweet Toothers | 2:48 | $0.99 | View in iTunes ▾ |
| 9 | Gloworm | Sweet Toothers | 2:12 | $0.99 | View in iTunes ▾ |
| 10 | How Dry I Am | Sweet Toothers | 2:11 | $0.99 | View in iTunes ▾ |

10 Songs

## Top Albums and Songs By Sweet Toothers



1. Those Were the …
View In iTunes ▾



2. Those Were the …
View In iTunes ▾

| # | Name | Album | Time | Price | |
|---|------|-------|------|-------|---|
| 1 | Hinky Dinky Parley Voo | Greatest Folk Songs You've … | 2:01 | $0.99 | View in iTunes ▾ |
| 2 | The Grinder | Those Were the Days | 2:48 | $0.99 | View in iTunes ▾ |
| 3 | Hinky Dinky Parley Voo | Those Were the Days | 2:01 | $0.99 | View in iTunes ▾ |
| 4 | Waiting at the Church | Those Were the Days | 1:48 | $0.99 | View in iTunes ▾ |
| 5 | Goodbye, My Lady Love | Those Were the Days | 1:56 | $0.99 | View in iTunes ▾ |
| 6 | Ida | Those Were the Days | 2:57 | $0.99 | View in iTunes ▾ |
| 7 | Those Were the Days | Those Were the Days | 5:08 | $0.99 | View in iTunes ▾ |
| 8 | Take Me out to the Ball Ga… | Those Were the Days | 2:11 | $0.99 | View in iTunes ▾ |
| 9 | Take It Off | Those Were the Days | 1:56 | $0.99 | View in iTunes ▾ |
| 10 | Gloworm | Those Were the Days | 2:12 | $0.99 | View in iTunes ▾ |

**View More By This Artist**

What's New   What is iTunes   iTunes Charts

https://itunes.apple.com/us/album/those-were-the-days/id632051972[10/23/2013 11:16:08 AM]

iTunes - Music - Those Were the Days by Sweet Toothers

iTunes

iTunes
Download iTunes
What's New?
What is iTunes?
iTunes Charts

More iTunes
Digital Music Basics
iTunes Gifts
iTunes U
iPod + iTunes Support
AirPlay
Accessibility

Working with iTunes
Sell Your Content
Content Providers
Market with iTunes
Join the Affiliate Program
Link to iTunes

iTunes Store
Browse iTunes Store
Browse App Store
Buy Music Now
Buy iTunes Gift Cards
Redeem iTunes Gift Cards
iTunes Corporate Sales
Free Single of the Week

iTunes

Like  30,718,395

App Store

Like  8,364,073

Become a fan of the iTunes and App Store pages on Facebook for exclusive offers, the inside scoop on new apps and more.

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.

Apple Info  |  Site Map  |  Hot News  |  RSS Feeds  |  Contact Us

Copyright © 2013 Apple Inc. All rights reserved.   Terms of Use  |  Privacy Policy