









Description | Shipping and payments | Print | Report item

eBay item number: 380663021225

Seller assumes all responsibility for this listing.

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Genre: | Soundtracks & Musicals |
| Duration: | LP | Style: | Cabaret/Vaudeville, SHOW TUNES |
| Record Grading: | Good (G) | Speed: | 33 RPM |
| Sleeve Grading: | Good Plus (G+) | Record Size: | 12" |

## Cleopatra Records Store

Visit my eBay store

CLEOPATRA RECORDS

Sign up for newsletter

Other | Other

### Store Categories

CAROL LAWRENCE LP AN EVENING WITH

- Store home
- VINYL
- CLOTHING
- COMPACT DISC
- DVD
- BOOKS
- POSTERS
- Patches & Banners
- Other

Hi! Sign in or register Daily Deals My eBay Sell Community Customer Support Cart

Shop by category All Categories Search Advanced

Back to Store | Listed in category: Music > Records

Description | Shipping and payments

Print | Report item

eBay item number: 380663021225

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Genre: | Soundtracks & Musicals |
| Duration: | LP | Style: | Cabaret/Vaudeville, SHOW TUNES |
| Record Grading: | Good (G) | Speed: | 33 RPM |
| Sleeve Grading: | Good Plus (G+) | Record Size: | 12" |

### Cleopatra Records Store

Visit my eBay store

CLEOPATRA RECORDS

Sign up for newsletter

Other | Other

### Store Categories

CAROL LAWRENCE LP AN EVENING WITH

- Store home
- VINYL
- CLOTHING
- COMPACT DISC
- DVD
- BOOKS
- POSTERS
- Patches & Banners
- Other

## People who viewed this item also viewed

Feedback on our suggestions

Buddy Rich Who's Who In Jazz USA vinyl LP...
$12.72

KRUPA AND RICH LP vg CLEF RECORDS dg M...
$1.99

Europa Jazz - EJ-1041 - 1981 - Vinyl - LP -...
$7.00

Buddy Rich: Super Rich Verve V6-8778 Jazz...
$9.00

Buddy Rich - Both Sides: The EmArcy Ja...
$16.95
Free shipping

Description | Shipping and payments

Print | Report item

eBay item number: 380364681090

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Speed: | 33 RPM |
| Duration: | LP | Record Size: | 12" |
| Genre: | Jazz | | |

### Cleopatra Records Store

Visit my eBay store

CLEOPATRA RECORDS

Sign up for newsletter

Other | Other

Store Categories

BUDDY RICH Sings Johnny Mercer U.K. Import LP (E.M.I. International) Very Rare ( jacket cover in good cond. / Vinyl lp fair cond. some visible sc

**People** who viewed this item also viewed

Feedback on our suggestions

 Buddy Rich Who's Who In Jazz USA vinyl LP...
$12.72

 KRUPA AND RICH LP vg CLEF RECORDS dg M...
$1.99

 Europa Jazz - EJ-1041 - 1981 - Vinyl - LP -...
$7.00

 Buddy Rich: Super Rich Verve V6-8776 Jazz...
$9.00

 Buddy Rich - Both Sides: The EmArcy Ja...
$16.95
Free shipping

| Description | Shipping and payments | | Print | Report item |

Seller assumes all responsibility for this listing.

eBay item number: 380364681090

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Speed: | 33 RPM |
| Duration: | LP | Record Size: | 12" |
| Genre: | Jazz | | |

**Cleopatra Records Store**                                                        Visit my eBay store



Sign up for newsletter

Other   |   Other

**Store** Categories            BUDDY RICH Sings Johnny Mercer  U.K. Import LP (E.M.I. International) Very Rare  ( jacket cover in good cond. / Vinyl lp fair cond. some visible sc







Description | Shipping and payments

Print | Report item

eBay item number: 380340813192

Seller assumes all responsibility for this listing.

Last updated on Jul 13, 2012 15:05:03 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Speed: | 33 RPM | Genre: | Soundtrack & Theater |
| Record Size: | 12" | Special Attributes: | Promo LP hole in bottom right of jacket |
| Duration: | LP | | |

## Cleopatra Records Store

Visit my eBay store

CLEOPATRA RECORDS

Sign up for newsletter

Other | Other

### Store Categories

DINGAKA ORIGINAL MOTION PICTURE SOUNDTRACK

- Store home
- VINYL
- CLOTHING
- COMPACT DISC
- DVD
- BOOKS
- POSTERS
- Patches & Banners
- Other

Description | Shipping and payments

Print | Report item

eBay item number: 380340813192

Seller assumes all responsibility for this listing.

Last updated on Jul 13, 2012 15:05:03 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Speed: | 33 RPM | Genre: | Soundtrack & Theater |
| Record Size: | 12" | Special Attributes: | Promo LP hole in bottom right of jacket |
| Duration: | LP | | |

## Cleopatra Records Store

Visit my eBay store

CLEOPATRA RECORDS

Sign up for newsletter

Other | Other

## Store Categories

DINGAKA ORIGINAL MOTION PICTURE SOUNDTRACK

- Store home
- VINYL
- CLOTHING
- COMPACT DISC
- DVD
- BOOKS
- POSTERS
- Patches & Banners
- Other

Have one to sell? Sell it yourself

People who viewed this item also viewed

Feedback on our suggestions

HOT ROD U.S.A. LP RECORD 1964 MONO... $5.00

THE MUNSTERS at home with LP 139... $44.99

PEANUTS TAYLOR Moods of Peanuts ... $10.00

LES VIKINGS s/t RARE AFRO JAZZ BIGUINE... $41.00

STARLIFT STEEL ORCHESTRA Carnival... $8.00

Description | Shipping and payments

Print | Report item

eBay item number: 380318863805

Seller assumes all responsibility for this listing.

Last updated on Jul 13, 2012 15:12:23 PDT View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Speed: | 33 RPM | Genre: | Rock |
| Record Size: | 12" | Sub-Genre: | Psychedelic Rock |
| Duration: | LP | | |

**Cleopatra Records Store**

Visit my eBay store

Sign up for newsletter

Other | Other

**Store Categories**

CALYPSO U.S.A. with AARON COLLINS Crown Records clp 5028 ( jacket cover not good condition , Vinyl Good condition)













Add to watch list

**Seller information**
cleo_store (7748 ) 
99.8% Positive feedback

Save this seller
See other items
Visit store: Cleopatra Records ...

ebay deals
DEALS. FOR REALS.
Free Shipping
Shop now
AdChoice

Description | Shipping and payments    Print | Report item

eBay item number: 380318863805

Seller assumes all responsibility for this listing.

