

SIGN IN    HOW EMUSIC WORKS    MEMBER PLANS    BECOME A MEMBER

**BROWSE**    FEATURES + REVIEWS    RADIO    AUDIOBOOKS

ALBUMS    NEW ARRIVALS    CHARTS    GENRES    INFINITE EXPLORATIONS

All Music    buddy rich sings johnny

Save up to 50% off regular prices and get a $25 music credit when you join.    JOIN NOW

## Buddy Rich Sings Johnny Mercer
**BUDDY RICH**

RATE IT!
(0 RATINGS)

|  |  | SAMPLE ALBUM |  | MEMBER | RETAIL |
|---|---|---|---|---|---|
|  |  |  |  | $5.84 ⓘ | $8.99 |
| 01 | One For My Baby | | 4:18 | $0.49 ⓘ | $0.99 |
| 02 | Blues In The Night | | 3:08 | $0.49 ⓘ | $0.99 |
| 03 | Ac-Cent-Tchu-Ate … | | 3:04 | $0.49 ⓘ | $0.99 |
| 04 | Out Of This World | | 3:34 | $0.49 ⓘ | $0.99 |
| 05 | Too Marvelous Fo… | | 3:11 | $0.49 ⓘ | $0.99 |
| 06 | Goody Goody | | 3:15 | $0.49 ⓘ | $0.99 |
| 07 | Fools Rush In | | 4:23 | $0.49 ⓘ | $0.99 |
| 08 | Skylark | | 3:10 | $0.49 ⓘ | $0.99 |
| 09 | This Time The Dr… | | 4:07 | $0.49 ⓘ | $0.99 |
| 10 | Day In, Day Out | | 2:59 | $0.49 ⓘ | $0.99 |
| 11 | Trav'lin Light | | 3:21 | $0.49 ⓘ | $0.99 |
| 12 | Dream | | 3:22 | $0.49 ⓘ | $0.99 |

**ALBUM INFORMATION**

Total Tracks: **12**  Total Length: **41:52**

**Artist:** Buddy Rich *(See All Albums by Buddy Rich)*
**Date Released:** Sep 1, 2011
**Genre:** *Jazz*, **Style:** *Jazz Vocal*
**Label:** *VINTAGE MASTERS INC. / The Orchard*

## Write a Review

**Please register before you review a release.**

0 MEMBER REVIEWS

REGISTER



Join eMusic

Dig Deep
17+ Million Songs From Both Indie and Major Labels

Expand Your Collection
Most Tracks Just $0.49 Each

Find the Unexpected
Discover New Music With Editor's Picks, Infinite Explorations, and eMusic Radio

GET A $25 MUSIC CREDIT    JOIN NOW

LEARN MORE ▸

## Recommended Albums

1 | 2







Let That Liar Alone    REV. EDWARD W. CLAYBORN

00:00 | 00:29    **Buy**

Download The Caper Of The Golden Bulls (Original 1967 Motion Picture Soundtrack) by Vic Mizzy | eMusic

**emusic**

BROWSE  FEATURES + REVIEWS  RADIO  AUDIOBOOKS

All Music ▾    Sin-e

ALBUMS  NEW ARRIVALS  CHARTS  GENRES ▾  INFINITE EXPLORATIONS ▾

**Save up to 50%** off regular prices and get a **$25 music credit** when you join.    JOIN NOW ▶

# The Caper Of The Golden Bulls (Original 1967 Motion Picture Soundtrack)

**VIC MIZZY**

★★★★★ **RATE IT!**
(0 RATINGS)

▶ SAMPLE ALBUM

|  | MEMBER | RETAIL |
|---|---|---|
|  | $4.40 ⁝ | $6.76 ⬇ + |
| 01  The Caper Of The... | 4:36 | $0.49 ⁝ | $0.99 ⬇ + |
| 02  Romantic Guitar I... | 1:31 | $0.49 ⁝ | $0.99 ⬇ + |
| 03  Meeting At The Bar | 1:14 | $0.49 ⁝ | $0.99 ⬇ + |
| 04  Castanet Waltz | 1:35 | $0.49 ⁝ | $0.99 ⬇ + |
| 05  Rmance In Pampl... | 1:16 | $0.49 ⁝ | $0.99 ⬇ + |
| 06  Casing The Bank | 1:58 | $0.49 ⁝ | $0.99 ⬇ + |
| 07  Into The Swimmin... | 1:16 | $0.49 ⁝ | $0.99 ⬇ + |
| 08  Footsteps | 1:01 | $0.49 ⁝ | $0.99 ⬇ + |
| 09  Plotting While Rid... | 1:17 | $0.49 ⁝ | $0.99 ⬇ + |
| 10  Entering The Ban... | 1:25 | $0.49 ⁝ | $0.99 ⬇ + |
| 11  Riding On The Co... | 1:12 | $0.49 ⁝ | $0.99 ⬇ + |
| 12  Caramba Samba ... | 1:34 | $0.49 ⁝ | $0.99 ⬇ + |
| 13  Slo-Mo Samba | 1:57 | $0.49 ⁝ | $0.99 ⬇ + |

Total Tracks: **24**  Total Length: **34:02**

**ALBUM INFORMATION**

**Artist:** Vic Mizzy  *(See All Albums by Vic Mizzy)*
**Date Released:** May 1, 2011
**Genre:** Soundtracks/Other, **Style:** Film Soundtracks
**Label:** Master Classics Records / The Orchard

# Write a Review

0 MEMBER REVIEWS

Please register before you review a release.    REGISTER

# Recommended Albums

1  2

Download Calypso, U.S.A. by Aaron Collins | eMusic　　　　　　http://www.emusic.com/browse/album/all/?sort=az



SIGN IN　　HOW EMUSIC WORKS　　MEMBER PLANS　　BECOME A MEMBER

**BROWSE**　　**FEATURES + REVIEWS**　　**RADIO**　　**AUDIOBOOKS**

All Music　　Calypso, U.S.A. Aaron Collins

ALBUMS　　NEW ARRIVALS　　CHARTS　　GENRES　　INFINITE EXPLORATIONS

Save up to **50%** off regular prices and get a **$25 music credit** when you join.　　**JOIN NOW**

## Calypso, U.S.A.

**AARON COLLINS**

RATE IT!
(0 RATINGS)

SAMPLE ALBUM

|     |                    |      | MEMBER $4.40 ⓘ | RETAIL $6.76 |
| --- | ------------------ | ---- | -------------- | ------------ |
| 01  | Mary Anne          | 2:47 | $0.49 ⓘ        | $0.99        |
| 02  | Sylvie             | 4:51 | $0.49 ⓘ        | $0.99        |
| 03  | Pretty Evey        | 2:20 | $0.49 ⓘ        | $0.99        |
| 04  | Dayo (Banana Bo... | 3:19 | $0.49 ⓘ        | $0.99        |
| 05  | Matilda            | 2:22 | $0.49 ⓘ        | $0.99        |
| 06  | I Had But Fifty Ce... | 3:05 | $0.49 ⓘ     | $0.99        |
| 07  | Mama Look A Bo...   | 2:41 | $0.49 ⓘ        | $0.99        |
| 08  | The Riddle         | 2:44 | $0.49 ⓘ        | $0.99        |
| 09  | Rum Jamaica Rum    | 2:36 | $0.49 ⓘ        | $0.99        |
| 10  | Jamaica Farewell   | 2:59 | $0.49 ⓘ        | $0.99        |
| 11  | John Henry         | 3:51 | $0.49 ⓘ        | $0.99        |
| 12  | Marie, My Love     | 2:47 | $0.49 ⓘ        | $0.99        |

Total Tracks: **12**　Total Length: **36:22**

**ALBUM INFORMATION**

**Artist:** Aaron Collins (See All Albums by Aaron Collins)
**Date Released:** Feb 1, 2011
**Genre:** Hip-Hop/R&B, **Style:** R&B
**Label:** Master Classics Records / The Orchard

## Write a Review

0 MEMBER REVIEWS

**Please register before you review a release.**

REGISTER



## Recommended Albums

1 | 2






Let That Liar Alone　　THE EARLY ROOTS OF ROCK N' ROLL



00:00 | 00:29　　**Buy**



SIGN IN    HOW EMUSIC WORKS    MEMBER PLANS    BECOME A MEMBER

**BROWSE**    FEATURES + REVIEWS    RADIO    AUDIOBOOKS

All Music    Dingaka

ALBUMS    NEW ARRIVALS    CHARTS    GENRES    INFINITE EXPLORATIONS

Save up to 50% off regular prices and get a $25 music credit when you join.    JOIN NOW

## Dingaka (Original 1965 Motion Picture Soundtrack)
VARIOUS ARTISTS
RATE IT!
(0 RATINGS)

|  |  | SAMPLE ALBUM |  | MEMBER | RETAIL |
|---|---|---|---|---|---|
|  |  |  |  | $4.54 | $6.99 |
| 01 | Feast Of The Stro… Artist: Studio Cast | | 2:26 | $0.49 | $0.99 |
| 02 | Dingaka Lullaby - … Artist: Studio Cast | | 1:32 | $0.49 | $0.99 |
| 03 | Dingaka Lullaby - … Artist: Studio Cast | | 1:17 | $0.49 | $0.99 |
| 04 | Tribal Prayer Artist: Studio Cast | | 1:44 | $0.49 | $0.99 |
| 05 | Funeral Drums Artist: Studio Cast | | 1:37 | $0.49 | $0.99 |
| 06 | When The Roll Is … Artist: Studio Cast | | 2:47 | $0.49 | $0.99 |
| 07 | Song Of The Labo… Artist: Studio Cast | | 1:27 | $0.49 | $0.99 |
| 08 | Mineworker's Song Artist: Studio Cast | | 1:20 | $0.49 | $0.99 |
| 09 | Body And Bones Artist: Studio Cast | | 2:10 | $0.49 | $0.99 |
| 10 | Cheeni Cheeni Artist: Studio Cast | | 0:49 | $0.49 | $0.99 |
| 11 | Drinking Song | | 1:07 | $0.49 | $0.99 |

Total Tracks: **21**  Total Length: **36:25**

**ALBUM INFORMATION**

**Artist:** Various Artists (See All Albums by Various Artists)
**Date Released:** May 1, 2011
**Genre:** Soundtracks/Other, **Style:** Film Soundtracks
**Label:** Master Classics Records / The Orchard

## Write a Review

0 MEMBER REVIEWS

**Please register before you review a release.**

REGISTER



Join eMusic

Dig Deep
17+ Million Songs From Both Indie and Major Labels

Expand Your Collection
Most Tracks Just $0.49 Each

Find the Unexpected
Discover New Music With Editor's Picks, Infinite Explorations, and eMusic Radio

GET A $25 MUSIC CREDIT    JOIN NOW

LEARN MORE ›

## Recommended Albums

1    2









Let That Liar Alone    THE EARLY ROOTS OF ROCK N' ROLL

00:00 | 00:29    **Buy**



SIGN IN    HOW EMUSIC WORKS    MEMBER PLANS    BECOME A MEMBER

**BROWSE**    FEATURES + REVIEWS    RADIO    AUDIOBOOKS

All Music    | Joseph Marais & Miranda Revisit the South Africa|    🔍

ALBUMS    NEW ARRIVALS    CHARTS    GENRES    INFINITE EXPLORATIONS

Save up to 50% off regular prices and get a $25 music credit when you join.    JOIN NOW

## Joseph Marais & Miranda Revisit the South African Veld with the Bushveld Band

MARAIS & MIRANDA

RATE IT!
(0 RATINGS)

|  |  |  | MEMBER | RETAIL |
|---|---|---|---|---|
| SAMPLE ALBUM |  |  | $6.49 ⓘ | $9.99 |
| 01 | Henrietta's Wedding | 3:05 | $0.49 ⓘ | $0.99 |
| 02 | Here Am I | 2:55 | $0.49 ⓘ | $0.99 |
| 03 | Marching to Pretoria | 2:38 | $0.49 ⓘ | $0.99 |
| 04 | Siembamba | 2:07 | $0.49 ⓘ | $0.99 |
| 05 | Jan Pieriewiet | 3:09 | $0.49 ⓘ | $0.99 |
| 06 | Aunt Mina's Cooki… | 2:48 | $0.49 ⓘ | $0.99 |
| 07 | Pretty Kitty | 3:12 | $0.49 ⓘ | $0.99 |
| 08 | There's the Cape-… | 1:50 | $0.49 ⓘ | $0.99 |
| 09 | The Zulu Warrior | 2:47 | $0.49 ⓘ | $0.99 |
| 10 | Meisiesfontein | 3:40 | $0.49 ⓘ | $0.99 |
| 11 | Old Johnnie Gogg… | 2:45 | $0.49 ⓘ | $0.99 |
| 12 | Polly Polly | 2:17 | $0.49 ⓘ | $0.99 |
| 13 | How Lovely Cook… | 2:38 | $0.49 ⓘ | $0.99 |

Total Tracks: **16**  Total Length: **44:30**

**ALBUM INFORMATION**

**Artist:** Marais & Miranda (See All Albums by Marais & Miranda)
**Date Released:** Jul 20, 2013
**Genre:** International, **Style:** World Fusion
**Label:** Essential World Masters / The Orchard

## Write a Review

**Please register before you review a release.**

0 MEMBER REVIEWS

REGISTER



Join eMusic

Dig Deep
17+ Million Songs From Both Indie and Major Labels

Expand Your Collection
Most Tracks Just $0.49 Each

Find the Unexpected
Discover New Music With Editor's Picks, Infinite Explorations, and eMusic Radio

GET A $25 MUSIC CREDIT    JOIN NOW

LEARN MORE

## Recommended Albums

1 | 2









Let That Liar Alone    THE EARLY ROOTS OF ROCK N' ROLL

00:00 | 00:29    **Buy**



SIGN IN    HOW EMUSIC WORKS    MEMBER PLANS    BECOME A MEMBER

**BROWSE**    FEATURES + REVIEWS    RADIO    AUDIOBOOKS

All Music    California Dreamin' by Bud Shank

ALBUMS    NEW ARRIVALS    CHARTS    GENRES    INFINITE EXPLORATIONS

**Save up to 50%** off regular prices and get a **$25 music credit** when you join.    **JOIN NOW**

## California Dreamin'

**BUD SHANK, CHET BAKER**

RATE IT!
AVG: 3.0 (2 RATINGS)

|  | SAMPLE ALBUM |  | MEMBER | RETAIL |
|---|---|---|---|---|
|  |  |  | $4.40 ⓘ | $6.76 |



| 01 | California Dreamin' | 2:33 | $0.49 ⓘ | $0.99 |
|---|---|---|---|---|
| 02 | Imprevu | 2:58 | $0.49 ⓘ | $0.99 |
| 03 | Listen People | 2:24 | $0.49 ⓘ | $0.99 |
| 04 | What The World … | 2:54 | $0.49 ⓘ | $0.99 |
| 05 | In Times Like These | 3:07 | $0.49 ⓘ | $0.99 |
| 06 | Norwegian Wood … | 2:41 | $0.49 ⓘ | $0.99 |
| 07 | Woman | 2:25 | $0.49 ⓘ | $0.99 |
| 08 | Monday, Monday | 2:26 | $0.49 ⓘ | $0.99 |
| 09 | Daydream | 3:06 | $0.49 ⓘ | $0.99 |
| 10 | Gotta Go | 2:42 | $0.49 ⓘ | $0.99 |
| 11 | The End Of The … | 2:46 | $0.49 ⓘ | $0.99 |
| 12 | Husbands & Wives | 2:12 | $0.49 ⓘ | $0.99 |

**ALBUM INFORMATION**    Total Tracks: **12**  Total Length: **32:14**

**Artist:** Bud Shank, Chet Baker (See All Albums by Bud Shank, Chet Baker)
**Date Released:** May 1, 2011
**Genre:** Jazz, **Style:** Jazz/Blues
**Label:** Master Classics Records / The Orchard

## Write a Review

0 MEMBER REVIEWS

**Please register before you review a release.**    REGISTER

**Join eMusic**

**Dig Deep**
17+ Million Songs From Both Indie and
Major Labels

**Expand Your Collection**
Most Tracks Just $0.49 Each

**Find the Unexpected**
Discover New Music With Editor's Picks,
Infinite Explorations, and eMusic Radio

GET A $25 MUSIC CREDIT    JOIN NOW

LEARN MORE »

## Recommended Albums

1 | 2









Let That Liar Alone    REV. EDWARD W. CLAYBORN

00:00 | 00:29    **Buy**



SIGN IN    HOW EMUSIC WORKS    MEMBER PLANS    BECOME A MEMBER

**BROWSE**    **FEATURES + REVIEWS**    **RADIO**    **AUDIOBOOKS**

All Music    Desperado Mike Millius    

ALBUMS    NEW ARRIVALS    CHARTS    GENRES    INFINITE EXPLORATIONS

**Save up to 50%** off regular prices and get a **$25 music credit** when you join.    JOIN NOW

## Desperado
**MIKE MILLIUS**

RATE IT!
(0 RATINGS)

| | | | MEMBER | RETAIL |
|---|---|---|---|---|
| | SAMPLE ALBUM | | $4.40 ⓘ | $6.76 |



| | | | MEMBER | RETAIL |
|---|---|---|---|---|
| 01 | Lookout For Lucy | 3:09 | $0.49 ⓘ | $0.99 |
| 02 | If Jesus Was Alive… | 3:16 | $0.49 ⓘ | $0.99 |
| 03 | Forty Days Of Rain | 3:01 | $0.49 ⓘ | $0.99 |
| 04 | Taterbug Mandoli… | 1:59 | $0.49 ⓘ | $0.99 |
| 05 | Datenite U.S.A. | 2:54 | $0.49 ⓘ | $0.99 |
| 06 | Sweet Sunday | 3:49 | $0.49 ⓘ | $0.99 |
| 07 | I Just Wanna Be … | 1:36 | $0.49 ⓘ | $0.99 |
| 08 | Poor Boy Michael … | 2:30 | $0.49 ⓘ | $0.99 |
| 09 | Doesn't Some Ha… | 3:06 | $0.49 ⓘ | $0.99 |
| 10 | Nobody Cares | 4:46 | $0.49 ⓘ | $0.99 |
| 11 | Algiers Motel | 3:09 | $0.49 ⓘ | $0.99 |

**ALBUM INFORMATION**                              Total Tracks: **11**  Total Length: **33:15**

**Artist:** Mike Millius (See All Albums by Mike Millius)
**Date Released:** May 1, 2011
**Genre:** Country/Folk, **Style:** Contemporary Country
**Label:** Master Classics Records / The Orchard

## Write a Review                              0 MEMBER REVIEWS

**Please register before you review a release.**    REGISTER


Join eMusic

**Dig Deep**
17+ Million Songs From Both Indie and Major Labels

**Expand Your Collection**
Most Tracks Just $0.49 Each

**Find the Unexpected**
Discover New Music With Editor's Picks, Infinite Explorations, and eMusic Radio

GET A $25 MUSIC CREDIT    JOIN NOW

LEARN MORE ›

## Recommended Albums

            

Let That Liar Alone   REV. EDWARD W. CLAYBORN



00:00 | 00:29        **Buy**


e

SIGN IN    HOW EMUSIC WORKS    MEMBER PLANS    BECOME A MEMBER

**BROWSE**    FEATURES + REVIEWS    RADIO    AUDIOBOOKS

All Music    Donnybrook

ALBUMS    NEW ARRIVALS    CHARTS    GENRES    INFINITE EXPLORATIONS

**Save up to 50%** off regular prices and get a **$25 music credit** when you join.    JOIN NOW

## Donnybrook! - Soundtrack
VARIOUS ARTISTS

RATE IT!
(0 RATINGS)

SAMPLE ALBUM

| | | | MEMBER | RETAIL |
|---|---|---|---|---|
| | | | $4.40 ⓘ | $6.76 |



| # | Title / Artist | Length | MEMBER | RETAIL |
|---|---|---|---|---|
| 01 | Overture — Artist: Ensemble | 3:35 | $0.49 ⓘ | $0.99 |
| 02 | Sez I — Artist: Alfred DeSio, Darrell J. Askey, Joan Fagan | 3:47 | $0.49 ⓘ | $0.99 |
| 03 | The Day The Sno… — Artist: Eddie Ericksen | 1:29 | $0.49 ⓘ | $0.99 |
| 04 | Sad Was The Day — Artist: Ensemble, Susan Johnson | 4:29 | $0.49 ⓘ | $0.99 |
| 05 | Donnybrook — Artist: Ensemble | 2:56 | $0.49 ⓘ | $0.99 |
| 06 | Ellen Roe — Artist: Art Lund | 2:13 | $0.49 ⓘ | $0.99 |
| 07 | The Loveable Irish — Artist: Art Lund, Charles C. Welch | 2:22 | $0.49 ⓘ | $0.99 |
| 08 | I Wouldn't Bet On… — Artist: Eddie Foy, Susan Johnson | 3:12 | $0.49 ⓘ | $0.99 |
| 09 | He Makes Me Fee… | 3:21 | $0.49 ⓘ | $0.99 |

**ALBUM INFORMATION**

Total Tracks: **17**  Total Length: **46:49**

**Artist:** Various Artists (See All Albums by Various Artists)
**Date Released:** Jan 1, 2011
**Genre:** Soundtracks/Other, **Style:** Theatre Scores
**Label:** Master Classics Records / The Orchard

## Write a Review

**Please register before you review a release.**

0 MEMBER REVIEWS

REGISTER

Join **eMusic**

**Dig Deep**
17+ Million Songs From Both Indie and Major Labels

**Expand Your Collection**
Most Tracks Just $0.49 Each

**Find the Unexpected**
Discover New Music With Editor's Picks, Infinite Explorations, and eMusic Radio

GET A $25 MUSIC CREDIT    JOIN NOW

LEARN MORE ▸

## Recommended Albums

1 | 2






Let That Liar Alone    REV. EDWARD W. CLAYBORN

00:00 | 00:29    **Buy**


e

SIGN IN    HOW EMUSIC WORKS    MEMBER PLANS    BECOME A MEMBER

**BROWSE**    FEATURES + REVIEWS    RADIO    AUDIOBOOKS

All Music    Essential Folk Masters The Easy Riders

ALBUMS    NEW ARRIVALS    CHARTS    GENRES    INFINITE EXPLORATIONS

Save up to 50% off regular prices and get a $25 music credit when you join.    JOIN NOW

## Essential Folk Masters

EASY RIDERS

RATE IT!
(0 RATINGS)

SAMPLE ALBUM

|  |  |  | MEMBER | RETAIL |
|---|---|---|---|---|
|  |  |  | $4.40 ⓘ | $6.76 |



| 01 | Marianne | 2:24 | $0.49 ⓘ | $0.99 |
|---|---|---|---|---|
| 02 | Sweet Sugar Cane | 2:19 | $0.49 ⓘ | $0.99 |
| 03 | Send For De Capt… | 2:11 | $0.49 ⓘ | $0.99 |
| 04 | South Coast | 3:11 | $0.49 ⓘ | $0.99 |
| 05 | Lonesome Whistle | 1:50 | $0.49 ⓘ | $0.99 |
| 06 | Everybody Loves … | 2:01 | $0.49 ⓘ | $0.99 |
| 07 | Hot Crawfish | 2:21 | $0.49 ⓘ | $0.99 |
| 08 | Rovin' Gambler | 1:56 | $0.49 ⓘ | $0.99 |
| 09 | True Love And Te… | 1:57 | $0.49 ⓘ | $0.99 |
| 10 | Eddystone Light | 1:57 | $0.49 ⓘ | $0.99 |
| 11 | So True Blues | 2:24 | $0.49 ⓘ | $0.99 |
| 12 | Mayfield Mountain | 1:34 | $0.49 ⓘ | $0.99 |
| 13 | Wanderin' Blues | 2:24 | $0.49 ⓘ | $0.99 |

**ALBUM INFORMATION**

Total Tracks: **24**  Total Length: **52:44**

**Artist:** Easy Riders (See All Albums by Easy Riders)
**Date Released:** May 1, 2011
**Genre:** Country/Folk, **Style:** Traditional Folk
**Label:** Master Classics Records / The Orchard

