**amazon** Try Prime

Your Amazon.com   Today's Deals   Gift Cards   Sell   Help

All-New Kindle paperwhite From $119 ›Pre-order now

Shop by Department ▼ | Search | MP3 Music ▼ | the jazztet big city sounds | | Hello. Sign in Your Account | Try Prime | 0 Cart | Wish List ▼

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help

**Category**
MP3 Albums (2)
MP3 Songs (18)

**Department**
‹ Any Department
MP3 Downloads
    Jazz (20)

Shop for **"the jazztet big city sounds"** in our **Amazon CD Store** (4)

**Listmania!**

Create a Listmania! list

**MP3 Downloads** › **"the jazztet big city sounds"**

**MP3 Albums**                                                                 See all 2 MP3 album results

1. 
**The Jazztet Big City Sounds** by Art Farmer & Benny Golson
$5.99

2. 
**Big City Sounds** by Jazztet
$8.91

**MP3 Songs and Extras**   (Showing 18 Results)                Sort by Relevance

| | Song Title | Artist | Album | Time | Price | Download |
|---|---|---|---|---|---|---|
| 1. | Hi-Fly | Benny Golson Art Farmer | The Jazztet Big City Sounds | 5:53 | $0.89 | Buy MP3 |
| 2. | The Cool One | Benny Golson Art Farmer | The Jazztet Big City Sounds | 3:06 | $0.89 | Buy MP3 |
| 3. | Wonder Why | Benny Golson Art Farmer | The Jazztet Big City Sounds | 5:57 | $0.89 | Buy MP3 |
| 4. | Blues On Down | Benny Golson Art Farmer | The Jazztet Big City Sounds | 6:06 | $0.89 | Buy MP3 |
| 5. | My Funny Valentine | Benny Golson Art Farmer | The Jazztet Big City Sounds | 4:36 | $0.89 | Buy MP3 |
| 6. | Lament | Benny Golson Art Farmer | The Jazztet Big City Sounds | 3:34 | $0.89 | Buy MP3 |
| 7. | Five Spot After Dark | Benny Golson Art Farmer | The Jazztet Big City Sounds | 3:19 | $0.89 | Buy MP3 |
| 8. | Con Alma | Benny Golson Art Farmer | The Jazztet Big City Sounds | 5:03 | $0.89 | Buy MP3 |
| 9. | Bean Bag | Benny Golson Art Farmer | The Jazztet Big City Sounds | 4:56 | $0.89 | Buy MP3 |
| 10. | Blues On Down | The Art Farmer-Benny Golson Jazztet | Big City Sounds | 6:03 | $0.99 | Buy MP3 |
| 11. | Hi-Fly | The Art Farmer-Benny Golson Jazztet | Big City Sounds | 5:50 | $0.99 | Buy MP3 |
| 12. | The Cool One | The Art Farmer-Benny Golson Jazztet | Big City Sounds | 3:03 | $0.99 | Buy MP3 |
| 13. | Five Spot After Dark | The Art Farmer-Benny Golson Jazztet | Big City Sounds | 3:20 | $0.99 | Buy MP3 |
| 14. | Con Alma | The Art Farmer-Benny Golson Jazztet | Big City Sounds | 5:00 | $0.99 | Buy MP3 |
| 15. | Lament | The Art Farmer-Benny Golson Jazztet | Big City Sounds | 3:31 | $0.99 | Buy MP3 |
| 16. | Wonder Why | The Art Farmer-Benny Golson Jazztet | Big City Sounds | 5:54 | $0.99 | Buy MP3 |
| 17. | Bean Bag | The Art Farmer-Benny Golson Jazztet | Big City Sounds | 4:53 | $0.99 | Buy MP3 |
| 18. | My Funny Valentine | The Art Farmer-Benny Golson Jazztet | Big City Sounds | 4:33 | $0.99 | Buy MP3 |

Shop for **"the jazztet big city sounds"** in our **Amazon CD Store** (4)

**Search Feedback**
Did you find what you were looking for?  Yes  No
If you need help or have a question for Customer Service, please visit the Help Section.

## amazon Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help



Shop by Department ▼ | Search MP3 Music ▼ [            ] | Hello. **Sign in** Your Account ▼ | Try Prime ▼ | **0** Cart ▼ | Wish List ▼

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



See larger image

## Big City Sounds

**Jazztet** | Format: MP3 Music

Be the first to review this item

Price: **$8.91**

Original Release Date: January 10, 2006

 

