Explore   Marketplace ▾   Community ▾      Log In   Register

### Black Pearl (9) - Black Pearl **Images**

Release History   Edit Images







Update these images

All images are copyrighted by their respective copyright owners.

Discogs

About
Blog
Jobs
API
Projects

Help Is Here

Help
Forum
Contact
Keyboard Shortcuts

Join In

Sign Up
Contribute
Add Release
Contributor List
Help Translate

Follow Us

Facebook
Twitter
Mixcloud
Instagram

© 2013 Discogs™   Terms of Service   Privacy Policy   English ▾



Your Amazon.co.uk   Today's Deals   Gift Cards   Sell   Help

Shop by Department   Search  MP3 Music     Go     Hello. Sign in Your Account   Try Prime   0 Basket

**MP3 Downloads**   Getting Started   Advanced Search   Top Downloads   New & Future Releases   MP3 Support   Music CDs

## Black Pearl

Black Pearl | Format: MP3 Download

Be the first to review this item

Price: £7.49 (VAT included if applicable)

Original Release Date: 1 Jun 2011

Sign in

New customer? Start here.

...lbum with 1-Click®

...rd or promotion code &

view balance

See more product promotions

See larger image (with zoom)

### MP3 Songs

| Song Title | Time | Price | |
|---|---|---|---|
| 1. Reach Up | 4:00 | £0.89 | Buy MP3 |
| 2. Forget It | 3:43 | £0.89 | Buy MP3 |
| 3. Thinkin' 'Bout The Good Times | 4:11 | £0.89 | Buy MP3 |
| 4. Crazy Chicken | 3:00 | £0.89 | Buy MP3 |
| 5. White Devil | 4:57 | £0.89 | Buy MP3 |
| 6. Climbing Up The Walls | 3:53 | £0.89 | Buy MP3 |
| 7. Endless Journey | 3:46 | £0.89 | Buy MP3 |
| 8. Bent Over | 2:54 | £0.89 | Buy MP3 |
| 9. Mr. Soul Satisfaction | 3:35 | £0.89 | Buy MP3 |

Sold by Amazon Media EU S.à r.l. By placing your order, you agree to our Terms of Use

## Special Offers and Product Promotions

- Subscribe to our weekly newsletter today and get 25% off your next Amazon MP3 purchase and find out about free downloads, special deals, and new releases.

## Product details

**Original Release Date:** 1 Jun 2011

**Label:** Master Classics Records

**Copyright:** (c) 2011 Master Classics Records

**Total Length:** 33:59

**Genres:**
Rock

**ASIN:** B0059WSQOG

**Average Customer Review:** Be the first to review this item

## Customer Reviews

There are no customer reviews yet.

5 star
4 star
3 star
2 star
1 star

Write a customer review

## Your Recently Viewed Items

   

Birth Of Detroit Rock N' Roll
Royaltones | Format: MP3 Download

Best of the Early Years
Bing Crosby | Format: MP3 Download

Beer Drinking Country & Blues
Various artists | Format: MP3 Download

Beat Girl (Music From The Original Motion Picture)
Various Artists | Format: MP3 Download

› **See more in the Page You Made**

## Look for similar items by category

Rock > Oldies & Retro

## Your Recent History (What's this?)

**Recently Viewed Items**

 Birth Of Detroit Rock N' Roll
Royaltones
MP3 Download

 Best of the Early Years
Bing Crosby
MP3 Download

 Beer Drinking Country & Blues
Various artists
MP3 Download

 Beat Girl
Various Artists
MP3 Download

**Continue Shopping:** Customers who bought items in your Recent History also bought

Page 1 of 7



Bounce
Stephen Sondheim
★★★★☆ (4)
MP3 Download
£5.99
Fix this recommendation



100+ Classic Tracks (1955-1960)
The Everly Brothers
★★★★★ (2)
MP3 Download
£5.99
Fix this recommendation

› **View and Edit Your Browsing History**

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Associates Programme
Fulfilment by Amazon
Advertise Your Products
Independently Publish with Us
› See all

**Let Us Help You**
Track Packages or View Orders
Delivery Rates & Policies
Amazon Prime
Returns Are Easy
Manage Your Kindle
Help

amazon.co.uk

Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United States

AbeBooks
Rare & Collectible Books

Audible
Download Audio Books

AmazonLocal
Great Local Deals In Your City

Book Depository
Books With Free Delivery Worldwide

CreateSpace
Indie Print Publishing Made Easy

DPReview
Digital Photography

IMDb
Movies, TV & Celebrities

Javari UK
Shoes & Handbags

| Javari France | Javari Japan | Javari Germany | Junglee.com | Kindle Direct Publishing | MYHABIT | Shopbop |
|---|---|---|---|---|---|---|
| Shoes & Handbags | Shoes & Handbags | Shoes & Handbags | Shop Online in India | Indie Digital Publishing Made Easy | Designer & Fashion Private Sale Site | Designer Fashion Brands |

Conditions of Use & Sale   Privacy Notice   Cookies & Internet Advertising © 1996-2013, Amazon.com, Inc. or its affiliates

Case 2:13-cv-08496-PSG-PLA Document 3-10 Filed 11/18/13 Page 6 of 49 Page ID #:331

Explore    Marketplace ▾    Community ▾        Log In    Register

**Buddy Cole - Ingenuity In Sound Images**

Release History    Edit Images



Images for Buddy Cole - Ingenuity In Sound          http://www.discogs.com/viewimages?release=3487548





Update these images

All images are copyrighted by their respective copyright owners.

Discogs

About
Blog
Jobs
API
Projects

Help Is Here

Help
Forum
Contact
Keyboard Shortcuts

Join In

Sign Up
Contribute
Add Release
Contributor List
Help Translate

Follow Us

Facebook
Twitter
Mixcloud
Instagram

© 2013 Discogs™   Terms of Service   Privacy Policy   English ▼



SIGN IN   HOW EMUSIC WORKS   MEMBER PLANS   BECOME A MEMBER

**BROWSE**   FEATURES + REVIEWS   RADIO   AUDIOBOOKS

ALBUMS   NEW ARRIVALS   CHARTS   GENRES   INFINITE EXPLORATIONS

All Music      Add A Search Term

## Dual Hammond Organs
BUDDY COLE

RATE IT!
(0 RATINGS)

SAMPLE ALBUM                    DOWNLOAD $8.99

| 01 | Caravan | 2:18 | $0.99 |
|----|---------|------|-------|
| 02 | Moonglow (Theme from "Picnic") | 2:25 | $0.99 |
| 03 | Dancing Tambourine | 2:42 | $0.99 |
| 04 | Lullaby in Rhythm | 2:24 | $0.99 |
| 05 | Hernando's Hideaway (From "The Pajama … | 3:23 | $0.99 |
| 06 | No-Buddy's Boogie | 2:32 | $0.99 |
| 07 | Cherokee (Indian Love Song) | 2:00 | $0.99 |
| 08 | Lucky Me | 2:30 | $0.99 |
| 09 | You're Just in Love (From "Call Me Madam") | 2:24 | $0.99 |
| 10 | The Breeze and I | 2:06 | $0.99 |
| 11 | Time On My Hands (From "Smiles") | 3:28 | $0.99 |
| 12 | Cheek to Cheek (From "Top Hat") | 2:39 | $0.99 |