Last updated on Jul 13, 2012 15:12:23 PDT View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Speed: | 33 RPM | Genre: | Rock |
| Record Size: | 12" | Sub-Genre: | Psychedelic Rock |
| Duration: | LP | | |

**Cleopatra Records Store**    Visit my eBay store

CLEOPATRA RECORDS    Sign up for newsletter

Other | Other

**Store Categories**
- Store home
- VINYL
- CLOTHING
- COMPACT DISC
- DVD
- BOOKS
- POSTERS
- Patches & Banners
- Other

CALYPSO U.S.A. with AARON COLLINS Crown Records clp 5028 ( jacket cover not good condition , Vinyl Good condition)

**Questions and answers about this item**
No questions or answers have been posted about this item.
Ask a question

00169

People who shopped for this item also bought    Feedback on our suggestions

| | | | | |
|---|---|---|---|---|
| 100 Plastic Outer 33 RPM LP Record Album... | 200 - 12" LP VINYL ALBUM RECORD... | 100 Plastic Album Record Outer Sleeves... | 25 Inner Record Sleeves for 12" Vinyl LP Recor... | 100 Clear 3MIL Poly Outer Sleeves Fit... |
| $16.89 | $29.89 | $22.95 | $3.79 | $19.89 |
| Buy It Now | Buy It Now | Buy It Now | 0 bids | Buy It Now |
| Free shipping | Free shipping | Free shipping | | Free shipping |

See what other people are watching    Feedback on our suggestions

| | | | | |
|---|---|---|---|---|
| ANTIDOTE "thou shalt not kill" 7 ep KBD rare... | Cliff Jordan - Cliff Craft - Blue Note 1582 R... | Jack White Stripes Third Man TMR-001 Genui... | Amy Walker Signed Tri-Color 7" on Third... | Edison Cylinder Phonograph Record... |
| $504.00 | $146.50 | $2,550.00 | $70.99 | $31.00 |
| 9 bids | 7 bids | 2 bids | 10 bids | 7 bids |

Sponsored Links
Vinyl Record Super Store
www.soundstagedirect.com/
Buy New, Factory Sealed Vinyl LPs. Classics, New Releases, & Reissues!
Turntables  VPI Record Cleaning Machines
Rock Records  Jazz Records

Hi! Sign in or register Daily Deals My eBay Sell Community Customer Support Cart

Shop by category All Categories Search Advanced

Back to search results | Listed in category: Music > Records

Mouse over image to zoom

Have one to sell? Sell it yourself

## BUD SHANK- California Dreamin - Vinyl LP

Item condition: --

| Add to watch list

Price: US $10.99

Buy It Now

Add to cart

Add to watch list

Bill Me Later New customers get $10 back on 1st purchase
Subject to credit approval. See terms

Shipping: $2.98 Economy Shipping | See details
Item location: Los Angeles, California, United States
Ships to: Worldwide

Delivery: Estimated between Fri. Sep. 13 and Fri. Sep. 20

Payments: PayPal, Bill Me Later | See details

Returns: 7 days money back, buyer pays return shipping | Read details

eBay Buyer Protection
Covers your purchase price plus original shipping.
Learn more

**Seller information**
cleo_store (7748) 
99.8% Positive feedback

Save this seller
See other items

Visit store: Cleopatra Records ...

AdChoice

Description | Shipping and payments

Print | Report item

eBay item number: 380332792134

Seller assumes all responsibility for this listing.

**Item specifics**

| | | | |
|---|---|---|---|
| Speed: | 33 RPM | Duration: | LP |
| Record Size: | 12" | Genre: | Jazz |

**Cleopatra Records Store**

Visit my eBay store

CLEOPATRA RECORDS

Sign up for newsletter

Sonstige | Sonstige

**Store Categories**

- Store home
- VINYL
- CLOTHING
- COMPACT DISC
- DVD
- BOOKS
- POSTERS
- Patches & Banners
- Other

**BUD SHANK - California Dreamin on World Pacific Records WP-1845 " Featuring Chet Baker " Arranged & Conducted by Bob Florence**

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

00126

People who shopped for this item also bought

Feedback on our suggestions

| | | | | |
|---|---|---|---|---|
| Marianne Faithful(2x12" Vinyl LP Gatefold)Rich... | 100 PLASTIC OUTER SLEEVES VINYL | Emma Bunton Crickets Sing For Anamaria UK... | 25 Record Sleeves for 12" LP Album Vinyl /... | Aesop Rock Skelethon 2LP NM still in shrink... |
| $0.99 | $13.99 | $30.00 | $8.99 | $18.99 |
| 0 bids | Buy It Now | 0 bids | Buy It Now | 0 bids |
| | | Free shipping | Free shipping | Free shipping |

See what other people are watching

Feedback on our suggestions

| | | | | |
|---|---|---|---|---|
| MEET THE BEATLES Record Album LP... | Buddy Holly ROCKABILLY 45 That'll... | EP/ MERCYFUL FATE - DEBUT - 1982 - WHI... | Amy Walker Signed Tri-Color 7" on Third... | David Oistrakh-Bruch,Hindemith,... |
| $2,200.00 | $100.00 | $130.00 | $70.99 | $71.00 |
| Buy It Now | 1 bid | 14 bids | 10 bids | 5 bids |
| Free shipping | | | | |

Sponsored Links

Vinyl Record Super Store
www.soundstagedirect.com/
Buy New, Factory Sealed **Vinyl LPs**. Classics, New Releases, & Reissues!
Turntables VPI Record Cleaning Machines
Rock Records Jazz Records

Quality Record Pressings
www.qualityrecordpressings.com/
Innovation + Precision = The Best Pressings Ever Pressed

Hi! Sign in or register Daily Deals My eBay Sell Community Customer Support Cart
ebay Shop by category All Categories Search Advanced
Back to search results | Listed in category: Music > Records

Description | Shipping and payments | Print | Report item

Seller assumes all responsibility for this listing. eBay item number: 380332792134

**Item specifics**

| | | | |
|---|---|---|---|
| Speed: | 33 RPM | Duration: | LP |
| Record Size: | 12" | Genre: | Jazz |

**Cleopatra Records Store** Visit my eBay store

CLEOPATRA RECORDS Sign up for newsletter

Sonstige | Sonstige

**Store Categories**

BUD SHANK - California Dreamin on World Pacific Records WP-1845 " Featuring Chet Baker " Arranged & Conducted by Bob Fl

- Store home
- VINYL
- CLOTHING
- COMPACT DISC
- DVD
- BOOKS
- POSTERS
- Patches & Banners
- Other

**Questions and answers about this item**

No questions or answers have been posted about this item.