## Write a Review

**Please register before you review a release.**

0 MEMBER REVIEWS

REGISTER

Join eMusic

Dig Deep
17+ Million Songs From Both Indie and
Major Labels

Expand Your Collection
Most Tracks Just $0.49 Each

Find the Unexpected
Discover New Music With Editor's Picks
Infinite Explorations, and eMusic Radio

GET A $25 MUSIC CREDIT    JOIN NOW

LEARN MORE

## Recommended Albums

1 | 2







Let That Liar Alone    REV. EDWARD W. CLAYBORN

00:00 | 00:29    **Buy**



SIGN IN     HOW EMUSIC WORKS     MEMBER PLANS     BECOME A MEMBER

**BROWSE**     FEATURES + REVIEWS     RADIO     AUDIOBOOKS

All Music     Essential Jazz Masters Bernie Green & His Orches

ALBUMS     NEW ARRIVALS     CHARTS     GENRES     INFINITE EXPLORATIONS

Save up to 50% off regular prices and get a $25 music credit when you join.     JOIN NOW

## Essential Jazz Masters
**BERNIE GREEN & HIS ORCHESTRA**
RATE IT!
(0 RATINGS)

|  | SAMPLE ALBUM |  | MEMBER $5.84 ⓘ | RETAIL $8.99 |
|---|---|---|---|---|
| 01 | Futura | 1:50 | $0.49 ⓘ | $0.99 |
| 02 | The Music Box W… | 2:54 | $0.49 ⓘ | $0.99 |
| 03 | I Love Paris | 2:09 | $0.49 ⓘ | $0.99 |
| 04 | (All of a Sudden) … | 2:11 | $0.49 ⓘ | $0.99 |
| 05 | I'll Remember April | 2:19 | $0.49 ⓘ | $0.99 |
| 06 | Kiss of Fire | 2:30 | $0.49 ⓘ | $0.99 |
| 07 | Under Paris Skies | 2:14 | $0.49 ⓘ | $0.99 |
| 08 | Ping Pong | 3:05 | $0.49 ⓘ | $0.99 |
| 09 | Out of This World | 3:46 | $0.49 ⓘ | $0.99 |
| 10 | Pentagon | 2:42 | $0.49 ⓘ | $0.99 |
| 11 | Steel Bones | 3:25 | $0.49 ⓘ | $0.99 |
| 12 | Futura (Reprise) | 1:46 | $0.49 ⓘ | $0.99 |

**ALBUM INFORMATION**

Total Tracks: **12**  Total Length: **30:51**

**Artist:** Bernie Green & His Orchestra (See All Albums by Bernie Green & His Orchestra)
**Date Released:** Nov 1, 2011
**Genre:** Jazz, **Style:** Easy Listening
**Label:** Stardust Records / The Orchard

## Write a Review

**Please register before you review a release.**

0 MEMBER REVIEWS

REGISTER

Join eMusic

Dig Deep
17+ Million Songs From Both Indie and
Major Labels

Expand Your Collection
Most Tracks Just $0.49 Each

Find the Unexpected
Discover New Music With Editor's Picks
Infinite Explorations, and eMusic Radio

GET A $25 MUSIC CREDIT     JOIN NOW

LEARN MORE >

## Recommended Albums     1  2





Let That Liar Alone     REV. EDWARD W. CLAYBORN

00:00 | 00:29          Buy

e

SIGN IN    HOW EMUSIC WORKS    MEMBER PLANS    BECOME A MEMBER

**BROWSE**    **FEATURES + REVIEWS**    **RADIO**    **AUDIOBOOKS**    All Music    Live At The Hungry I Glenn Yarbrough

ALBUMS    NEW ARRIVALS    CHARTS    GENRES    INFINITE EXPLORATIONS

Save up to 50% off regular prices and get a $25 music credit when you join.    JOIN NOW

## Live At The Hungry I
**GLENN YARBROUGH**
RATE IT!
(0 RATINGS)

| | | | MEMBER | RETAIL |
|---|---|---|---|---|
| | SAMPLE ALBUM | | $4.40 ⓘ | $6.76 |



| | | | MEMBER | RETAIL |
|---|---|---|---|---|
| 01 | The Music Of The... | 2:56 | $0.49 ⓘ | $0.99 |
| 02 | The Mermaid | 3:10 | $0.49 ⓘ | $0.99 |
| 03 | Goin' Down The T... | 2:17 | $0.49 ⓘ | $0.99 |
| 04 | The Summer's Long | 2:37 | $0.49 ⓘ | $0.99 |
| 05 | One Day Soon | 2:25 | $0.49 ⓘ | $0.99 |
| 06 | How Deep Is Down | 2:04 | $0.49 ⓘ | $0.99 |
| 07 | Rose | 3:20 | $0.49 ⓘ | $0.99 |
| 08 | Me And My Dog (... | 2:19 | $0.49 ⓘ | $0.99 |
| 09 | Where Are You G... | 2:36 | $0.49 ⓘ | $0.99 |
| 10 | What You Gonna ... | 1:49 | $0.49 ⓘ | $0.99 |
| 11 | The Things Men Do | 2:48 | $0.49 ⓘ | $0.99 |
| 12 | Some Trust In Ch... | 2:16 | $0.49 ⓘ | $0.99 |
| 13 | Only Love | 3:20 | $0.49 ⓘ | $0.99 |

**ALBUM INFORMATION**
LIVE

Total Tracks: **13**  Total Length: **33:57**

**Artist:** Glenn Yarbrough (See All Albums by Glenn Yarbrough)
**Date Released:** Mar 1, 2011
**Genre:** Country/Folk, **Style:** Folk Singer-Songwriter
**Label:** Master Classics Records / The Orchard

## Write a Review

0 MEMBER REVIEWS

**Please register before you review a release.**

REGISTER


Join eMusic

Dig Deep
17+ Million Songs From Both Indie and Major Labels

Expand Your Collection
Most Tracks Just $0.49 Each

Find the Unexpected
Discover New Music With Editor's Picks, Infinite Explorations, and eMusic Radio

GET A $25 MUSIC CREDIT    JOIN NOW

LEARN MORE ►

## Recommended Albums

1 | 2






Let That Liar Alone

00:00 | 00:29    **Buy**



SIGN IN    HOW EMUSIC WORKS    MEMBER PLANS    BECOME A MEMBER

**BROWSE    FEATURES + REVIEWS    RADIO    AUDIOBOOKS**

ALBUMS    NEW ARRIVALS    CHARTS    GENRES    INFINITE EXPLORATIONS

All Music          Moog Groove The Electronic Concept Orchestra


Save up to 50% off regular prices and get a $25 music credit when you join.          JOIN NOW

## Moog Groove
**THE ELECTRONIC CONCEPT ORCHESTRA**
RATE IT!
AVG: 4.0 (1 RATINGS)

SAMPLE ALBUM

|  |  | MEMBER | RETAIL |
|---|---|---|---|
|  |  | $4.40 | $6.76 |

 THE ELECTRONIC CONCEPT ORCHESTRA — MOOG GROOVE

| # | Track | | Length | MEMBER | RETAIL |
|---|---|---|---|---|---|
| 01 | Aquarius | Artist: The Electronic Concept Orc... | 3:03 | $0.49 | $0.99 |
| 02 | Oh Happy Day | Artist: The Electronic Concept Orc... | 3:29 | $0.49 | $0.99 |
| 03 | Hey Jude | Artist: The Electronic Concept Orc... | 4:33 | $0.49 | $0.99 |
| 04 | Both Sides Now | Artist: The Electronic Concept Orc... | 2:58 | $0.49 | $0.99 |
| 05 | Grazing In The Gr... | Artist: The Electronic Concept Orc... | 2:27 | $0.49 | $0.99 |
| 06 | Feelin' Alright | Artist: The Electronic Concept Orc... | 3:24 | $0.49 | $0.99 |
| 07 | Penny Lane | Artist: The Electronic Concept Orc... | 2:59 | $0.49 | $0.99 |
| 08 | Atlantis | Artist: The Electronic | 3:40 | $0.49 | $0.99 |

**ALBUM INFORMATION**

Total Tracks: **10**  Total Length: **32:04**

**Artist:** The Electronic Concept Orchestra (See All Albums by The Electronic Concept Orchestra)
**Date Released:** Mar 1, 2011
**Genre:** New Age, **Style:** Contemporary Instrumental
**Label:** Master Classics Records / The Orchard

## Write a Review

**Please register before you review a release.**

0 MEMBER REVIEWS

REGISTER

**Join eMusic**

**Dig Deep**
17+ Million Songs From Both Indie and Major Labels

**Expand Your Collection**
Most Tracks Just $0.49 Each

**Find the Unexpected**
Discover New Music With Editor's Picks, Infinite Explorations, and eMusic Radio

GET A $25 MUSIC CREDIT    JOIN NOW
LEARN MORE

## Recommended Albums          1 | 2

   

Let That Liar Alone    THE EARLY ROOTS OF ROCK N' ROLL

00:00 | 00:29          **Buy**




e

SIGN IN    HOW EMUSIC WORKS    MEMBER PLANS    BECOME A MEMBER

**BROWSE**    FEATURES + REVIEWS    RADIO    AUDIOBOOKS

All Music    Soul In The Night Ruth O'Lay    

ALBUMS    NEW ARRIVALS    CHARTS    GENRES    INFINITE EXPLORATIONS

Save up to 50% off regular prices and get a $25 music credit when you join.    JOIN NOW

## Soul In The Night
**RUTH OLAY**

RATE IT!
AVG: 2.0 (1 RATINGS)

SAMPLE ALBUM

|  | | | | MEMBER | RETAIL |
|---|---|---|---|---|---|
|  | | | | $4.40 ⓘ | $6.76 |



| 01 | Willow Weep For … | 3:53 | $0.49 ⓘ | $0.99 |
|---|---|---|---|---|
| 02 | All Yours | 2:52 | $0.49 ⓘ | $0.99 |
| 03 | I Ain't Got Nothin' … | 2:55 | $0.49 ⓘ | $0.99 |
| 04 | Then You'll Know | 2:57 | $0.49 ⓘ | $0.99 |
| 05 | Street Of Dreams | 2:57 | $0.49 ⓘ | $0.99 |
| 06 | I Love You, Porgy | 3:45 | $0.49 ⓘ | $0.99 |
| 07 | Rockin' Chair | 2:40 | $0.49 ⓘ | $0.99 |
| 08 | I'm Getting Senti… | 2:36 | $0.49 ⓘ | $0.99 |
| 09 | When A Woman L… | 2:54 | $0.49 ⓘ | $0.99 |
| 10 | God Bless The Child | 3:34 | $0.49 ⓘ | $0.99 |
| 11 | Senza Fine (from … | 2:46 | $0.49 ⓘ | $0.99 |
| 12 | Blues For The We… | 3:21 | $0.49 ⓘ | $0.99 |

**ALBUM INFORMATION**

Total Tracks: **12**  Total Length: **37:10**

**Artist:** Ruth Olay (See All Albums by Ruth Olay)
**Date Released:** Apr 1, 2011
**Genre:** Jazz, **Style:** Jazz Vocal
**Label:** Master Classics Records / The Orchard

## Write a Review

0 MEMBER REVIEWS

**Please register before you review a release.**

REGISTER


Join eMusic

Dig Deep
17+ Million Songs From Both Indie and
Major Labels

Expand Your Collection
Most Tracks Just $0.49 Each

Find the Unexpected
Discover New Music With Editor's Picks
Infinite Explorations, and eMusic Radio

GET A $25 MUSIC CREDIT    JOIN NOW

LEARN MORE ▸

## Recommended Albums

1 | 2

            

Let That Liar Alone    THE EARLY ROOTS OF ROCK N' ROLL

00:00 | 00:29    **Buy**



SIGN IN    HOW EMUSIC WORKS    MEMBER PLANS    BECOME A MEMBER

**BROWSE**    **FEATURES + REVIEWS**    **RADIO**    **AUDIOBOOKS**

All Music    Steamed Calliope

REVIEWS    FEATURES    COLLECTIONS    17 DOTS BLOG

Save up to **50%** off regular prices and get a **$25 music credit** when you join.    **JOIN NOW**

# Steamed
**CALLIOPE**

RATE IT!
(0 RATINGS)

SAMPLE ALBUM

| | | | MEMBER | RETAIL |
|---|---|---|---|---|
| | | | $4.90 ⓘ | $9.90 |
| 01 | Hello, Hello | 3:03 | $0.49 ⓘ | $0.99 |
| 02 | California Dreaming | 3:41 | $0.49 ⓘ | $0.99 |
| 03 | Rainmaker's Dau... | 3:46 | $0.49 ⓘ | $0.99 |
| 04 | Hound Dog | 3:07 | $0.49 ⓘ | $0.99 |
| 05 | Like a Rollin' Stone | 5:49 | $0.49 ⓘ | $0.99 |
| 06 | Jimmy Bell | 6:46 | $0.49 ⓘ | $0.99 |
| 07 | I Wanna Thank You | 3:49 | $0.49 ⓘ | $0.99 |
| 08 | Nadine | 3:59 | $0.49 ⓘ | $0.99 |
| 09 | How About Us (Cl... | 2:32 | $0.49 ⓘ | $0.99 |
| 10 | Atlas | 5:28 | $0.49 ⓘ | $0.99 |

**ALBUM INFORMATION**

Total Tracks: **10**  Total Length: **42:00**

**Artist:** Calliope (See All Albums by Calliope)
**Date Released:** Jun 1, 2013
**Genre:** Rock/Pop, **Style:** Oldies
**Label:** Goldenlane Records / The Orchard

# Write a Review

0 MEMBER REVIEWS

**Please register before you review a release.**

REGISTER



**Join eMusic**

**Dig Deep**
17+ Million Songs From Both Indie and Major Labels

**Expand Your Collection**
Most Tracks Just $0.49 Each

**Find the Unexpected**
Discover New Music With Editor's Picks, Infinite Explorations, and eMusic Radio

GET A $25 MUSIC CREDIT    JOIN NOW

LEARN MORE

# Recommended Albums






Let That Liar Alone    REV. EDWARD W. CLAYBORN



00:00 | 00:29    **Buy**



SIGN IN    HOW EMUSIC WORKS    MEMBER PLANS    BECOME A MEMBER

**BROWSE**    **FEATURES + REVIEWS**    **RADIO**    **AUDIOBOOKS**

ALBUMS    NEW ARRIVALS    CHARTS    GENRES    INFINITE EXPLORATIONS

All Music    The Caper Of The Golden Bulls (Original 1967 Mot    🔍

**Save up to 50%** off regular prices and get a **$25 music credit** when you join.    JOIN NOW

## The Caper Of The Golden Bulls (Original 1967 Motion Picture Soundtrack)

VIC MIZZY

RATE IT!
(0 RATINGS)

|  | | MEMBER | RETAIL |
|---|---|---|---|
| | SAMPLE ALBUM | $4.40 ℹ | $6.76 |



| No. | Track | Length | MEMBER | RETAIL |
|---|---|---|---|---|
| 01 | The Caper Of The... | 4:36 | $0.49 ℹ | $0.99 |
| 02 | Romantic Guitar I... | 1:31 | $0.49 ℹ | $0.99 |
| 03 | Meeting At The Bar | 1:14 | $0.49 ℹ | $0.99 |
| 04 | Castanet Waltz | 1:35 | $0.49 ℹ | $0.99 |
| 05 | Rmance In Pampl... | 1:16 | $0.49 ℹ | $0.99 |
| 06 | Casing The Bank | 1:58 | $0.49 ℹ | $0.99 |
| 07 | Into The Swimmin... | 1:16 | $0.49 ℹ | $0.99 |
| 08 | Footsteps | 1:01 | $0.49 ℹ | $0.99 |
| 09 | Plotting While Ridi... | 1:17 | $0.49 ℹ | $0.99 |
| 10 | Entering The Ban... | 1:25 | $0.49 ℹ | $0.99 |
| 11 | Riding On The Co... | 1:12 | $0.49 ℹ | $0.99 |
| 12 | Caramba Samba /... | 1:34 | $0.49 ℹ | $0.99 |
| 13 | Slo-Mo Samba | 1:57 | $0.49 ℹ | $0.99 |

**ALBUM INFORMATION**

Total Tracks: **24**  Total Length: **34:02**

**Artist:** Vic Mizzy  (See All Albums by Vic Mizzy)
**Date Released:** May 1, 2011
**Genre:** Soundtracks/Other,  **Style:** Film Soundtracks
**Label:** Master Classics Records / The Orchard

## Write a Review

0 MEMBER REVIEWS

**Please register before you review a release.**

REGISTER



Join eMusic

**Dig Deep**
17+ Million Songs From Both Indie and
Major Labels

**Expand Your Collection**
Most Tracks Just $0.49 Each

**Find the Unexpected**
Discover New Music With Editor's Picks
Infinite Explorations, and eMusic Radio

GET A $25 MUSIC CREDIT    JOIN NOW

LEARN MORE >

## Recommended Albums

1  |  2






Let That Liar Alone    THE EARLY ROOTS OF ROCK N' ROLL

00:00 | 00:29    **Buy**



SIGN IN    HOW EMUSIC WORKS    MEMBER PLANS    BECOME A MEMBER

**BROWSE**    FEATURES + REVIEWS    RADIO    AUDIOBOOKS

All Music    The Guns Of Navarone Dimitri Tiomkin & his Orche

ALBUMS    NEW ARRIVALS    CHARTS    GENRES    INFINITE EXPLORATIONS

**Save up to 50%** off regular prices and get a **$25 music credit** when you join.    JOIN NOW

## The Guns Of Navarone

**DIMITRI TIOMKIN & HIS ORCHESTRA**
RATE IT!
(0 RATINGS)

|  | SAMPLE ALBUM |  | MEMBER | RETAIL |
|---|---|---|---|---|
|  |  |  | $4.40 ⓘ | $6.76 |
| 01 | Prologue | 3:05 | $0.49 ⓘ | $0.99 |
| 02 | The Guns Of Nav... | 4:03 | $0.49 ⓘ | $0.99 |
| 03 | Sea Scene - Odys... | 8:53 | $0.49 ⓘ | $0.99 |
| 04 | Climbing The Sou... | 1:49 | $0.49 ⓘ | $0.99 |
| 05 | Anna | 2:35 | $0.49 ⓘ | $0.99 |
| 06 | Death Of Young P... | 1:19 | $0.49 ⓘ | $0.99 |
| 07 | Legend Of Navaro... | 2:25 | $0.49 ⓘ | $0.99 |
| 08 | Yassu | 3:46 | $0.49 ⓘ | $0.99 |
| 09 | Preparation For G... | 2:03 | $0.49 ⓘ | $0.99 |
| 10 | Wedding Music | 2:20 | $0.49 ⓘ | $0.99 |
| 11 | Mission Accompli... | 7:27 | $0.49 ⓘ | $0.99 |
| 12 | The Guns Of Nav... | 3:12 | $0.49 ⓘ | $0.99 |

**ALBUM INFORMATION**

Total Tracks: **12**  Total Length: **42:57**

**Artist:** Dimitri Tiomkin & His Orchestra (See All Albums by Dimitri Tiomkin & His Orchestra)
**Date Released:** Jan 1, 2011
**Genre:** Soundtracks/Other, **Style:** Film Soundtracks
**Label:** Soundtrack Classics / The Orchard

## Write a Review

**Please register before you review a release.**

0 MEMBER REVIEWS

REGISTER

Join eMusic

**Dig Deep**
17+ Million Songs From Both Indie and
Major Labels

**Expand Your Collection**
Most Tracks Just $0.49 Each

**Find the Unexpected**
Discover New Music With Editor's Picks,
Infinite Explorations, and eMusic Radio

GET A $25 MUSIC CREDIT    JOIN NOW

LEARN MORE ›

## Recommended Albums

1 | 2






Let That Liar Alone    REV. EDWARD W. CLAYBORN

00:00 | 00:29    **Buy**



Download Versatile Nancy Ames by Nancy Ames | eMusic    http://www.emusic.com/browse/album/all/?sort=az



SIGN IN   HOW EMUSIC WORKS   MEMBER PLANS   BECOME A MEMBER

**BROWSE**   FEATURES + REVIEWS   RADIO   AUDIOBOOKS

All Music   Versatile Nancy Ames Nancy Ames   

ALBUMS   NEW ARRIVALS   CHARTS   GENRES   INFINITE EXPLORATIONS

Save up to **50%** off regular prices and get a **$25 music credit** when you join.   **JOIN NOW**

## Versatile Nancy Ames

NANCY AMES

RATE IT!
AVG: 4.0 (1 RATINGS)

|  | SAMPLE ALBUM |  | MEMBER | RETAIL |
|---|---|---|---|---|
|  |  |  | $4.90 ⓘ | $8.99 |



| 01 | Young, Young Man | 2:44 | $0.49 ⓘ | $0.99 |
| 02 | Every Night When... | 3:03 | $0.49 ⓘ | $0.99 |
| 03 | Tell Old Bill | 4:02 | $0.49 ⓘ | $0.99 |
| 04 | Jane Jane | 1:38 | $0.49 ⓘ | $0.99 |
| 05 | Bon Soir Cher | 2:58 | $0.49 ⓘ | $0.99 |
| 06 | Two Different Wor... | 2:39 | $0.49 ⓘ | $0.99 |
| 07 | Alma Corazon Y ... | 2:28 | $0.49 ⓘ | $0.99 |
| 08 | Los Carreteros | 2:52 | $0.49 ⓘ | $0.99 |
| 09 | Red Apple Juice | 2:24 | $0.49 ⓘ | $0.99 |
| 10 | The Water Is Wide | 2:53 | $0.49 ⓘ | $0.99 |

**ALBUM INFORMATION**

Total Tracks: **10**  Total Length: **27:41**

**Artist:** Nancy Ames (See All Albums by Nancy Ames)
**Date Released:** Aug 1, 2011
**Genre:** Rock/Pop, **Style:** Pop
**Label:** Master Classics Records / The Orchard

## Write a Review

0 MEMBER REVIEWS

**Please register before you review a release.**

REGISTER



Join eMusic

**Dig Deep**
17+ Million Songs From Both Indie and Major Labels

**Expand Your Collection**
Most Tracks Just $0.49 Each

**Find the Unexpected**
Discover New Music With Editor's Picks Infinite Explorations, and eMusic Radio

GET A $25 MUSIC CREDIT   JOIN NOW

LEARN MORE

## Recommended Albums





Let That Liar Alone





00:00 | 00:29   **Buy**



SIGN IN    HOW EMUSIC WORKS    MEMBER PLANS    BECOME A MEMBER

**BROWSE**    FEATURES + REVIEWS    RADIO    AUDIOBOOKS

All Music    Vocal & Jazz Classics Vicki Benêt

ALBUMS    NEW ARRIVALS    CHARTS    GENRES    INFINITE EXPLORATIONS

Save up to 50% off regular prices and get a $25 music credit when you join.    JOIN NOW

## Vocal & Jazz Classics
**VICKI BENET**

RATE IT!
AVG: 3.5 (3 RATINGS)

| | | | | MEMBER | RETAIL |
|---|---|---|---|---|---|
| | SAMPLE ALBUM | | | $5.84 ⓘ | $8.99 |



| | | | | MEMBER | RETAIL |
|---|---|---|---|---|---|
| 01 | Love Is Here to Stay | 3:12 | | $0.49 ⓘ | $0.99 |
| 02 | Embraceable You | 2:13 | | $0.49 ⓘ | $0.99 |
| 03 | C'est Magnifique | 2:12 | | $0.49 ⓘ | $0.99 |
| 04 | That Old Black M... | 2:40 | | $0.49 ⓘ | $0.99 |
| 05 | The Nearness of ... | 2:58 | | $0.49 ⓘ | $0.99 |
| 06 | How Long Has Th... | 2:14 | | $0.49 ⓘ | $0.99 |
| 07 | September in the ... | 2:53 | | $0.49 ⓘ | $0.99 |
| 08 | Tea for Two | 2:27 | | $0.49 ⓘ | $0.99 |
| 09 | Someone to Watc... | 2:59 | | $0.49 ⓘ | $0.99 |
| 10 | I Didn't Know Wh... | 2:58 | | $0.49 ⓘ | $0.99 |
| 11 | A Shade of Blue | 2:39 | | $0.49 ⓘ | $0.99 |
| 12 | Heartstring Melody | 2:03 | | $0.49 ⓘ | $0.99 |
| 13 | Miss You, Monsieur | 2:09 | | $0.49 ⓘ | $0.99 |

**ALBUM INFORMATION**

Total Tracks: **24**  Total Length: **62:08**

**Artist:** Vicki Benet (See All Albums by Vicki Benet)
**Date Released:** Nov 1, 2011
**Genre:** Jazz, **Style:** Jazz Vocal
**Label:** Stardust Records / The Orchard

## Write a Review

0 MEMBER REVIEWS

**Please register before you review a release.**

REGISTER



**Join eMusic**

**Dig Deep**
17+ Million Songs From Both Indie and Major Labels

**Expand Your Collection**
Most Tracks Just $0.49 Each

**Find the Unexpected**
Discover New Music With Editor's Picks, Infinite Explorations, and eMusic Radio

GET A $25 MUSIC CREDIT    JOIN NOW

LEARN MORE »

## Recommended Albums

1 | 2







Let That Liar Alone    REV. EDWARD W. CLAYBORN



00:00 | 00:29    **Buy**

**iTunes** Preview

What's New     What is iTunes     iTunes Charts

### iTunes is the world's easiest way to organize and add to your digital media collection.

We are unable to find iTunes on your computer. To preview and buy music from *Buddy Rich Sings Johnny Mercer* by Buddy Rich, download iTunes now.