Buy MP3 album with 1-Click®

Give album OR song as gift

$ Redeem a gift card or promotion code & view balance

Add to Wish List

### MP3 Songs                      ▶ Play all samples

| | Song Title | Artist | Time | Price | |
|---|---|---|---|---|---|
| ▶ | 1. The Cool One | The Art Farmer-Benny Golson Jazztet | 3:03 | $0.99 | Buy MP3 |
| ▶ | 2. Blues On Down | The Art Farmer-Benny Golson Jazztet | 6:03 | $0.99 | Buy MP3 |
| ▶ | 3. Hi-Fly | The Art Farmer-Benny Golson Jazztet | 5:50 | $0.99 | Buy MP3 |
| ▶ | 4. My Funny Valentine | The Art Farmer-Benny Golson Jazztet | 4:33 | $0.99 | Buy MP3 |
| ▶ | 5. Wonder Why | The Art Farmer-Benny Golson Jazztet | 5:54 | $0.99 | Buy MP3 |
| ▶ | 6. Con Alma | The Art Farmer-Benny Golson Jazztet | 5:00 | $0.99 | Buy MP3 |
| ▶ | 7. Lament | The Art Farmer-Benny Golson Jazztet | 3:31 | $0.99 | Buy MP3 |
| ▶ | 8. Bean Bag | The Art Farmer-Benny Golson Jazztet | 4:53 | $0.99 | Buy MP3 |
| ▶ | 9. Five Spot After Dark | The Art Farmer-Benny Golson Jazztet | 3:20 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Viewed This Item Also Viewed



The Jazztet Big City Sounds
› Art Farmer & Benny Gols…
★★★★★ (2)
MP3 Download
**$5.99**

## Product Details

**Original Release Date:** January 10, 2006
**Release Date:** January 10, 2006

**Label:** GRP Records
**Copyright:** (C) 2006 The Verve Music Group, a Division of UMG Recordings, Inc.
**Record Company Required Metadata:** Music file metadata contains unique purchase identifier. Learn more.
**Total Length:** 42:07
**Genres:**
Jazz
**ASIN:** B000W21H7Q
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #496,584 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

There are no customer reviews yet.

| | |
|---|---|
| 5 star | |
| 4 star | |
| 3 star | |
| 2 star | |
| 1 star | |

Share your thoughts with other customers

Write a customer review



Your Amazon.com | Today's D

Shop by Department    Search    MP3 Music

Amazon MP3 Store    Amazon Cloud Player    New



Advertisement

## Feedback

- If you have a question or problem, visit our **Help pages**.
- Would you like to **give feedback on images** or **tell us about a lower price**?
- If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations



Loading

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns Are Easy |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |
| | | | Help |




Amazon Try Prime   Your Amazon.com   Today's Deals   Gift Cards   Sell   Help

Shop by Department  |  Search MP3 Music  |  Hello. Sign in Your Account  |  Try Prime  |  0 Cart  |  Wish List

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



⊕ ZOOM
See larger image (with zoom)

### The Jazztet Big City Sounds
Art Farmer & Benny Golson | Format: MP3 Music

★★★★★ (2 customer reviews)

Price: **$5.99**

Original Release Date: January 10, 2013

AutoRip ▶ Buy the CD album for $17.21 and get the MP3 version for FREE. CD album ships from and sold by Amazon.com. Terms and Conditions. Does not apply to gift orders. Complete your purchase of the CD album to save the MP3 version to Cloud Player.



Buy MP3 Album $5.99
— or —
Buy CD Album $17.21
Includes FREE MP3 version of this album.
Give album OR song as gift.
Redeem a gift card or promotion code & view balance
Add to Wish List

**MP3 Songs**    ▶ Play all samples

| Song Title | Artist | Time | Price |
|---|---|---|---|
| 1. Five Spot After Dark | Art Farmer, Benny Golson | 3:19 | $0.89 Buy MP3 |
| 2. The Cool One | Art Farmer, Benny Golson | 3:06 | $0.89 Buy MP3 |
| 3. Hi-Fly | Art Farmer, Benny Golson | 5:53 | $0.89 Buy MP3 |
| 4. Blues On Down | Art Farmer, Benny Golson | 6:06 | $0.89 Buy MP3 |
| 5. My Funny Valentine | Art Farmer, Benny Golson | 4:36 | $0.89 Buy MP3 |
| 6. Con Alma | Art Farmer, Benny Golson | 5:03 | $0.89 Buy MP3 |
| 7. Wonder Why | Art Farmer, Benny Golson | 5:57 | $0.89 Buy MP3 |
| 8. Lament | Art Farmer, Benny Golson | 3:34 | $0.89 Buy MP3 |
| 9. Bean Bag | Art Farmer, Benny Golson | 4:56 | $0.89 Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

### Customers Who Bought This Item Also Bought
Page 1 of 10

    

| Complete Jazz At Massey Hall (featuring Dizzy …) ▸ Charlie Parker ★★★★½ (11) MP3 Download $8.99 | Meet The Jazztet ▸ Benny Golson ★★★★½ (8) MP3 Download $8.99 | Modern Art ▸ Art Farmer ★★★★★ (10) MP3 Download $7.99 | Here And Now ▸ Art Farmer MP3 Download $9.49 | Groovin' With Golson ▸ Benny Golson ★★★★★ (5) MP3 Download $4.52 |