**ALBUM INFORMATION**                                    Total Tracks: **12**   Total Length: **30:51**

Artist: Buddy Cole   (See All Albums by Buddy Cole)
Date Released: Apr 1, 2012
Genre: Jazz, Style: Jazz/Blues
Label: VINTAGE MASTERS INC. / The Orchard

## Write a Review

0 MEMBER REVIEWS

Please register before you review a release.       REGISTER

## Recommended Albums                    1 | 2






DOWNLOAD $6.76          DOWNLOAD $6.76          DOWNLOAD $8.91          DOWNLOAD $9.99

Moog España            Moog Plays The Beat…     My Blue Heaven          Vintage Music No. 12…
**SID BASS**           **MARTY GOLD**          **SID BASS**            **CHARLES MAGNANTE**
2011 | MASTER CLASSICS…  2011 | MASTER CLASSICS…  2011 | LING MUSIC GROUP…  2010 | VINTAGE MUSIC / T…

                     

DOWNLOAD $9.99          DOWNLOAD $7.99          DOWNLOAD $11.99         DOWNLOAD $9.99

The Music From M S…     Memories Of Goodm…      Musically Mad           Musically Mad
**STANLEY WILSON**     **SAUTER-FINEGAN ORCH…**  **BERNIE GREEN**      **BERNIE GREEN**
2009 | LEGACY RECORDI…  HALLMARK / THE ORCHARD   2011 | RCA/LEGACY       2010 | LEGACY RECORDI…

**About Us**            **Tools & Resources**   **Forums**              **Goodies**             **Help**

About eMusic           Download Manager        Message Boards          Buy/Redeem Gift Subscriptions   Contact Us
Press Room             Android App             eMusic on Facebook      Join our Affiliate Network
Terms of Use (updated 2/7/13)                  17 Dots                 Support Music
Privacy Policy (updated 4/20/12)               eMusic on Twitter

© 1998 - 2013 eMusic.com Inc. eMusic and the eMusic logo are either registered trademarks or trademarks in the USA or other countries. All rights reserved.
        Portions of Content provided by Rovi Corporation. © 2013 Rovi Corporation.
        For personal non-commercial use only. All rights reserved.





SIGN IN    HOW EMUSIC WORKS    MEMBER PLANS    BECOME A MEMBER

BROWSE    FEATURES + REVIEWS    RADIO    AUDIOBOOKS

All Music    Add A Search Term

ALBUMS    NEW ARRIVALS    CHARTS    GENRES    INFINITE EXPLORATIONS

## New Perspectives in Piano Sounds
**DAVID LLOYD SWIFT**
RATE IT!
(0 RATINGS)



| | SAMPLE ALBUM | | DOWNLOAD $8.99 |
|---|---|---|---|
| 01 | Blues On Parade | 2:31 | $0.99 |
| 02 | Honky Tonk Train | 3:19 | $0.99 |
| 03 | Begin the Beguine | 3:32 | $0.99 |
| 04 | The Original Boogie Woogie | 3:05 | $0.99 |
| 05 | St. Louis Blues | 2:42 | $0.99 |
| 06 | Near You | 2:48 | $0.99 |
| 07 | Theme from "Picnic" / Moonglow | 3:44 | $0.99 |
| 08 | Like Young | 2:59 | $0.99 |
| | Beat Me, Daddy, Eight to the Bar | 2:50 | $0.99 |
| 10 | 720 in the Books | 2:45 | $0.99 |
| 11 | Last Date | 2:45 | $0.99 |
| 12 | Cow-Cow Boogie | 2:44 | $0.99 |

**ALBUM INFORMATION**

**Artist:** David Lloyd Swift  (See All Albums by David Lloyd Swift)
**Date Released:** Dec 1, 2011
**Genre:** Jazz, **Style:** Jazz/Blues
**Label:** VINTAGE MASTERS INC. / The Orchard

Total Tracks: **12**  Total Length: **35:44**

# Write a Review

0 MEMBER REVIEWS

### Please register before you review a release.

REGISTER

About Us          Tools & Resources          Forums          Goodies          Help
About eMusic      Download Manager          Message Boards   Buy/Redeem Gift Subscriptions   Contact Us

Press Room                     Android App                 eMusic on iPhone              Join our Affiliate Network
Terms of Use (updated 2/7/13)                              17 Dots                        Support Music
Privacy Policy (updated 4/20/12)                           eMusic on Twitter

© 1998 - 2013 eMusic.com Inc. eMusic and the eMusic logo are either registered trademarks or trademarks in the USA or other countries. All rights reserved.
Portions of Content provided by Rovi Corporation. © 2013 Rovi Corporation.
For personal non-commercial use only. All rights reserved.



SIGN IN    HOW EMUSIC WORKS    MEMBER PLANS    BECOME A MEMBER

**BROWSE**    FEATURES + REVIEWS    RADIO    AUDIOBOOKS

ALBUMS    NEW ARRIVALS    CHARTS    GENRES    INFINITE EXPLORATIONS

All Music    Add A Search Term

## The Persuasive Flutes Front & Center!
RAY RASCH

RATE IT!
(0 RATINGS)

| | SAMPLE ALBUM | | DOWNLOAD $8.99 |
|---|---|---|---|



| | | | |
|---|---|---|---|
| 01 | All of Me | 2:08 | $0.99 |
| 02 | Sugar Plum Cha Cha | 2:25 | $0.99 |
| 03 | Slow Freight Shuffle | 2:12 | $0.99 |
| 04 | Heart and Soul | 2:31 | $0.99 |
| 05 | Holiday for Strings | 2:52 | $0.99 |
| 06 | Isle of Capri | 2:23 | $0.99 |
| 07 | Pipers Cha Cha | 2:25 | $0.99 |
| 08 | What'll I Do | 2:35 | $0.99 |
| 09 | Lindo Pantalettos | 2:31 | $0.99 |
| 10 | High Tide Boogie | 2:48 | $0.99 |
| 11 | You Came a Long Way from St. Louis | 2:29 | $0.99 |
| 12 | Tutti Flutie | 2:28 | $0.99 |

**ALBUM INFORMATION**                                        Total Tracks: **12**  Total Length: **29:47**

**Artist:** Ray Rasch  (See All Albums by Ray Rasch)
**Date Released:** Dec 1, 2011
**Genre:** Jazz, **Style:** Easy Listening
**Label:** VINTAGE MASTERS INC. / The Orchard