Hi! Sign in or register Daily Deals Sell Customer Support My eBay Cart

Back

CALLIOPE
'steamed'
BUDDAH RECORDS

**Have one to sell?** Sell it yourself

**Description** | Shipping and payments | Print | Report item

eBay item number: 380655483804

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Genre: | Rock |
| Record Grading: | Very Good (VG) | Speed: | 33 RPM |
| Sleeve Grading: | Cover Split along Top | Record Size: | 12" |
| Record Label: | Buddah | Duration: | LP |

### Cleopatra Records Store

Visit my eBay store

CLEOPATRA RECORDS

Sign up for newsletter

Other | Other

**Store Categories**

CALLIOPE STEAMED LP

- Store home
- VINYL
- CLOTHING
- COMPACT DISC
- DVD
- BOOKS
- POSTERS
- Patches & Banners
- Other

**Questions and answers about this item**

Have one to sell? Sell it yourself

Description | Shipping and payments

Print | Report item

eBay item number: 380655483804

Seller assumes all responsibility for this listing.

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Genre: | Rock |
| Record Grading: | Very Good (VG) | Speed: | 33 RPM |
| Sleeve Grading: | Cover Split along Top | Record Size: | 12" |
| Record Label: | Buddah | Duration: | LP |

**Cleopatra Records Store**

Visit my eBay store

Sign up for newsletter

Sonstige | Sonstige

**Store Categories**

CALLIOPE STEAMED LP

- Store home
- VINYL
- CLOTHING
- COMPACT DISC
- DVD
- BOOKS
- POSTERS
- Patches & Banners
- Other

DONNYBROOK!
EDDIE FOY ART LUND

Mouse over image to zoom

Have one to sell? Sell it yourself

## DonnyBrook Original Broadway Cast LP -Johnny Burke

Item condition: Used

Add to watch list

Price: US $9.99

Buy It Now
Add to cart
Add to watch list

Bill Me Later New customers get $10 back on 1st purchase
Subject to credit approval. See terms

Shipping: $2.98 Economy Shipping | See details
Item location: Los Angeles, California, United States
Ships to: Worldwide

Delivery: Estimated between Sat. Sep. 14 and Sat. Sep. 21

Payments: PayPal, Bill Me Later | See details

Returns: 7 days money back, buyer pays return shipping | Read details

eBay Buyer Protection
Covers your purchase price plus original shipping.
Learn more

**Seller information**
cleo_store (7751 )
99.8% Positive feedback

Save this seller
See other items
Visit store: Cleopatra Records ...

AdChoice

People who viewed this item also viewed

Feedback on our suggestions

- SEALED Original Cast Oh Coward 2 LP gatefold... $4.00
- A Chorus Line - Original Broadway Cast (1975)... $3.99
- Original Broadway Cast, "The Pajama Game" ... $3.99
- South Pacific, Original Broadway Cast... $0.99
- FIORELLO! SEALED LP - Original Broadway Ca... $34.00

Description | Shipping and payments

Print | Report item

eBay item number: 380321033970

Seller assumes all responsibility for this listing.
Last updated on Jan 29, 2013 12:33:37 PST View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Genre: | Soundtrack & Theater |
| Record Size: | 12" | Speed: | 33 RPM |
| Duration: | LP | | |

**Cleopatra Records Store**

Visit my eBay store

CLEOPATRA RECORDS

Sign up for newsletter

Other | Other

**Store Categories**

- Store home
- VINYL
- CLOTHING
- COMPACT DISC
- DVD
- BOOKS
- POSTERS
- Patches & Banners
- Other

DonnyBrook Original Broadway Cast Music By Johnny Burke on Kapp Records mono KDL 8500 record is in fair/good cond.

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

00120

People who shopped for this item also bought

Feedback on our suggestions

- Grease [New Broadway Cast Recording] ... $1.99 0 bids
- Li'l Abner (Original Broadway Cast... $3.50 1 bid
- Gypsy [Original Broadway Cast] [Bon... $2.01 2 bids
- THE SCARLET PIMPERNEL CD Origin... $7.99 0 bids
- City of Angels (Original Broadway Cast... $4.50 0 bids

See what other people are watching

Feedback on our suggestions

- Public Nuisance Jack White TMR087 12"... $355.00 36 bids
- ANTIDOTE "thou shalt not kill" 7 ep KBD rare... $504.00 9 bids
- Stephen Encinas "Disco Illusion" Rare Islands... $1,025.00 16 bids
- BEATLES 45RPM PROMO on VEE JAY $388.00 21 bids
- NOFX - The Decline CLEAR VINYL /155 f... $799.99 7 bids

Hi! Sign in or register Daily Deals My eBay Sell Community Customer Support Cart

Back

Have one to sell? Sell it yourself

People who viewed this item also viewed

Feedback on our suggestions

SEALED Original Cast Oh Coward 2 LP gatefold...
$4.00

A Chorus Line - Original Broadway Cast (1975)...
$3.99

Original Broadway Cast; "The Pajama Game" ...
$3.99

South Pacific, Original Broadway Cast...
$0.99

FIORELLO! SEALED LP - Original Broadway Ca...
$34.00

Description | Shipping and payments

Print | Report item

eBay item number: 380321033970

Seller assumes all responsibility for this listing.

Last updated on Jan 29, 2013 12:33:37 PST View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Genre: | Soundtrack & Theater |
| Record Size: | 12" | Speed: | 33 RPM |
| Duration: | LP | | |

**Cleopatra Records Store**

Visit my eBay store

Sign up for newsletter

Other | Other

**Store Categories**

DonnyBrook Original Broadway Cast Music By Johnny Burke on Kapp Records mono KDL 8500 record is in fair/good cond.





Hi! Sign in or register Daily Deals My eBay Sell Community Customer Support Cart

Shop by category | All Categories | Search | Advanced

Back to Store | Listed in category: Music > Records

## FUTURA - Bernie Green & his Orchestras 1961 Stereo Action Vinyl LP

Item condition: Used | Add to watch list

Seller information

Descr

Seller as

Last upd

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Speed: | 33 RPM |
| Duration: | LP | Record Size: | 12" |
| Genre: | Easy Listening | | |

### Cleopatra Records Store

Visit my eBay store

CLEOPATRA RECORDS

Sign up for newsletter

Other | Other

### Store Categories

- Store home
- VINYL
- CLOTHING
- COMPACT DISC
- DVD
- BOOKS
- POSTERS
- Patches & Banners
- Other

FUTURA LP Bernie Green & his Orchestras Album ( record in Good cond. / jacket in Fair cond.)