Already have iTunes? Click I Have iTunes to open it now.    I Have iTunes

Free Download ⊙

## Buddy Rich Sings Johnny Mercer

View More By This Artist

### Buddy Rich

Open iTunes to preview, buy, and download music.



|   | Name | Artist | Time | Price |  |
|---|------|--------|------|-------|--|
| 1 | One For My Baby | Buddy Rich | 4:18 | $0.99 | View In iTunes |
| 2 | Blues In The Night | Buddy Rich | 3:07 | $0.99 | View In iTunes |
| 3 | Ac–Cent–Tchu–Ate The Positive | Buddy Rich | 3:03 | $0.99 | View In iTunes |
| 4 | Out Of This World | Buddy Rich | 3:33 | $0.99 | View In iTunes |
| 5 | Too Marvelous For Words | Buddy Rich | 3:10 | $0.99 | View In iTunes |
| 6 | Goody Goody | Buddy Rich | 3:15 | $0.99 | View In iTunes |
| 7 | Fools Rush In | Buddy Rich | 4:23 | $0.99 | View In iTunes |
| 8 | Skylark | Buddy Rich | 3:10 | $0.99 | View In iTunes |
| 9 | This Time The Dream's On Me | Buddy Rich | 4:06 | $0.99 | View In iTunes |
| 10 | Day In, Day Out | Buddy Rich | 2:58 | $0.99 | View In iTunes |
| 11 | Trav'lin Light | Buddy Rich | 3:20 | $0.99 | View In iTunes |
| 12 | Dream | Buddy Rich | 3:21 | $0.99 | View In iTunes |

12 Songs

**$5.99**
Genres: Jazz, Music
Released: 1956
℗ 2011 Vintage Masters Inc.

### Customer Ratings

We have not received enough ratings to display an average for this album.

### Influencers

Woody Herman
Chick Webb

### Followers

Cozy Cole
Chico Hamilton
Joe Morello
Charlie Persip
J.C. Heard
Mike Freeman

### Contemporaries

Mel Lewis
Louie Bellson
Butch Miles
Danny D'Imperio

## Album Review

Buddy Rich recorded precious few vocal sessions, but this collection of Johnny Mercer–penned songs reveals a singer of considerable appeal. While by no means an accomplished stylist, Rich nevertheless boasts an energy and sincerity closely aligned with his legendary drumming prowess. Arranged by the underrated Buddy Bregman, Buddy Rich Sings Johnny Mercer sharply underscores Rich's strengths behind the microphone. Songs like "Day in, Day Out" and "One for My Baby" possess a world-weary honesty perfectly matched to his earthy approach. And to say the record swings is an understatement. Buddy Rich the accompanist never fails Buddy Rich the crooner, contributing the dynamic rhythms one expects anytime his name looms above the title.

## Biography

**Born:** September 30, 1917 in Brooklyn, NY
**Genre:** Jazz
**Years Active:** '10s, '20s, '30s, '40s, '50s, '60s, '70s, '80s

When it came to technique, speed, power, and the ability to put together incredible drum solos, Buddy Rich lived up to the billing of "the world's greatest drummer." Although some other drummers were more innovative, in reality none were in his league even during the early days. A genius, Buddy Rich started playing drums in vaudeville as "Traps, the Drum Wonder" when he was only 18 months old; he was completely self–taught. Rich performed in

Joe Morello
Jo Jones
Joe Daniels

vaudeville throughout his childhood and developed into...

Full Bio

## Top Albums and Songs By Buddy Rich

 1.   2.   3.   4.   5.

The Drum Battle     Rich Versus Roach     The Best of Budd...     Big Swing Face     The Roar of '74
View In iTunes      View In iTunes        View In iTunes          View In iTunes     View In iTunes

| | Name | Album | Time | Price | |
| --- | --- | --- | --- | --- | --- |
| 1 | The Drum Battle | The Drum Battle | 3:36 | $0.99 | View In iTunes |
| 2 | The Nearness of You | The Best of Ella Fitzgerald & ... | 5:42 | $0.99 | View In iTunes |
| 3 | Tenderly | The Best of Ella Fitzgerald & ... | 5:09 | $0.99 | View In iTunes |
| 4 | Time Check | The Roar of '74 | 3:47 | $0.99 | View In iTunes |
| 5 | Moonlight In Vermont | Ella & Louis for Lovers | 3:39 | $0.99 | View In iTunes |
| 6 | Stars Fell On Alabama | The Best of Ella Fitzgerald & ... | 3:35 | $0.69 | View In iTunes |
| 7 | Birdland | The Greatest Drummer That ... | 6:46 | $0.99 | View In iTunes |
| 8 | West Side Story Medley | Big Band Machine | 5:35 | $0.99 | View In iTunes |
| 9 | Bloomdido | The Essential Charlie Parker | 3:27 | $0.99 | View In iTunes |
| 10 | Chameleon | Very Live At Buddy's Place | 4:52 | $0.99 | View In iTunes |

## Listeners Also Bought

      

Together Again fo...     Moody's Mood for ...     Mingus Ah Um         The George Benso...
Mel Torme and B...       James Moody             Charles Mingus        George Benson
View In iTunes           View In iTunes          View In iTunes        View In iTunes

 **iTunes**   Like   30,800,224

 **App Store**   Like   8,450,574

Become a fan of the iTunes and App Store pages on Facebook for exclusive offers, the inside scoop on new apps and more.

**iTunes** Preview

What's New          What is iTunes          iTunes Charts

## iTunes is the world's easiest way to organize and add to your digital media collection.

We are unable to find iTunes on your computer. To preview and buy music from *California Dreamin'* by Bud Shank, Chet Baker, download iTunes now.

Already have iTunes? Click I Have iTunes to open it now.    I Have iTunes

Free Download ⊙

## California Dreamin'

View More By This Artist

### Bud Shank, Chet Baker

Open iTunes to preview, buy, and download music.



| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | California Dreamin' | Bud Shank, Chet Baker | 2:32 | $0.99 | View In iTunes |
| 2 | Imprevu | Bud Shank, Chet Baker | 2:58 | $0.99 | View In iTunes |
| 3 | Listen People | Bud Shank, Chet Baker | 2:24 | $0.99 | View In iTunes |
| 4 | What The World Needs Now I... | Bud Shank, Chet Baker | 2:53 | $0.99 | View In iTunes |
| 5 | In Times Like These | Bud Shank, Chet Baker | 3:06 | $0.99 | View In iTunes |
| 6 | Norwegian Wood (This Bird H... | Bud Shank, Chet Baker | 2:40 | $0.99 | View In iTunes |
| 7 | Woman | Bud Shank, Chet Baker | 2:24 | $0.99 | View In iTunes |
| 8 | Monday, Monday | Bud Shank, Chet Baker | 2:25 | $0.99 | View In iTunes |
| 9 | Daydream | Bud Shank, Chet Baker | 3:06 | $0.99 | View In iTunes |
| 10 | Gotta Go | Bud Shank, Chet Baker | 2:42 | $0.99 | View In iTunes |
| 11 | The End Of The World | Bud Shank, Chet Baker | 2:45 | $0.99 | View In iTunes |
| 12 | Husbands & Wives | Bud Shank, Chet Baker | 2:12 | $0.99 | View In iTunes |

12 Songs

**$5.99**

Genres: Jazz, Music, Hard Bop

Released: 1966

℗ 2011 Master Classics Records

### Customer Ratings

We have not received enough ratings to display an average for this album.

## Top Albums and Songs By Bud Shank, Chet Baker



1.

California Dreamin'
View In iTunes

| | Name | Album | Time | Price | |
|---|---|---|---|---|---|
| 1 | California Dreamin' | California Dreamin' | 2:32 | $0.99 | View In iTunes |
| 2 | Norwegian Wood (This Bird Ha... | California Dreamin' | 2:40 | $0.99 | View In iTunes |
| 3 | Monday, Monday | California Dreamin' | 2:25 | $0.99 | View In iTunes |
| 4 | What The World Needs Now Is ... | California Dreamin' | 2:53 | $0.99 | View In iTunes |

**iTunes** Preview

What's New    What is iTunes    iTunes Charts

## iTunes is the world's easiest way to organize and add to your digital media collection.

We are unable to find iTunes on your computer. To preview and buy music from *Calypso, U.S.A.* by Aaron Collins, download iTunes now.

Already have iTunes? Click I Have iTunes to open it now.    I Have iTunes

Free Download

## Calypso, U.S.A.

View More By This Artist

### Aaron Collins

Open iTunes to preview, buy, and download music.



**$5.99**
Genres: R&B/Soul, Music
Released: Feb 01, 2011
℗ 2011 Master Classics
Records

### Customer Ratings

We have not received enough ratings to display an average for this album.

| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | Pretty Evey | Aaron Collins | 2:47 | $0.99 | View In iTunes |
| 2 | Rum Jamaica Rum | Aaron Collins | 4:50 | $0.99 | View In iTunes |
| 3 | Sylvie | Aaron Collins | 2:19 | $0.99 | View In iTunes |
| 4 | Dayo (Banana Boat Song) | Aaron Collins | 3:18 | $0.99 | View In iTunes |
| 5 | John Henry | Aaron Collins | 2:21 | $0.99 | View In iTunes |
| 6 | Matilda | Aaron Collins | 3:04 | $0.99 | View In iTunes |
| 7 | Jamaica Farewell | Aaron Collins | 2:40 | $0.99 | View In iTunes |
| 8 | Mary Anne | Aaron Collins | 2:44 | $0.99 | View In iTunes |
| 9 | Mama Look A Boo Boo | Aaron Collins | 2:36 | $0.99 | View In iTunes |
| 10 | Marie, My Love | Aaron Collins | 2:58 | $0.99 | View In iTunes |
| 11 | The Riddle | Aaron Collins | 3:51 | $0.99 | View In iTunes |
| 12 | I Had But Fifty Cents | Aaron Collins | 2:47 | $0.99 | View In iTunes |

12 Songs

### Customer Reviews

**Mixed up songs/titles**
by SamuelG18

Although I love this album (I have it on Vinyl), I noticed that the titles are messed up here on itunes. I.E., the song that is named "Mama Look A Boo Boo" is actually the song "Rum Jamaica Rum" and it is the same with all the other songs. That should probably be fixed.

### Top Albums and Songs By Aaron Collins



1. Calypso, U.S.A.    2. Meet the Band

iTunes Preview

What's New      What is iTunes      iTunes Charts

### iTunes is the world's easiest way to organize and add to your digital media collection.

We are unable to find iTunes on your computer. To preview and buy music from *Desperado* by Mike Millius, download iTunes now.

Already have iTunes? Click I Have iTunes to open it now.    I Have iTunes

Free Download ▶

## Desperado
### Mike Millius

Open iTunes to preview, buy, and download music.

View More By This Artist



**$5.99**
Genres: Country, Music
Released: 1969
℗ 2011 Master Classics Records

### Customer Ratings

We have not received enough ratings to display an average for this album.

| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | Lookout For Lucy | Mike Millius | 3:08 | $0.99 | View In iTunes |
| 2 | If Jesus Was Alive Today | Mike Millius | 3:16 | $0.99 | View In iTunes |
| 3 | Forty Days Of Rain | Mike Millius | 3:00 | $0.99 | View In iTunes |
| 4 | Taterbug Mandolin Man | Mike Millius | 1:59 | $0.99 | View In iTunes |
| 5 | Datenite U.S.A. | Mike Millius | 2:54 | $0.99 | View In iTunes |
| 6 | Sweet Sunday | Mike Millius | 3:49 | $0.99 | View In iTunes |
| 7 | I Just Wanna Be With You | Mike Millius | 1:36 | $0.99 | View In iTunes |
| 8 | Poor Boy Michael Strange | Mike Millius | 2:29 | $0.99 | View In iTunes |
| 9 | Doesn't Some Have A Plan | Mike Millius | 3:05 | $0.99 | View In iTunes |
| 10 | Nobody Cares | Mike Millius | 4:46 | $0.99 | View In iTunes |
| 11 | Algiers Motel | Mike Millius | 3:08 | $0.99 | View In iTunes |

11 Songs

### Top Albums and Songs By Mike Millius



1.
Desperado
View In iTunes

| | Name | Album | Time | Price | |
|---|---|---|---|---|---|
| 1 | The Ballad of Martin Luther ... | The Best of Broadside (196... | 2:57 | $0.99 | View In iTunes |
| 2 | Not Enough to Live On But ... | The Best of Broadside (196... | 2:21 | $0.99 | View In iTunes |
| 3 | Moon Song | Broadside Ballads, Volume ... | 1:48 | $0.99 | View In iTunes |
| 4 | Lookout For Lucy | Desperado | 3:08 | $0.99 | View In iTunes |
| 5 | Lookout for Lucy | 100 Psychedelic Trips - Sto... | 3:08 | $0.99 | View In iTunes |

iTunes Preview

What's New    What is iTunes    iTunes Charts

**iTunes is the world's easiest way to organize and add to your digital media collection.**

We are unable to find iTunes on your computer. To preview and buy music from *Donnybrook! – Soundtrack* by Various Artists, download iTunes now.

Already have iTunes? Click I Have iTunes to open it now.    I Have iTunes

Free Download ●

## Donnybrook! – Soundtrack
### Various Artists

Open iTunes to preview, buy, and download music.



**$9.99**
Genres: Soundtrack, Music
Released: Jan 01, 2011
℗ 2011 Master Classics
Records

### Customer Ratings

We have not received enough ratings to display an average for this album.

| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | Overture | Ensemble | 3:34 | $0.99 | View In iTunes |
| 2 | Sez I | Alfred DeSio, Darrell J. Aske... | 3:47 | $0.99 | View In iTunes |
| 3 | The Day The Snow Is Meltin' | Eddie Ericksen | 1:29 | $0.99 | View In iTunes |
| 4 | Sad Was The Day | Ensemble & Susan Johnson | 4:28 | $0.99 | View In iTunes |
| 5 | Donnybrook | Ensemble | 2:55 | $0.99 | View In iTunes |
| 6 | Ellen Roe | Art Lund | 2:13 | $0.99 | View In iTunes |
| 7 | The Loveable Irish | Art Lund & Charles C. Welch | 2:21 | $0.99 | View In iTunes |
| 8 | I Wouldn't Bet One Penny | Eddie Foy & Susan Johnson | 3:12 | $0.99 | View In iTunes |
| 9 | He Makes Me Feel I'm Lovely | Joan Fagan | 3:20 | $0.99 | View In iTunes |
| 10 | I Have My Own Way | Art Lund | 2:34 | $0.99 | View In iTunes |
| 11 | A Toast To The Bride | Clarence Nordstrom | 2:16 | $0.99 | View In iTunes |
| 12 | Wisha Wurra | Afred DeSio, Eddie Foy & Ja... | 3:58 | $0.99 | View In iTunes |
| 13 | A Quiet Life | Art Lund | 2:15 | $0.99 | View In iTunes |
| 14 | Mr. Flynn | Grace Carney, Sibyl Bowan ... | 2:09 | $0.99 | View In iTunes |
| 15 | Dee–Lightful Is The Word | Eddie Foy & Susan Johnson | 2:10 | $0.99 | View In iTunes |
| 16 | For My Own | Joan Fagan | 1:38 | $0.99 | View In iTunes |
| 17 | Finale | Ensemble | 2:21 | $0.99 | View In iTunes |

17 Songs

### Listeners Also Bought







What Makes Samm...
Broadway Cast &...

Blackbirds of 192...
Studio Cast Reco...

Sweet Little Devil ...
Various Artists

Regina (Broadway ...
Various Artists

Jimmy (Original Ca...
Various Artists

Case 2:13-cv-08496-PSG-PLA    Document 3-8    Filed 11/18/13    Page 25 of 75    Page ID #:259

**iTunes** Preview

What's New          What is iTunes          iTunes Charts

## iTunes is the world's easiest way to organize and add to your digital media collection.

We are unable to find iTunes on your computer. To preview and buy music from *Essential Folk Masters* by The Easy Riders, download iTunes now.

Already have iTunes? Click I Have iTunes to open it now.          I Have iTunes

Free Download ⊙

## Essential Folk Masters

### The Easy Riders

Open iTunes to preview, buy, and download music.

View More By This Artist



**$9.99**

Genres: Singer/Songwriter, Music

Released: May 01, 2011

℗ 2011 Master Classics Records

### Customer Ratings

We have not received enough ratings to display an average for this album.

### Contemporaries

Still On The Hill

| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | Marianne | The Easy Riders | 2:23 | $0.99 | View In iTunes |
| 2 | Sweet Sugar Cane | The Easy Riders | 2:19 | $0.99 | View In iTunes |
| 3 | Send For De Captain | The Easy Riders | 2:11 | $0.99 | View In iTunes |
| 4 | South Coast | The Easy Riders | 3:11 | $0.99 | View In iTunes |
| 5 | Lonesome Whistle | The Easy Riders | 1:50 | $0.99 | View In iTunes |
| 6 | Everybody Loves Saturday Night | The Easy Riders | 2:00 | $0.99 | View In iTunes |
| 7 | Hot Crawfish | The Easy Riders | 2:20 | $0.99 | View In iTunes |
| 8 | Rovin' Gambler | The Easy Riders | 1:56 | $0.99 | View In iTunes |
| 9 | True Love And Tender Care | The Easy Riders | 1:56 | $0.99 | View In iTunes |
| 10 | Eddystone Light | The Easy Riders | 1:57 | $0.99 | View In iTunes |
| 11 | So True Blues | The Easy Riders | 2:24 | $0.99 | View In iTunes |
| 12 | Mayfield Mountain | The Easy Riders | 1:34 | $0.99 | View In iTunes |
| 13 | Wanderin' Blues | The Easy Riders | 2:24 | $0.99 | View In iTunes |
| 14 | I Ride An Old Paint | The Easy Riders | 1:59 | $0.99 | View In iTunes |
| 15 | Champagne Wine | The Easy Riders | 1:45 | $0.99 | View In iTunes |
| 16 | Six Wheel Driver | The Easy Riders | 2:25 | $0.99 | View In iTunes |
| 17 | Gambler's Blues | The Easy Riders | 2:33 | $0.99 | View In iTunes |
| 18 | Drill Ye Tarriers | The Easy Riders | 2:05 | $0.99 | View In iTunes |
| 19 | East Virginia | The Easy Riders | 2:05 | $0.99 | View In iTunes |
| 20 | Don't Hurry Worry Me | The Easy Riders | 2:11 | $0.99 | View In iTunes |
| 21 | Rollin' Home | The Easy Riders | 2:01 | $0.99 | View In iTunes |
| 22 | Goodbye Chiquita | The Easy Riders | 2:31 | $0.99 | View In iTunes |
| 23 | John Henry | The Easy Riders | 2:40 | $0.99 | View In iTunes |
| 24 | Whatcha Gonna Do? | The Easy Riders | 1:54 | $0.99 | View In iTunes |

24 Songs

## Biography

**Formed:** 1956 in California
**Genre:** Singer/Songwriter
**Years Active:** '50s

The Easy Riders aren't mentioned in any reference books on folk music — indeed, one will find no entry on them in any reference work on popular music of the 20th century, despite the fact that they had a massive hit in early 1957 with the song "Marianne," and also wrote songs that were recorded by everyone from the Kingston Trio to Dean Martin to Doris Day. In fact, the Easy Rider trio — Terry Gilkyson, Richard Dehr, and Frank Miller — occupy...

Full Bio

## Top Albums and Songs By The Easy Riders


1. Ultimate Folk Col...
View In iTunes


2. Wanderin' Folk S...
View In iTunes


3. Essential Folk Ma...
View In iTunes


4. Soft Rock Hit Mix
View In iTunes


5. Classic Soft Rock
View In iTunes

| | Name | Album | Time | Price | |
|---|---|---|---|---|---|
| 1 | Kari Waits For Me | Ultimate Folk Collection | 2:14 | $0.99 | View In iTunes |
| 2 | Don't Hurry Worry Me | Ultimate Folk Collection | 2:13 | $0.99 | View In iTunes |
| 3 | Everybody Loves Saturday N... | Essential Folk Masters | 2:00 | $0.99 | View In iTunes |
| 4 | Goodbye Chiquita | Essential Folk Masters | 2:31 | $0.99 | View In iTunes |
| 5 | Marianne (Remastered) | Marianne (Remastered) – Si... | 2:24 | $0.99 | View In iTunes |
| 6 | Whenever I Call You Friend | Classic Soft Rock | 3:41 | $0.99 | View In iTunes |
| 7 | Dreamweaver | Soft Rock Hit Mix | 3:28 | $0.99 | View In iTunes |
| 8 | Puff the Magic Dragon | Soft Rock Hit Mix | 3:10 | $0.99 | View In iTunes |
| 9 | Marianne | Ultimate Folk Collection | 2:24 | $0.99 | View In iTunes |
| 10 | Whiter Shade of Pale | Soft Rock Hit Mix | 4:02 | $0.99 | View In iTunes |

## Listeners Also Bought


The New Christy ...
The New Christy ...
View In iTunes


The Very Best of P...
Peter, Paul & Mary
View In iTunes


Ramblin' Boy
Tom Paxton
View In iTunes


Live At the Cellar ...
Richie Havens
View In iTunes


The Complete A&...
Joan Baez
View In iTunes


**iTunes**    Like    30,800,303


**App Store**    Like    8,450,700

Become a fan of the iTunes and App Store pages on Facebook for exclusive offers, the inside scoop on new apps and more.

iTunes

| iTunes | More iTunes | Working with iTunes | iTunes Store |
|---|---|---|---|
| iTunes | | Sell Your Content | Browse iTunes Store |
| Download iTunes | | Content Providers | Browse App Store |
| What's New? | | Market with iTunes | Buy Music Now |
| What is iTunes? | | Join the Affiliate Program | Buy iTunes Gift Cards |
| iTunes Charts | | Link to iTunes | Redeem iTunes Gift Cards |
| | | | iTunes Corporate Sales |

**iTunes** Preview

What's New          What is iTunes          iTunes Charts

## iTunes is the world's easiest way to organize and add to your digital media collection.

We are unable to find iTunes on your computer. To preview and buy music from *Essential Jazz Masters* by Bernie Green & His Orchestra, download iTunes now.