### Product Details
**Original Release Date:** January 10, 2013
**Label:** Stardust Records
**Copyright:** (c) 2013 Stardust Records
**Total Length:** 42:30
**Genres:**
Jazz > Traditional Jazz & Ragtime
**ASIN:** B00B2Z1F9C
**Average Customer Review:** ★★★★★ (2 customer reviews)
**Amazon Best Sellers Rank:** #239,393 Paid in MP3 Albums  (See Top 100 Paid in MP3 Albums)

### Customer Reviews
★★★★★ (2)
5.0 out of 5 stars

Advertisement ▸

| | | |
|---|---|---|
| 5 star | | 2 |
| 4 star | | 0 |
| 3 star | | 0 |

Share your thoughts with other customers


Write a customer review

Amazon.com: dave pike manhattan latin: MP3 Downloads



# amazon Try Prime

Your Amazon.com · Today's Deals · Gift Cards · Sell · Help

All-New kindle paperwhite From $119 ›Pre-order now

| Shop by Department ▼ | Search | MP3 Music ▼ | dave pike manhattan latin | | Hello. Sign in Your Account ▼ | Try Prime ▼ | 0 Cart ▼ | Wish List ▼ |

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help

### Category
- MP3 Albums (2)
- MP3 Songs (24)

### Department
- ‹ Any Department
- MP3 Downloads
- Jazz (26)

Shop for **"dave pike manhattan latin"** in our **Amazon CD Store** (1)

### Listmania!



Create a Listmania! list

**MP3 Downloads** › **"dave pike manhattan latin"**

## MP3 Albums

See all 2 MP3 album results

1. **Manhattan Latin** by Dave Pike — $9.49
2. **Manhattan Latin** by Dave Pike & His Orchestra — $8.99

### MP3 Songs and Extras    (Showing 24 Results)

Sort by: Relevance

| | Song Title | Artist | Album | Time | Price | Download |
|---|---|---|---|---|---|---|
| 1. | Dream Garden | Dave Pike & His Orchestra | Manhattan Latin | 3:25 | $0.99 | Buy MP3 |
| 2. | Montuno Orita | Dave Pike & His Orchestra | Manhattan Latin | 3:23 | $0.99 | Buy MP3 |
| 3. | Not A Tear | Dave Pike & His Orchestra | Manhattan Latin | 4:01 | $0.99 | Buy MP3 |
| 4. | South Seas | Dave Pike | Manhattan Latin | 2:36 | $0.99 | Buy MP3 |
| 5. | Aphrodite | Dave Pike | Manhattan Latin | 3:13 | $0.99 | Buy MP3 |
| 6. | Latin Blues | Dave Pike & His Orchestra | Manhattan Latin | 2:56 | $0.99 | Buy MP3 |
| 7. | Latin Blues | Dave Pike | Manhattan Latin | 2:53 | $0.99 | Buy MP3 |
| 8. | La Playa | Dave Pike | Manhattan Latin | 3:03 | $0.99 | Buy MP3 |
| 9. | Baby | Dave Pike & His Orchestra | Manhattan Latin | 2:49 | $0.99 | Buy MP3 |
| 10. | Baby | Dave Pike | Manhattan Latin | 2:46 | $0.99 | Buy MP3 |
| 11. | Vikki | Dave Pike | Manhattan Latin | 5:26 | $0.99 | Buy MP3 |
| 12. | La Playa | Dave Pike & His Orchestra | Manhattan Latin | 3:06 | $0.99 | Buy MP3 |
| 13. | Mambo Dinero | Dave Pike & His Orchestra | Manhattan Latin | 2:39 | $0.99 | Buy MP3 |
| 14. | Not A Tear | Dave Pike | Manhattan Latin | 3:58 | $0.99 | Buy MP3 |
| 15. | Montuno Orita | Dave Pike | Manhattan Latin | 3:21 | $0.99 | Buy MP3 |
| 16. | Mambo Dinero | Dave Pike | Manhattan Latin | 2:36 | $0.99 | Buy MP3 |
| 17. | Que Mal Es Querer | Dave Pike | Manhattan Latin | 3:15 | $0.99 | Buy MP3 |
| 18. | Sandunga | Dave Pike | Manhattan Latin | 2:38 | $0.99 | Buy MP3 |
| 19. | South Seas | Dave Pike & His Orchestra | Manhattan Latin | 2:38 | $0.99 | Buy MP3 |
| 20. | Vikki | Dave Pike & His Orchestra | Manhattan Latin | 5:26 | $0.99 | Buy MP3 |
| 21. | Que Mal Es Querer | Dave Pike & His Orchestra | Manhattan Latin | 3:17 | $0.99 | Buy MP3 |
| 22. | Sandunga | Dave Pike & His Orchestra | Manhattan Latin | 2:41 | $0.99 | Buy MP3 |
| 23. | Dream Garden | Dave Pike | Manhattan Latin | 3:22 | $0.99 | Buy MP3 |
| 24. | Aphrodite | Dave Pike & His Orchestra | Manhattan Latin | 3:16 | $0.99 | Buy MP3 |

Shop for **"dave pike manhattan latin"** in our **Amazon CD Store** (1)



**Manhattan Latin**



Click anywhere on the image to zoom. Click and drag the image to pan.