## Write a Review

0 MEMBER REVIEWS

**Please register before you review a release.**

REGISTER

## Recommended Albums






DOWNLOAD $2.97          DOWNLOAD $6.93          VIEW ALBUM PAGE          DOWNLOAD $9.99

Sender                 Holy sex                Revelations             In Plain Sight
**ANNE ANDERSON**      **THE NEW AVENGER**     **THIRD BULLET**        **MATTHEW LONG**
2007 | FARB-TON RECOR… 2005 | THE NEW AVENGE…  2009 | BULLET MEDIA / DIT… 2009 | MATTHEW LONG / …



DOWNLOAD $0.99

I Want To Rock With …
**HEATHER HAYES**
2010 | HEATHER HAYES / …

## About Us

About eMusic

Press Room

Terms of Use (updated 2/7/13)

Privacy Policy (updated 4/20/12)

## Tools & Resources

Download Manager

Android App

## Forums

Message Boards

eMusic on Facebook

17 Dots

eMusic on Twitter

## Goodies

Buy/Redeem Gift Subscriptions

Join our Affiliate Network

Support Music

## Help

Contact Us

© 1998 - 2013 eMusic.com Inc. eMusic and the eMusic logo are either registered trademarks or trademarks in the USA or other countries. All rights reserved.

Portions of Content provided by Rovi Corporation. © 2013 Rovi Corporation.

For personal non-commercial use only. All rights reserved.





SIGN IN   HOW EMUSIC WORKS   MEMBER PLANS   BECOME A MEMBER

**BROWSE**   FEATURES + REVIEWS   RADIO   AUDIOBOOKS

ALBUMS   NEW ARRIVALS   CHARTS   GENRES   INFINITE EXPLORATIONS

All Music        Add A Search Term

## Apache - Expanded Edition
### JORGEN INGMANN

RATE IT!
AVG: 4.0 (1 RATINGS)



| | SAMPLE ALBUM | | DOWNLOAD $8.99 |
|---|---|---|---|
| 01 | Apache | 2:58 | $0.99 |
| 02 | Pepe | 2:12 | $0.99 |
| 03 | Anna | 2:24 | $0.99 |
| 04 | Hear My Song, Violetta | 1:58 | $0.99 |
| 05 | Third Man Theme | 2:16 | $0.99 |
| 06 | Little Serenade | 1:57 | $0.99 |
| 07 | Bei Mir Bist Du Schoen | 1:57 | $0.99 |
| 08 | Amorada | 2:13 | $0.99 |
| 09 | Cherokee | 2:42 | $0.99 |
| 10 | Dalla Strada Alle Stelle | 2:35 | $0.99 |
| 11 | Sweet Talk | 1:58 | $0.99 |
| 12 | Oceans Of Love | 2:11 | $0.99 |
| 13 | Oh! | 2:39 | $0.99 |

**ALBUM INFORMATION**

Artist: Jorgen Ingmann   (See All Albums by Jorgen Ingmann)
Date Released: Aug 1, 2011
Genre: Rock/Pop, Style: Pop
Label: Master Classics Records / The Orchard

Total Tracks: 24   Total Length: 54:46

## Write a Review

**Please register before you review a release.**

0 MEMBER REVIEWS

REGISTER

## Recommended Albums






DOWNLOAD $8.99          DOWNLOAD $9.99          DOWNLOAD $9.99          DOWNLOAD $9.99

Celluloid (feat. Hans ...    Regndiva - Den Uken...    Tiden Går            This Bass Was Made ...
**JESPER LUNDGAARD**    **GRETHE INGMANN**    **GUSTAV WINCKLER**    **JESPER LUNDGAARD**
2004 | MUSIC MECCA / TH ...    2010 | VANDKUNSTEN VM ...    1977 | EXLIBRIS / THE OR ...    2013 | MUSIC MECCA / TH ...

---

**About Us**              **Tools & Resources**     **Forums**            **Goodies**                **Help**
About eMusic            Download Manager       Message Boards        Buy/Redeem Gift Subscriptions    Contact Us
Press Room              Android App            eMusic on Facebook    Join our Affiliate Network
Terms of Use (updated 2/7/13)                   17 Dots               Support Music
Privacy Policy (updated 4/20/12)                eMusic on Twitter

© 1998 - 2013 eMusic.com Inc. eMusic and the eMusic logo are either registered trademarks or trademarks in the USA or other countries. All rights reserved.
Portions of Content provided by Rovi Corporation. © 2013 Rovi Corporation.
For personal non-commercial use only. All rights reserved.





SIGN IN    HOW EMUSIC WORKS    MEMBER PLANS    BECOME A MEMBER

BROWSE    FEATURES + REVIEWS    RADIO    AUDIOBOOKS

All Music    Add A Search Term

ALBUMS    NEW ARRIVALS    CHARTS    GENRES    INFINITE EXPLORATIONS

## John Paul Jones (The Original 1959 Motion Picture Soundtrack)

MUIR MATHIESON & THE SINFONIA OF LONDON

RATE IT!
(0 RATINGS)



SAMPLE ALBUM                                                          DOWNLOAD $6.76

| 01 | Main Title | 2:22 | $0.99 |
|----|------------|------|-------|
| 02 | Growing Up | 2:52 | $0.99 |
| 03 | Dangerous Waters / The First Landing Of T… | 2:22 | $0.99 |
| 04 | House Of Burgesses | 2:31 | $0.99 |
| 05 | Horse Play | 2:55 | $0.99 |
| 06 | Valley Forge | 1:35 | $0.99 |
| 07 | Aimee | 2:30 | $0.99 |
| 08 | The Surrender | 3:38 | $0.99 |
| 09 | Catherine The Great | 3:55 | $0.99 |
| 10 | The Golden Sword | 2:49 | $0.99 |
| 11 | Dorothea | 3:23 | $0.99 |
| 12 | Return From Russia / Finale | 6:14 | $0.99 |

ALBUM INFORMATION                                  Total Tracks: 12   Total Length: 37:06

**Artist:** Muir Mathieson & The Sinfonia Of London   (See All Albums by Muir Mathieson & The Sinfonia Of London)
**Date Released:** Feb 1, 2011
**Genre:** Soundtracks/Other, **Style:** Film Soundtracks
**Label:** Master Classics Records / The Orchard

# Write a Review

0 MEMBER REVIEWS

Please register before you review a release.

REGISTER

# Recommended Albums



DOWNLOAD $7.92

Samarpan
**AJAY CHAKRABORTY**
ASHA AUDIO COMPANY / ...