# FUTURA - Bernie Green & his Orchestras 1961 Stereo Action Vinyl LP

Item condition: Used | Add to watch list

Seller information

Descr

Seller as

Last upd:

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Speed: | 33 RPM |
| Duration: | LP | Record Size: | 12" |
| Genre: | Easy Listening | | |

## Cleopatra Records Store

Visit my eBay store

CLEOPATRA RECORDS

Sign up for newsletter

Other | Other

### Store Categories

Store home
VINYL
CLOTHING
COMPACT DISC
DVD
BOOKS
POSTERS
Patches & Banners
Other

FUTURA LP Bernie Green & his Orchestras Album ( record in Good cond. / jacket in Fair cond.)

Have one to sell? Sell it yourself

People who viewed this item also viewed

Feedback on our suggestions

PJ Harvey Live 15 November 1992 La...
$21.99
Free shipping

Cheap Trick Live at Budokan LP RECORD...
$0.99

Depeche Mode Live At Crocs Night Club June...
$16.99
Free shipping

FREE Live UK 1st Press Vinyl LP Record PINK...
$13.27

METALLICA Live In Sweden 1986 LP...
$75.00

Description | Shipping and payments

Print | Report item

eBay item number: 380325239096

Seller assumes all responsibility for this listing.

Last updated on Jan 29, 2013 12:29:57 PST View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Genre: | Folk |
| Duration: | LP | Speed: | 33 RPM |
| Sub-Genre: | 1960s | Record Size: | 12" |

**Cleopatra Records Store**

Visit my eBay store

Sign up for newsletter

Other | Other

**Store Categories**

GLEN YARBROUGH Recorded Live hungry i Lp on RCA victor LSP-3661 (year 1966) Jacket cover fair condition, vinyl reco scratches fair cond.



ei's "hungry i."
a. A list of the
brick wall reads
er to please . . .
something that
natter. The idea
ill agree that it
the audience as
y it would more
knowing Glenn
o clap in time to
knew that only a
xciting sound he
ull it off. I've seen
with him all the
manner so that,
as much nervous
ne on stage to ex-
Side 1
The Music of the World A Turnin' (BMI 2:28)
The Mermaid (BMI 3:05)
Goin' Down the Track (900 Miles) (ASCAP 2:12)
The Summer's Long (ASCAP 2:28)
One Day Soon (ASCAP 2:18)
How Deep Is Down (ASCAP 2:00)
Rose (ASCAP 3:05)
Side 2
Me and My Dog (Old Blue) (ASCAP 2:08)
Where Are You Going with the Rain (BMI 2:22)
What You Gonna Do? (ASCAP 1:44)
The Things Men Do (ASCAP 2:41)
Some Trust in Chariots (ASCAP 2:07)
Only Love (ASCAP 2:27)
Recorded live at the hungry i, San Francisco, California.
Recording Engineer: Hank Cicalo.

Have one to sell? Sell it yourself

People who viewed this item also viewed

Feedback on our suggestions

PJ Harvey Live 15 November 1992 La...
$21.99
Free shipping

Cheap Trick Live at Budokan LP RECORD...
$0.99

Depeche Mode Live At Crocs Night Club June...
$16.99
Free shipping

FREE Live UK 1st Press Vinyl LP Record PINK...
$13.27

METALLICA Live In Sweden 1986 LP...
$75.00

Description | Shipping and payments

Print | Report item

eBay item number: 380325239096

Seller assumes all responsibility for this listing.

Last updated on Jan 29, 2013 12:29:57 PST View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Genre: | Folk |
| Duration: | LP | Speed: | 33 RPM |
| Sub-Genre: | 1960s | Record Size: | 12" |

### Cleopatra Records Store

Visit my eBay store

CLEOPATRA RECORDS

Sign up for newsletter

Other | Other

Store Categories

GLEN YARBROUGH Recorded Live hungry i Lp on RCA victor LSP-3661 (year 1966) Jacket cover fair condition, vinyl reco scratches fair cond.





 

Hi! Sign in or

Back

Have one to sell? Sell it yourself

Description | Shipping and payments

Print | Report item

eBay item number: 380436003707

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Speed: | 33 RPM |
| Duration: | LP | Record Size: | 12" |
| Genre: | Folk | | |

### Cleopatra Records Store

Visit my eBay store

CLEOPATRA RECORDS

Sign up for newsletter

Other | Other

### Store Categories

- Store home
- VINYL
- CLOTHING
- COMPACT DISC
- DVD
- BOOKS
- POSTERS
- Patches & Banners
- Other

Record in Fair Cond.& jacket in Good Condition Jacket still has original factory wrapper or seal with original price sticker

Have one to sell? Sell it yourself

Description | Shipping and payments

Print | Report item

eBay item number: 380436003707

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Speed: | 33 RPM |
| Duration: | LP | Record Size: | 12" |
| Genre: | Folk | | |

### Cleopatra Records Store

Visit my eBay store

Sign up for newsletter

Other | Other

### Store Categories

Store home
VINYL
CLOTHING
COMPACT DISC
DVD
BOOKS
POSTERS
Patches & Banners
Other

Record in Fair Cond.& jacket in Good Condition Jacket still has original factory wrapper or seal with original price sticker



Description | Shipping and payments

Print | Report item

eBay item number: 380375318103

Seller assumes all responsibility for this listing.

Last updated on Oct 07, 2011 11:14:47 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Speed: | 33 RPM |
| Duration: | LP | Record Size: | 12" |
| Genre: | Rock | | |

## Cleopatra Records Store

Visit my eBay store

CLEOPATRA RECORDS

Sign up for newsletter

Altro | Altro

### Store Categories

MIKE MILLIUS DESPERADO LP Promo hole @ bottom of jacket cover. Cover in Fair Cond. Vinyl in Fair Cond. some visible scratches on record

- Store home
- VINYL
- CLOTHING
- COMPACT DISC
- DVD
- BOOKS
- POSTERS
- Patches & Banners
- Other

Description | Shipping and payments

Print | Report item

eBay item number: 380375318103

Seller assumes all responsibility for this listing.