Already have iTunes? Click I Have iTunes to open it now.          I Have iTunes          Free Download ⊙

## Essential Jazz Masters

### Bernie Green & His Orchestra

Open iTunes to preview, buy, and download music.

View More By This Artist



| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | Futura | Bernie Green & His Orchestra | 1:50 | $0.99 | View In iTunes |
| 2 | The Music Box Waltz | Bernie Green & His Orchestra | 2:53 | $0.99 | View In iTunes |
| 3 | I Love Paris | Bernie Green & His Orchestra | 2:09 | $0.99 | View In iTunes |
| 4 | (All of a Sudden) My Heart S… | Bernie Green & His Orchestra | 2:10 | $0.99 | View In iTunes |
| 5 | I'll Remember April | Bernie Green & His Orchestra | 2:18 | $0.99 | View In iTunes |
| 6 | Kiss of Fire | Bernie Green & His Orchestra | 2:30 | $0.99 | View In iTunes |
| 7 | Under Paris Skies | Bernie Green & His Orchestra | 2:13 | $0.99 | View In iTunes |
| 8 | Ping Pong | Bernie Green & His Orchestra | 3:05 | $0.99 | View In iTunes |
| 9 | Out of This World | Bernie Green & His Orchestra | 3:45 | $0.99 | View In iTunes |
| 10 | Pentagon | Bernie Green & His Orchestra | 2:41 | $0.99 | View In iTunes |
| 11 | Steel Bones | Bernie Green & His Orchestra | 3:24 | $0.99 | View In iTunes |
| 12 | Futura (Reprise) | Bernie Green & His Orchestra | 1:45 | $0.99 | View In iTunes |

12 Songs

**$5.99**
Genres: Jazz, Music
Released: Nov 01, 2011
℗ 2011 Stardust Records

### Customer Ratings

We have not received enough ratings to display an average for this album.

## Top Albums and Songs By Bernie Green & His Orchestra



1. Essential Jazz Ma...
View In iTunes

| | Name | Album | Time | Price | |
|---|---|---|---|---|---|
| 1 | Ping Pong | Essential Jazz Masters | 3:05 | $0.99 | View In iTunes |
| 2 | I'll Remember April | Essential Jazz Masters | 2:18 | $0.99 | View In iTunes |
| 3 | Under Paris Skies | Essential Jazz Masters | 2:13 | $0.99 | View In iTunes |
| 4 | Futura | Essential Jazz Masters | 1:50 | $0.99 | View In iTunes |

iTunes Preview

What's New     What is iTunes     iTunes Charts

### iTunes is the world's easiest way to organize and add to your digital media collection.

We are unable to find iTunes on your computer. To preview and buy music from *Greatest Hits* by The Sunrays, download iTunes now.

Already have iTunes? Click I Have iTunes to open it now.    [ I Have iTunes ]

**Free Download ➜**

## Greatest Hits
### The Sunrays
Open iTunes to preview, buy, and download music.

View More By This Artist



**$9.99**
Genres: Rock, Music
Released: Apr 01, 2011
℗ 2011 Master Classics
Records

### Customer Ratings
5 Ratings

| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | I Live For The Sun | The Sunrays | 2:24 | $0.99 | View In iTunes |
| 2 | Andrea | The Sunrays | 2:12 | $0.99 | View In iTunes |
| 3 | Still | The Sunrays | 2:29 | $0.99 | View In iTunes |
| 4 | Don't Take Yourself Too Seriously | The Sunrays | 2:14 | $0.99 | View In iTunes |
| 5 | When You're Not Here | The Sunrays | 1:52 | $0.99 | View In iTunes |
| 6 | Time (A Special Thing) | The Sunrays | 2:04 | $0.99 | View In iTunes |
| 7 | Have To Be Myself | The Sunrays | 2:21 | $0.99 | View In iTunes |
| 8 | Since My Findin' You | The Sunrays | 2:40 | $0.99 | View In iTunes |
| 9 | Tears In My Eyes | The Sunrays | 2:00 | $0.99 | View In iTunes |
| 10 | Outta Gas | The Sunrays | 2:06 | $0.99 | View In iTunes |
| 11 | A Little Dog And His Boy | The Sunrays | 2:40 | $0.99 | View In iTunes |
| 12 | Hi, How Are You? | The Sunrays | 2:08 | $0.99 | View In iTunes |
| 13 | Jo Ann | The Sunrays | 2:00 | $0.99 | View In iTunes |
| 14 | I Look Baby, I Can't See | The Sunrays | 2:33 | $0.99 | View In iTunes |
| 15 | Bye Baby Bye | The Sunrays | 2:05 | $0.99 | View In iTunes |
| 16 | Goodnight Debbie, Goodnight | The Sunrays | 2:30 | $0.99 | View In iTunes |
| 17 | You Don't Phase Me | The Sunrays | 2:12 | $0.99 | View In iTunes |
| 18 | Car Party | The Sunrays | 1:52 | $0.99 | View In iTunes |
| 19 | Loaded With Love | The Sunrays | 2:13 | $0.99 | View In iTunes |
| 20 | Just 'Round The River Bend | The Sunrays | 1:59 | $0.99 | View In iTunes |
| 21 | Better Be Good To Me | The Sunrays | 3:02 | $0.99 | View In iTunes |

21 Songs

### Customer Reviews

**Total Beach Boys rip off!!!**
by Sean Bishop

The only good thing about these guys is "I live for the sun". Murray wilson was a moron just trying to get back at his kids for firing him as the manager.

iTunes Preview

What's New      What is iTunes      iTunes Charts

## iTunes is the world's easiest way to organize and add to your digital media collection.

We are unable to find iTunes on your computer. To preview and buy music from *Joseph Marais & Miranda Revisit the South African Veld with the Bushveld Band* by Marais & Miranda, download iTunes now.

Already have iTunes? Click I Have iTunes to open it now.      I Have iTunes

Free Download ⊙

# Joseph Marais & Miranda Revisit the South African Veld with the Bushveld Band
## Marais & Miranda

Open iTunes to preview, buy, and download music.

View More By This Artist



$9.99

Genres: World, Music, Europe, South Africa
Released: Jul 20, 2013
℗ 2013 Essential World Masters

### Customer Ratings

We have not received enough ratings to display an average for this album.

| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | Henrietta's Wedding | Marais & Miranda | 3:04 | $0.99 | View In iTunes |
| 2 | Here Am I | Marais & Miranda | 2:55 | $0.99 | View In iTunes |
| 3 | Marching to Pretoria | Marais & Miranda | 2:38 | $0.99 | View In iTunes |
| 4 | Siembamba | Marais & Miranda | 2:06 | $0.99 | View In iTunes |
| 5 | Jan Pieriewiet | Marais & Miranda | 3:08 | $0.99 | View In iTunes |
| 6 | Aunt Mina's Cooking up the Sirup | Marais & Miranda | 2:47 | $0.99 | View In iTunes |
| 7 | Pretty Kitty | Marais & Miranda | 3:11 | $0.99 | View In iTunes |
| 8 | There's the Cape-Cart | Marais & Miranda | 1:49 | $0.99 | View In iTunes |
| 9 | The Zulu Warrior | Marais & Miranda | 2:47 | $0.99 | View In iTunes |
| 10 | Meisiesfontein | Marais & Miranda | 3:40 | $0.99 | View In iTunes |
| 11 | Old Johnnie Goggabee | Marais & Miranda | 2:45 | $0.99 | View In iTunes |
| 12 | Polly Polly | Marais & Miranda | 2:16 | $0.99 | View In iTunes |
| 13 | How Lovely Cooks the Meat | Marais & Miranda | 2:37 | $0.99 | View In iTunes |
| 14 | As the Sun Goes Down | Marais & Miranda | 2:20 | $0.99 | View In iTunes |
| 15 | Oh Brandy Leave Me Alone | Marais & Miranda | 2:46 | $0.99 | View In iTunes |
| 16 | A–Round the Corner (Beneath t... | Marais & Miranda | 3:33 | $0.99 | View In iTunes |

16 Songs

### Biography

**Genre:** World
**Years Active:** '40s, '50s, '60s, '70s

The husband and wife team Marais and Miranda popularized traditional South African folk music in the United States during the '40s, '50s, and '60s. The duo charmed radio and concert hall audiences with somewhat Americanized versions (most of the numbers were English adaptations, though they did sometimes sing in Afrikaans) of the original...

Full Bio

## Top Albums and Songs By Marais & Miranda

   

1. Joseph Marais & …
View In iTunes

2. A European Folk …
View In iTunes

3. Folk Balladas of …
View In iTunes

4. Africana Suite
View In iTunes

| | Name | Album | Time | Price | |
|---|------|-------|------|-------|---|
| 1 | But the Cat Came Back | Africana Suite | 3:06 | $0.99 | View In iTunes |
| 2 | Henrietta's Wedding | Joseph Marais & Miranda Re… | 3:04 | $0.99 | View In iTunes |
| 3 | Old Joe Clarke | Greatest Folk Songs You've … | 3:02 | $0.99 | View In iTunes |
| 4 | Swedish Polonaise | A European Folk Song Festival | 1:51 | $0.99 | View In iTunes |
| 5 | Once I Was Young | Folk Balladas of Other Land… | 2:09 | $0.99 | View In iTunes |
| 6 | A–Round the Corner (Benea… | Joseph Marais & Miranda Re… | 3:33 | $0.99 | View In iTunes |
| 7 | Oh Brandy Leave Me Alone | Joseph Marais & Miranda Re… | 2:46 | $0.99 | View In iTunes |
| 8 | As the Sun Goes Down | Joseph Marais & Miranda Re… | 2:20 | $0.99 | View In iTunes |
| 9 | Meisiesfontein | Joseph Marais & Miranda Re… | 3:40 | $0.99 | View In iTunes |
| 10 | Pretty Kitty | Joseph Marais & Miranda Re… | 3:11 | $0.99 | View In iTunes |

 **iTunes**  Like  30,800,335

 **App Store**  Like  8,450,735

Become a fan of the iTunes and App Store pages on Facebook for exclusive offers, the inside scoop on new apps and more.

**iTunes**

| iTunes | More iTunes | Working with iTunes | iTunes Store |
|--------|-------------|---------------------|--------------|
| Download iTunes | Digital Music Basics | Sell Your Content | Browse iTunes Store |
| What's New? | iTunes Gifts | Content Providers | Browse App Store |
| What is iTunes? | iTunes U | Market with iTunes | Buy Music Now |
| iTunes Charts | iPod + iTunes Support | Join the Affiliate Program | Buy iTunes Gift Cards |
| | AirPlay | Link to iTunes | Redeem iTunes Gift Cards |
| | Accessibility | | iTunes Corporate Sales |
| | | | Free Single of the Week |

Shop the Apple Online Store (1–800–MY–APPLE), visit an Apple Retail Store, or find a reseller.   Apple Info   Site Map   Hot News   RSS Feeds   Contact Us

Copyright © 2013 Apple Inc. All rights reserved.   Terms of Use   Privacy Policy

iTunes Preview

What's New     What is iTunes     iTunes Charts

## iTunes is the world's easiest way to organize and add to your digital media collection.

We are unable to find iTunes on your computer. To preview and buy music from *Live At The Hungry I* by Glenn Yarbrough, download iTunes now.

Already have iTunes? Click I Have iTunes to open it now.    I Have iTunes

Free Download ⊙

## Live At The Hungry I

### Glenn Yarbrough

View More By This Artist

Open iTunes to preview, buy, and download music.



**$9.99**

Genres: Singer/Songwriter, Music, Contemporary Folk, Traditional Folk
Released: 1966
℗ 2011 Master Classics Records

| | Name | Artist | Time | Price | |
|---|------|--------|------|-------|---|
| 1 | The Music Of The World A Turnin' | Glenn Yarbrough | 2:55 | $0.99 | View In iTunes |
| 2 | The Mermaid | Glenn Yarbrough | 3:10 | $0.99 | View In iTunes |
| 3 | Goin' Down The Track (900 Miles) | Glenn Yarbrough | 2:17 | $0.99 | View In iTunes |
| 4 | The Summer's Long | Glenn Yarbrough | 2:37 | $0.99 | View In iTunes |
| 5 | One Day Soon | Glenn Yarbrough | 2:24 | $0.99 | View In iTunes |
| 6 | How Deep Is Down | Glenn Yarbrough | 2:03 | $0.99 | View In iTunes |
| 7 | Rose | Glenn Yarbrough | 3:19 | $0.99 | View In iTunes |
| 8 | Me And My Dog (Old Blue) | Glenn Yarbrough | 2:18 | $0.99 | View In iTunes |
| 9 | Where Are You Going With The ... | Glenn Yarbrough | 2:35 | $0.99 | View In iTunes |
| 10 | What You Gonna Do? | Glenn Yarbrough | 1:48 | $0.99 | View In iTunes |
| 11 | The Things Men Do | Glenn Yarbrough | 2:48 | $0.99 | View In iTunes |
| 12 | Some Trust In Chariots | Glenn Yarbrough | 2:15 | $0.99 | View In iTunes |
| 13 | Only Love | Glenn Yarbrough | 3:20 | $0.99 | View In iTunes |

13 Songs

### Customer Ratings

We have not received enough ratings to display an average for this album.

### Contemporaries

John Denver
Johnny Rivers
Gene Pitney
The Shacklefords
Chad Mitchell

### Customer Reviews

**Great replacement for worn out LP**
by Omaha Jim

Bought the LP back in 68 after attending Glenn's concert in Omaha. I got to go backstage to present him a hand made wood Cutty Sark ship model for his collection. Just about wore the LP out. Wished for last few years I could download it somewhere. Totally great, brings back wonderful memories. Great unique voice and lyrics. Would like to ...More

### Biography

**Born:** January 12, 1930 in Milwaukee, WI
**Genre:** Singer/Songwriter
**Years Active:** '50s, '60s, '70s, '80s, '90s, '00s, '10s

Glenn Yarbrough's high, clear tenor has served him well throughout his long career as a singer (that's him singing "Things go better with Coke" on all those commercials), and although it has been many years since he placed a song

on the pop charts, he continues to have a large and loyal fan base. He was born on January 12, 1930, in Milwaukee, WI, where he began singing at church functions as a child. His entry into the world of folk music came while he was a student at St. Johns College in Annapolis,...

Full Bio

## Top Albums and Songs By Glenn Yarbrough


1. Joy Across the La...
View In iTunes


2. Jubilee
View In iTunes


3. Each of Us Alone
View In iTunes


4. Folk Masters: Gle...
View In iTunes


5. Glenn Yarbrough...
View In iTunes

| | Name | Album | Time | Price | |
|---|------|-------|------|-------|---|
| 1 | Baby the Rain Must Fall (Fro... | Nipper's Greatests Hits 60's... | 2:19 | $0.99 | View In iTunes |
| 2 | Baby, the Rain Must Fall | Jubilee | 2:30 | $0.99 | View In iTunes |
| 3 | Honey Wind Blows | Jubilee | 3:24 | $0.99 | View In iTunes |
| 4 | Baby the Rain Must Fall | Glenn Yarbrough – His Very... | 2:13 | $0.99 | View In iTunes |
| 5 | Waltzing Mathilda | Folk Masters: Glen Yarboro... | 2:55 | $0.99 | View In iTunes |
| 6 | Red River Valley | Folk Masters: Glen Yarboro... | 2:26 | $0.99 | View In iTunes |
| 7 | Mr. Bojangles | Land of 1000 Dances – Son... | 3:50 | $0.99 | View In iTunes |
| 8 | San Francisco Bay Blues | Jubilee | 2:45 | $0.99 | View In iTunes |
| 9 | The Crucifixion | Jubilee | 6:43 | $0.99 | View In iTunes |
| 10 | The Last Thing On My Mind | Somehow, Someway | 3:19 | $0.99 | View In iTunes |

## Listeners Also Bought


The Kingston Trio ...
The Kingston Trio
View In iTunes


The Very Best of P...
Peter, Paul & Mary
View In iTunes


Joy Across the Land
Glenn Yarbrough...
View In iTunes


The New Christy ...
The New Christy ...
View In iTunes


Rhino Hi-Five: Gor...
Gordon Lightfoot
View In iTunes


iTunes    Like    30,800,337


App Store    Like    8,450,746

Become a fan of the iTunes and App Store pages on Facebook for exclusive offers, the inside scoop on new apps and more.

### iTunes

**iTunes**
Download iTunes
What's New?
What is iTunes?
iTunes Charts

**More iTunes**
Digital Music Basics
iTunes Gifts
iTunes U
iPod + iTunes Support
AirPlay
Accessibility

**Working with iTunes**
Sell Your Content
Content Providers
Market with iTunes
Join the Affiliate Program
Link to iTunes

**iTunes Store**
Browse iTunes Store
Browse App Store
Buy Music Now
Buy iTunes Gift Cards
Redeem iTunes Gift Cards
iTunes Corporate Sales
Free Single of the Week

Case 2:13-cv-08496-PSG-PLA   Document 3-8   Filed 11/18/13   Page 33 of 75   Page ID #:267

**iTunes** Preview

What's New     What is iTunes     iTunes Charts

## iTunes is the world's easiest way to organize and add to your digital media collection.

We are unable to find iTunes on your computer. To preview and buy music from *Moog Groove* by The Electronic Concept Orchestra, download iTunes now.

Already have iTunes? Click I Have iTunes to open it now.     I Have iTunes

Free Download ⊙

# Moog Groove

View More By This Artist

## The Electronic Concept Orchestra

Open iTunes to preview, buy, and download music.



| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | Aquarius | The Electronic Concept Orc... | 3:03 | $0.99 | View In iTunes |
| 2 | Oh Happy Day | The Electronic Concept Orc... | 3:29 | $0.99 | View In iTunes |
| 3 | Hey Jude | The Electronic Concept Orc... | 4:33 | $0.99 | View In iTunes |
| 4 | Both Sides Now | The Electronic Concept Orc... | 2:57 | $0.99 | View In iTunes |
| 5 | Grazing In The Grass | The Electronic Concept Orc... | 2:26 | $0.99 | View In iTunes |
| 6 | Feelin' Alright | The Electronic Concept Orc... | 3:24 | $0.99 | View In iTunes |
| 7 | Penny Lane | The Electronic Concept Orc... | 2:58 | $0.99 | View In iTunes |
| 8 | Atlantis | The Electronic Concept Orc... | 3:39 | $0.99 | View In iTunes |
| 9 | Rock Me | The Electronic Concept Orc... | 2:58 | $0.99 | View In iTunes |
| 10 | Windmills Of Your Mind | The Electronic Concept Orc... | 2:32 | $0.99 | View In iTunes |

10 Songs

**$5.99**
Genres: New Age, Music
Released: Mar 01, 2011
℗ 2011 Master Classics Records

## Customer Ratings

5 Ratings

## Customer Reviews

**sooo funky**
by enolcmelca

C'mon people. This is way better than 90% of current dance or electronica. Just listen to some of the samples. It is totally funky and warm analog. And such a deal...

**Great!**
by Wordsmiths

Love it, but do you have their ELECTRIC LOVE album? I grew up listening to that and it was really good!

**part of history**
by d&b connoisseur

This is an exceptional part of the history of electronica and music, in general. Think of where we'll be in another 40 years!

## Top Albums and Songs By The Electronic Concept Orchestra

iTunes Preview

What's New    What is iTunes    iTunes Charts

**iTunes is the world's easiest way to organize and add to your digital media collection.**

We are unable to find iTunes on your computer. To preview and buy music from *Soul In The Night* by Ruth Olay, download iTunes now.

Already have iTunes? Click I Have iTunes to open it now.    [I Have iTunes]    [Free Download ⊙]

## Soul In The Night

View More By This Artist

### Ruth Olay

Open iTunes to preview, buy, and download music.



**$5.99**
Genres: Jazz, Music
Released: Jun 1967
℗ 2011 Master Classics Records

### Customer Ratings

We have not received enough ratings to display an average for this album.

### Contemporaries

Keely Smith

| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | Willow Weep For Me | Ruth Olay | 3:53 | $0.99 | View In iTunes |
| 2 | All Yours | Ruth Olay | 2:52 | $0.99 | View In iTunes |
| 3 | I Ain't Got Nothin' But The Blues | Ruth Olay | 2:54 | $0.99 | View In iTunes |
| 4 | Then You'll Know | Ruth Olay | 2:56 | $0.99 | View In iTunes |
| 5 | Street Of Dreams | Ruth Olay | 2:56 | $0.99 | View In iTunes |
| 6 | I Love You, Porgy | Ruth Olay | 3:44 | $0.99 | View In iTunes |
| 7 | Rockin' Chair | Ruth Olay | 2:40 | $0.99 | View In iTunes |
| 8 | I'm Getting Sentimental Over You | Ruth Olay | 2:36 | $0.99 | View In iTunes |
| 9 | When A Woman Loves A Man | Ruth Olay | 2:54 | $0.99 | View In iTunes |
| 10 | God Bless The Child | Ruth Olay | 3:33 | $0.99 | View In iTunes |
| 11 | Senza Fine (from "Flight Of The Ph... | Ruth Olay | 2:45 | $0.99 | View In iTunes |
| 12 | Blues For The Weepers | Ruth Olay | 3:20 | $0.99 | View In iTunes |

12 Songs

## Top Albums and Songs By Ruth Olay


1. Vocal & Jazz Clas...
View In iTunes


2. Olay! O.K.!! (Rem...
View In iTunes


3. Soul In The Night
View In iTunes


4. It's About Time
View In iTunes

| | Name | Album | Time | Price | |
|---|---|---|---|---|---|
| 1 | When the Sun Comes Out | The Harold Arlen Songbook... | 3:07 | $0.99 | View In iTunes |
| 2 | Gonna Build a Mountain | Olay! O.K.!! (Remastered) | 3:05 | $0.99 | View In iTunes |
| 3 | The Twelfth of Never | Olay! O.K.!! (Remastered) | 3:25 | $0.99 | View In iTunes |
| 4 | Senza Fine (from "Flight Of ... | Soul In The Night | 2:45 | $0.99 | View In iTunes |

iTunes Preview

What's New        What is iTunes        iTunes Charts

**iTunes is the world's easiest way to organize and add to your digital media collection.**

We are unable to find iTunes on your computer. To preview and buy music from *Steamed* by Calliope, download iTunes now.

Already have iTunes? Click I Have iTunes to open it now.    I Have iTunes

Free Download

## Steamed

View More By This Artist

### Calliope

Open iTunes to preview, buy, and download music.



**$9.90**
Genres: Rock, Music,
Prog-Rock/Art Rock
Released: 1968
℗ 2013 Goldenlane Records

| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | Hello, Hello | Calliope | 3:02 | $0.99 | View In iTunes |
| 2 | California Dreaming | Calliope | 3:40 | $0.99 | View In iTunes |
| 3 | Rainmaker's Daughter | Calliope | 3:45 | $0.99 | View In iTunes |
| 4 | Hound Dog | Calliope | 3:07 | $0.99 | View In iTunes |
| 5 | Like a Rollin' Stone | Calliope | 5:48 | $0.99 | View In iTunes |
| 6 | Jimmy Bell | Calliope | 6:46 | $0.99 | View In iTunes |
| 7 | I Wanna Thank You | Calliope | 3:48 | $0.99 | View In iTunes |
| 8 | Nadine | Calliope | 3:58 | $0.99 | View In iTunes |
| 9 | How About Us (Clyde's Tune) | Calliope | 2:31 | $0.99 | View In iTunes |
| 10 | Atlas | Calliope | 5:27 | $0.99 | View In iTunes |

10 Songs

### Customer Ratings

We have not received enough ratings to display an average for this album.