Close Window



# Amazon

Try Prime | Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

All-New Kindle paperwhite From $119 ▸ Pre-order now

Shop by Department ▾ | Search [MP3 Music ▾] | Hello. **Sign in** Your Account | Try Prime | **0** Cart | Wish List

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



⊕ ZOOM
See larger image (with zoom)

## Manhattan Latin
**Dave Pike** | Format: MP3 Music
★★★★★ ▾ (1 customer review)

Price: **$9.49**

Original Release Date: June 8, 2004
Also available in CD Format

 

Buy MP3 album with 1-Click®
Give album OR song as gift
Redeem a gift card or promotion code & view balance
Add to Wish List

### MP3 Songs
▶ Play all samples 🔊

| | Song Title | Time | Price | |
|---|---|---|---|---|
| ▶ | 1. Baby | 2:46 | $0.99 | Buy MP3 |
| ▶ | 2. Que Mal Es Querer | 3:15 | $0.99 | Buy MP3 |
| ▶ | 3. Not A Tear | 3:58 | $0.99 | Buy MP3 |
| ▶ | 4. Mambo Dinero | 2:36 | $0.99 | Buy MP3 |
| ▶ | 5. Montuno Orita | 3:21 | $0.99 | Buy MP3 |
| ▶ | 6. Aphrodite | 3:13 | $0.99 | Buy MP3 |
| ▶ | 7. La Playa | 3:03 | $0.99 | Buy MP3 |
| ▶ | 8. Latin Blues | 2:53 | $0.99 | Buy MP3 |
| ▶ | 9. South Seas | 2:36 | $0.99 | Buy MP3 |
| ▶ | 10. Sandunga | 2:38 | $0.99 | Buy MP3 |
| ▶ | 11. Dream Garden | 3:22 | $0.99 | Buy MP3 |
| ▶ | 12. Vikki | 5:26 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Bought This Item Also Bought


**Jazz For The Jet Set**
› Dave Pike
★★★★☆ (4)
MP3 Download
$5.99


**Bophead**
› Dave Pike
★★★★½ (2)
MP3 Download
$9.49


**Carnavals**
› Dave Pike
★★★★★ (2)
MP3 Download
$8.99


**Cal Tjader's Latin Concert**
› Cal Tjader
★★★★★ (7)
MP3 Download
$8.99

## Product Details

**Original Release Date:** June 8, 2004
**Release Date:** June 8, 2004
**Label:** Verve
**Copyright:** (C) 2004 The Verve Music Group, a Division of UMG Recordings, Inc.
**Record Company Required Metadata:** Music file metadata contains unique purchase identifier. Learn more.
**Total Length:** 39:07
**Genres:**
   Jazz
**ASIN:** B000VWN44Q
**Average Customer Review:** ★★★★★ (1 customer review)
**Amazon Best Sellers Rank:** #207,491 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

★★★★★ (1)
5.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | ▬ | 1 |
| 4 star | | 0 |
| 3 star | | 0 |
| 2 star | | 0 |
| 1 star | | 0 |

Share your thoughts with other customers

Write a customer review

See the customer review

### Most Helpful Customer Reviews

1 of 1 people found the following review helpful
★★★★★ **Mambo everybody!** November 25, 2011
By Bruce London
Format: Audio CD  |  **Amazon Verified Purchase**

Latin afro cuban mambo salsa, call it what you wish. It was the groovy,roaring time of Tito Puente, Machito and Tito Rodriguez and dancing in Spanish Harlem at venues like the Cheetah. Pike apprenticedder Herbie Mann and then like Cal Tjader and for a while George Shearing he formed his own groups and orchesatras with great musicians like Cachao, Patata Valdes and Willie Bobo. Any of his Latin jazz recordings are musts for any Mambo maniacs that are out here!

Comment  |  Was this review helpful to you?  Yes   No

> **See the customer review**

Write a customer review



### Feedback

▸ If you have a question or problem, visit our **Help pages**.
▸ Would you like to **give feedback on images** or **tell us about a lower price**?
▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations



# Amazon

Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

Shop by Department ▾ | Search MP3 Music ▾ | Hello. Sign in Your Account ▾ | Try Prime ▾ | 0 Cart ▾ | Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



⊕ ZOOM
See larger image (with zoom)

## Manhattan Latin

**Dave Pike & His Orchestra** | Format: MP3 Music

★★★★★ ▾ (1 customer review)