**About Us**

About eMusic

Press Room

Terms of Use (updated 2/7/13)

Privacy Policy (updated 4/20/12)

**Tools & Resources**

Download Manager

Android App

**Forums**

Message Boards

eMusic on Facebook

17 Dots

eMusic on Twitter

**Goodies**

Buy/Redeem Gift Subscriptions

Join our Affiliate Network

Support Music

**Help**

Contact Us

© 1998 - 2013 eMusic.com Inc. eMusic and the eMusic logo are either registered trademarks or trademarks in the USA or other countries. All rights reserved.
Portions of Content provided by Rovi Corporation. © 2013 Rovi Corporation.
For personal non-commercial use only. All rights reserved.



Case 2:13-cv-08496-PSG-PLA   Document 3-10   Filed 11/18/13   Page 23 of 49   Page ID #:348

| | Explore   Marketplace ▼   Community ▼ | Log In   Register |

**Mandala (11) - Soul Crusade** Images

Release History   Edit Images



Update these images

All images are copyrighted by their respective copyright owners.

---

**Discogs**

About
Blog
Jobs
API
Projects

**Help Is Here**

Help
Forum
Contact
Keyboard Shortcuts

**Join In**

Sign Up
Contribute
Add Release
Contributor List
Help Translate

**Follow Us**

Facebook
Twitter
Mixcloud
Instagram

© 2013 Discogs™  Terms of Service   Privacy Policy   🌐 English ▼

Your Amazon.co.uk   Today's Deals   Gift Cards   Sell   Help

Shop by
**Department**    **Search**  MP3 Music          **Go**    Hello. **Sign in**
Your Account    Try **Prime**    **0** **Basket**

**MP3 Downloads**   Getting Started   Advanced Search   Top Downloads   New & Future Releases   Special Deals   Amazon Cloud Player   Amazon MP3 Support   Music Cl



See larger image (with zoom)

## Soul Crusade

Mandala | Format: MP3 Download

Be the first to review this item

Price: £7.49 (VAT included if applicable)

**Original Release Date:** 1 Mar 2011

AutoRip ▶▶ Buy the CD album for £8.80 and we'll give you the MP3 version for free to play or download anywhere with Cloud Player.
Dispatched from and sold by Amazon EU Sàrl.
Terms and Conditions. Does not apply to gift orders.

Buy MP3 album for £7.49

— or —

Buy CD album for £8.80

Includes **FREE MP3 version** of this album.

£ Redeem a gift card or promotion code & view balance

      

› See more product promotions

### MP3 Songs

| Song Title | Time | Popularity | Price | |
|---|---|---|---|---|
| 1. Can't Hold Out | 2:36 | | £0.89 | Buy MP3 |
| 2. Love-Itis | 2:42 | | £0.89 | Buy MP3 |
| 3. Don't Make Me Cry | 3:08 | | £0.89 | Buy MP3 |
| 4. Mellow Carmello | 3:41 | | £0.89 | Buy MP3 |
| 5. One Short Year | 3:06 | | £0.89 | Buy MP3 |
| 6. Word Of Love | 2:45 | | £0.89 | Buy MP3 |
| 7. Come On Home | 5:56 | | £0.89 | Buy MP3 |
| 8. Every Single Day | 3:45 | | £0.89 | Buy MP3 |
| 9. Faith | 5:59 | | £0.89 | Buy MP3 |
| 10. Stop Cryin' On My Shoulder | 2:31 | | £0.89 | Buy MP3 |

Sold by Amazon Media EU S.à r.l. By placing your order, you agree to our Terms of Use.

### Special Offers and Product Promotions

- Subscribe to our weekly newsletter today and get 25% off your next Amazon MP3 purchase and find out about free downloads, special deals, and new releases.

### Product details

**Original Release Date:** 1 Mar 2011
**Label:** Master Classics Records
**Copyright:** (c) 2011 Master Classics Records
**Total Length:** 36:09
**Genres:**
Rock

**ASIN:** B004TYYAOA

**Average Customer Review:** [Be the first to review this item](#)

---

## Customer Reviews

**There are no customer reviews yet.**

5 star
4 star
3 star    [ Write a customer review ]
2 star
1 star

---

## Your Recently Viewed Items

   

[Soul Brother Essentials](#) [Ray Charles & Milt Jackson](#) | Format: MP3 Download

[Sleepy Man Blues](#) [Geoff Muldaur](#) | Format: MP3 Download

[Skidoo (Original 1968 Motion Picture Soundtrack)](#) [George Tipton & His Orchestra](#) | Format: MP3 Download

[Sings Jacques Brel](#) [Rod McKuen](#) | Format: MP3 Download

› **See more in the Page You Made**

---

## Look for similar items by category

[Rock](#)

---

## Your Recent History ([What's this?](#))

**Recently Viewed Items**

 [Soul Brother Essentials](#) Ray Charles & Milt... MP3 Download

 [Sleepy Man Blues](#) Geoff Muldaur MP3 Download

 [Skidoo](#) George Tipton &... MP3 Download

 [Sings Jacques Brel](#) Rod McKuen MP3 Download

**Continue Shopping:** Customers who bought items in your Recent History also bought     Page 1 of 9


[Another Self Portrait : The...](#)
Bob Dylan
★★★★☆ (50)
MP3 Download
£10.99
Fix this recommendation


[Hidden Seam](#)
Lisa Knapp
MP3 Download
£6.99
Fix this recommendation

› **View and Edit Your Browsing History**

---

**Get to Know Us**

Careers

Investor Relations

Press Releases

Amazon and Our Planet

Amazon in the Community

**Make Money with Us**

Sell on Amazon

Associates Programme

Fulfilment by Amazon

Advertise Your Products

Independently Publish with Us

**Let Us Help You**

Track Packages or View Orders

Delivery Rates & Policies

Amazon Prime

Returns Are Easy

Manage Your Kindle

› See all                                    Help

**amazon**.co.uk

Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United States

| AbeBooks | Audible | AmazonLocal | Book Depository | CreateSpace | DPReview | IMDb | Javari UK |
|---|---|---|---|---|---|---|---|
| Rare & Collectible Books | Download Audio Books | Great Local Deals In Your City | Books With Free Delivery Worldwide | Indie Print Publishing Made Easy | Digital Photography | Movies, TV & Celebrities | Shoes & Handbags |

| Javari France | Javari Japan | Javari Germany | Junglee.com | Kindle Direct Publishing | MYHABIT | Shopbop |
|---|---|---|---|---|---|---|
| Shoes & Handbags | Shoes & Handbags | Shoes & Handbags | Shop Online in India | Indie Digital Publishing Made Easy | Designer & Fashion Private Sale Site | Designer Fashion Brands |

Conditions of Use & Sale   Privacy Notice   Cookies & Internet Advertising   © 1996-2013, Amazon.com, Inc. or its affiliates