Last updated on Oct 07, 2011 11:14:47 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Speed: | 33 RPM |
| Duration: | LP | Record Size: | 12" |
| Genre: | Rock | | |

## Cleopatra Records Store

Visit my eBay store

Sign up for newsletter

Altro | Altro

### Store Categories

- Store home
- VINYL
- CLOTHING
- COMPACT DISC
- DVD
- BOOKS
- POSTERS
- Patches & Banners
- Other

MIKE MILLIUS DESPERADO LP Promo hole @ bottom of jacket cover. Cover in Fair Cond. Vinyl in Fair Cond. some visible scratches on record

eb

Back

Have one to sell? Sell it yourself

Description | Shipping and payments | Print | Report item

eBay item number: 380321030473

Seller assumes all responsibility for this listing.

Last updated on Jan 29, 2013 12:36:07 PST View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Genre: | Rock |
| Duration: | LP | Speed: | 33 RPM |
| Sub-Genre: | Psychedelic Rock | Record Size: | 12" |

**Cleopatra Records Store**

Visit my eBay store

CLEOPATRA RECORDS

Sign up for newsletter

Other | Other

**Store Categories**

- Store home
- VINYL
- CLOTHING
- COMPACT DISC
- DVD
- BOOKS
- POSTERS
- Patches & Banners
- Other

The Electronic Concept Orchestra Moog Groove on LimeLight Records 1970's release jacket cover fair cond. vinyl record not that great but will play.

Back

Have one to sell? Sell it yourself

Description | Shipping and payments

Print | Report item

eBay item number: 380321030473

Seller assumes all responsibility for this listing.

Last updated on Jan 29, 2013 12:36:07 PST View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Genre: | Rock |
| Duration: | LP | Speed: | 33 RPM |
| Sub-Genre: | Psychedelic Rock | Record Size: | 12" |

### Cleopatra Records Store

Visit my eBay store

CLEOPATRA RECORDS

Sign up for newsletter

Sonstige | Sonstige

### Store Categories

- Store home
- VINYL
- CLOTHING
- COMPACT DISC
- DVD
- BOOKS
- POSTERS
- Patches & Banners
- Other

The Electronic Concept Orchestra Moog Groove on LimeLight Records 1970's release jacket cover fair cond. vinyl record not that great but will play.

Have one to sell? Sell it yourself

Description | Shipping and payments

Print | Report item

eBay item number: 380395900945

Seller assumes all responsibility for this listing.

Last updated on Jan 29, 2013 11:20:52 PST View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Genre: | Pop |
| Duration: | LP | Speed: | 33 RPM |
| Sub-Genre: | 1960s | Record Size: | 12" |

**Cleopatra Records Store**

Visit my eBay store

CLEOPATRA RECORDS

Sign up for newsletter

Other | Other

**Store Categories**

- Store home
- VINYL
- CLOTHING
- COMPACT DISC
- DVD
- BOOKS
- POSTERS
- Patches & Banners
- Other

NANCY AMES - VERSATILE Album ( record in Good cond. / jacket in Fair cond.)

Description | Shipping and payments Print | Report item

eBay item number: 380395900945

Seller assumes all responsibility for this listing.

Last updated on Jan 29, 2013 11:20:52 PST View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Genre: | Pop |
| Duration: | LP | Speed: | 33 RPM |
| Sub-Genre: | 1960s | Record Size: | 12" |

**Cleopatra Records Store** Visit my eBay store

CLEOPATRA RECORDS Sign up for newsletter

Other | Other

**Store Categories**

- Store home
- VINYL
- CLOTHING
- COMPACT DISC
- DVD
- BOOKS
- POSTERS
- Patches & Banners
- Other

NANCY AMES - VERSATILE Album ( record in Good cond. / jacket in Fair cond.)

Have one to sell? Sell it yourself

Description | Shipping and payments

Print | Report item

eBay item number: 380395900945

Seller assumes all responsibility for this listing.

Last updated on Jan 29, 2013 11:20:52 PST View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Genre: | Pop |
| Duration: | LP | Speed: | 33 RPM |
| Sub-Genre: | 1960s | Record Size: | 12" |

### Cleopatra Records Store

Visit my eBay store

CLEOPATRA RECORDS

Sign up for newsletter

Other | Other

**Store Categories**

- Store home
- VINYL
- CLOTHING
- COMPACT DISC
- DVD
- BOOKS
- POSTERS
- Patches & Banners
- Other

NANCY AMES - VERSATILE Album ( record in Good cond. / jacket in Fair cond.)











People who viewed this item also viewed

Feedback on our suggestions

Annie Original Motion Picture Soundtrack...
$3.99

RESERVOIR DOGS: Quentin Tarantino:...
$19.95
Free shipping

Lolita - Original 1962 Kubrick Soundtrack LP...
$10.00

JACKSON 5IVE Goin' Back to Indiana Origin...
$13.50
Free shipping

Original Soundtrack The Great Gatsby Vinyl LP
$25.74

Description | Shipping and payments

Print | Report item

eBay item number: 380325470078

Seller assumes all responsibility for this listing.

Last updated on Jan 29, 2013 12:28:38 PST View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Genre: | Soundtrack & Theater |
| Record Size: | 12" | Speed: | 33 RPM |
| Duration: | LP | | |

**Cleopatra Records Store**

Visit my eBay store

CLEOPATRA RECORDS

Sign up for newsletter

Other | Other

**Store Categories**

LUCHINO VISCONTI'S - ROCCO & HIS BROTHERS- ORIGINAL SOUNDTRACK RECORDED IN ITALY MUSIC BY NINO ROTA ON F INTERNATIONAL RCA FSO-2

Hi! Sign in or register Daily Deals My eBay Sell Community Customer Support Cart

ebay Shop by category All Categories Search Advanced

Back to Store | Listed in category: Music > Records

People who viewed this item also viewed

Feedback on our suggestions

Annie Original Motion Picture Soundtrack...
$3.99

RESERVOIR DOGS: Quentin Tarantino:...
$19.95
Free shipping

Lolita - Original 1962 Kubrick Soundtrack LP...
$10.00

JACKSON 5IVE Goin' Back to Indiana Origin...
$13.50
Free shipping

Original Soundtrack The Great Gatsby Vinyl LP
$25.74

Description | Shipping and payments

Print | Report item

eBay item number: 380325470078

Seller assumes all responsibility for this listing.