### Contemporaries

Windy & Carl
Ted Piltzecker
Magnog
The Gilroys

## Top Albums and Songs By Calliope











1. Calliope Dances:...
View In iTunes

2. Sounds Like Circl...
View In iTunes

3. Diversions: Pava...
View In iTunes

4. Calliope Swings
View In iTunes

5. (In)Organics
View In iTunes

| | Name | Album | Time | Price | |
|---|---|---|---|---|---|
| 1 | Basse Dance "La Brosse" (LP... | Calliope Dances: A Renaissa... | 5:53 | $0.99 | View In iTunes |
| 2 | Sunny08 | Sounds Like Circles Feel | 3:31 | $0.99 | View In iTunes |
| 3 | Henry VIII of England (1491... | Calliope Dances: A Renaissa... | 2:37 | $0.99 | View In iTunes |
| 4 | Early 17th Century Dances f... | Calliope Dances: A Renaissa... | 1:32 | $0.99 | View In iTunes |
| 5 | Midwest Life | Sounds Like Circles Feel | 5:02 | $0.99 | View In iTunes |
| 6 | Sixteenth Century French D... | Calliope Dances: A Renaissa... | 1:15 | $0.99 | View In iTunes |
| 7 | La Spagna: Francisco De La ... | Calliope Dances: A Renaissa... | 2:32 | $0.99 | View In iTunes |

**iTunes** Preview

What's New     What is iTunes     iTunes Charts

## iTunes is the world's easiest way to organize and add to your digital media collection.

We are unable to find iTunes on your computer. To preview and buy music from *Tear-Jerker Classics* by Various Artists, download iTunes now.

Already have iTunes? Click I Have iTunes to open it now.    I Have iTunes

Free Download ⊙

## Tear-Jerker Classics
### Various Artists
Open iTunes to preview, buy, and download music.



**$9.99**
Genres: Rock, Music
Released: Jul 01, 2011
℗ 2011 Master Classics
Records

### Customer Ratings

We have not received enough ratings to display an average for this album.

| | Name | Artist | Time | Price | |
|---|------|--------|------|-------|---|
| 1 | Now Look At Who's Crying | The Chimes | 2:09 | $0.99 | View In iTunes |
| 2 | With Tears In My Eyes | Texas Ruby | 2:29 | $0.99 | View In iTunes |
| 3 | Last Words | Heather Black | 3:05 | $0.99 | View In iTunes |
| 4 | Tears from an Angel | Troy Shondell | 2:20 | $0.99 | View In iTunes |
| 5 | Poor Little Bird | Ian Whitcomb | 2:05 | $0.99 | View In iTunes |
| 6 | Misery | Forum Quorum | 2:39 | $0.99 | View In iTunes |
| 7 | Crying In the Chapel | June Valli | 2:48 | $0.99 | View In iTunes |
| 8 | The Dream Is Over | Masz | 3:33 | $0.99 | View In iTunes |
| 9 | Nobody Left for War | Jerry Keller | 2:54 | $0.99 | View In iTunes |
| 10 | The Tracks of My Tears | Mercy | 3:15 | $0.99 | View In iTunes |
| 11 | I Found Out Too Late | Jackie & The Starlites | 2:38 | $0.99 | View In iTunes |
| 12 | Tears of Sorrow | Nino Tempo & April Stevens | 2:36 | $0.99 | View In iTunes |
| 13 | The Clown Died In Marvin G… | Beacon Street Union | 3:58 | $0.99 | View In iTunes |
| 14 | Bored to Tears | Buzz Clifford | 2:10 | $0.99 | View In iTunes |
| 15 | I Count the Tears | The Drifters | 3:07 | $0.99 | View In iTunes |
| 16 | Love, Tears, and Kisses | June Valli | 2:10 | $0.99 | View In iTunes |
| 17 | Tears | Enzo Stuarti | 3:57 | $0.99 | View In iTunes |
| 18 | He's Not Worth Your Tears | The Benny Goodman Orche… | 3:13 | $0.99 | View In iTunes |
| 19 | A Shoulder to Weep On | June Valli | 2:50 | $0.99 | View In iTunes |
| 20 | Tears of Joy | Chuck Jackson | 2:47 | $0.99 | View In iTunes |
| 21 | My Heart Cries for You | Dinah Shore | 2:35 | $0.99 | View In iTunes |
| 22 | Plant Some Flowers By My G… | Jimmie Davis | 2:30 | $0.99 | View In iTunes |
| 23 | The Night Is Darkening 'Rou… | The Nickel Bag | 3:22 | $0.99 | View In iTunes |
| 24 | Tears of Joy | Etta James | 2:30 | $0.99 | View In iTunes |
| 25 | I Cried My Heart Out | Jackie & The Starlites | 2:28 | $0.99 | View In iTunes |
| 26 | Parade of Broken Hearts | Ned Miller | 2:35 | $0.99 | View In iTunes |
| 27 | Now I Taste the Tears | Hamilton Streetcar | 2:39 | $0.99 | View In iTunes |

**iTunes** Preview

What's New     What is iTunes     iTunes Charts

### iTunes is the world's easiest way to organize and add to your digital media collection.

We are unable to find iTunes on your computer. To preview and buy music from *The Caper of the Golden Bulls (Original 1967 Motion Picture Soundtrack)* by Vic Mizzy, download iTunes now.

Already have iTunes? Click I Have iTunes to open it now.    I Have iTunes

Free Download ◉

## The Caper of the Golden Bulls (Original 1967 Motion Picture Soundtrack)
### Vic Mizzy

View More By This Artist

Open iTunes to preview, buy, and download music.



**$9.99**
Genres: Soundtrack, Music
Released: May 01, 2011
℗ 2011 Master Classics Records

### Customer Ratings

We have not received enough ratings to display an average for this album.

| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | The Caper of the Golden Bulls (Mai... | Vic Mizzy | 4:36 | $0.99 | View In iTunes |
| 2 | Romantic Guitar in Cafe | Vic Mizzy | 1:30 | $0.99 | View In iTunes |
| 3 | Meeting At the Bar | Vic Mizzy | 1:14 | $0.99 | View In iTunes |
| 4 | Castanet Waltz | Vic Mizzy | 1:34 | $0.99 | View In iTunes |
| 5 | Romance in Pamplona | Vic Mizzy | 1:15 | $0.99 | View In iTunes |
| 6 | Casing the Bank | Vic Mizzy | 1:57 | $0.99 | View In iTunes |
| 7 | Into the Swimming Pool / Laughin... | Vic Mizzy | 1:15 | $0.99 | View In iTunes |
| 8 | Footsteps | Vic Mizzy | 1:00 | $0.99 | View In iTunes |
| 9 | Plotting While Riding | Vic Mizzy | 1:16 | $0.99 | View In iTunes |
| 10 | Entering the Bank / Drunk At the Bar | Vic Mizzy | 1:25 | $0.99 | View In iTunes |
| 11 | Riding On the Coast | Vic Mizzy | 1:11 | $0.99 | View In iTunes |
| 12 | Caramba Samba / Sad Samba | Vic Mizzy | 1:34 | $0.99 | View In iTunes |
| 13 | Slo-Mo Samba | Vic Mizzy | 1:56 | $0.99 | View In iTunes |
| 14 | The Combo Plays the Mambo | Vic Mizzy | 0:38 | $0.99 | View In iTunes |
| 15 | March of the Bulls | Vic Mizzy | 1:07 | $0.99 | View In iTunes |
| 16 | What's Your Hurry Samba | Vic Mizzy | 0:54 | $0.99 | View In iTunes |
| 17 | Riki-Tiki Samba | Vic Mizzy | 0:49 | $0.99 | View In iTunes |
| 18 | Out of Breath | Vic Mizzy | 1:03 | $0.99 | View In iTunes |
| 19 | Push Cart Samba | Vic Mizzy | 0:50 | $0.99 | View In iTunes |
| 20 | Spanish Religious March | Vic Mizzy | 1:03 | $0.99 | View In iTunes |
| 21 | Waltz in a Cheap Cafe | Vic Mizzy | 1:34 | $0.99 | View In iTunes |
| 22 | Stealing Into the Bank / The Tip-T... | Vic Mizzy | 1:57 | $0.99 | View In iTunes |
| 23 | Playoff Samba | Vic Mizzy | 1:12 | $0.99 | View In iTunes |
| 24 | End Credits | Vic Mizzy | 0:57 | $0.99 | View In iTunes |

24 Songs

## Top Albums and Songs By Vic Mizzy



1.
The Addams Fa...
View In iTunes


2.
Songs for the Jo...
View In iTunes


3.
The Caper of the...
View In iTunes


4.
Theme from The...
View In iTunes

| | Name | Album | Time | Price | |
|---|---|---|---|---|---|
| 1 | The Addams Family – Main ... | The Addams Family (Origin... | 0:53 | $0.99 | View In iTunes |
| 2 | Green Acres | Songs for the Jogging Crowd | 1:08 | $0.99 | View In iTunes |
| 3 | The Addams Family | Songs for the Jogging Crowd | 0:54 | $0.99 | View In iTunes |
| 4 | The Addams Family – Main ... | The Addams Family (Origin... | 2:00 | $0.99 | View In iTunes |
| 5 | Spider–Man 2 Theme (To be... | Songs for the Jogging Crowd | 2:47 | $0.99 | View In iTunes |
| 6 | Green Acres | Music of Televisions Hits | 1:10 | $0.99 | View In iTunes |
| 7 | Green Acres | The 50 Best Tv Theme Song... | 1:10 | $0.99 | View In iTunes |
| 8 | The Addams House | The Addams Family (Origin... | 1:38 | $0.99 | View In iTunes |
| 9 | Gomez | The Addams Family (Origin... | 2:02 | $0.99 | View In iTunes |
| 10 | Uncle Fester's Blues | The Addams Family (Origin... | 2:15 | $0.99 | View In iTunes |


**iTunes**
Like    30,800,361


**App Store**
Like    8,450,818

Become a fan of the iTunes and App Store pages on Facebook for exclusive offers, the inside scoop on new apps and more.

**iTunes**

| iTunes | More iTunes | Working with iTunes | iTunes Store |
|---|---|---|---|
| Download iTunes | Digital Music Basics | Sell Your Content | Browse iTunes Store |
| What's New? | iTunes Gifts | Content Providers | Browse App Store |
| What is iTunes? | iTunes U | Market with iTunes | Buy Music Now |
| iTunes Charts | iPod + iTunes Support | Join the Affiliate Program | Buy iTunes Gift Cards |
| | AirPlay | Link to iTunes | Redeem iTunes Gift Cards |
| | Accessibility | | iTunes Corporate Sales |
| | | | Free Single of the Week |

Shop the Apple Online Store (1–800–MY–APPLE), visit an Apple Retail Store, or find a reseller.    Apple Info    Site Map    Hot News    RSS Feeds    Contact Us

Copyright © 2013 Apple Inc. All rights reserved.    Terms of Use    Privacy Policy

## iTunes Preview

What's New    What is iTunes    iTunes Charts

**iTunes is the world's easiest way to organize and add to your digital media collection.**

We are unable to find iTunes on your computer. To preview and buy music from *The Guns Of Navarone* by Dimitri Tiomkin and His Orchestra, download iTunes now.

Already have iTunes? Click I Have iTunes to open it now.    [ I Have iTunes ]

[ Free Download ⊙ ]

# The Guns Of Navarone

**View More By This Artist**

## Dimitri Tiomkin and His Orchestra

Open iTunes to preview, buy, and download music.



| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | Prologue | Dimitri Tiomkin and His Orc... | 3:04 | $0.99 | View In iTunes |
| 2 | The Guns Of Navarone | Dimitri Tiomkin and His Orc... | 4:03 | $0.99 | View In iTunes |
| 3 | Sea Scene – Odyssey Begins | Dimitri Tiomkin and His Orc... | 8:52 | $0.99 | View In iTunes |
| 4 | Climbing The South Cliff | Dimitri Tiomkin and His Orc... | 1:48 | $0.99 | View In iTunes |
| 5 | Anna | Dimitri Tiomkin and His Orc... | 2:35 | $0.99 | View In iTunes |
| 6 | Death Of Young Pappadimos | Dimitri Tiomkin and His Orc... | 1:18 | $0.99 | View In iTunes |
| 7 | Legend Of Navarone | Dimitri Tiomkin and His Orc... | 2:25 | $0.99 | View In iTunes |
| 8 | Yassu | Dimitri Tiomkin and His Orc... | 3:45 | $0.99 | View In iTunes |
| 9 | Preparation For Guns | Dimitri Tiomkin and His Orc... | 2:02 | $0.99 | View In iTunes |
| 10 | Wedding Music | Dimitri Tiomkin and His Orc... | 2:19 | $0.99 | View In iTunes |
| 11 | Mission Accomplished | Dimitri Tiomkin and His Orc... | 7:27 | $0.99 | View In iTunes |
| 12 | The Guns Of Navarone (Fina... | Dimitri Tiomkin and His Orc... | 3:11 | $0.99 | View In iTunes |

12 Songs

**$7.99**
Genres: Soundtrack, Music
Released: 1961
℗ 2011 Soundtrack Classics

## Customer Ratings

5 Ratings

## Also Available



The Guns of Navarone
Classics

## Top Albums and Songs By Dimitri Tiomkin and His Orchestra


1.
It's A Wonderful ...
View In iTunes


2.
The Guns Of Nav...
View In iTunes


3.
Friendly Persuasi...
View In iTunes

| | Name | Album | Time | Price | |
|---|---|---|---|---|---|
| 1 | Buffalo Gals | It's A Wonderful Life (The O... | 0:45 | $0.99 | View In iTunes |
| 2 | The Richest Man In The World | It's A Wonderful Life (The O... | 4:13 | $0.99 | View In iTunes |
| 3 | Overture | It's A Wonderful Life (The O... | 1:52 | $0.99 | View In iTunes |
| 4 | Legend Of Navarone | The Guns Of Navarone | 2:25 | $0.99 | View In iTunes |

**iTunes** Preview

What's New    What is iTunes    iTunes Charts

## iTunes is the world's easiest way to organize and add to your digital media collection.

We are unable to find iTunes on your computer. To preview and buy music from *Vocal & Jazz Classics* by Vicki Benet, download iTunes now.

Already have iTunes? Click I Have iTunes to open it now.    I Have iTunes

Free Download ⊙

## Vocal & Jazz Classics

View More By This Artist

### Vicki Benet

Open iTunes to preview, buy, and download music.



**$5.99**

Genres: Jazz, Music
Released: Nov 01, 2011
℗ 2011 Stardust Records

### Customer Ratings

We have not received enough ratings to display an average for this album.

| | Name | Artist | Time | Price | |
|---|---|---|---|---|---|
| 1 | Love Is Here to Stay | Vicki Benet | 3:12 | $0.99 | View In iTunes |
| 2 | Embraceable You | Vicki Benet | 2:12 | $0.99 | View In iTunes |
| 3 | C'est magnifique | Vicki Benet | 2:11 | $0.99 | View In iTunes |
| 4 | That Old Black Magic | Vicki Benet | 2:40 | $0.99 | View In iTunes |
| 5 | The Nearness of You | Vicki Benet | 2:57 | $0.99 | View In iTunes |
| 6 | How Long Has This Been Going On? | Vicki Benet | 2:13 | $0.99 | View In iTunes |
| 7 | September in the Rain | Vicki Benet | 2:52 | $0.99 | View In iTunes |
| 8 | Tea for Two | Vicki Benet | 2:27 | $0.99 | View In iTunes |
| 9 | Someone to Watch Over Me | Vicki Benet | 2:59 | $0.99 | View In iTunes |
| 10 | I Didn't Know What Time It Was | Vicki Benet | 2:57 | $0.99 | View In iTunes |
| 11 | A Shade of Blue | Vicki Benet | 2:38 | $0.99 | View In iTunes |
| 12 | Heartstring Melody | Vicki Benet | 2:02 | $0.99 | View In iTunes |
| 13 | Miss You, Monsieur | Vicki Benet | 2:09 | $0.99 | View In iTunes |
| 14 | Sam's Song | Vicki Benet | 2:06 | $0.99 | View In iTunes |
| 15 | More Than You Know | Vicki Benet | 3:16 | $0.99 | View In iTunes |
| 16 | That's All | Vicki Benet | 2:32 | $0.99 | View In iTunes |
| 17 | The Man I Love | Vicki Benet | 2:26 | $0.99 | View In iTunes |
| 18 | The Boy Next Door | Vicki Benet | 3:24 | $0.99 | View In iTunes |
| 19 | Take My Love | Vicki Benet | 2:28 | $0.99 | View In iTunes |
| 20 | The Blue Room | Vicki Benet | 1:58 | $0.99 | View In iTunes |
| 21 | Au revoir, chérie | Vicki Benet | 2:18 | $0.99 | View In iTunes |
| 22 | Our Very Own | Vicki Benet | 2:24 | $0.99 | View In iTunes |
| 23 | Love Me | Vicki Benet | 2:20 | $0.99 | View In iTunes |
| 24 | There's a Small Hotel | Vicki Benet | 3:13 | $0.99 | View In iTunes |

24 Songs

All-New kindle paperwhite
From $119 > Pre-order now

**amazon**
Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

Search  [ MP3 Music ▾ ]  [                    ]  [    ]

Hello. **Sign in**
Your Account ▾

Try Prime ▾

🛒 **0** Cart ▾

Wish List ▾

Shop by Department ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



ZOOM
See larger image (with zoom)

## Buddy Rich Sings Johnny Mercer

Buddy Rich | Format: MP3 Music

Be the first to review this item

Price: **$8.99**

Original Release Date: September 1, 2011

Also available in  CD Format

 

Get our free Amazon music app

Buy MP3 album with 1-Click®

Give album OR song as gift

$ Redeem a gift card or promotion code & view balance

Add to Wish List



MP3 Songs       ▶ Play all samples       🔊

| | Song Title | Time | Price | |
|---|---|---|---|---|
| ▶ | 1. One For My Baby | 4:18 | $0.99 | Buy MP3 |
| ▶ | 2. Blues In The Night | 3:07 | $0.99 | Buy MP3 |
| ▶ | 3. Ac-Cent-Tchu-Ate The Positive | 3:03 | $0.99 | Buy MP3 |
| ▶ | 4. Out Of This World | 3:33 | $0.99 | Buy MP3 |
| ▶ | 5. Too Marvelous For Words | 3:10 | $0.99 | Buy MP3 |
| ▶ | 6. Goody Goody | 3:15 | $0.99 | Buy MP3 |
| ▶ | 7. Fools Rush In | 4:23 | $0.99 | Buy MP3 |
| ▶ | 8. Skylark | 3:10 | $0.99 | Buy MP3 |
| ▶ | 9. This Time The Dream's On Me | 4:06 | $0.99 | Buy MP3 |
| ▶ | 10. Day In, Day Out | 2:58 | $0.99 | Buy MP3 |
| ▶ | 11. Trav'lin Light | 3:20 | $0.99 | Buy MP3 |
| ▶ | 12. Dream | 3:21 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use

## Product Details

**Original Release Date:** September 1, 2011

**Label:** VINTAGE MASTERS INC.

**Copyright:** (c) 2011 Vintage Masters Inc.

**Total Length:** 41:44

**Genres:**
Jazz > Vocal Jazz

**ASIN:** B005VU6V5M

**Average Customer Review:** Be the first to review this item

**Amazon Best Sellers Rank:** #434,018 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)



**amazon**
Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

All-New kindle paperwhite
From $119 ›Pre-order now

Shop by Department ▾   Search  MP3 Music ▾  [ ]   Hello. Sign in Your Account ▾   Try Prime ▾   0 Cart ▾   Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



🔍 **ZOOM**
See larger image (with zoom)

## California Dreamin'

Bud Shank, Chet Baker | Format: MP3 Music

Be the first to review this item

Price: **$8.99**

Original Release Date: May 1, 2011



Get our free Amazon music app   GET IT ON Google play   Available on the App Store   Available at amazon

---

**MP3 Songs**    ▶ Play all samples    🔊

| | Song Title | Time | Price | |
|---|---|---|---|---|
| ▶ | 1. California Dreamin' | 2:32 | $0.99 | Buy MP3 |
| ▶ | 2. Imprevu | 2:58 | $0.99 | Buy MP3 |
| ▶ | 3. Listen People | 2:24 | $0.99 | Buy MP3 |
| ▶ | 4. What The World Needs Now Is Love | 2:53 | $0.99 | Buy MP3 |
| ▶ | 5. In Times Like These | 3:06 | $0.99 | Buy MP3 |
| ▶ | 6. Norwegian Wood (This Bird Has Flown) | 2:40 | $0.99 | Buy MP3 |
| ▶ | 7. Woman | 2:24 | $0.99 | Buy MP3 |
| ▶ | 8. Monday, Monday | 2:25 | $0.99 | Buy MP3 |
| ▶ | 9. Daydream | 3:06 | $0.99 | Buy MP3 |
| ▶ | 10. Gotta Go | 2:42 | $0.99 | Buy MP3 |
| ▶ | 11. The End Of The World | 2:45 | $0.99 | Buy MP3 |
| ▶ | 12. Husbands & Wives | 2:12 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

Buy MP3 album with 1-Click®

Give album OR song as gift

💲 Redeem a gift card or promotion code & view balance

Add to Wish List

## Product Details

**Original Release Date:** May 1, 2011
**Label:** Master Classics Records
**Copyright:** (c) 2011 Master Classics Records
**Total Length:** 32:07
**Genres:**
   Jazz > Cool Jazz
**ASIN:** B0051V673M
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #511,114 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

---

## Customer Reviews

amazon
Try Prime

Your Amazon.com    Today's Deals    Gift Cards    Sell    Help



All-New kindle paperwhite
From $119 > Pre-order now

Shop by Department ▼

Search    MP3 Music ▼

Hello. Sign in
Your Account ▼

Try Prime ▼

0 Cart ▼

Wish List ▼

Amazon MP3 Store    Amazon Cloud Player    New Releases    Browse Genres    Recommendations    Best Sellers    Advanced Search    Getting Started    CDs    MP3 Help



ZOOM
See larger image (with zoom)

## Calypso, U.S.A.

Aaron Collins | Format: MP3 Music

Be the first to review this item

Price: **$8.99**

Original Release Date: February 1, 2011

Get our free Amazon music app

GET IT ON Google play    Available on the App Store    Available at amazon

Buy MP3 album with 1-Click®

Give album OR song as gift

Redeem a gift card or promotion code & view balance

Add to Wish List

### MP3 Songs    ▶ Play all samples    🔊

| Song Title | Time | Price |
|---|---|---|
| ▶ 1. Pretty Evey | 2:47 | $0.99 | Buy MP3 |
| ▶ 2. Rum Jamaica Rum | 4:50 | $0.99 | Buy MP3 |
| ▶ 3. Sylvie | 2:19 | $0.99 | Buy MP3 |
| ▶ 4. Dayo (Banana Boat Song) | 3:18 | $0.99 | Buy MP3 |
| ▶ 5. John Henry | 2:21 | $0.99 | Buy MP3 |
| ▶ 6. Matilda | 3:04 | $0.99 | Buy MP3 |
| ▶ 7. Jamaica Farewell | 2:41 | $0.99 | Buy MP3 |
| ▶ 8. Mary Anne | 2:44 | $0.99 | Buy MP3 |
| ▶ 9. Mama Look A Boo Boo | 2:36 | $0.99 | Buy MP3 |
| ▶ 10. Marie, My Love | 2:58 | $0.99 | Buy MP3 |
| ▶ 11. The Riddle | 3:51 | $0.99 | Buy MP3 |
| ▶ 12. I Had But Fifty Cents | 2:47 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details

**Original Release Date:** February 1, 2011

**Label:** Master Classics Records

**Copyright:** (c) 2011 Master Classics Records

**Total Length:** 36:16

**Genres:**
R&B > Classic R&B

**ASIN:** B004PUDJI6

**Average Customer Review:** Be the first to review this item

**Amazon Best Sellers Rank:** #518,590 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

Amazon.com: Desperado: Mike Millius: MP3 Downloads



# amazon
*Try Prime*

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

All-New **kindle** paperwhite
From $119 › Pre-order now

Shop by **Department** ▾    **Search** | MP3 Music ▾ | [_____] | [🔍]    Hello. **Sign in** Your Account ▾    Try **Prime** ▾    🛒 **0** Cart ▾    **Wish List** ▾

**Amazon MP3 Store** | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



⊕ZOOM
See larger image (with zoom)

## Desperado
Mike Millius | Format: MP3 Music
Be the first to review this item

Price: **$8.99**

Original Release Date: May 1, 2011

Get our free Amazon music app    [GET IT ON Google play]  [Available on the App Store]  [Available at amazon]

Buy MP3 album with 1-Click®
Give album OR song as gift
Redeem a gift card or promotion code & view balance

Add to Wish List

| MP3 Songs | ▶ Play all samples 🔊 | | |
|---|---|---|---|
| **Song Title** | **Time** | **Price** | |
| ▶ 1. Lookout For Lucy | 3:08 | $0.99 | Buy MP3 |
| ▶ 2. If Jesus Was Alive Today | 3:16 | $0.99 | Buy MP3 |
| ▶ 3. Forty Days Of Rain | 3:00 | $0.99 | Buy MP3 |
| ▶ 4. Taterbug Mandolin Man | 1:59 | $0.99 | Buy MP3 |
| ▶ 5. Datenite U.S.A. | 2:54 | $0.99 | Buy MP3 |
| ▶ 6. Sweet Sunday | 3:49 | $0.99 | Buy MP3 |
| ▶ 7. I Just Wanna Be With You | 1:36 | $0.99 | Buy MP3 |
| ▶ 8. Poor Boy Michael Strange | 2:29 | $0.99 | Buy MP3 |
| ▶ 9. Doesn't Some Have A Plan | 3:05 | $0.99 | Buy MP3 |
| ▶ 10. Nobody Cares | 4:46 | $0.99 | Buy MP3 |
| ▶ 11. Algiers Motel | 3:08 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details
**Original Release Date:** May 1, 2011
**Label:** Master Classics Records
**Copyright:** (c) 2011 Master Classics Records
**Total Length:** 33:10
**Genres:**
Country > Alt-Country & Americana
**ASIN:** B00584URGA
**Average Customer Review:** Be the first to review this item

## Customer Reviews

There are no customer reviews yet.