Price: **$8.99**

Original Release Date: April 1, 2011

Also available in CD Format



Buy MP3 album with 1-Click®

Give album OR song as gift

Redeem a gift card or promotion code & view balance

Add to Wish List

### MP3 Songs  ▶ Play all samples  🔊

| | Song Title | Time | Price | |
|---|---|---|---|---|
| ▶ | 1. Baby | 2:49 | $0.99 | Buy MP3 |
| ▶ | 2. Que Mal Es Querer | 3:17 | $0.99 | Buy MP3 |
| ▶ | 3. Not A Tear | 4:01 | $0.99 | Buy MP3 |
| ▶ | 4. Mambo Dinero | 2:39 | $0.99 | Buy MP3 |
| ▶ | 5. Montuno Orita | 3:23 | $0.99 | Buy MP3 |
| ▶ | 6. Aphrodite | 3:16 | $0.99 | Buy MP3 |
| ▶ | 7. La Playa | 3:06 | $0.99 | Buy MP3 |
| ▶ | 8. Latin Blues | 2:56 | $0.99 | Buy MP3 |
| ▶ | 9. South Seas | 2:38 | $0.99 | Buy MP3 |
| ▶ | 10. Sandunga | 2:41 | $0.99 | Buy MP3 |
| ▶ | 11. Dream Garden | 3:25 | $0.99 | Buy MP3 |
| ▶ | 12. Vikki | 5:26 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Bought This Item Also Bought


**Jazz For The Jet Set**
› Dave Pike
★★★★☆ (4)
MP3 Download
$5.99


**Bophead**
› Dave Pike
★★★★☆ (2)
MP3 Download
$9.49


**Carnavals**
› Dave Pike
★★★★★ (2)
MP3 Download
$8.99


**Cal Tjader's Latin Concert**
› Cal Tjader
★★★★★ (7)
MP3 Download
$8.99

## Product Details

**Original Release Date:** April 1, 2011
**Label:** Master Classics Records
**Copyright:** (c) 2011 Master Classics Records
**Total Length:** 39:37
**Genres:**
Jazz  >  Bebop
**ASIN:** B0050OJO9Y
**Average Customer Review:** ★★★★★ (1 customer review)

## Customer Reviews

★★★★★ (1)
5.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | ▆▆▆ | 1 |
| 4 star | | 0 |
| 3 star | | 0 |
| 2 star | | 0 |
| 1 star | | 0 |

Share your thoughts with other customers

[ Write a customer review ]

See the customer review

### Most Helpful Customer Reviews

1 of 1 people found the following review helpful

★★★★★ **Mambo everybody!**   November 25, 2011

By Bruce London

Format: Audio CD  |  Amazon Verified Purchase

Latin afro cuban mambo salsa, call it what you wish. It was the groovy, roaring time of Tito Puente, Machito and Tito Rodriguez and dancing in Spanish Harlem at venues like the Cheetah. Pike apprenticedder Herbie Mann and then like Cal Tjader and for a while George Shearing he formed his own groups and orchesatras with great musicians like Cachao, Patata Valdes and Willie Bobo. Any of his Latin jazz recordings are musts for any Mambo maniacs that are out here!

Comment  |  Was this review helpful to you?  [ Yes ]  [ No ]

> See the customer review

[ Write a customer review ]



amazon   Your Amazon.com   Tod
Try Prime
Shop by Department    Search   MP3 Music
Amazon MP3 Store   Amazon Cloud Player   New

Search Customer Reviews
[ Go ]
☑ Only search this product's reviews

## Look for Similar Items by Category

Jazz  >  Bebop

### Feedback

- If you have a question or problem, visit our **Help pages**.
- Would you like to **give feedback on images** or **tell us about a lower price**?
- If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations

# amazon Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

All-New kindle paperwhite From $119 Pre-order now

Shop by Department ▼ | Search | MP3 Music ▼ | meet the jazztet | Hello. Sign in Your Account ▼ | Try Prime ▼ | 0 Cart ▼ | Wish List ▼

| Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help |

### Category
- MP3 Albums (2)
- MP3 Songs (20)

### Department
- ‹ Any Department
- MP3 Downloads
  - Jazz (22)

Shop for **"meet the jazztet"** in our **Amazon CD Store** (3)