SIGN IN    HOW EMUSIC WORKS    MEMBER PLANS    BECOME A MEMBER

**BROWSE**    FEATURES + REVIEWS    RADIO    AUDIOBOOKS

All Music      Add A Search Term

ALBUMS    NEW ARRIVALS    CHARTS    GENRES    INFINITE EXPLORATIONS

## Morning Glory
**MARY TRAVERS**

RATE IT!
AVG: 5.0 (1 RATINGS)



|  | SAMPLE ALBUM |  | DOWNLOAD $8.99 |
|---|---|---|---|
| 01 | Morning Glory | 4:00 | $0.99 |
| 02 | Song of Peace (Finlandia) | 3:01 | $0.99 |
| 03 | That's Enough for Me | 4:10 | $0.99 |
| 04 | Running | 2:32 | $0.99 |
| 05 | The Rest of the Year | 3:42 | $0.99 |
| 06 | The Scarlet and the Grey | 3:16 | $0.99 |
| 07 | When I Need You Most of All | 3:33 | $0.99 |
| 08 | Man Song | 4:27 | $0.99 |
| 09 | It Will Come to You Again | 3:38 | $0.99 |
|  | My Love and I | 3:31 | $0.99 |
| 11 | Conscientious Objector (I Shall Die) | 4:09 | $0.99 |

**ALBUM INFORMATION**

**Artist:** Mary Travers   (See All Albums by Mary Travers)
**Date Released:** Nov 1, 2011
**Genre:** Country/Folk, **Style:** Folk Singer-Songwriter
**Label:** VINTAGE MASTERS INC. / The Orchard

**Total Tracks: 11   Total Length: 39:59**

## Write a Review

**0 MEMBER REVIEWS**

**Please register before you review a release.**

REGISTER

## Recommended Albums

1 | 2






DOWNLOAD $9.99

DOWNLOAD $9.99

DOWNLOAD $10.99

DOWNLOAD $9.99

Live from Mountain St…
**TOM PAXTON**
BLUE PLATE MUSIC / OH …

Comedians & Angels
**TOM PAXTON**
APPLESEED / ENTERTAIN …

Peter, Paul And Mary …
**PETER PAUL AND MARY**
2010 | RHINO/WARNER BR…

Edge
**HOLLY NEAR**
CALICO TRACKS MUSIC / …









DOWNLOAD $9.99

DOWNLOAD $9.99

DOWNLOAD $9.99

DOWNLOAD $11.99

Darkness Into Light
**PRISCILLA HERDMAN**
2012 | NEW ROUNDER

Moondreamer
**PRISCILLA HERDMAN**
2008 | REDWING MUSIC / …

Folk Songs of Idaho a…
**ROSALIE SORRELS**
1961 | FOLKWAYS RECO…

The Best Of The Cha…
**THE CHAD MITCHELL TRIO**
2009 | ISLAND MERCURY

**About Us**

About eMusic
Press Room
Terms of Use (updated 2/7/13)
Privacy Policy (updated 4/20/12)

**Tools & Resources**

Download Manager
Android App

**Forums**

Message Boards
eMusic on Facebook
17 Dots
eMusic on Twitter

**Goodies**

Buy/Redeem Gift Subscriptions
Join our Affiliate Network
Support Music

**Help**

Contact Us

© 1998 - 2013 eMusic.com Inc. eMusic and the eMusic logo are either registered trademarks or trademarks in the USA or other countries. All rights reserved.
Portions of Content provided by Rovi Corporation. © 2013 Rovi Corporation.
For personal non-commercial use only. All rights reserved.



Parrish | Music From The 1961 Motion Picture Soundtrack | Warner Brothers Orchestra | eMusic



SIGN IN    HOW EMUSIC WORKS    MEMBER PLANS    BECOME A MEMBER

**BROWSE**    FEATURES + REVIEWS    RADIO    AUDIOBOOKS

All Music    Add A Search Term

ALBUMS    NEW ARRIVALS    CHARTS    GENRES    INFINITE EXPLORATIONS

## Parrish (Music From The 1961 Motion Picture Soundtrack)
**WARNER BROTHERS ORCHESTRA**
RATE IT!
AVG: 5.0 (1 RATINGS)

SAMPLE ALBUM                                    DOWNLOAD $6.76



| | | | |
|---|---|---|---|
| 01 | Tobacco Theme | 1:50 | $0.99 |
| 02 | Paige's Theme | 2:38 | $0.99 |
| 03 | Allison's Theme | 3:10 | $0.99 |
| 04 | Lucy's Theme | 2:54 | $0.99 |
| 05 | Someday, I'll Meet You Again | 2:55 | $0.99 |
| 06 | Paige's Theme (Reprise) | 4:02 | $0.99 |
| 07 | Ellen's Theme | 2:36 | $0.99 |
| 08 | Paige's Theme (Piano Concerto) Artist: George Greeley, The Warner Brothers Orchestra | 3:19 | $0.99 |
| 09 | Allison's Theme (Piano Concerto) Artist: George Greeley, The Warner Brothers Orchestra | 2:36 | $0.99 |
| 10 | Lucy's Theme (Piano Concerto) Artist: George Greeley, The Warner Brothers Orchestra | 2:08 | $0.99 |

**ALBUM INFORMATION**                                    Total Tracks: **10**  Total Length: **28:08**

**Artist:** Warner Brothers Orchestra  (See All Albums by Warner Brothers Orchestra)
**Date Released:** Feb 1, 2011
**Genre:** Soundtracks/Other, **Style:** Film Soundtracks
**Label:** Master Classics Records / The Orchard

## Write a Review

0 MEMBER REVIEWS

**Please register before you review a release.**

REGISTER

## Recommended Albums                        1 | 2






DOWNLOAD $8.91    DOWNLOAD $9.99    DOWNLOAD $9.99    DOWNLOAD $7.92

Greatest Arabic Songs    "Serie All Stars Musi…    Jeane Manson Aux Usa    Affection (Maxi-Single)
**DALIDA**    **DALIDA**    **JEANE MANSON**    **OPHÉLIE WINTER**
2011 | ZEKRA / THE ORCH…    2009 | VINTAGE MUSIC / T…    2007 | MTT / BELIEVE DIGI…    FONTANA NORTH/MAPLE…

   

DOWNLOAD $9.99    DOWNLOAD $9.99    DOWNLOAD $0.99    DOWNLOAD $9.99

Amour Caché    Les Plus grands succ…    Ridin' That Beat - Single    Cosma : Bande Origi…
**JEANE MANSON**    **NICOLE CROISILLE**    **NICOLETTA**    **NICOLE CROISILLE**
2007 | FGL / BELIEVE DIGI…    LARGHETTO / ABEILLE M…    2011 | NICOLETTA / TUNE…    LARGHETTO / ABEILLE M…

---

**About Us**
About eMusic
Press Room
Terms of Use (updated 2/7/13)
Privacy Policy (updated 4/20/12)

**Tools & Resources**
Download Manager
Android App

**Forums**
Message Boards
eMusic on Facebook
17 Dots
eMusic on Twitter

**Goodies**
Buy/Redeem Gift Subscriptions
Join our Affiliate Network
Support Music

**Help**
Contact Us

© 1998 - 2013 eMusic.com Inc. eMusic and the eMusic logo are either registered trademarks or trademarks in the USA or other countries. All rights reserved.
Portions of Content provided by Rovi Corporation. © 2013 Rovi Corporation.
For personal non-commercial use only. All rights reserved.

back. Guaranteed.