Last updated on Jan 29, 2013 12:28:38 PST View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Genre: | Soundtrack & Theater |
| Record Size: | 12" | Speed: | 33 RPM |
| Duration: | LP | | |

**Cleopatra Records Store**

Visit my eBay store

CLEOPATRA RECORDS

Sign up for newsletter

Other | Other

**Store Categories**

LUCHINO VISCONTI'S - ROCCO & HIS BROTHERS- ORIGINAL SOUNDTRACK RECORDED IN ITALY MUSIC BY NINO ROTA ON F INTERNATIONAL RCA FSO-2

## People who viewed this item also viewed

Feedback on our suggestions

Elvis Presley record Windows of the Soul... $15.00

IDRIS MUHAMMAD Power Of Soul GROV... $12.00

Joss Stone THE SOUL SESSIONS S- Curve... $32.99

Soul LP The Great OTIS REDDING Sings Soul... $16.50

DE LA SOUL Buhloone Mindstate 2x LP NEW... $29.99

**Description** | Shipping and payments

Print | Report item

eBay item number: 380353224920

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Speed: | 33 RPM |
| Duration: | LP | Record Size: | 12" |
| Genre: | Jazz | | |

### Cleopatra Records Store

Visit my eBay store

CLEOPATRA RECORDS

Sign up for newsletter

Other | Other

**Store Categories**

RUTH OLAY - SOUL IN THE NIGHT VINYL LP ABC RECORDS (Jacket & vinyl in good Cond.)

People who viewed this item also viewed

Feedback on our suggestions

Elvis Presley record Windows of the Soul...
$15.00

IDRIS MUHAMMAD Power Of Soul GROV...
$12.00

Joss Stone THE SOUL SESSIONS S- Curve...
$32.99

Soul LP The Great OTIS REDDING Sings Soul...
$16.50

DE LA SOUL Buhloone Mindstate 2x LP NEW...
$29.99

Description | Shipping and payments

Print | Report item

eBay item number: 380353224920

Seller assumes all responsibility for this listing.

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Speed: | 33 RPM |
| Duration: | LP | Record Size: | 12" |
| Genre: | Jazz | | |

## Cleopatra Records Store

Visit my eBay store

CLEOPATRA RECORDS

Sign up for newsletter

Other | Other

**Store Categories**

RUTH OLAY - SOUL IN THE NIGHT VINYL LP ABC RECORDS (Jacket & vinyl in good Cond.)

Hi! Sign in or register Daily Deals My eBay Sell Community Customer Support Cart

ebay Shop by category All Categories Search Advanced

Back to Store | Listed in category: Music > Records

People who viewed this item also viewed

Feedback on our suggestions

- Fleetwood Mac LP Mr Wonderful UK Blue... $62.81
- JACKIE EDWARDS " THE BEST OF " Or.UK ISLA... $15.61
- Darkthrone - A Blaze In The Northern Sky PIC ... $26.66
- Bob Dylan LP Blood on the Tapes Alternative... $23.44
- TODD RUNDGREN - Todd NEW SEALED... $13.98

Description | Shipping and payments

Print | Report item

eBay item number: 380340857639

Seller assumes all responsibility for this listing.

Last updated on Jan 29, 2013 12:08:07 PST View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Genre: | Soundtrack & Theater |
| Record Size: | 12" | Speed: | 33 RPM |
| Duration: | LP | | |

**Cleopatra Records Store**

Visit my eBay store

CLEOPATRA RECORDS

Sign up for newsletter

Other | Other

**Store Categories**

The Caper of the Golden Bulls Original Motion Picture SoundTrack Arranged,composed and conducted by Vic Mizzy



Hi! Sign in or register Daily Deals
My eBay Sell Community Customer Support Cart
ebay Shop by category
All Categories Search Advanced
Back to Store | Listed in category: Music > Records
Music arranged, composed and conducted by Vic Mizzy
Side one
The Caper of the Golden Bulls
Bedroom Bolero
Welcome to the Gang
Nancy's Merengue
The Dancing Safe Crackers
Side two
Sad Sam Samba
Senorita with the Mini-Skirt
Toro March
Waiting for Frenchy
Jota Waltz
End Credits
nieux · Giovanna Ralli
R SLEZAK SCREENPLAY BY ED WATERS AND DAVID MOESSINGER BASED ON THE NOVEL BY WILLIAM P. McGIVERN · EXECUTIVE PRODUCER JOSEPH E LEVINE
phed on location in exciting Pamplona, Spain In Pathe COLOR AN EMBASSY PICTURES RELEASE
People who viewed this item also viewed
Feedback on our suggestions
Fleetwood Mac LP Mr Wonderful UK Blue... $62.81
JACKIE EDWARDS " THE BEST OF " Or.UK ISLA... $15.61
Darkthrone - A Blaze In The Northern Sky PIC ... $26.66
Bob Dylan LP Blood on the Tapes Alternative... $23.44
TODD RUNDGREN - Todd NEW SEALED... $13.98
Description
Shipping and payments
Print | Report item
eBay item number: 380340857639
Seller assumes all responsibility for this listing.
Last updated on Jan 29, 2013 12:08:07 PST View all revisions
Item specifics
Condition: Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more
Genre: Soundtrack & Theater
Record Size: 12"
Speed: 33 RPM
Duration: LP
Cleopatra Records Store
Visit my eBay store
CLEOPATRA RECORDS
Sign up for newsletter
Other | Other
Store Categories
The Caper of the Golden Bulls Original Motion Picture SoundTrack Arranged,composed and conducted by Vic Mizzy

MARIANNE
COLUMBIA
and other songs you'll like
THE
EASY
RIDERS
COLUMBIA

Mouse over image to zoom

Have one to sell? Sell it yourself

## THE EASY RIDERS - MARIANNE & other songs you'll like LP

Item condition: --

Add to watch list

Price: US $11.99

Buy It Now
Add to cart
Add to watch list

Bill Me Later New customers get $10 back on 1st purchase
Subject to credit approval. See terms

Shipping: $4.00 Economy Shipping | See details
Item location: Los Angeles, California, United States
Ships to: Worldwide

Delivery: Estimated between Fri. Sep. 13 and Fri. Sep. 20

Payments: PayPal, Bill Me Later | See details

Returns: 7 days money back, buyer pays return shipping | Read details

eBay Buyer Protection
Covers your purchase price plus original shipping.
Learn more

**Seller information**
cleo_store (7748)
99.8% Positive feedback

Save this seller
See other items
Visit store: Cleopatra Records ...