Your Amazon.com | Te
Shop by

Amazon.com: Dingaka (Original 1965 Motion Picture Soundtrack): Various Artists: MP3 Downloads



amazon
Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

| Shop by Department ▾ | Search | MP3 Music ▾ | | | Hello. Sign in Your Account ▾ | Try Prime ▾ | 0 Cart ▾ | Wish List ▾ |

| Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help |



ZOOM
See larger image (with zoom)

## Dingaka (Original 1965 Motion Picture Soundtrack)

Various artists | Format: MP3 Music

★★★★★ ☑ (1 customer review)

Price: **$8.99**

**Original Release Date:** May 1, 2011



| | Buy MP3 album with 1-Click® |
| | Give album OR song as gift |
| $ Redeem a gift card or promotion code & view balance |
| Add to Wish List |

| MP3 Songs | ▶ Play all samples | 🔊 |

| Song Title | Artist | Time | Price | |
|---|---|---|---|---|
| ▶ 1. Feast Of The Strong Men | Studio Cast | 2:25 | $0.99 | Buy MP3 |
| ▶ 2. Dingaka Lullaby - Tula Baba | Studio Cast | 1:31 | $0.99 | Buy MP3 |
| ▶ 3. Dingaka Lullaby - Tula Baba (Onika's Theme) | Studio Cast | 1:17 | $0.99 | Buy MP3 |
| ▶ 4. Tribal Prayer | Studio Cast | 1:44 | $0.99 | Buy MP3 |
| ▶ 5. Funeral Drums | Studio Cast | 1:36 | $0.99 | Buy MP3 |
| ▶ 6. When The Roll Is Called Up Yonder | Studio Cast | 2:47 | $0.99 | Buy MP3 |
| ▶ 7. Song Of The Labourers | Studio Cast | 1:27 | $0.99 | Buy MP3 |
| ▶ 8. Mineworker's Song | Studio Cast | 1:20 | $0.99 | Buy MP3 |
| ▶ 9. Body And Bones | Studio Cast | 2:10 | $0.99 | Buy MP3 |
| ▶ 10. Cheeni Cheeni | Studio Cast | 0:49 | $0.99 | Buy MP3 |
| ▶ 11. Drinking Song | Studio Cast | 1:07 | $0.99 | Buy MP3 |
| ▶ 12. Friday Night | Studio Cast | 1:59 | $0.99 | Buy MP3 |
| ▶ 13. Gumboot Dance | Studio Cast | 1:32 | $0.99 | Buy MP3 |
| ▶ 14. Song On The White Mountain | Studio Cast | 1:44 | $0.99 | Buy MP3 |
| ▶ 15. Down-And-Out Song | Studio Cast | 1:38 | $0.99 | Buy MP3 |
| ▶ 16. Song Of The Convicts | Studio Cast | 1:55 | $0.99 | Buy MP3 |
| ▶ 17. Python Dance | Studio Cast | 2:05 | $0.99 | Buy MP3 |
| ▶ 18. Thunder Orgy | Studio Cast | 0:52 | $0.99 | Buy MP3 |
| ▶ 19. Placating The Gods | Studio Cast | 2:49 | $0.99 | Buy MP3 |
| ▶ 20. Song Of Joy | Studio Cast | 1:42 | $0.99 | Buy MP3 |

▶ **21. Shoshloza (Go In Peace)**  | Studio Cast | 1:46 | $0.99 | 🔊 Buy MP3

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details

**Original Release Date:** May 1, 2011
**Label:** Master Classics Records
**Copyright:** (c) 2011 Master Classics Records
**Total Length:** 36:15
**Genres:**
  Soundtracks
**ASIN:** B0051V59QI
**Average Customer Review:** ★★★★★ ✓ (1 customer review)
**Amazon Best Sellers Rank:** #128,009 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

★★★★★ (1)
5.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 1 |
| 4 star | | 0 |
| 3 star | | 0 |
| 2 star | | 0 |
| 1 star | | 0 |

Share your thoughts with other customers

**Write a customer review**

See the customer review

### Most Helpful Customer Reviews

★★★★★ **Greatest soundtrack of all time!!**   July 11, 2012
By C. X. Alexander
Format: MP3 Music

I grew up with this album. I was literally one year old when the film came out and my Pops saw it and came home with the album the next day. This is music of the African soul, played by genuine African musicians hand selected by the film's producers. "Song of the Labourers" puts you in the mines with the men. "Funeral Drums" for the main character's wife puts you at her gravesite. (On the album,there are brief, spoken interludes by the main character, reminding us of the story. It makes it easy to "understand" the songs if you haven't seen the film.) Even the "white European" hymn "When the Roll is Called Up Yonder" is given a distinctive African flair and has never sounded better. For fans of soundtracks in general, world music in general and those of African heritage who want a feel of "home", you cannot possibly do better than this album. It is truly one of the most beautiful and powerful pieces ever written. Major kudos to Amazon for making it available. I can now carry it with me all of my days. And on a personal note, to my late Pops, Shosoloza. Go in Peace.

Comment  |  **Was this review helpful to you?**  Yes   No

⟩ **See the customer review**

**Write a customer review**



amazon
Try Prime

Your Amazon.com | Tod...

Shop by
**Department**   Search   MP3 Music

**Amazon MP3 Store**  Amazon Cloud Player   New

Search Customer Reviews

Go

☑ Only search this product's reviews

## Feedback

⟩ If you have a question or problem, visit our **Help pages.**
⟩ Would you like to **give feedback on images** or **tell us about a lower price**?
⟩ If you are a seller for this product and want to change product data, click **here** (you may need to sign in with your seller id).

### Your Recently Viewed Items and Featured Recommendations

Amazon.com: Donnybrook! - Soundtrack: Various Artists: MP3 Downloads

# amazon
Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

All-New kindle paperwhite
From $119 >Pre-order now



Shop by Department ▾    Search  [MP3 Music ▾]  [donnybrook]  [ ]    Hello. Sign in Your Account ▾ | Try Prime ▾ | 🛒 0 Cart ▾ | Wish List ▾

**Amazon MP3 Store** | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



🔍 **ZOOM**
See larger image (with zoom)

## Donnybrook! - Soundtrack
Various artists | Format: MP3 Music
★★★★☆ ☑ (12 customer reviews)

Price: **$8.99**

**Original Release Date:** January 1, 2011
Also available in  CD Format



Get our free
Amazon music app     [GET IT ON Google play]  [Available on the App Store]
[amazon Available at amazon]

Buy MP3 album with 1-Click®
Give album OR song as gift ▾
Redeem a gift card or promotion code & view balance

Add to Wish List

| | MP3 Songs | ⏵ Play all samples | | 🔊 |
|---|---|---|---|---|

| | Song Title | Artist | Time | Price | |
|---|---|---|---|---|---|
| ⏵ | 1. Overture | Ensemble | 3:34 | $0.99 | Buy MP3 |
| ⏵ | 2. Sez I | Alfred DeSio | 3:47 | $0.99 | Buy MP3 |
| ⏵ | 3. The Day The Snow Is Meltin' | Eddie Ericksen | 1:29 | $0.99 | Buy MP3 |
| ⏵ | 4. Sad Was The Day | Ensemble | 4:28 | $0.99 | Buy MP3 |
| ⏵ | 5. Donnybrook | Ensemble | 2:55 | $0.99 | Buy MP3 |
| ⏵ | 6. Ellen Roe | Art Lund | 2:13 | $0.99 | Buy MP3 |
| ⏵ | 7. The Loveable Irish | Art Lund | 2:21 | $0.99 | Buy MP3 |
| ⏵ | 8. I Wouldn't Bet One Penny | Eddie Foy | 3:12 | $0.99 | Buy MP3 |
| ⏵ | 9. He Makes Me Feel I'm Lovely | Joan Fagan | 3:20 | $0.99 | Buy MP3 |
| ⏵ | 10. I Have My Own Way | Art Lund | 2:34 | $0.99 | Buy MP3 |
| ⏵ | 11. A Toast To The Bride | Clarence Nordstrom | 2:16 | $0.99 | Buy MP3 |
| ⏵ | 12. Wisha Wurra | Afred DeSio | 3:58 | $0.99 | Buy MP3 |
| ⏵ | 13. A Quiet Life | Art Lund | 2:15 | $0.99 | Buy MP3 |
| ⏵ | 14. Mr. Flynn | Grace Carney | 2:09 | $0.99 | Buy MP3 |
| ⏵ | 15. Dee-Lightful Is The Word | Eddie Foy | 2:10 | $0.99 | Buy MP3 |
| ⏵ | 16. For My Own | Joan Fagan | 1:38 | $0.99 | Buy MP3 |
| ⏵ | 17. Finale | Ensemble | 2:21 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our  Terms of Use.

**Customers Who Bought This Item Also Bought**                                    Page 1 of 10

Amazon.com: Donnybrook! - Soundtrack: Various Artists: MP3 Downloads








**Showstopper (Kindle Single)**
› Abigail Pogrebin
★★★★☆ (12)
Kindle Edition
$1.99

**Gentlemen Prefer Blondes**
› Encores! Cast Recording
★★★★½ (16)
MP3 Download
$10.99

**Carrie: The Musical (Premiere Cast …**
› Premiere Cast
★★★★½ (29)
MP3 Download
$10.99

**Scandalous, the Musical**
› Original Broadway Cast
★★★★☆ (7)
MP3 Download
$8.99



---

## Product Details

**Original Release Date:** January 1, 2011
**Label:** Master Classics Records
**Copyright:** (c) 2011 Master Classics Records
**Total Length:** 46:40
**Genres:** Soundtracks
**ASIN:** B004NC3KQM
**Average Customer Review:** ★★★★☆ ☑ (12 customer reviews)
**Amazon Best Sellers Rank:** #177,210 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

---

## Customer Reviews

 (12)

3.8 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 2 |
| 4 star | | 8 |
| 3 star | | 1 |
| 2 star | | 0 |
| 1 star | | 1 |

See all 12 customer reviews

Share your thoughts with other customers

[ Write a customer review ]

### Most Helpful Customer Reviews

3 of 3 people found the following review helpful
★★★★☆ **Undiscovered gem.** September 18, 2012
By Joel L. Savitz
Format: Audio CD | Amazon Verified Purchase

This is a very good score of a show that bombed in NY. The LP has been worn out over the years. Having 3 copies of the LP, I have waited for this to be released. It is based on the John Wayne/Maureen O'Hara film 'The Quiet Man'. Well worth listening to. The only problem with this release is that they reversed the stereo channels when they mastered it. If that is not a problem then buy it as it probably will not be around for a long time if you don't get it now.

Comment | Was this review helpful to you? [ Yes ] [ No ]

3 of 3 people found the following review helpful
★★★★☆ **Fun show but no included brochure** August 18, 2012
By Broadway Fan
Format: Audio CD | Amazon Verified Purchase

I have had this musical for many years in my LP collection so it was so nice to have it finally on CD. It is a tuneful show with some excellent Broadway voices. However the CD contains no brochure describing the storyline, singers, etc. It would have made a nice touch to this vintage recording.

1 Comment | Was this review helpful to you? [ Yes ] [ No ]



Your Amazon.com | Tod…
Shop by Department    Search    MP3 Music
Amazon MP3 Store   Amazon Cloud Player   New


Advertisement

### Most Recent Customer Reviews

★★★★☆ **Lost gem!**
This show opened in 1961 and got lost in the shadows of shows like 'Camelot', 'Carnival,' 'Bye,…' and some other classics from the early 60's. Read more
Published 5 months ago by Patrick Boyle

★★★★☆ **Music great**
I have this show on LP and was looking for a CD version -- some of the tunes are delightful. BUT this has absolutely NO liner notes.
Read more
Published 5 months ago by Karen K. Isaacs

★★★★★ **Score mostly overlooked**
DONNYBROOK has a charming melodic score with outstanding performances by Susan Johnson and Eddie Foy Jr. Has always been

Amazon.com: Essential Folk Masters: The Easy Riders: MP3 Downloads



# amazon
*Try Prime*

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

All-New kindle paperwhite
From $119 › Pre-order now

Shop by Department ▾ | Search | MP3 Music ▾ | | | Hello. Sign in Your Account ▾ | Try Prime ▾ | 0 Cart ▾ | Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



ZOOM
See larger image (with zoom)

## Essential Folk Masters

The Easy Riders | Format: MP3 Music

Be the first to review this item

Price: **$8.99**

**Original Release Date:** May 1, 2011
Also available in  CD Format

Get our free Amazon music app
GET IT ON Google play | Available on the App Store | Available at amazon

Buy MP3 album with 1-Click®

Give album OR song as gift ▾

Redeem a gift card or promotion code & view balance

Add to Wish List



**MP3 Songs**    ▶ Play all samples    🔊

| Song Title | Time | Price | |
|---|---|---|---|
| ▶ 1. Marianne | 2:23 | $0.99 | Buy MP3 |
| ▶ 2. Sweet Sugar Cane | 2:19 | $0.99 | Buy MP3 |
| ▶ 3. Send For De Captain | 2:11 | $0.99 | Buy MP3 |
| ▶ 4. South Coast | 3:11 | $0.99 | Buy MP3 |
| ▶ 5. Lonesome Whistle | 1:50 | $0.99 | Buy MP3 |
| ▶ 6. Everybody Loves Saturday Night | 2:00 | $0.99 | Buy MP3 |
| ▶ 7. Hot Crawfish | 2:20 | $0.99 | Buy MP3 |
| ▶ 8. Rovin' Gambler | 1:56 | $0.99 | Buy MP3 |
| ▶ 9. True Love And Tender Care | 1:56 | $0.99 | Buy MP3 |
| ▶ 10. Eddystone Light | 1:57 | $0.99 | Buy MP3 |
| ▶ 11. So True Blues | 2:24 | $0.99 | Buy MP3 |
| ▶ 12. Mayfield Mountain | 1:34 | $0.99 | Buy MP3 |
| ▶ 13. Wanderin' Blues | 2:24 | $0.99 | Buy MP3 |
| ▶ 14. I Ride An Old Paint | 1:59 | $0.99 | Buy MP3 |
| ▶ 15. Champagne Wine | 1:45 | $0.99 | Buy MP3 |
| ▶ 16. Six Wheel Driver | 2:25 | $0.99 | Buy MP3 |
| ▶ 17. Gambler's Blues | 2:33 | $0.99 | Buy MP3 |
| ▶ 18. Drill Ye Tarriers | 2:05 | $0.99 | Buy MP3 |
| ▶ 19. East Virginia | 2:05 | $0.99 | Buy MP3 |
| ▶ 20. Don't Hurry Worry Me | 2:11 | $0.99 | Buy MP3 |

| ▶ | 21. **Rollin' Home** | 2:01 | $0.99 | Buy MP3 |
| ▶ | 22. **Goodbye Chiquita** | 2:32 | $0.99 | Buy MP3 |
| ▶ | 23. **John Henry** | 2:40 | $0.99 | Buy MP3 |
| ▶ | 24. **Whatcha Gonna Do?** | 1:54 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details

**Original Release Date:** May 1, 2011
**Label:** Master Classics Records
**Copyright:** (c) 2011 Master Classics Records
**Total Length:** 52:35
**Genres:**
  Folk > Contemporary Folk
**ASIN:** B00542HLCY
**Average Customer Review:** Be the first to review this item

## Customer Reviews

There are no customer reviews yet.

| 5 star | |
| 4 star | |
| 3 star | |
| 2 star | |
| 1 star | |

Share your thoughts with other customers

Write a customer review



## Look for Similar Items by Category

  Folk > Contemporary Folk



## Feedback

▸ If you have a question or problem, visit our **Help pages**.
▸ Would you like to **give feedback on images** or **tell us about a lower price**?
▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations



Loading

Amazon.com: Essential Jazz Masters: Bernie Green & His Orchestra: MP3 Downloads


All-New kindle paperwhite
From $119 › Pre-order now

# amazon
Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

Shop by Department ▾

Search | MP3 Music ▾ | [        ] [ ]

Hello. **Sign in**
Your Account ▾   Try Prime ▾   **0** Cart ▾   Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



⊕ ZOOM
See larger image (with zoom)

## Essential Jazz Masters
Bernie Green & His Orchestra | Format: MP3 Music
Be the first to review this item

Price: **$8.99**

Original Release Date: November 1, 2011

 

Get our free Amazon music app

Buy MP3 album with 1-Click®

Give album OR song as gift

💲 Redeem a gift card or promotion code & view balance

Add to Wish List

| MP3 Songs | ▶ Play all samples | 🔊 | | |
|---|---|---|---|---|
| | Song Title | | Time | Price |
| ▶ | 1. Futura | | 1:50 | $0.99 | Buy MP3 |
| ▶ | 2. The Music Box Waltz | | 2:53 | $0.99 | Buy MP3 |
| ▶ | 3. I Love Paris | | 2:09 | $0.99 | Buy MP3 |
| ▶ | 4. (All of a Sudden) My Heart Sings | | 2:10 | $0.99 | Buy MP3 |
| ▶ | 5. I'll Remember April | | 2:18 | $0.99 | Buy MP3 |
| ▶ | 6. Kiss of Fire | | 2:30 | $0.99 | Buy MP3 |
| ▶ | 7. Under Paris Skies | | 2:13 | $0.99 | Buy MP3 |
| ▶ | 8. Ping Pong | | 3:05 | $0.99 | Buy MP3 |
| ▶ | 9. Out of This World | | 3:45 | $0.99 | Buy MP3 |
| ▶ | 10. Pentagon | | 2:41 | $0.99 | Buy MP3 |
| ▶ | 11. Steel Bones | | 3:24 | $0.99 | Buy MP3 |
| ▶ | 12. Futura (Reprise) | | 1:45 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details
**Original Release Date:** November 1, 2011
**Label:** Stardust Records
**Copyright:** (c) 2011 Stardust Records
**Total Length:** 30:43
**Genres:**
   Jazz > Jazz Fusion
   Jazz > Smooth Jazz
**ASIN:** B006OISP6S
**Average Customer Review:** Be the first to review this item

## Customer Reviews

Amazon.com: Essential Jazz Masters: Bernie Green & His Orchestra: MP3 Downloads

**There are no customer reviews yet.**



Your Amazon.com | Today's D

Shop by
**Department**                    Search    MP3 Music

**Amazon MP3 Store**   Amazon Cloud Player   New

| | |
|---|---|
| 5 star | |
| 4 star | |
| 3 star | |
| 2 star | |
| 1 star | |

Share your thoughts with other customers

Write a customer review

## Look for Similar Items by Category

Jazz > Jazz Fusion

Jazz > Smooth Jazz

## Feedback

If you have a question or problem, visit our **Help pages**.

Would you like to **give feedback on images** or **tell us about a lower price**?

If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations



Loading

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns Are Easy |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |
| | | | Help |

amazon.com

Brazil   Canada   China   France   Germany   India   Italy   Japan   Spain   United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| **6pm** Score deals on fashion brands | **AbeBooks** Rare Books & Textbooks | **AfterSchool.com** Kids' Sports, Outdoor & Dance Gear | **AmazonFresh** Groceries & More Right To Your Door | **Amazon Local** Great Local Deals in Your City | **AmazonSupply** Business, Industrial & Scientific Supplies | **AmazonWebServices** Scalable Cloud Services | **Askville** Community Answers |
| **Audible** Download Audio Books | **BeautyBar.com** Prestige Beauty Delivered | **Book Depository** Books With Free Delivery Worldwide | **Bookworm.com** Books For Children Of All Ages | **Casa.com** Kitchen, Storage & Everything Home | **CreateSpace** Indie Print Publishing Made Easy | **Diapers.com** Everything But The Baby | **DPReview** Digital Photography |


All-New kindle paperwhite
From $119 ›Pre-order now

amazon
Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

Search | MP3 Music ▾ | [ ] | [ ]

Hello. **Sign in**
Your Account ▾

Try Prime ▾

0 Cart ▾

Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



ZOOM
See larger image (with zoom)

## Greatest Hits

The Sunrays | Format: MP3 Music

★★★★★ ☑ (3 customer reviews)

Price: **$8.99**

**Original Release Date:** April 1, 2011

Also available in CD Format


Get our free Amazon music app

Buy MP3 album with 1-Click®

Give album OR song as gift

Redeem a gift card or promotion code & view balance

Add to Wish List

MP3 Songs | ▶ Play all samples | 🔊

| | Song Title | Time | Price | |
|---|---|---|---|---|
| ▶ | 1. I Live For The Sun | 2:24 | $0.99 | Buy MP3 |
| ▶ | 2. Andrea | 2:11 | $0.99 | Buy MP3 |
| ▶ | 3. Still | 2:29 | $0.99 | Buy MP3 |
| ▶ | 4. Don't Take Yourself Too Seriously | 2:14 | $0.99 | Buy MP3 |
| ▶ | 5. When You're Not Here | 1:52 | $0.99 | Buy MP3 |
| ▶ | 6. Time (A Special Thing) | 2:04 | $0.99 | Buy MP3 |
| ▶ | 7. Have To Be Myself | 2:20 | $0.99 | Buy MP3 |
| ▶ | 8. Since My Findin' You | 2:40 | $0.99 | Buy MP3 |
| ▶ | 9. Tears In My Eyes | 1:59 | $0.99 | Buy MP3 |
| ▶ | 10. Outta Gas | 2:06 | $0.99 | Buy MP3 |
| ▶ | 11. A Little Dog And His Boy | 2:40 | $0.99 | Buy MP3 |
| ▶ | 12. Hi, How Are You? | 2:08 | $0.99 | Buy MP3 |
| ▶ | 13. Jo Ann | 2:00 | $0.99 | Buy MP3 |
| ▶ | 14. I Look Baby, I Can't See | 2:33 | $0.99 | Buy MP3 |
| ▶ | 15. Bye Baby Bye | 2:05 | $0.99 | Buy MP3 |
| ▶ | 16. Goodnight Debbie, Goodnight | 2:30 | $0.99 | Buy MP3 |
| ▶ | 17. You Don't Phase Me | 2:12 | $0.99 | Buy MP3 |
| ▶ | 18. Car Party | 1:52 | $0.99 | Buy MP3 |
| ▶ | 19. Loaded With Love | 2:14 | $0.99 | Buy MP3 |
| ▶ | 20. Just 'Round The River Bend | 1:59 | $0.99 | Buy MP3 |

▶ 21. **Better Be Good To Me**                    3:02    $0.99    **Buy MP3**

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Viewed This Item Also Viewed



**I Live For The Sun**
› The Sunrays
★★★★½ (5)
MP3 Download
$0.99



**Andrea**
› The Sunrays
★★★★ (3)
MP3 Download
$0.99



**G.T.O. Best Of The Mala Recordings**
› Ronny & The Daytonas
★★★★½ (6)
MP3 Download
$9.99



**The Best Of The Rip Chords**
› The Rip Chords
★★★★½ (5)
MP3 Download
$9.99

## Product Details

**Original Release Date:** April 1, 2011
**Label:** Master Classics Records
**Copyright:** (c) 2011 Master Classics Records
**Total Length:** 47:34
**Genres:**
Rock
**ASIN:** B004ZSTBE4
**Average Customer Review:** ★★★★★ ☑ (3 customer reviews)
**Amazon Best Sellers Rank:** #247,267 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

★★★★★ (3)
5.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 3 |
| 4 star | | 0 |
| 3 star | | 0 |
| 2 star | | 0 |
| 1 star | | 0 |

See all 3 customer reviews

Share your thoughts with other customers

**Write a customer review**



amazon  Try Prime    Your Amazon.com   Tod...