### Listmania!

Create a Listmania! list

**MP3 Downloads** › **"meet the jazztet"**

## MP3 Albums

See all 2 MP3 album results



1. **Meet The Jazztet** by Benny Golson
$8.99

2. **Meet the Jazztet** by Art Farmer & Benny Golson
$5.99

### MP3 Songs and Extras    (Showing 20 Results)

Sort by: Relevance

| | Song Title | Artist | Album | Time | Price | Download |
|---|---|---|---|---|---|---|
| ▶ 1. | Killer Joe | The Art Farmer-Benny Golson Jazztet | Meet The Jazztet | 4:58 | $0.99 | Buy MP3 |
| ▶ 2. | I Remember Clifford | The Art Farmer-Benny Golson Jazztet | Meet The Jazztet | 3:13 | $0.99 | Buy MP3 |
| ▶ 3. | Park Avenue Petite | The Art Farmer-Benny Golson Jazztet | Meet The Jazztet | 3:44 | $0.99 | Buy MP3 |
| ▶ 4. | Mox Nix | The Art Farmer-Benny Golson Jazztet | Meet The Jazztet | 4:04 | $0.99 | Buy MP3 |
| ▶ 5. | Blues March | The Art Farmer-Benny Golson Jazztet | Meet The Jazztet | 5:18 | $0.99 | Buy MP3 |
| ▶ 6. | It's All Right With Me | The Art Farmer-Benny Golson Jazztet | Meet The Jazztet | 3:56 | $0.99 | Buy MP3 |
| ▶ 7. | It Ain't Necessarily So | The Art Farmer-Benny Golson Jazztet | Meet The Jazztet | 4:29 | $0.99 | Buy MP3 |
| ▶ 8. | Easy Living | The Art Farmer-Benny Golson Jazztet | Meet The Jazztet | 3:36 | $0.99 | Buy MP3 |
| ▶ 9. | Avalon | The Art Farmer-Benny Golson Jazztet | Meet The Jazztet | 3:32 | $0.99 | Buy MP3 |
| ▶ 10. | Serenata | Art Farmer | Meet The Jazztet | 3:32 | $0.99 | Buy MP3 |
| ▶ 11. | It's All Right with Me | Various artists | Meet the Jazztet | 3:58 | $0.99 | Buy MP3 |
| ▶ 12. | It Ain't Necessarily So | Various artists | Meet the Jazztet | 4:30 | $0.99 | Buy MP3 |
| ▶ 13. | Easy Living | Various artists | Meet the Jazztet | 3:38 | $0.99 | Buy MP3 |
| ▶ 14. | Killer Joe | Various artists | Meet the Jazztet | 4:59 | $0.99 | Buy MP3 |
| ▶ 15. | Blues March | Various artists | Meet the Jazztet | 5:20 | $0.99 | Buy MP3 |
| ▶ 16. | Serenata | Various artists | Meet the Jazztet | 3:34 | $0.99 | Buy MP3 |
| ▶ 17. | Avalon | Various artists | Meet the Jazztet | 3:34 | $0.99 | Buy MP3 |
| ▶ 18. | Mox Nix | Various artists | Meet the Jazztet | 4:05 | $0.99 | Buy MP3 |
| ▶ 19. | Park Avenue Petite | Various artists | Meet the Jazztet | 3:45 | $0.99 | Buy MP3 |
| ▶ 20. | I Remember Clifford | Various artists | Meet the Jazztet | 3:14 | $0.99 | Buy MP3 |

Shop for **"meet the jazztet"** in our **Amazon CD Store** (3)

### Search Feedback
Did you find what you were looking for?  [Yes] [No]

If you need help or have a question for Customer Service, please visit the Help Section.

# amazon Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help



Shop by Department ▼ | Search MP3 Music ▼ | | Hello. **Sign in** Your Account | Try Prime | **0** Cart ▼ | Wish List ▼

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



⊕ ZOOM
See larger image (with zoom)

**Meet The Jazztet**
**Benny Golson** | Format: MP3 Music

★★★★☆ ▼ (8 customer reviews)

Price: **$8.99**

Original Release Date: June 26, 1990

 Buy the CD album for $13.98 and get the MP3 version for FREE. CD album ships from and sold by Amazon.com.
Terms and Conditions. Does not apply to gift orders. Complete your purchase of the CD album to save the MP3 version to Cloud Player.



Buy MP3 Album $8.99

— or —

Buy CD Album $13.98
Includes **FREE MP3 version** of this album.

Give album OR song as gift
Redeem a gift card or promotion code & view balance

Add to Wish List

### MP3 Songs     ▶ Play all samples

| | Song Title | Artist | Time | Price | |
|---|---|---|---|---|---|
| ▶ | 1. Serenata | Art Farmer | 3:32 | $0.99 | Buy MP3 |
| ▶ | 2. It Ain't Necessarily So | The Art Farmer-Benny Golson Jazztet | 4:29 | $0.99 | Buy MP3 |
| ▶ | 3. Avalon | The Art Farmer-Benny Golson Jazztet | 3:32 | $0.99 | Buy MP3 |
| ▶ | 4. I Remember Clifford | The Art Farmer-Benny Golson Jazztet | 3:13 | $0.99 | Buy MP3 |
| ▶ | 5. Blues March | The Art Farmer-Benny Golson Jazztet | 5:18 | $0.99 | Buy MP3 |
| ▶ | 6. It's All Right With Me | The Art Farmer-Benny Golson Jazztet | 3:56 | $0.99 | Buy MP3 |
| ▶ | 7. Park Avenue Petite | The Art Farmer-Benny Golson Jazztet | 3:44 | $0.99 | Buy MP3 |
| ▶ | 8. Mox Nix | The Art Farmer-Benny Golson Jazztet | 4:04 | $0.99 | Buy MP3 |
| ▶ | 9. Easy Living | The Art Farmer-Benny Golson Jazztet | 3:36 | $0.99 | Buy MP3 |
| ▶ | 10. Killer Joe | The Art Farmer-Benny Golson Jazztet | 4:58 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Bought This Item Also Bought
Page 1 of 2