**People** who viewed this item also viewed

Feedback on our suggestions


OST Original Sound
Track LP The
SHINING...
$66.00


CARLY SIMON Torch
Shrink Lp Warner...
$3.95


JACK WEBB - You're
My Girl - 1959 LP -...
$24.99


Funk LP - EDDIE
HAZEL - GAME
DAMES AND...
$15.00


MARGO SMITH!! -
"DIAMONDS &
CHILLS"...
$5.00

**Description**    **Shipping and payments**

Print   |   Report item

Seller assumes all responsibility for this listing.

eBay item number: 390568859030

Last updated on Mar 31, 2013 09:11:52 PDT  View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Genre: | Soundtracks & Musicals |
| Duration: | LP | Style: | Film Score/Soundtrack |
| Release Year: | 1961 | Speed: | 33 RPM |
| Country of Manufacture: | United States | Record Size: | 12" |

**wally**woo's_vinyl_records_4u

Visit my eBay store


Sign up for newsletter

**Store Categories**

Store home
Original Soundtracks / Cast
Rock
Jazz
Popular
Instrumentals
R & B / Soul
Country / Western
Movie / TV Themes
Spoken Word / Comedy
Folk
Childrens
Classical
Dance
International / World
Other



### Be sure to add me to your **favorites list**!

A scenic, tobacco-road soap opera by director **Delmar Daves**, known more for his westerns, **Parrish** features
the eponymous title role. Parrish's mother Ellen (**Claudette Colbert** in her last movie role) happens to mar
competing tobacco growers in the Connecticut River Valley. Her **new** husband and Parrish's stepfather Judd |
**Karl Malden**) drums the tobacco business into Parrish, alienating him in the **bargain**. The lad is soon romancir
women: Judd's daughter Paige (**Sharon Hugeny**), the daughter of Judd's arch-rival, and a wanton woman of th
Now all that remains is for the romance and the rivalry to shake down into the **winners** and lose

## *VIEW MOVIE TRAILER*

- **1961 LP Released on Warner Bros. Records # WS-1413 (Stereo)**

- **Also has music from *Gone with the Wind* and *A Summer Place*.**

  **Composer:** Max Steiner. **Conductor:** Max Steiner. **Cast:** Warner Brothers Orchestra,
  Greeley (piano).

- **Jacket has some ring corner and edge wear.**

- **Record is in VG++ condition and will Perform with Superb Sound Reproduction**

- **Record is Professionally Cleaned for your listening pleasure.**



**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

00048



AdChoice

Back to search results        Return to top

Related buying guides :   Collecting Vintage Audiophile LP Record Albums,   Record player turntable buying guide

More to explore :   Max Steiner,   OST LP,   Soda Stereo LP,   1994 Warner Bros,   Beatles 65 LP Stereo

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time    Preview new features    Contact us    eBay Talk

Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

**Case 2:13-cv-08496-PSG-PLA   Document 3-10   Filed 11/18/13   Page 35 of 49   Page ID #:360**



Case 2:13-cv-08496-PSG-PLA    Document 3-10    Filed 11/18/13    Page 36 of 49    Page ID #:361






The Voices of Don Elliott
Don Elliott & The Phil Moore Orchestra | Format: MP3 Download

The Very Best Of Tony Mottola | Format: MP3 Download

The Very Best Of Teddi King | Format: MP3 Download

The Very Best Of Red Garland | Format: MP3 Download

›See more in the Page You Made

---

**Look for similar items by category**

Jazz > Traditional Jazz & Ragtime

---

**Your Recent History** (What's this?)

**Recently Viewed Items**


The Voices of Don Elliott
Don Elliott & The...
MP3 Download


The Very Best Of
Tony Mottola
MP3 Download


The Very Best Of
Teddi King
MP3 Download


The Very Best Of
Red Garland
MP3 Download

**Continue Shopping:** Customers who bought items in your Recent History also bought

Page 1 of 8


Guided Tour
The New Gary Burton Quartet
★★★★★ (4)
MP3 Download
£7.49
Fix this recommendation


Somewhere
Gary Peacock & Jack...
★★★★☆ (12)
MP3 Download
£7.49
Fix this recommendation


The Jazztet Big City Sounds
Art Farmer & Benny Golson
★★★★☆ (1)
MP3 Download
£4.49
Fix this recommendation

› View and Edit Your Browsing History

---

**Get to Know Us**

Careers

Investor Relations

Press Releases

Amazon and Our Planet

Amazon in the Community

**Make Money with Us**

Sell on Amazon

Associates Programme

Fulfilment by Amazon

Advertise Your Products

Independently Publish with Us

› See all

**Let Us Help You**

Track Packages or View Orders

Delivery Rates & Policies

Amazon Prime

Returns Are Easy

Manage Your Kindle

Help

**amazon**.co.uk

Brazil    Canada    China    France    Germany    India    Italy    Japan    Mexico    Spain    United States

AbeBooks
Rare & Collectible Books

Audible
Download
Audio Books

AmazonLocal
Great Local Deals
In Your City

Book Depository
Books With Free
Delivery Worldwide

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

IMDb
Movies, TV
& Celebrities

Javari UK
Shoes
& Handbags

Javari France
Shoes
& Handbags

Javari Japan
Shoes
& Handbags

Javari Germany
Shoes
& Handbags

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

MYHABIT
Designer & Fashion
Private Sale Site

Shopbop
Designer
Fashion Brands

Conditions of Use & Sale    Privacy Notice    Cookies & Internet Advertising    © 1996-2013, Amazon.com, Inc. or its affiliates

Explore    Marketplace ▾    Community ▾        Log In    Register

**Philly Joe Jones* & Elvin Jones - Together!** **Images**

Release History    Edit Images



✏ Update these images

All images are copyrighted by their respective copyright owners.