AdChoice

People who viewed this item also viewed

Feedback on our suggestions

Vintage 1950s LP Record Mahalia Jacks... $0.99

Lot 25 Rock LPs all EXC to NM TELL US WHAT... $24.95

Keith Sweat I'll Give All My Love To You Seal... $19.99 Free shipping

J.C. WHITE I'll Show You the Way LP Savoy soul... $4.98

White Hills So you are...so you'll be gre... $39.99

Description | Shipping and payments | Print | Report item

eBay item number: 380340849419

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Speed: | 33 RPM | Genre: | Folk |
| Record Size: | 12" | Sub-Genre: | Folk Rock |
| Duration: | LP | | |

**Cleopatra Records Store** | Visit my eBay store

CLEOPATRA RECORDS | Sign up for newsletter

Other | Other

**Store Categories**
- Store home
- VINYL
- CLOTHING
- COMPACT DISC
- DVD
- BOOKS
- POSTERS
- Patches & Banners
- Other

The Easy Riders - Marianne & other songs you'll like on Columbia Records CL990 Vinyl Record & Jacket in Good Condition

**Questions and answers about this item**
No questions or answers have been posted about this item.
Ask a question

00092

See what other people are watching

Feedback on our suggestions

Public Nuisance Jack White TMR087 12"... $350.00 35 bids

PINK FLOYD--VERY RARE SEALED $158.05 34 bids

Jascha HEIFETZ 10 Great Violin Concertos... $23.49 2 bids

Lot of 132 50's/60's Picture Sleeves... $110.07 18 bids

JOHN COLTRANE BLUE NOTE LP "BLUE TRAI... $112.50 7 bids

Sponsored Links

Easy Ride
www.bmwmotorcycles.com/
Great Financing Specials! Find a Local Dealer or Get a Quote Online

Easyriders
www.sale-fire.com/Easyriders
Fast shipping and best prices on **Easyriders**. Buy Now!

Easyriders Magazine$43.95
www.subscriptionaddiction.com/
12 Issues for $43.95 Save 10% with Coupon CPN10PER
Home Page | Gift Packages
4 Magazines for $35 | Categories

Riders
www.target.com/

Hi! Sign in or register | Daily Deals | My eBay | Sell | Community | Customer Support | Cart

ebay Shop by category | All Categories | Search | Advanced

Back to search results | Listed in category: Music > Records

Mouse over image to zoom

## THE EASY RIDERS - MARIANNE & other songs you'll like LP

Item condition: --

Add to watch list

Price: US $11.99

Buy It Now

Add to cart

Add to watch list

Bill Me Later New customers get $10 back on 1st purchase
Subject to credit approval. See terms

Shipping: $4.00 Economy Shipping | See details
Item location: Los Angeles, California, United States
Ships to: Worldwide

Delivery: Estimated between Fri. Sep. 13 and Fri. Sep. 20

Payments: PayPal, Bill Me Later | See details

Returns: 7 days money back, buyer pays return shipping | Read details

eBay Buyer Protection
Covers your purchase price plus original shipping.
Learn more

**Seller information**
cleo_store (7748) 
99.8% Positive feedback

Save this seller
See other items

Visit store: Cleopatra Records ...

AdChoice

Have one to sell? Sell it yourself

People who viewed this item also viewed

Feedback on our suggestions

Vintage 1950s LP Record Mahalia Jacks...
$0.99

Lot 25 Rock LPs all EXC to NM TELL US WHAT...
$24.95

Keith Sweat I'll Give All My Love To You Seal...
$19.99
Free shipping

J.C. WHITE I'll Show You the Way LP Savoy soul...
$4.98

White Hills So you are...so you'll be gre...
$39.99

Description | Shipping and payments | Print | Report item

eBay item number: 380340849419

Seller assumes all responsibility for this listing.

**Item specifics**

| | | | |
|---|---|---|---|
| Speed: | 33 RPM | Genre: | Folk |
| Record Size: | 12" | Sub-Genre: | Folk Rock |
| Duration: | LP | | |

**Cleopatra Records Store** Visit my eBay store

CLEOPATRA RECORDS

Sign up for newsletter

Other | Other

**Store Categories**

- Store home
- VINYL
- CLOTHING
- COMPACT DISC
- DVD
- BOOKS
- POSTERS
- Patches & Banners
- Other

The Easy Riders - Marianne & other songs you'll like on Columbia Records CL990 Vinyl Record & Jacket in Good Condition

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

00092

See what other people are watching

Feedback on our suggestions

Public Nuisance Jack White TMR087 12"...
$350.00
35 bids

PINK FLOYD--VERY RARE SEALED
$158.05
34 bids

Jascha HEIFETZ 10 Great Violin Concertos...
$23.49
2 bids

Lot of 132 50's/60's Picture Sleeves...
$110.07
18 bids

JOHN COLTRANE BLUE NOTE LP "BLUE TRAI...
$112.50
7 bids

Sponsored Links

Easy Ride
www.bmwmotorcycles.com/
Great Financing Specials! Find a Local Dealer or Get a Quote Online

Easyriders
www.sale-fire.com/Easyriders
Fast shipping and best prices on **Easyriders**. Buy Now!

Easyriders Magazine$43.95
www.subscriptionaddiction.com/
12 Issues for $43.95 Save 10% with Coupon CPN10PER
Home Page | Gift Packages
4 Magazines for $35 | Categories

Riders
www.target.com/

Have one to sell? Sell it yourself

People who viewed this item also viewed

Feedback on our suggestions

- Explosions in the Sky Prince Avalanche... $15.95
- GOBLIN - Dawn of the Dead Soundtrack RA... $29.99
- Original Soundtrack The Great Gatsby Vinyl LP $25.74
- Brian DePalma's SCARFACE Soundtrack... $8.98
- The Elephant Man (soundtrack & cast vin... $15.95 Free shipping

Description | Shipping and payments

Print | Report item

eBay item number: 380339096234

Seller assumes all responsibility for this listing.

Last updated on Jan 29, 2013 12:21:03 PST View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Genre: | Soundtrack & Theater |
| Record Size: | 12" | Speed: | 33 RPM |
| Duration: | LP | | |

**Cleopatra Records Store**

Visit my eBay store

CLEOPATRA RECORDS

Sign up for newsletter

Other | Other

**Store Categories**

THE GUNS OF NAVARONE LP on Columbia Records : Jacket is in Good Condition - Vinyl record has visible scratches on both sides of record

Have one to sell? Sell it yourself

People who viewed this item also viewed

Feedback on our suggestions

Explosions in the Sky Prince Avalanche...
$15.95

GOBLIN - Dawn of the Dead Soundtrack RA...
$29.99

Original Soundtrack The Great Gatsby Vinyl LP
$25.74

Brian DePalma's SCARFACE Soundtrack...
$8.98

The Elephant Man (soundtrack & cast vin...
$15.95
Free shipping

Description | Shipping and payments

Print | Report item

eBay item number: 380339096234

Seller assumes all responsibility for this listing.