Shop by Department    Search   MP3 Music

Amazon MP3 Store   Amazon Cloud Player   New



Search Customer Reviews

[_____] Go

☑ Only search this product's reviews

### Most Helpful Customer Reviews

★★★★★ **Takes me back to sun and surf**   September 8, 2013
By tatermusic
Format: Audio CD  |  Amazon Verified Purchase

I first heard "Andrea" when I was young, peroxiding my hair to look like a surfer, and having not a clue about life. I don't have any hair to bleach now, but these guys bring up memories of the Big Kahuna.

Comment  |  Was this review helpful to you?  Yes   No

★★★★★ **The Sunray's was one of the great surf bands of the 60's**   April 5, 2013
By Rock Fan,
Format: Audio CD

The Sunrays were a great surf vocal band out of the sixties. Led by Drummer Rick Henn, lead vocal, they had two big hits. " I Live for the Sun and " Andrea " They were from Southern California and were mangered by Beach Boy father, Murry Wilson after he was fired by Brian Wilson. If you like good Beach Music from the 60's Then you will like the Sunray's.

Amazon.com: Joseph Marais & Miranda Revisit the South African Veld with the Bushveld Band: Marais & Miranda: MP3 Downloads



amazon
Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

All-New Kindle paperwhite
From $119 › Pre-order now

Shop by Department ▾    Search  MP3 Music ▾ [                    ] [     ]    Hello. Sign in Your Account ▾    Try Prime ▾    0 Cart ▾    Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



ZOOM
See larger image (with zoom)

## Joseph Marais & Miranda Revisit the South African Veld with the Bushveld Band

Marais & Miranda | Format: MP3 Music

Be the first to review this item

Price: **$8.99**

Original Release Date: July 20, 2013



Get our free Amazon music app
GET IT ON Google play
Available on the App Store
Available at amazon

Buy MP3 album with 1-Click®

Give album OR song as gift

Redeem a gift card or promotion code & view balance

Add to Wish List

### MP3 Songs    ▶ Play all samples    🔊

| | Song Title | Time | Price | |
|---|---|---|---|---|
| ▶ | 1. Henrietta's Wedding | 3:04 | $0.99 | Buy MP3 |
| ▶ | 2. Here Am I | 2:55 | $0.99 | Buy MP3 |
| ▶ | 3. Marching to Pretoria | 2:38 | $0.99 | Buy MP3 |
| ▶ | 4. Siembamba | 2:07 | $0.99 | Buy MP3 |
| ▶ | 5. Jan Pieriewiet | 3:08 | $0.99 | Buy MP3 |
| ▶ | 6. Aunt Mina's Cooking up the Sirup | 2:47 | $0.99 | Buy MP3 |
| ▶ | 7. Pretty Kitty | 3:11 | $0.99 | Buy MP3 |
| ▶ | 8. There's the Cape-Cart | 1:49 | $0.99 | Buy MP3 |
| ▶ | 9. The Zulu Warrior | 2:47 | $0.99 | Buy MP3 |
| ▶ | 10. Meisiesfontein | 3:40 | $0.99 | Buy MP3 |
| ▶ | 11. Old Johnnie Goggabee | 2:45 | $0.99 | Buy MP3 |
| ▶ | 12. Polly Polly | 2:16 | $0.99 | Buy MP3 |
| ▶ | 13. How Lovely Cooks the Meat | 2:37 | $0.99 | Buy MP3 |
| ▶ | 14. As the Sun Goes Down | 2:20 | $0.99 | Buy MP3 |
| ▶ | 15. Oh Brandy Leave Me Alone | 2:46 | $0.99 | Buy MP3 |
| ▶ | 16. A-Round the Corner (Beneath the Berry Tree) | 3:33 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details

**Original Release Date:** July 20, 2013
**Label:** Essential World Masters
**Copyright:** (c) 2013 Essential World Masters
**Total Length:** 44:23

Amazon.com: Joseph Marais & Miranda Revisit the South African Veld with the Bushveld Band: Marais & Miranda: MP3 Downloads

Case 2:13-cv-08496-PSG-PLA    Document 3-8    Filed 11/18/13    Page 56 of 75    Page ID #:290

**Genres:**
[International]

**ASIN:** B00E6RC6IC

**Average Customer Review:** Be the first to review this item

**Amazon Best Sellers Rank:** #102,954 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

There are no customer reviews yet.

5 star
4 star
3 star
2 star
1 star

Share your thoughts with other customers

Write a customer review



Your Amazon.com | Today's D

Shop by **Department**    Search    MP3 Music

**Amazon MP3 Store**    Amazon Cloud Player    New



Advertisement

JOSEPH MARAIS AND MIRANDA
REVISIT THE SOUTH AFRICAN VELD
WITH THE BUSHVELD BAND

## Feedback

▶ If you have a question or problem, visit our **Help pages**.
▶ Would you like to **give feedback on images** or **tell us about a lower price**?
▶ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations

You viewed 

› View or edit your browsing history

See personalized recommendations

**Sign in**

New customer? Start here.

**Continue Shopping:** Customers Who Bought Items in Your Recent History Also Bought

Page 1 of 7



**Such Sweet Thunder**
Duke Ellington
★★★★☆ (20)
MP3 Download
$8.99



**Money Jungle**
Duke Ellington
★★★★☆ (62)
MP3 Download
$9.49



**Rodgers + Hammerstein's Cinderella**
Rodgers + Hammerstein's…
★★★★☆ (39)
MP3 Download
$11.99



**Side By Side**
Duke Ellington
★★★★★ (14)
MP3 Download
$8.91

**Get to Know Us**
Careers
Investor Relations

**Make Money with Us**
Sell on Amazon
Become an Affiliate

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card

**Let Us Help You**
Your Account
Shipping Rates & Policies





amazon Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

Shop by Department ▾

Search  MP3 Music ▾

Hello. **Sign in** Your Account ▾ | Try Prime ▾ | 0 Cart ▾ | Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



🔍 **ZOOM**
See larger image (with zoom)

## Live At The Hungry I
Glenn Yarbrough | Format: MP3 Music

★★★☆☆ ☑ (9 customer reviews)

Price: **$8.99**

Original Release Date: March 1, 2011



**Get our free Amazon music app**

GET IT ON Google play | Available on the App Store | Available at amazon

Buy MP3 album with 1-Click®

Give album OR song as gift ▾

Redeem a gift card or promotion code & view balance

Add to Wish List



| MP3 Songs | ▶ Play all samples | | |
|---|---|---|---|
| **Song Title** | **Time** | **Price** | |
| 1. The Music Of The World A Turnin' | 2:55 | $0.99 | Buy MP3 |
| 2. The Mermaid | 3:10 | $0.99 | Buy MP3 |
| 3. Goin' Down The Track (900 Miles) | 2:17 | $0.99 | Buy MP3 |
| 4. The Summer's Long | 2:37 | $0.99 | Buy MP3 |
| 5. One Day Soon | 2:24 | $0.99 | Buy MP3 |
| 6. How Deep Is Down | 2:04 | $0.99 | Buy MP3 |
| 7. Rose | 3:19 | $0.99 | Buy MP3 |
| 8. Me And My Dog (Old Blue) | 2:18 | $0.99 | Buy MP3 |
| 9. Where Are You Going With The Rain | 2:35 | $0.99 | Buy MP3 |
| 10. What You Gonna Do? | 1:48 | $0.99 | Buy MP3 |
| 11. The Things Men Do | 2:48 | $0.99 | Buy MP3 |
| 12. Some Trust In Chariots | 2:15 | $0.99 | Buy MP3 |
| 13. Only Love | 3:20 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Bought This Item Also Bought

Page 1 of 2

‹


**Jubilee**
› Glenn Yarbrough
★★★★☆ (3)
MP3 Download
$9.49


**Bend Down And Touch Me (US Release)**
› Glenn Yarbrough
★★★★★ (6)


**The Very Best Of Peter, Paul And Mary**
› Paul and Mary Peter
★★★★½ (293)


**Essential Folk Classics**
› Glenn Yarbrough
★★★★½ (2)
MP3 Download
$8.99

›

Amazon.com: Live At The Hungry I: Glenn Yarbrough: MP3 Downloads

MP3 Download        MP3 Download
$9.49              $12.49

## Product Details

**Original Release Date:** March 1, 2011
**Label:** Master Classics Records
**Copyright:** (c) 2011 Master Classics Records
**Total Length:** 33:50
**Genres:** Audio
    Folk > Traditional Folk
**ASIN:** B004TZCYI8
**Average Customer Review:** ★★★★☆ ☑ (9 customer reviews)
**Amazon Best Sellers Rank:** #149,747 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews


★★★★☆ (9)
4.0 out of 5 stars

| | |
|---|---|
| 5 star | 4 |
| 4 star | 3 |
| 3 star | 0 |
| 2 star | 2 |
| 1 star | 0 |

See all 9 customer reviews

*" This is a fun recording which everyone should get a chance to hear. "*
James Doane  |  1 reviewer made a similar statement

*" Glenn Yarbrough has been a favorite of mine since I was in my teens. "*
Lorraine Ferringo  |  1 reviewer made a similar statement

*" I have many of the songs on this CD in a LP and have been waiting to get a CD replacement since the LP is very old and noisy. "*
"jkam@compuserve.com"  |  1 reviewer made a similar statement

### Most Helpful Customer Reviews

10 of 10 people found the following review helpful

★★★★☆ **Glenn' The Glimmering Light Forgotten**  August 10, 2000
By A Customer
Format: Audio CD

I first heard this album when I was a little girl and it has always remained in my heart. Glenn Yarbrough has a way of bringing his music to life. "Rose" shows how a person who has seen alot of sadness can see the light at the end of the tunnel and go on living even through tragic times. "The Mermaid Song" is one of my favorites with it's uplifting and merry music and lyrics. "The Music Of The World A Turning" sees life through every person's eyes. I highly recommend this C.D. to one and all, I'm sure you will enjoy it.

Comment  |  Was this review helpful to you?  Yes  No

8 of 10 people found the following review helpful

★★☆☆☆ **Live at the Hungry I**  March 1, 2001
By "jkam@compuserve.com"
Format: Audio CD

I have many of the songs on this CD in a LP and have been waiting to get a CD replacement since the LP is very old and noisy. I am very disappointed with the sound quality of this CD - my old LP sounds better if I can ignore the clicks and pops.

Comment  |  Was this review helpful to you?  Yes  No

2 of 2 people found the following review helpful

★★★★☆ **Live at the Hunngry i**  May 19, 2012
By Sheila Linders
Format: Audio CD  |  Amazon Verified Purchase

I didn't think i would like this one will i got it. I was wrong. the audience is his back up singers. and they did a great job. I enjoy the interaction with the audience and the music is


amazon
Try Prime
Your Amazon.com  |  Today's D
Shop by Department          Search   MP3 Music
Amazon MP3 Store   Amazon Cloud Player   New



**Most Recent Customer Reviews**

★★★★★
Glenn Yarbrough has been a favorite of mine since I was in my teens. I'm happy to be able to enjoy th...
Published 3 months ago by Lorraine Ferringo

★★★★★ **Replacing LP**
Anything by Glenn Yarbrough is great. This album was one of my all time favorite LP's & I'm glad to get a digital version.
Published 4 months ago by Navyne R Kline

★★★★★ **After all these years Glenn Yarbrough is still great.**
What a pleasure to hear these songs again. The

Amazon.com: Moog Groove: The Electronic Concept Orchestra: MP3 Downloads



amazon
Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

Shop by Department ▾    Search    MP3 Music ▾    [                    ]    Hello. **Sign in** Your Account ▾    Try Prime ▾    🛒 **0** Cart ▾    Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



🔍 **ZOOM**
See larger image (with zoom)

## Moog Groove

The Electronic Concept Orchestra | Format: MP3 Music

Be the first to review this item

Price: **$8.99**

Original Release Date: March 1, 2011

 
Get our free Amazon music app

🔵 Buy MP3 album with 1-Click®

Give album OR song as gift ▶

💲 Redeem a gift card or promotion code & view balance

Add to Wish List

### MP3 Songs    ▶ Play all samples    🔊

| | Song Title | Artist | Time | Price | |
|---|---|---|---|---|---|
| ▶ | 1. Aquarius | The Electronic Concept Orc... | 3:03 | $0.99 | Buy MP3 |
| ▶ | 2. Oh Happy Day | The Electronic Concept Orc... | 3:29 | $0.99 | Buy MP3 |
| ▶ | 3. Hey Jude | The Electronic Concept Orc... | 4:33 | $0.99 | Buy MP3 |
| ▶ | 4. Both Sides Now | The Electronic Concept Orc... | 2:57 | $0.99 | Buy MP3 |
| ▶ | 5. Grazing In The Grass | The Electronic Concept Orc... | 2:26 | $0.99 | Buy MP3 |
| ▶ | 6. Feelin' Alright | The Electronic Concept Orc... | 3:24 | $0.99 | Buy MP3 |
| ▶ | 7. Penny Lane | The Electronic Concept Orc... | 2:58 | $0.99 | Buy MP3 |
| ▶ | 8. Atlantis | The Electronic Concept Orc... | 3:39 | $0.99 | Buy MP3 |
| ▶ | 9. Rock Me | The Electronic Concept Orc... | 2:58 | $0.99 | Buy MP3 |
| ▶ | 10. Windmills Of Your Mind | The Electronic Concept Orc... | 2:32 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Viewed This Item Also Viewed



Electric Love - Musical Love-Dreams for Moog ...
> The Electronic Concept ...
⭐☆☆☆☆ (1)
MP3 Download
$5.99

## Product Details

**Original Release Date:** March 1, 2011
**Label:** Master Classics Records
**Copyright:** (c) 2011 Master Classics Records
**Total Length:** 31:59
**Genres:**
    New Age > Meditation
**ASIN:** B004U015FA
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #43,824 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

There are no customer reviews yet.

| | |
|---|---|
| 5 star | |
| 4 star | |
| 3 star | |
| 2 star | |
| 1 star | |

Share your thoughts with other customers

Write a customer review



Your Amazon.com  |  Today's D

Shop by **Department**     **Search**     MP3 Music

**Amazon MP3 Store**    Amazon Cloud Player    New



## What Other Items Do Customers Buy After Viewing This Item?

 **Grazing In The Grass**  The Electronic Concept Orc... | Format: **MP3 Music**  MP3 Download
**$0.99**

> **Explore similar items**

## Look for Similar Items by Category

New Age > Meditation

## Feedback

▸ If you have a question or problem, visit our **Help pages**.
▸ Would you like to **give feedback on images** or **tell us about a lower price**?
▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations



Loading

Amazon.com: Rocco & His Brothers (Music From The Original 1960 Motion Picture Soundtrack): Luchino Visconti & His Orchestra: MP3 Downloads

# amazon
Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

All-New **kindle** paperwhite
From $119 › Pre-order now



Shop by Department ▾ | Search | MP3 Music ▾ | | | Hello. **Sign in** Your Account ▾ | Try Prime ▾ | 0 Cart ▾ | Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



ZOOM
See larger image (with zoom)

## Rocco & His Brothers (Music From The Original 1960 Motion Picture Soundtrack)

Luchino Visconti & His Orchestra | Format: MP3 Music

Be the first to review this item

Price: **$8.99**

Original Release Date: March 1, 2011



Buy MP3 album with 1-Click®

Give album OR song as gift

Redeem a gift card or promotion code & view balance

Add to Wish List

### MP3 Songs
▶ Play all samples

| | Song Title | Artist | Time | Price | |
|---|---|---|---|---|---|
| ▶ | 1. Introduzione E Canzone | Elio Mauro | 2:35 | $0.99 | Buy MP3 |
| ▶ | 2. Terra Lontana | Luchino Visconti & His Orchestra | 2:47 | $0.99 | Buy MP3 |
| ▶ | 3. Milano E Nadia | Luchino Visconti & His Orchestra | 3:48 | $0.99 | Buy MP3 |
| ▶ | 4. Valzer Al Laghi | Luchino Visconti & His Orchestra | 2:37 | $0.99 | Buy MP3 |
| ▶ | 5. L'Amore Di Rocco | Luchino Visconti & His Orchestra | 1:40 | $0.99 | Buy MP3 |
| ▶ | 6. La Gelosia De Simone | Luchino Visconti & His Orchestra | 5:44 | $0.99 | Buy MP3 |
| ▶ | 7. Come Tu Vuoi | Luchino Visconti & His Orchestra | 3:56 | $0.99 | Buy MP3 |
| ▶ | 8. L'Amore Dei Due Fratelli | Luchino Visconti & His Orchestra | 3:39 | $0.99 | Buy MP3 |
| ▶ | 9. Il Delitto Di Simone | Luchino Visconti & His Orchestra | 2:01 | $0.99 | Buy MP3 |
| ▶ | 10. Paese Mio | Luchino Visconti & His Orchestra | 3:53 | $0.99 | Buy MP3 |
| ▶ | 11. Terra Lontana / Poese mio | Elio Mauro | 2:38 | $0.99 | Buy MP3 |
| ▶ | 12. La Loro Storia | Luchino Visconti & His Orchestra | 1:07 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use

## Product Details

**Original Release Date:** March 1, 2011
**Label:** Master Classics Records
**Copyright:** (c) 2011 Master Classics Records
**Total Length:** 36:25
**Genres:**
Soundtracks
**ASIN:** B004W74AYE
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #754,428 Paid in MP3 Albums ( See Top 100 Paid in MP3 Albums )

http://www.amazon.com/Brothers-Original-Motion-Picture-Soundtrack/dp/B004W74AYE/ref=sr_shvl_album_1?ie=UTF8&&qid=1378734847&sr=301-1[9/9/2013 9:57:28 AM]

Amazon.com: Rocco & His Brothers (Music From The Original 1960 Motion Picture Soundtrack): Luchino Visconti & His Orchestra: MP3 Downloads

## Customer Reviews

There are no customer reviews yet.

5 star
4 star
3 star
2 star
1 star

Share your thoughts with other customers

Write a customer review



Your Amazon.com   Today's D

Shop by
Department

Search   MP3 Music

**Amazon MP3 Store**   Amazon Cloud Player   New



## Feedback

If you have a question or problem, visit our **Help pages**.

Would you like to **give feedback on images** or **tell us about a lower price**?

If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

---

### Your Recently Viewed Items and Featured Recommendations

You
viewed

      

View or edit
your browsing
history

See personalized recommendations

Sign in

New customer? Start here.

---

**Continue Shopping:** Customers Who Bought Items in Your Recent History Also Bought

Page 1 of 7



Duke Ellington & John
Coltrane
Duke Ellington
★★★★☆ (61)
MP3 Download
$7.53



Inner Urge
Joe Henderson
★★★★★ (10)
MP3 Download
$7.15



Songs For a Shuttered
Parlor
Elsa Lanchester
★★★★☆ (2)
MP3 Download
$8.99



John Coltrane And Johnny
Hartman
Johnny Hartman
★★★★★ (171)
MP3 Download
$6.99



---

**Get to Know Us**

Careers

Investor Relations

Press Releases

Amazon and Our Planet

Amazon in the Community

**Make Money with Us**

Sell on Amazon

Become an Affiliate

Advertise Your Products

Independently Publish with Us

› See all

**Amazon Payment Products**

Amazon.com Rewards Visa Card

Amazon.com Store Card

Shop with Points

Credit Card Marketplace

Amazon Currency Converter

**Let Us Help You**

Your Account

Shipping Rates & Policies

Amazon Prime

Returns Are Easy

Manage Your Kindle

Help



Amazon.com: Soul In The Night: Ruth O'Lay: MP3 Downloads



**amazon**
*Try Prime*

Your Amazon.com    Today's Deals    Gift Cards    Sell    Help

Shop by Department ▾    Search    [MP3 Music ▾]    [                    ]    [    ]

Hello. **Sign in** Your Account ▾    Try Prime ▾    🛒 **0** Cart ▾    Wish List ▾

Amazon MP3 Store    Amazon Cloud Player    New Releases    Browse Genres    Recommendations    Best Sellers    Advanced Search    Getting Started    CDs    MP3 Help



🔍 **ZOOM**
See larger image (with zoom)

## Soul In The Night
Ruth O'Lay | Format: MP3 Music
★★★★★ ☑ (1 customer review)
_____

Price: **$8.99**

**Original Release Date:** April 1, 2011
Also available in  CD Format



Get our free Amazon music app    [GET IT ON Google play]    [Available on the App Store]
[Available at amazon]

| MP3 Songs | ▶ Play all samples | | 🔊 |
|---|---|---|---|

| | Song Title | Time | Price | |
|---|---|---|---|---|
| ▶ | 1. Willow Weep For Me | 3:53 | $0.99 | Buy MP3 |
| ▶ | 2. All Yours | 2:52 | $0.99 | Buy MP3 |
| ▶ | 3. I Ain't Got Nothin' But The Blues | 2:54 | $0.99 | Buy MP3 |
| ▶ | 4. Then You'll Know | 2:56 | $0.99 | Buy MP3 |
| ▶ | 5. Street Of Dreams | 2:56 | $0.99 | Buy MP3 |
| ▶ | 6. I Love You, Porgy | 3:44 | $0.99 | Buy MP3 |
| ▶ | 7. Rockin' Chair | 2:40 | $0.99 | Buy MP3 |
| ▶ | 8. I'm Getting Sentimental Over You | 2:36 | $0.99 | Buy MP3 |
| ▶ | 9. When A Woman Loves A Man | 2:54 | $0.99 | Buy MP3 |
| ▶ | 10. God Bless The Child | 3:34 | $0.99 | Buy MP3 |
| ▶ | 11. Senza Fine (from "Flight Of The Phoenix") | 2:45 | $0.99 | Buy MP3 |
| ▶ | 12. Blues For The Weepers | 3:20 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

Buy MP3 album with 1-Click®

Give album OR song as gift

$ Redeem a gift card or promotion code & view balance

Add to Wish List

## Product Details

**Original Release Date:** April 1, 2011
**Label:** Master Classics Records
**Copyright:** (c) 2011 Master Classics Records
**Total Length:** 37:04
**Genres:**
    Jazz > Vocal Jazz
**ASIN:** B004ZRVFOY
**Average Customer Review:** ★★★★★ ☑ (1 customer review)

## Customer Reviews

★ ★ ★ ★ ★

COUNTDOWN TO
BLACK FRIDAY DEALS WEEK    ›Shop now
Sponsored by Energizer Ultimate Lithium

amazon
Try Prime

Recommendations    Today's Deals    Gift Cards    Sell    Help

Shop by Department    Search    MP3 Music    calliope  steamed    Hello, Sign in Your Account    Try Prime    0 Cart    Wish List

Amazon MP3 Store    Amazon Cloud Player    New Releases    Browse Genres    Recommendations    Best Sellers    Advanced Search    Getting Started    CDs

## Steamed

**Calliope**

June 1, 2013

Be the first to review this item

Price: **$5.99**

Buy MP3 Album    $5.99

≫ Wish List and Gifting

Redeem a gift card or promotion code & view balance

⊕ ZOOM
See larger image (with zoom)

Get our free Amazon music app    Google play    Available on the App Store    Available at amazon



| | Song Title | Artist | Time | Popularity | |
|---|---|---|---|---|---|
| 1 | Hello, Hello | Calliope | 3:02 | | Bu |
| 2 | California Dreaming | Calliope | 3:40 | | Bu |
| 3 | Rainmaker's Daughter | Calliope | 3:45 | | Bu |
| 4 | Hound Dog | Calliope | 3:07 | | Bu |
| 5 | Like a Rollin' Stone | Calliope | 5:48 | | |
| 6 | Jimmy Bell | Calliope | 6:46 | | Bu |
| 7 | I Wanna Thank You | Calliope | 3:48 | | Bu |
| 8 | Nadine | Calliope | 3:58 | | Bu |
| 9 | How About Us (Clyde's Tune) | Calliope | 2:31 | | Bu |
| 10 | Atlas | Calliope | 5:27 | | Bu |

Amazon.com: Steamed: Calliope: MP3 Downloads

Case 2:13-cv-08496-PSG-PLA   Document 3-8   Filed 11/18/13   Page 65 of 75   Page ID #:299

Sold by Amazon Digital Services, Inc., Additional taxes may apply. By placing your order, you agree to our **Terms of Use**.