 **The Very Best of Blue Mitchell**
› Blue Mitchell
★★★★☆ (2)
MP3 Download
$2.99

 **Duke Ellington & John Coltrane**
› Duke Ellington
★★★★☆ (61)
MP3 Download
$7.53

 **Inner Urge (The Rudy Van Gelder Edition)**
› Joe Henderson
★★★★★ (10)
MP3 Download
$7.15

 **John Coltrane And Johnny Hartman**
› Johnny Hartman
★★★★★ (171)
MP3 Download
$6.99

## Product Details

**Original Release Date:** June 26, 1990
**Release Date:** June 26, 1990
**Label:** Geffen
**Copyright:** (C) 1991 Geffen Records
**Record Company Required Metadata:** Music file metadata contains unique purchase identifier. Learn more.
**Total Length:** 40:22
**Genres:**
   Jazz
**ASIN:** B000VRNHBQ
**Average Customer Review:** (8 customer reviews)
**Amazon Best Sellers Rank:** #48,215 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

(8)
4.4 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 3 |
| 4 star | | 5 |
| 3 star | | 0 |
| 2 star | | 0 |
| 1 star | | 0 |

Share your thoughts with other customers

Write a customer review

See all 8 customer reviews

### Most Helpful Customer Reviews

13 of 14 people found the following review helpful

**Good - but not the best of the Jazztet.** December 21, 2000
By Dr.D.Treharne
Format: Audio CD

It's difficult to understand from this distance in time why this aggregation never really broke through to the kind of acclaim that they deserved. The playing on this collection is excellent, particularly on the self-penned material ( mostly from Golson - but "Mox Nix" from Farmer is stunning). The standouts are the version of "I remember Clifford", "Park Avenue Petite" and of course, the much lauded "Killer Joe".The ensemble playing is terrific and the rhythm section of Addison Farmer and Lex Humphries gave this version of the group real propulsion. So why not 5 stars ? Well, because the best it got for me, was the group that played on the now-out-of print Verve album "Here and Now" which has been available only from time to time (shame on you Verve Interactive) most recently in 1998.That's where the interplay between Golson and Farmer seemed at its best, and Farmer gets to play some great flugelhorn. However this is just fine!

1 Comment | Was this review helpful to you? Yes No

14 of 16 people found the following review helpful

**Quintessential Hard Bop** November 20, 2003
By D. Falk
Format: Audio CD

This album has it all: tight arrangements of standards, fresh new tunes, and fantastic solos by all. Features Art Farmer, Benny Golson, Curtis Fuller, McCoy Tyner (only 24 years old, not yet into his cuartal harmonies and shimmering pentatonics), Addison Farmer, and Lex Humphries.
The dialogues between McCoy and Lex are fantastic as are all of Curtis Fuller's solos, which seem to all be at smokin' tempos. There is also a hip spoken intro to Killer Joe. Horns don't just sit around either. They back up the soloist or melody.

In short, this is a fine disc. Dig it.

Comment | Was this review helpful to you? Yes No



Your Amazon.com   Tod...

Shop by **Department**   Search   MP3 Music

Amazon MP3 Store   Amazon Cloud Player   New



### Most Recent Customer Reviews

**Bop-bop. Always**
Some music will never fad; never trend. A classic edition: especially "Killer Joe" clean the vinyl and put it on the turn-table.
Published 4 months ago by Iyimani

**Meet the Jazztet**
I purchased this CD for my husband, who had been looking for Killer Joe and Easy Living by Benny Golson, two of his favorites. Read more
Published 11 months ago by Judith Cipolla

**Fits any bop collection**
This one arrived in the mail over the weekend. I had an incomplete set of MP3s for a while and never got around to getting a better version.
Read more
Published 24 months ago by Lawrence Peryer

**Not So Hard**
Golson's influence is predominant on this album, mostly in the restrained-but-dynamic composition of the tunes. It would be hard to find another LP with such a stellar cast...
Read more
Published on March 22, 2008 by Brian F. Coffey

# amazon Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

All-New kindle paperwhite From $119 › Pre-order now

Shop by Department ▼ | Search MP3 Music ▼ | | Hello. **Sign in** Your Account | Try Prime | **0** Cart ▼ | Wish List ▼

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



⊕ ZOOM
See larger image (with zoom)

**Meet the Jazztet**
Art Farmer & Benny Golson | Format: MP3 Music

★★★★½ ▼ (8 customer reviews)

Price: **$5.99**

Original Release Date: May 1, 2013



Buy MP3 album with 1-Click®
Give album OR song as gift
Redeem a gift card or promotion code & view balance
Add to Wish List

### MP3 Songs

▶ Play all samples   🔊

| | Song Title | Artist | Time | Price | |
|---|---|---|---|---|---|
| ▶ | 1. Serenata | Various artists | 3:34 | $0.99 | Buy MP3 |
| ▶ | 2. Killer Joe | Various artists | 4:59 | $0.99 | Buy MP3 |
| ▶ | 3. It Ain't Necessarily So | Various artists | 4:30 | $0.99 | Buy MP3 |
| ▶ | 4. Avalon | Various artists | 3:34 | $0.99 | Buy MP3 |
| ▶ | 5. Easy Living | Various artists | 3:38 | $0.99 | Buy MP3 |
| ▶ | 6. I Remember Clifford | Various artists | 3:14 | $0.99 | Buy MP3 |
| ▶ | 7. Blues March | Various artists | 5:20 | $0.99 | Buy MP3 |
| ▶ | 8. It's All Right with Me | Various artists | 3:58 | $0.99 | Buy MP3 |
| ▶ | 9. Mox Nix | Various artists | 4:05 | $0.99 | Buy MP3 |
| ▶ | 10. Park Avenue Petite | Various artists | 3:45 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Bought This Item Also Bought                                     Page 1 of 2