**Discogs**
About
Blog
Jobs
API
Projects

**Help Is Here**
Help
Forum
Contact
Keyboard Shortcuts

**Join In**
Sign Up
Contribute
Add Release
Contributor List
Help Translate

**Follow Us**
f  Facebook
🐦 Twitter
Mixcloud
Instagram

© 2013 Discogs™ Terms of Service   Privacy Policy   🌐 English ▾



SIGN IN    HOW EMUSIC WORKS    MEMBER PLANS    BECOME A MEMBER

**BROWSE**    FEATURES + REVIEWS    RADIO    AUDIOBOOKS

ALBUMS    NEW ARRIVALS    CHARTS    GENRES    INFINITE EXPLORATIONS

All Music    Add A Search Term

## Plays Beegees' Hits
### BILL SHEPHERD & THE ROBERT STIGWOOD ORCHESTRA
**RATE IT!**
(0 RATINGS)



**Arranged & Conducted by Bill Shepherd**

**ALBUM INFORMATION**
NEW

**Artist:** Bill Shepherd & The Robert Stigwood Orchestra  (See All Albums by Bill Shepherd & The Robert Stigwood Orchestra)
**Date Released:** Jul 1, 2013
**Genre:** Jazz, **Style:** Jazz/Blues
**Label:** Stardust Records / The Orchard

| | SAMPLE ALBUM | | DOWNLOAD $9.90 |
|---|---|---|---|
| 01 | Massachusetts | 2:27 | $0.99 |
| 02 | Birdie Told Me | 3:02 | $0.99 |
| 03 | Words (From "The Mini Mob") | 3:38 | $0.99 |
| 04 | To Love Somebody | 2:47 | $0.99 |
| 05 | Sinking Ships | 2:25 | $0.99 |
| 06 | New York Mining Disaster 1941 | 2:32 | $0.99 |
| 07 | I Can't See Nobody | 3:16 | $0.99 |
| 08 | Holiday | 3:12 | $0.99 |
| 09 | World | 3:03 | $0.99 |
| 10 | Swan Song | 3:26 | $0.99 |

**Total Tracks: 10    Total Length: 29:48**

## Write a Review

**Please register before you review a release.**

0 MEMBER REVIEWS

REGISTER

## Recommended Albums






DOWNLOAD $9.99

DOWNLOAD $9.99

DOWNLOAD $9.99

DOWNLOAD $9.99

The Stripling Brothers…
**STRIPLING BROTHERS**
2005 | DOCUMENT RECOR…

The Stripling Brothers…
**STRIPLING BROTHERS**
2005 | DOCUMENT RECOR…

Gus Cannon And His …
**GUS CANNON**
2003 | JSP RECORDS / TH…

Gus Cannon Vol. 1 (1…
**GUS CANNON**
2005 | DOCUMENT RECOR…



DOWNLOAD $9.99

Villains
**DIABLO DIMES**
2011 | RELTONE RECORD…



DOWNLOAD $5.94

GLORIA O' MUERTE
**DIABLO DIMES**
2006 | DRUNK MONK REC…

### About Us

About eMusic

Press Room

Terms of Use (updated 2/7/13)

Privacy Policy (updated 4/20/12)

### Tools & Resources

Download Manager

Android App

### Forums

Message Boards

eMusic on Facebook

17 Dots

eMusic on Twitter

### Goodies

Buy/Redeem Gift Subscriptions

Join our Affiliate Network

Support Music

### Help

Contact Us

© 1998 - 2013 eMusic.com Inc. eMusic and the eMusic logo are either registered trademarks or trademarks in the USA or other countries. All rights reserved.
Portions of Content provided by Rovi Corporation. © 2013 Rovi Corporation.
For personal non-commercial use only. All rights reserved.







SIGN IN    HOW EMUSIC WORKS    MEMBER PLANS    BECOME A MEMBER

**BROWSE**    FEATURES + REVIEWS    RADIO    AUDIOBOOKS

ALBUMS    NEW ARRIVALS    CHARTS    GENRES    INFINITE EXPLORATIONS

All Music        Add A Search Term

## Kaleidoscope (Original 1966 Motion Picture Soundtrack)
**STANLEY MYERS**

RATE IT!
AVG: 5.0 (1 RATINGS)

SAMPLE ALBUM            DOWNLOAD $6.76

| | | | |
|---|---|---|---|
| 01 | Kaleidoscope (Main Title) | 2:30 | $0.99 |
| 02 | Kinky Dolly | 2:19 | $0.99 |
| 03 | Shazam! | 5:39 | $0.99 |
| 04 | D.B. 6 | 2:03 | $0.99 |
| 05 | Angel's Theme | 2:24 | $0.99 |
| 06 | Kaleidoscope | 2:42 | $0.99 |
| 07 | Barney | 3:09 | $0.99 |
| 08 | A Present For Daddy | 2:41 | $0.99 |
| 09 | Dominion's Deal | 2:11 | $0.99 |
| 10 | Kings Full | 2:24 | $0.99 |
| 11 | Kaleidoscope (End Title) | 3:15 | $0.99 |

**ALBUM INFORMATION**                                    Total Tracks: **11**   Total Length: **31:17**

Artist: Stanley Myers   (See All Albums by Stanley Myers)
Date Released: Apr 1, 2011
Genre: Soundtracks/Other, Style: Film Soundtracks
Label: Master Classics Records / The Orchard

## Write a Review

0 MEMBER REVIEWS

Please register before you review a release.

REGISTER

## Recommended Albums                                    1  |  2






DOWNLOAD $9.99

DOWNLOAD $8.99

DOWNLOAD $7.99

DOWNLOAD $9.99

Lawrence of Arabia
**MAURICE JARRE**
SILVA SCREEN RECORDS...

Dr. Zhivago
**MAURICE JARRE**
2010 | LING MUSIC GROUP...

OST Brute Force & O...
**MIKLOS ROSZA**
2012 | SINETONE AMR / T...

Day Of The Dolphin / ...
**GEORGES DELERUE**
2007 | STUDIOCANAL IMA...

   

DOWNLOAD $9.99

DOWNLOAD $9.99

DOWNLOAD $9.99

DOWNLOAD $9.99

Carla's Song
**GEORGE FENTON**
2010 | DEBONAIR / ZEBRA...

Jules et Jim (Original ...
**GEORGES DELERUE**
2011 | ORIGINAL CINEMA ...

Zulu
**JOHN BARRY**
2010 | FANTASTIC VOYA...

Mrs. Brown
**STEPHEN WARBECK**
2009 | MILAN RECORDS

**About Us**
About eMusic
Press Room
Terms of Use (updated 2/7/13)
Privacy Policy (updated 4/20/12)

**Tools & Resources**
Download Manager
Android App

**Forums**
Message Boards
eMusic on Facebook
17 Dots
eMusic on Twitter

**Goodies**
Buy/Redeem Gift Subscriptions
Join our Affiliate Network
Support Music

**Help**
Contact Us

© 1998 - 2013 eMusic.com Inc. eMusic and the eMusic logo are either registered trademarks or trademarks in the USA or other countries. All rights reserved.
Portions of Content provided by Rovi Corporation. © 2013 Rovi Corporation.
For personal non-commercial use only. All rights reserved.





Get the item you ordered or get your money
back. Guaranteed.