Last updated on Jan 29, 2013 12:21:03 PST View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Genre: | Soundtrack & Theater |
| Record Size: | 12" | Speed: | 33 RPM |
| Duration: | LP | | |

### Cleopatra Records Store

Visit my eBay store

Sign up for newsletter

Other | Other

Store Categories

THE GUNS OF NAVARONE LP on Columbia Records : Jacket is in Good Condition - Vinyl record has visible scratches on both sides of record





Hi! Sign in or register | Daily Deals    My eBay  Sell  Community  Customer Support  Cart

ebay  Shop by category  All Categories  Search  Advanced

Back to search results | Listed in category: Music > Records

Mouse over image to zoom

Have one to sell? Sell it yourself

## The Sunrays - Andrea Lp California Surf Rock I live for the Sun (Beach Boys)

Item condition: Used    | Add to watch list

Price: US $27.99    Buy It Now    Add to cart    Add to watch list

Bill Me Later New customers get $10 back on 1st purchase
Subject to credit approval. See terms

Shipping: $2.99 Economy Shipping | See details
Item location: Los Angeles, California, United States
Ships to: Worldwide See exclusions

Delivery: Estimated between Fri. Sep. 13 and Fri. Sep. 20

Payments: PayPal, Bill Me Later | See details

Returns: No returns or exchanges, but item is covered by eBay Buyer Protection.

eBay Buyer Protection
Covers your purchase price plus original shipping.
Learn more

**Seller information**
cleo_store (7748 )
99.8% Positive feedback

Save this seller
See other items

Visit store: Cleopatra Records ...

AdChoice

Description | Shipping and payments    Print | Report item

eBay item number: 380689732116

Seller assumes all responsibility for this listing.

Last updated on Jul 31, 2013 11:36:52 PDT View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Genre: | Rock |
| Record Grading: | Very Good (VG) | Style: | Rock 'n' Roll, Surf/Hot Rod |
| Sleeve Grading: | Good Plus (G+) | Record Size: | 12" |
| Country of Manufacture: | United States | Duration: | LP |
| Speed: | 33 RPM | | |

**Cleopatra Records Store**    Visit my eBay store

CLEOPATRA RECORDS    Sign up for newsletter

Other | Other

**Store Categories**

- Store home
- VINYL
- CLOTHING
- COMPACT DISC
- DVD
- BOOKS
- POSTERS
- Patches & Banners
- Other

The Sunrays andrea Lp Andrea, A Little Dog and His Boy, Have to Be Myself, I look Baby-I Can't See, You Don't Phase Me, Still, I Live for the Sun, Jo Ann, Better Be Good to Me, Bye Baby Bye, Tears in my Eyes, Since My Findin' You.

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

00016

AdChoice

Back to search results    Return to top

More to explore : Sunrays Andrea, Beach Boys Live, Waiting For The Sun LP, Beach Boys Surfs Up LP, Beach Boys Surfs Up CD

About eBay  Community  Announcements  Security Center  Resolution Center  Policies  Site Map  eBay official time  Preview new features  Contact us  Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

Hi! Sign in or register Daily Deals My eBay Sell Community Customer Support Cart
ebay Shop by category All Categories Search Advanced
Back to search results | Listed in category: Music > Records

Description | Shipping and payments

Print | Report item

eBay item number: 380689732116

Seller assumes all responsibility for this listing.

Last updated on Jul 31, 2013 11:36:52 PDT View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Genre: | Rock |
| Record Grading: | Very Good (VG) | Style: | Rock 'n' Roll, Surf/Hot Rod |
| Sleeve Grading: | Good Plus (G+) | Record Size: | 12" |
| Country of Manufacture: | United States | Duration: | LP |
| Speed: | 33 RPM | | |

**Cleopatra Records Store**

Visit my eBay store

Sign up for newsletter

Other | Other

**Store Categories**

The Sunrays andrea Lp Andrea, A Little Dog and His Boy, Have to Be Myself, I look Baby-I Can't See, Y
Me, Still, I Live for the Sun, Jo Ann, Better Be Good to Me, Bye Baby Bye, Tears in my Eyes,
Findin' You.



    

Have one to sell? Sell it yourself

People who viewed this item also viewed

Feedback on our suggestions

WINNING Soundtrack LP vinyl Dave Grusin 19...
$2.98

Fred Waring College Memories Lp Music Vin...
$11.20
Free shipping

John Entwistle Whistle Rymes Vinyl Record ...
$9.85
Free shipping

DUKE ELLINGTON: Hot In Harlem 1928 - 19...
$3.99

Kitty Wells – Guilty Street VINYL LP 1969,...
$1.09

Description | Shipping and payments

Print | Report item

eBay item number: 380404050426

Seller assumes all responsibility for this listing.

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Speed: | 33 RPM |
| Duration: | LP | Record Size: | 12" |
| Genre: | Jazz | | |

**Cleopatra Records Store**

Visit my eBay store

Sign up for newsletter

Other | Other

**Store Categories**

VICKI BENET - THE FRENCH TOUCH LP Orchestra Directed by Charles Bud Dant (JACKET in Good Cond. & RECORD in Fair Cond. vinyl a

Have one to sell? Sell it yourself

People who viewed this item also viewed

Feedback on our suggestions

WINNING Soundtrack LP vinyl Dave Grusin 19... $2.98

Fred Waring College Memories Lp Music Vin... $11.20 Free shipping

John Entwistle Whistle Rymes Vinyl Record ... $9.85 Free shipping

DUKE ELLINGTON Hot In Harlem 1928 - 19... $3.99

Kitty Wells – Guilty Street VINYL LP 1969... $1.09

Description | Shipping and payments

Print | Report item

eBay item number: 380404050426

Seller assumes all responsibility for this listing.

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Speed: | 33 RPM |
| Duration: | LP | Record Size: | 12" |
| Genre: | Jazz | | |

**Cleopatra Records Store**

Visit my eBay store

CLEOPATRA RECORDS

Sign up for newsletter

Other | Other

**Store Categories**

VICKI BENET - THE FRENCH TOUCH LP Orchestra Directed by Charles Bud Dant ( JACKET in Good Cond. & RECORD in Fair Cond. vinyl a