## Product Details

**Original Release Date:** June 1, 2013
**Label:** Goldenlane Records
**Copyright:** (c) 2013 Goldenlane Records
**Total Length:** 41:52
**Genres:**

Classic Rock
Rock

**ASIN:** B00D9I2HKG
**Average Customer Review:** Be the first to review this item

## Customer Reviews

**There are no customer reviews yet.**

| | |
|---|---|
| 5 star | |
| 4 star | |
| 3 star | |
| 2 star | |
| 1 star | |

Share your thoughts with other customers

**Write a customer review**



Recommendations    Today's Deal

Shop by **Department**    Search    MP3 Music

**Amazon MP3 Store**    Amazon Cloud Player    Ne



## Feedback

▸ If you have a question or problem, visit our **Help pages**.
▸ Would you like to **give feedback on images** or **tell us about a lower price**?
▸ If you are a seller for this product and want to change product data, click **here** (you may have

### Your Recently Viewed Items and Featured Recommendations

Loading

http://www.amazon.com/Steamed-Calliope/dp/B00D9I2HKG/ref=sr_1_1?s=dmusic&ie=UTF8&sr=1-1&keywords=calliope++steamed[11/7/2013 9:07:38 AM]

Amazon.com: Tear-Jerker Classics: Various Artists: MP3 Downloads



**amazon**
Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

All-New kindle paperwhite
From $119 ›Pre-order now

| Shop by Department ▼ | Search | MP3 Music ▼ | | | Hello. Sign in Your Account ▼ | Try Prime ▼ | 0 Cart ▼ | Wish List ▼ |

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



ZOOM
See larger image (with zoom)

## Tear-Jerker Classics

Various artists | Format: MP3 Music
Be the first to review this item

Price: **$8.99**

Original Release Date: July 1, 2011



Get our free Amazon music app

GET IT ON Google play | Available on the App Store | Available at amazon

Buy MP3 album with 1-Click®

Give album OR song as gift ▶

$ Redeem a gift card or promotion code & view balance

Add to Wish List

### MP3 Songs    ▶ Play all samples    🔊

| | Song Title | Artist | Time | Price | |
|---|---|---|---|---|---|
| ▶ | 1. Now Look At Who's Crying | The Chimes | 2:09 | $0.99 | Buy MP3 |
| ▶ | 2. With Tears In My Eyes | Texas Ruby | 2:29 | $0.99 | Buy MP3 |
| ▶ | 3. Last Words | Heather Black | 3:05 | $0.99 | Buy MP3 |
| ▶ | 4. Tears From An Angel | Troy Shondell | 2:20 | $0.99 | Buy MP3 |
| ▶ | 5. Poor Little Bird | Ian Whitcomb | 2:05 | $0.99 | Buy MP3 |
| ▶ | 6. Misery | Forum Quorum | 2:39 | $0.99 | Buy MP3 |
| ▶ | 7. Crying In The Chapel | June Valli | 2:48 | $0.99 | Buy MP3 |
| ▶ | 8. The Dream is Over | Masz | 3:33 | $0.99 | Buy MP3 |
| ▶ | 9. Nobody Left For War | Jerry Keller | 2:54 | $0.99 | Buy MP3 |
| ▶ | 10. The Tracks Of My Tears | Mercy | 3:16 | $0.99 | Buy MP3 |
| ▶ | 11. I Found Out Too Late | Jackie and The Starlites | 2:38 | $0.99 | Buy MP3 |
| ▶ | 12. Tears Of Sorrow | Nino Tempo & April Stevens | 2:36 | $0.99 | Buy MP3 |
| ▶ | 13. The Clown Died In Marvin Gardens | Beacon Street Union | 3:58 | $0.99 | Buy MP3 |
| ▶ | 14. Bored To Tears | Buzz Clifford | 2:10 | $0.99 | Buy MP3 |
| ▶ | 15. I Count The Tears | The Drifters | 3:07 | $0.99 | Buy MP3 |
| ▶ | 16. Love, Tears, And Kisses | June Valli | 2:10 | $0.99 | Buy MP3 |
| ▶ | 17. Tears | Enzo Stuarti | 3:57 | $0.99 | Buy MP3 |
| ▶ | 18. He's Not Worth Your Tears | Benny Goodman & His Orchestra | 3:13 | $0.99 | Buy MP3 |
| ▶ | 19. A Shoulder To Weep On | June Valli | 2:49 | $0.99 | Buy MP3 |
| ▶ | 20. Tears Of Joy | Chuck Jackson | 2:47 | $0.99 | Buy MP3 |

| | | | | | |
|---|---|---|---|---|---|
| ▶ | 21. My Heart Cries For You | Dinah Shore | 2:35 | $0.99 | Buy MP3 |
| ▶ | 22. Plant Some Flowers By My Grave | Jimmie Davis | 2:30 | $0.99 | Buy MP3 |
| ▶ | 23. The Night Is Darkening 'Round Me | The Nickel Bag | 3:22 | $0.99 | Buy MP3 |
| ▶ | 24. Tears Of Joy | Etta James | 2:31 | $0.99 | Buy MP3 |
| ▶ | 25. I Cried My Heart Out | Jackie and The Starlites | 2:28 | $0.99 | Buy MP3 |
| ▶ | 26. Parade Of Broken Hearts | Ned Miller | 2:35 | $0.99 | Buy MP3 |
| ▶ | 27. Now I Taste The Tears | Hamilton Streetcar | 2:39 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details

**Original Release Date:** July 1, 2011
**Label:** Master Classics Records
**Copyright:** (c) 2011 Master Classics Records
**Total Length:** 1:15:23
**Genres:**
   Rock
**ASIN:** B005MVKDJK
**Average Customer Review:** Be the first to review this item

## Customer Reviews

**There are no customer reviews yet.**

| | |
|---|---|
| 5 star | |
| 4 star | |
| 3 star | |
| 2 star | |
| 1 star | |

Share your thoughts with other customers

Write a customer review



amazon
Try Prime

Your Amazon.com | Today's D

Shop by **Department**

Search   MP3 Music

**Amazon MP3 Store**   Amazon Cloud Player   New



Advertisement

## Feedback

▶ If you have a question or problem, visit our **Help pages**.
▶ Would you like to **give feedback on images** or **tell us about a lower price**?
▶ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations

You viewed


❯ View or edit your browsing history

See personalized recommendations

Sign in

New customer? Start here.

**Continue Shopping:** Customers Who Bought Items in Your Recent History Also Bought

Page 1 of 7

Amazon.com: The Caper Of The Golden Bulls (Original 1967 Motion Picture Soundtrack): Vic Mizzy: MP3 Downloads



amazon
Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

All-New kindle paperwhite
From $119 › Pre-order now

Shop by Department ▾

Search  MP3 Music ▾ [                    ] [   ]

Hello. Sign in
Your Account ▾

Try Prime ▾

0 Cart ▾

Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



ZOOM
See larger image (with zoom)

# The Caper Of The Golden Bulls (Original 1967 Motion Picture Soundtrack)

Vic Mizzy | Format: MP3 Music

Be the first to review this item

Price: **$8.99**

Original Release Date: May 1, 2011
Also available in  CD Format



Get our free Amazon music app

Buy MP3 album with 1-Click®

Give album OR song as gift

Redeem a gift card or promotion code & view balance

Add to Wish List

## MP3 Songs

▶ Play all samples 🔊

| | Song Title | Time | Price | |
|---|---|---|---|---|
| ▶ | 1. The Caper Of The Golden Bulls (Main Title) | 4:36 | $0.99 | Buy MP3 |
| ▶ | 2. Romantic Guitar In Cafe | 1:30 | $0.99 | Buy MP3 |
| ▶ | 3. Meeting At The Bar | 1:14 | $0.99 | Buy MP3 |
| ▶ | 4. Castanet Waltz | 1:34 | $0.99 | Buy MP3 |
| ▶ | 5. Rmance In Pamplona | 1:15 | $0.99 | Buy MP3 |
| ▶ | 6. Casing The Bank | 1:57 | $0.99 | Buy MP3 |
| ▶ | 7. Into The Swimming Pool / Laughing At Life | 1:15 | $0.99 | Buy MP3 |
| ▶ | 8. Footsteps | 1:00 | $0.99 | Buy MP3 |
| ▶ | 9. Plotting While Riding | 1:16 | $0.99 | Buy MP3 |
| ▶ | 10. Entering The Bank / Drunk At The Bar | 1:25 | $0.99 | Buy MP3 |
| ▶ | 11. Riding On The Coast | 1:11 | $0.99 | Buy MP3 |
| ▶ | 12. Caramba Samba / Sad Samba | 1:34 | $0.99 | Buy MP3 |
| ▶ | 13. Slo-Mo Samba | 1:56 | $0.99 | Buy MP3 |
| ▶ | 14. The Combo Plays The Mambo | 0:38 | $0.99 | Buy MP3 |
| ▶ | 15. March Of The Bulls | 1:07 | $0.99 | Buy MP3 |
| ▶ | 16. What's Your Hurry Samba | 0:54 | $0.99 | Buy MP3 |
| ▶ | 17. Riki-Tiki Samba | 0:49 | $0.99 | Buy MP3 |
| ▶ | 18. Out Of Breath | 1:03 | $0.99 | Buy MP3 |
| ▶ | 19. Push Cart Samba | 0:50 | $0.99 | Buy MP3 |

Amazon.com: The Caper Of The Golden Bulls (Original 1967 Motion Picture Soundtrack): Vic Mizzy: MP3 Downloads

| | | | | |
|---|---|---|---|---|
| ▶ | 20. **Spanish Religious March** | 1:03 | $0.99 |  Buy MP3 |
| ▶ | 21. **Waltz In A Cheap Cafe** | 1:34 | $0.99 | Buy MP3 |
| ▶ | 22. **Stealing Into The Bank / The Tip-Toe Samba** | 1:57 | $0.99 | Buy MP3 |
| ▶ | 23. **Playoff Samba** | 1:12 | $0.99 | Buy MP3 |
| ▶ | 24. **End Credits** | 0:57 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details

**Original Release Date:** May 1, 2011
**Label:** Master Classics Records
**Copyright:** (c) 2011 Master Classics Records
**Total Length:** 33:47
**Genres:**
  Soundtracks
**ASIN:** B00585M8N4
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #500,352 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

There are no customer reviews yet.

5 star
4 star
3 star
2 star
1 star

Share your thoughts with other customers

Write a customer review



amazon
Try Prime

Your Amazon.com | Today's D

Shop by
**Department**

Search   MP3 Music

**Amazon MP3 Store**   Amazon Cloud Player   New

Advertisement

## Feedback

▸ If you have a question or problem, visit our **Help pages**.
▸ Would you like to **give feedback on images** or **tell us about a lower price**?
▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations



Loading


All-New kindle paperwhite
From $119 ›Pre-order now



amazon
Try Prime

Your Amazon.com    Today's Deals    Gift Cards    Sell    Help

Search  | MP3 Music ▾ |  guns of navarone  |  |

Hello. **Sign in**
Your Account ▾

Try Prime ▾

**0** Cart ▾

Wish List ▾

Amazon MP3 Store    Amazon Cloud Player    New Releases    Browse Genres    Recommendations    Best Sellers    Advanced Search    Getting Started    CDs    MP3 Help



⊕ **ZOOM**
See larger image (with zoom)

## The Guns Of Navarone

Dimitri Tiomkin & his Orchestra | Format: MP3 Music

★★★★★ ☑ (1 customer review)

Price: **$8.99**

Original Release Date: January 1, 2011

Also available in  CD Format

  

Get our free
Amazon music app

[GET IT ON Google play]  [Available on the App Store]  [Available at amazon]

Buy MP3 album with 1-Click®

Give album OR song as gift ▾

Redeem a gift card or promotion code & view balance

Add to Wish List

MP3 Songs    ▶ Play all samples    🔊

| | Song Title | Time | Price | |
|---|---|---|---|---|
| ▶ | 1. Prologue | 3:04 | $0.99 | Buy MP3 |
| ▶ | 2. The Guns Of Navarone | 4:03 | $0.99 | Buy MP3 |
| ▶ | 3. Sea Scene - Odyssey Begins | 8:52 | $0.99 | Buy MP3 |
| ▶ | 4. Climbing The South Cliff | 1:48 | $0.99 | Buy MP3 |
| ▶ | 5. Anna | 2:35 | $0.99 | Buy MP3 |
| ▶ | 6. Death Of Young Pappadimos | 1:18 | $0.99 | Buy MP3 |
| ▶ | 7. Legend Of Navarone | 2:25 | $0.99 | Buy MP3 |
| ▶ | 8. Yassu | 3:45 | $0.99 | Buy MP3 |
| ▶ | 9. Preparation For Guns | 2:02 | $0.99 | Buy MP3 |
| ▶ | 10. Wedding Music | 2:19 | $0.99 | Buy MP3 |
| ▶ | 11. Mission Accomplished | 7:27 | $0.99 | Buy MP3 |
| ▶ | 12. The Guns Of Navarone (Finale) | 3:12 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Bought This Item Also Bought

Page 1 of 2

‹


The Big Country
› Jerome Moross
★★★★½ (32)
MP3 Download
$7.99



High Noon - Original Soundtrack
› Dimitri Tiomkin
★★★★☆ (1)
MP3 Download


The Bridge On The River Kwai (Soundtrack)
› Malcolm Arnold
★★★★☆ (1)
MP3 Download


Batman Begins: Original Motion Picture ...
› James Newton Howard
★★★★½ (144)
MP3 Download


›

Amazon.com: The Guns Of Navarone: Dimitri Tiomkin & his Orchestra: MP3 Downloads

$4.99          $9.99          $9.49

---

## Product Details

**Original Release Date:** January 1, 2011
**Label:** Soundtrack Classics
**Copyright:** (c) 2011 Soundtrack Classics
**Total Length:** 42:50
**Genres:**
  Soundtracks
**ASIN:** B004P6R9YK
**Average Customer Review:** ★★★★★ ☑ (1 customer review)
**Amazon Best Sellers Rank:** #149,580 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

---

## Customer Reviews

★★★★★ (1)
5.0 out of 5 stars




| | | |
| --- | --- | --- |
| 5 star | ▓▓▓▓▓ | 1 |
| 4 star | | 0 |
| 3 star | | 0 |
| 2 star | | 0 |
| 1 star | | 0 |

Share your thoughts with other customers

Write a customer review

See the customer review



amazon   Try Prime   Your Amazon.com   Tod...

Shop by   Department          Search   MP3 Music

Amazon MP3 Store   Amazon Cloud Player   New

### Most Helpful Customer Reviews

1 of 1 people found the following review helpful
★★★★★ **The Guns of Navarone** May 17, 2013
By Rance A. Nethken
Format: Audio CD | Amazon Verified Purchase

Being an avid collector of OST recordings, this one IS the OST of Tiomkin's well known music for one of the greatest war movies ever created! I originally bought the vinyl recording in 1959, and of course being there is only 13 tracks, it is to bad that soundtracks were not really in vogue then; hence, the studios only created a few "choice" tracks! Today, there is another version of TGON that contains that contains 22 tracks that was performed by the Praque Philharmonic Orchestra on Tadlow Label. Though the latter is quite good, it does not have the full richness of the original version by Tiomkin. I would think that Columbia Studios would have all of the complete tracks of the 1959 score. Hopefully they will someday release the complete version!

Comment | **Was this review helpful to you?** Yes   No

› See the customer review

Write a customer review

---

## What Other Items Do Customers Buy After Viewing This Item?


The Guns Of Navarone   Dimitri Tiomkin & his Orchestra | Format: **MP3 Music**   MP3 Download
★★★★☆ (1)
$0.99


Mission Accomplished   Dimitri Tiomkin & his Orchestra | Format: **MP3 Music**   MP3 Download
$0.99


Legend Of Navarone   Dimitri Tiomkin & his Orchestra | Format: **MP3 Music**   MP3 Download
★★★★☆ (1)
$0.99

Main Title   Ron Goodwin & His Orchestra | Format: **MP3 Music**   MP3 Download
★★★★★

Amazon.com: Versatile Nancy Ames: Nancy Ames: MP3 Downloads



# amazon
Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

All-New kindle paperwhite
From $119 › Pre-order now

Shop by Department ▾ | Search | MP3 Music ▾ | | | Hello. **Sign in** Your Account ▾ | Try Prime ▾ | 0 Cart ▾ | Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



## Versatile Nancy Ames
Nancy Ames | Format: MP3 Music
Be the first to review this item

Price: **$8.99**

Original Release Date: August 1, 2011



Get our free Amazon music app — GET IT ON Google play — Available on the App Store — Available at amazon

Buy MP3 album with 1-Click®
Give album OR song as gift
Redeem a gift card or promotion code & view balance
Add to Wish List



| MP3 Songs | ▶ Play all samples | | |
|---|---|---|---|
| **Song Title** | | **Time** | **Price** |
| ▶ 1. Young, Young Man | | 2:44 | $0.99 | Buy MP3 |
| ▶ 2. Every Night When The Sun Goes In | | 3:03 | $0.99 | Buy MP3 |
| ▶ 3. Tell Old Bill | | 4:02 | $0.99 | Buy MP3 |
| ▶ 4. Jane Jane | | 1:37 | $0.99 | Buy MP3 |
| ▶ 5. Bon Soir Cher | | 2:57 | $0.99 | Buy MP3 |
| ▶ 6. Two Different Worlds | | 2:39 | $0.99 | Buy MP3 |
| ▶ 7. Alma Corazon Y Vida | | 2:28 | $0.99 | Buy MP3 |
| ▶ 8. Los Carreteros | | 2:52 | $0.99 | Buy MP3 |
| ▶ 9. Red Apple Juice | | 2:24 | $0.99 | Buy MP3 |
| ▶ 10. The Water Is Wide | | 2:53 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Viewed This Item Also Viewed



The Very Best Of
› Nancy Ames
MP3 Download
$8.99

## Product Details

Amazon.com: Versatile Nancy Ames: Nancy Ames: MP3 Downloads

**Original Release Date:** August 1, 2011
**Label:** Master Classics Records
**Copyright:** (c) 2011 Master Classics Records
**Total Length:** 27:39
**Genres:**
 Pop > Pop Rock
**ASIN:** B005Q5H8K4
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #579,677 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

---

## Customer Reviews

**There are no customer reviews yet.**

| | |
|---|---|
| 5 star | |
| 4 star | |
| 3 star | |
| 2 star | |
| 1 star | |

Share your thoughts with other customers

**Write a customer review**





---

## Look for Similar Items by Category

Pop > Pop Rock

## Feedback

▸ If you have a question or problem, visit our **Help pages**.
▸ Would you like to **give feedback on images** or **tell us about a lower price**?
▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations



Loading

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns Are Easy

Amazon.com: Vocal & Jazz Classics: Vicki Benêt: MP3 Downloads



**amazon**
Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

All-New kindle paperwhite
From $119 › Pre-order now

Shop by Department ▾ | Search | MP3 Music ▾ | | | Hello. Sign in Your Account ▾ | Try Prime ▾ | 0 Cart ▾ | Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



ZOOM
See larger image (with zoom)

## Vocal & Jazz Classics
Vicki Benêt | Format: MP3 Music
Be the first to review this item

Price: **$8.99**

**Original Release Date:** November 1, 2011
Also available in CD Format



Buy MP3 album with 1-Click®

Give album OR song as gift

Redeem a gift card or promotion code & view balance

Add to Wish List

| MP3 Songs | ▶ Play all samples | | |
|---|---|---|---|
| **Song Title** | | **Time** | **Price** |
| 1. Love Is Here to Stay | | 3:12 | $0.99 | Buy MP3 |
| 2. Embraceable You | | 2:12 | $0.99 | Buy MP3 |
| 3. C'est Magnifique | | 2:11 | $0.99 | Buy MP3 |
| 4. That Old Black Magic | | 2:40 | $0.99 | Buy MP3 |
| 5. The Nearness of You | | 2:57 | $0.99 | Buy MP3 |
| 6. How Long Has This Been Going On? | | 2:13 | $0.99 | Buy MP3 |
| 7. September in the Rain | | 2:52 | $0.99 | Buy MP3 |
| 8. Tea for Two | | 2:27 | $0.99 | Buy MP3 |
| 9. Someone to Watch Over Me | | 2:59 | $0.99 | Buy MP3 |
| 10. I Didn't Know What Time It Was | | 2:57 | $0.99 | Buy MP3 |
| 11. A Shade of Blue | | 2:39 | $0.99 | Buy MP3 |
| 12. Heartstring Melody | | 2:02 | $0.99 | Buy MP3 |
| 13. Miss You, Monsieur | | 2:09 | $0.99 | Buy MP3 |
| 14. Sam's Song | | 2:06 | $0.99 | Buy MP3 |
| 15. More Than You Know | | 3:16 | $0.99 | Buy MP3 |
| 16. That's All | | 2:32 | $0.99 | Buy MP3 |
| 17. The Man I Love | | 2:26 | $0.99 | Buy MP3 |
| 18. The Boy Next Door | | 3:24 | $0.99 | Buy MP3 |
| 19. Take My Love | | 2:28 | $0.99 | Buy MP3 |
| 20. The Blue Room | | 1:58 | $0.99 | Buy MP3 |

| | | | | |
|---|---|---|---|---|
| ▶ | **21.** Au Revoir, Cherie | 2:18 | $0.99 | Buy MP3 |
| ▶ | **22.** Our Very Own | 2:24 | $0.99 | Buy MP3 |
| ▶ | **23.** Love Me | 2:20 | $0.99 | Buy MP3 |
| ▶ | **24.** There's a Small Hotel | 3:13 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details

**Original Release Date:** November 1, 2011
**Label:** Stardust Records
**Copyright:** (c) 2011 Stardust Records
**Total Length:** 1:01:55
**Genres:**
  Jazz > Vocal Jazz
**ASIN:** B006JO3BOI
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #432,121 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

There are no customer reviews yet.

| | |
|---|---|
| 5 star | |
| 4 star | |
| 3 star | |
| 2 star | |
| 1 star | |

Share your thoughts with other customers

Write a customer review



amazon
Try Prime

Your Amazon.com | Today's D

Shop by
**Department**          Search   MP3 Music

**Amazon MP3 Store**   Amazon Cloud Player   New



## Look for Similar Items by Category

Jazz > Vocal Jazz

## Feedback

▸ If you have a question or problem, visit our **Help pages**.
▸ Would you like to **give feedback on images** or **tell us about a lower price**?
▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations



Loading