**The Very Best of Blue Mitchell**
› Blue Mitchell
★★★★☆ (2)
MP3 Download
$2.99


**Duke Ellington & John Coltrane**
› Duke Ellington
★★★★½ (61)
MP3 Download
$7.53


**Inner Urge (The Rudy Van Gelder Edition)**
› Joe Henderson
★★★★★ (10)
MP3 Download
$7.15

**John Coltrane And Johnny Hartman**
› Johnny Hartman
★★★★★ (171)
MP3 Download
$6.99

## Product Details

**Original Release Date:** May 1, 2013
**Label:** Stardust Records
**Copyright:** (c) 2013 Stardust Records
**Total Length:** 40:37
**Genres:**
   Jazz  >  Traditional Jazz & Ragtime
**ASIN:** B00D4IEY6Q
**Average Customer Review:** ★★★★☆ ▾ (8 customer reviews)
**Amazon Best Sellers Rank:** #395,234 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

★★★★☆ (8)
4.4 out of 5 stars

| | | |
|---|---|---|
| 5 star | ▇▇▇ | 3 |
| 4 star | ▇▇▇▇▇ | 5 |
| 3 star |  | 0 |
| 2 star |  | 0 |
| 1 star |  | 0 |

Share your thoughts with other customers

Write a customer review

See all 8 customer reviews

### Most Helpful Customer Reviews

13 of 14 people found the following review helpful
★★★★☆  **Good - but not the best of the Jazztet.**   December 21, 2000
By Dr.D.Treharne
Format: Audio CD

It's difficult to understand from this distance in time why this aggregation never really broke through to the kind of acclaim that they deserved. The playing on this collection is excellent, particularly on the self-penned material ( mostly from Golson - but "Mox Nix" from Farmer is stunning). The standouts are the version of "I remember Clifford", "Park Avenue Petite" and of course, the much lauded "Killer Joe".The ensemble playing is terrific and the rhythm section of Addison Farmer and Lex Humphries gave this version of the group real propulsion. So why not 5 stars ? Well, because the best it got for me, was the group that played on the now-out-of print Verve album "Here and Now" which has been available only from time to time (shame on you Verve Interactive) most recently in 1998.That's where the interplay between Golson and Farmer seemed at its best, and Farmer gets to play some great flugelhorn. However this is just fine!

1 Comment  |  Was this review helpful to you?   Yes    No

14 of 16 people found the following review helpful
★★★★★  **Quintessential Hard Bop**   November 20, 2003
By D. Falk
Format: Audio CD

This album has it all: tight arrangements of standards, fresh new tunes, and fantastic solos by all. Features Art Farmer, Benny Golson, Curtis Fuller, McCoy Tyner (only 24 years old, not yet into his cuartal harmonies and shimmering pentatonics), Addison Farmer, and Lex Humphries.
The dialogues between McCoy and Lex are fantastic as are all of Curtis Fuller's solos, which seem to all be at smokin' tempos. There is also a hip spoken intro to Killer Joe. Horns don't just sit around either. They back up the soloist or melody.

In short, this is a fine disc. Dig it.

Comment  |  Was this review helpful to you?   Yes    No

6 of 6 people found the following review helpful
★★★★☆  **Farmer/Golson Jazztet**   May 8, 2006
By Bomojaz
Format: Audio CD


Your Amazon.com   Tod
Shop by Department       Search    MP3 Music
Amazon MP3 Store   Amazon Cloud Player   New



**Most Recent Customer Reviews**

★★★★★ **Doo-bop Always**
Some music will never fade, never trend... classic collection, especially "Killer Joe". Clean the vinyl and put it on the turn table.
Published 4 months ago by Iyimani

★★★★☆ **Meet the Jazztet**
I purchased this CD for my husband, who had been looking for Killer Joe and Easy Living by Benny Golson, two of his favorites. Read more
Published 11 months ago by Judith Cipolla

★★★★☆ **Fits any bop collection**
This one arrived in the mail over the weekend. I had an incomplete set of MP3s for a while and never got around to getting a better version.
Read more
Published 24 months ago by Lawrence Peryer

★★★★★ **Not So Hard**
Golson's influence is predominant on this album, mostly in the restrained-but-dynamic composition of the tunes. It would be hard to find another LP with such a stellar cast...
Read more
Published on March 22, 2008 by Brian F. Coffey

**Search Customer Reviews**

[_____]  Go
☑ Only search this product's reviews