**Description** | Shipping and payments

Print | Report item

eBay item number: 310749727113

Seller assumes all responsibility for this listing.
Last updated on Oct 19, 2013 15:49:55 PDT View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Duration: | LP |
| Genre: | Jazz | Record Size: | 12" |
| Sub-Genre: | Vocal Jazz | Speed: | 33 RPM |

**Gold**records

Visit my eBay store

Sign up for newsletter
[          ] Search Store

LP RECORDS | 45 RPM RECORDS | 78 RPM | JAZZ | SOUNDTRACKS
(SALE) Items On Sale



**THE MARY KAYE TRIO Jackpot WARNER BROS. Mono**



Click to View Image Album



Click to View Image Album

---

**ARTIST: (SEE PHOTO)** 11-18-11

**LABEL:** DEEP GROOVE WARNER BROS. W 1263 MONO

**THE RECORD IS:** VG+ (SIDE ONE: A FEW SHORT SUPERFICIAL TO BARELY FEELABLE HAIRLINES) & VG/VG+ (SIDE TWO: A FEW SHORT SUF
HAIRLINES, AND A SHORT THIN FEELABLE SURFACE SCUFF)

**THE JACKET IS: NM-** (HAS A COUPLE OF STAMPS & STICKER ; INNER SLEEVE)

---

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

Sponsored Links

**Mary Kay® Official Site**
www.marykay.com/
**Personal** Service, Your Way. Find your Independent Beauty Consultant.

AdChoice

Back to search results                                                                                     Return to top
More to explore :   Mary Kaye Trio,   1994 Warner Bros,   Meat The Beatles Mono LP,   Ramsey Lewis Trio The in Crowd,   The Jesus and Mary Chain

Community    About eBay    Announcements    Security Center    Resolution Center    Seller Information Center    Policies    Site Map    eBay official time    Preview new features    Contact us    eBay Talk
Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy

Your Amazon.co.uk    Today's Deals    Gift Cards    Sell    Help

Shop by **Department**    **Search**   MP3 Music      Go     Hello. **Sign in** Your Account    Try **Prime**    **0** Basket

**MP3 Downloads**    Getting Started    Advanced Search    Top Downloads    New & Future Releases    Special Deals    Amazon Cloud Player    Amazon MP3 Support    Music Cl



## Jackpot!

Mary Kaye Trio | Format: MP3 Download

Be the first to review this item

Price: £7.49 (VAT included if applicable)

**Original Release Date:** 1 Feb 2011

Buy MP3 album with 1-Click®

£ Redeem a gift card or promotion code & view balance

Get our free music app            

› See more product promotions

See larger image (with zoom)

### MP3 Songs

| Song Title | Time | Popularity | Price | |
|---|---|---|---|---|
| 1. Wonder Why | 2:14 | | £0.89 | Buy MP3 |
| 2. It's Love | 1:40 | | £0.89 | Buy MP3 |
| 3. Where Are You | 2:21 | | £0.89 | Buy MP3 |
| 4. Do It Again | 2:29 | | £0.89 | Buy MP3 |
| 5. Believe In Me | 2:42 | | £0.89 | Buy MP3 |
| 6. Toreador | 2:47 | | £0.89 | Buy MP3 |
| 7. Besame Mucho | 2:35 | | £0.89 | Buy MP3 |
| 8. I Got Lost In His Arms | 2:34 | | £0.89 | Buy MP3 |
| 9. For Heaven's Sake | 2:29 | | £0.89 | Buy MP3 |
| 10. Day In, Day Out | 2:49 | | £0.89 | Buy MP3 |
| 11. Moon Love | 1:59 | | £0.89 | Buy MP3 |
| 12. Brother Bill | 1:45 | | £0.89 | Buy MP3 |

Sold by Amazon Media EU S.à r.l. By placing your order, you agree to our Terms of Use.

## Special Offers and Product Promotions

- Subscribe to our weekly newsletter today and get 25% off your next Amazon MP3 purchase and find out about free downloads, special deals, and new releases.

## Product details

**Original Release Date:** 1 Feb 2011

**Label:** Master Classics Records

**Copyright:** (c) 2011 Master Classics Records

**Total Length:** 28:24

**Genres:**
Jazz

**ASIN:** B004SB4CGA

**Average Customer Review:** [Be the first to review this item](#)

## Customer Reviews

There are no customer reviews yet.

5 star
4 star
3 star
2 star
1 star

| Write a customer review |

## Your Recently Viewed Items

      

Interrupted Melody - Soundtrack
Walter Ducloux & His Orchestra | Format: MP3 Download

Infinity In Sound (Complete Edition)
Esquivel | Format: MP3 Download

In Hollywood
Up with People | Format: MP3 Download

In Hollywood
Chet Atkins | Format: MP3 Download

› See more in the Page You Made

## Look for similar items by category

Jazz > Vocal Jazz

## Your Recent History (What's this?)

**Recently Viewed Items**                               **Continue Shopping:** Top Sellers                              Page 1 of 9

  Interrupted Melody - Soundtrack
Walter Ducloux &...
MP3 Download

  Infinity In Sound
Esquivel
MP3 Download

  In Hollywood
Up with People
MP3 Download

  In Hollywood
Chet Atkins
MP3 Download


Split Second
Cath Staincliffe
★★★★☆ (20)
Kindle Edition
£5.27


The Casual Vacancy
J. K. Rowling
★★★☆☆ (1,517)
Kindle Edition
£2.99

› **View and Edit Your Browsing History**

**Get to Know Us**

Careers

Investor Relations

Press Releases

Amazon and Our Planet

Amazon in the Community

**Make Money with Us**

Sell on Amazon

Associates Programme

Fulfilment by Amazon

Advertise Your Products

Independently Publish with Us

› See all

**Let Us Help You**

Track Packages or View Orders

Delivery Rates & Policies

Amazon Prime

Returns Are Easy

Manage Your Kindle

Help

**amazon**.co.uk

Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United States

| AbeBooks | Audible | AmazonLocal | Book Depository | CreateSpace | DPReview | IMDb | Javari UK |
|---|---|---|---|---|---|---|---|
| Rare & Collectible Books | Download Audio Books | Great Local Deals In Your City | Books With Free Delivery Worldwide | Indie Print Publishing Made Easy | Digital Photography | Movies, TV & Celebrities | Shoes & Handbags |

| Javari France | Javari Japan | Javari Germany | Junglee.com | Kindle Direct Publishing | MYHABIT | Shopbop |
|---|---|---|---|---|---|---|
| Shoes & Handbags | Shoes & Handbags | Shoes & Handbags | Shop Online in India | Indie Digital Publishing Made Easy | Designer & Fashion Private Sale Site | Designer Fashion Brands |

Conditions of Use & Sale   Privacy Notice   Cookies & Internet Advertising   © 1996-2013, Amazon.com, Inc. or its affiliates