Amazon.com: sammy davis jr & buddy rich: MP3 Downloads

**amazon** Try Prime

All-New kindle paperwhite
From $119  ›Pre-order now

Your Amazon.com    Today's Deals    Gift Cards    Sell    Help

Shop by Department ▾    Search    [MP3 Music ▾]    [sammy davis jr & buddy rich]    [ ]

Hello. Sign in Your Account ▾    Try Prime ▾    🛒 0 Cart ▾    Wish List ▾

Amazon MP3 Store    Amazon Cloud Player    New Releases    Browse Genres    Recommendations    Best Sellers    Advanced Search    Getting Started    CDs    MP3 Help

**Category**
MP3 Albums (2)
MP3 Songs (11)

**Department**
‹ Any Department
**MP3 Downloads**
Pop (2)
Jazz (11)

Shop for **"sammy davis jr & buddy rich"** in our **Amazon CD Store** (5)


**Listmania!**
create your list
**HERE** learn how
Create a Listmania! list

MP3 Downloads › **"sammy davis jr & buddy rich"**

### MP3 Albums



See all 2 MP3 album results

1.
**The Sounds Of '66** by Sammy Davis Jr. / Buddy Rich
**$8.99**

2.
**Essential Vocal Masters** by Jr. & Buddy Rich Sammy Davis
**$8.99**

**MP3 Songs and Extras**    (Showing 11 Results)    Sort by [Relevance]



| | Song Title | Artist | Album | Time | Price | Download |
|---|---|---|---|---|---|---|
| ▶ 1. | Once In Love With Amy | Jr. & Buddy Rich Sammy Davis | Essential Vocal Masters | 2:43 | $0.99 | Buy MP3 |
| ▶ 2. | Let's Keep Swinging - Buddy Rich Solo | Sammy Davis Jr. - Buddy Rich | That's All! (US Release) | 8:11 | $0.99 | Buy MP3 |
| ▶ 3. | Come Back To Me | Jr. & Buddy Rich Sammy Davis | Essential Vocal Masters | 4:16 | $0.99 | Buy MP3 |
| ▶ 4. | Ding Dong! The Witch Is Dead | Jr. & Buddy Rich Sammy Davis | Essential Vocal Masters | 1:51 | $0.99 | Buy MP3 |
| ▶ 5. | What Now, My Love? | Jr. & Buddy Rich Sammy Davis | Essential Vocal Masters | 3:08 | $0.99 | Buy MP3 |
| ▶ 6. | What Did I Have That I Don't Have? | Jr. & Buddy Rich Sammy Davis | Essential Vocal Masters | 3:45 | $0.99 | Buy MP3 |
| ▶ 7. | What The World Needs Now Is Love | Jr. & Buddy Rich Sammy Davis | Essential Vocal Masters | 3:06 | $0.99 | Buy MP3 |
| ▶ 8. | I Know A Place | Jr. & Buddy Rich Sammy Davis | Essential Vocal Masters | 2:26 | $0.99 | Buy MP3 |
| ▶ 9. | Please Don't Talk About Me When I'm Gone | Jr. & Buddy Rich Sammy Davis | Essential Vocal Masters | 4:07 | $0.99 | Buy MP3 |
| ▶ 10. | If It's The Last Thing I Do | Jr. & Buddy Rich Sammy Davis | Essential Vocal Masters | 3:26 | $0.99 | Buy MP3 |
| ▶ 11. | What Kind Of Fool Am I? | Jr. & Buddy Rich Sammy Davis | Essential Vocal Masters | 3:09 | $0.99 | Buy MP3 |

Shop for **"sammy davis jr & buddy rich"** in our **Amazon CD Store** (5)

**Search Feedback**
Did you find what you were looking for? [Yes] [No]
If you need help or have a question for Customer Service, please visit the Help Section.

Search powered by



Close window

**The Sounds Of '66**



Click anywhere on the image to zoom. Click and drag the image to pan.

Zoom + | Zoom − | Reset

Close Window



Close window

**Essential Vocal Masters**



Click anywhere on the image to zoom. Click and drag the image to pan.

Zoom + | Zoom − | Reset

Close Window

Amazon.com: The Sounds Of '66: Sammy Davis Jr. / Buddy Rich: MP3 Downloads



# amazon
Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

Shop by Department ▾ | Search | MP3 Music ▾ | | | Hello. Sign in Your Account ▾ | Try Prime ▾ | 0 Cart ▾ | Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



ZOOM
See larger image (with zoom)

## The Sounds Of '66
Sammy Davis Jr. / Buddy Rich    Format: MP3 Music
★★★★★ ☑ (21 customer reviews)

Price: **$8.99**

Original Release Date: July 24, 2012

AutoRip ▸▸ Buy the CD album for $11.43 and get the MP3 version for FREE. CD album ships from and sold by Amazon.com. Terms and Conditions. Does not apply to gift orders. Complete your purchase of the CD album to save the MP3 version to Cloud Player.



Get our free Amazon music app

Buy MP3 Album $8.99

— or —

Buy CD Album $11.43
Includes **FREE MP3 version** of this album.

Give album OR song as gift

Redeem a gift card or promotion code & view balance

Add to Wish List

---

### MP3 Songs
▶ Play all samples    🔊



| | Song Title | Artist | Time | Price | |
|---|---|---|---|---|---|
| ▶ | 1. Come Back To Me (Remastered LP Version) | Sammy Davis, Jr. | 4:09 | $0.99 | Buy MP3 |
| ▶ | 2. I Know A Place (Remastered LP Version) | Sammy Davis, Jr. | 2:23 | $0.99 | Buy MP3 |
| ▶ | 3. What Did I Have That I Don't Have? (Remastered LP Version) | Sammy Davis, Jr. | 3:41 | $0.99 | Buy MP3 |
| ▶ | 4. What The World Need Now Is Love (Remastered LP Version) | Sammy Davis, Jr. | 3:01 | $0.99 | Buy MP3 |
| ▶ | 5. Once In Love With Amy (Remastered LP Version) | Sammy Davis, Jr. | 2:43 | $0.99 | Buy MP3 |
| ▶ | 6. Ding Dong! The Witch Is Dead (Remastered LP Version) | Sammy Davis, Jr. | 1:44 | $0.99 | Buy MP3 |
| ▶ | 7. What Now My Love (Remastered LP Version) | Sammy Davis, Jr. | 3:03 | $0.99 | Buy MP3 |
| ▶ | 8. What Kind Of Fool Am I? (Remastered LP Version) | Sammy Davis, Jr. | 3:03 | $0.99 | Buy MP3 |
| ▶ | 9. If It's The Last Thing I Do (Remastered LP Version) | Sammy Davis, Jr. | 3:19 | $0.99 | Buy MP3 |
| ▶ | 10. Please Don't Talk About Me When I'm Gone (Remastered LP Version) | Sammy Davis, Jr. | 4:05 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

---

## Customers Who Bought This Item Also Bought
Page 1 of 6

‹


Italian Love Songs
› Dean Martin
★★★★☆ (73)
MP3 Download
$8.49


101 Hits - Swing Essentials
› Various artists
★★★★☆ (24)
MP3 Download
$6.99


That's All! (US Release)
› Jr. Sammy Davis
★★★★★ (17)
MP3 Download
$11.49


The Definitive Collection
› Jr. Sammy Davis
★★★★☆ (28)
MP3 Download
$9.49

›

Amazon.com: The Sounds Of '66: Sammy Davis Jr. / Buddy Rich: MP3 Downloads

## Product Details

**Original Release Date:** July 24, 2012
**Release Date:** July 24, 2012
**Label:** Rhino
**Copyright:** 1966 Reprise Records
**Record Company Required Metadata:** Music file metadata contains unique purchase identifier. Learn more.
**Total Length:** 31:11
**Genres:**
    Pop
**ASIN:** B008LQMWZQ
**Average Customer Review:** ★★★★★ ☑ (21 customer reviews)
**Amazon Best Sellers Rank:** #18,675 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews


★★★★★ (21)
4.8 out of 5 stars

| | |
|---|---|
| 5 star | 18 |
| 4 star | 2 |
| 3 star | 0 |
| 2 star | 1 |
| 1 star | 0 |

See all 21 customer reviews

" *Sammy is in perfect form, backed by world-famous drummer Buddy Rich and his orchestra live in Las Vegas.* "
Daniel Jolley | 4 reviewers made a similar statement

" *I just loved the 'Ding Dong the Witch is Dead' rendition.* "
Bob Sacamano | 2 reviewers made a similar statement

" *I had the 33 LP album.* "
Flo | 2 reviewers made a similar statement

### Most Helpful Customer Reviews

12 of 12 people found the following review helpful
★★★★★ **Sammy at his very, very best**  June 19, 2005
By Daniel Jolley  HALL OF FAME  TOP 500 REVIEWER  VINE VOICE
Format: Audio CD

The Sounds of '66 is a recording that all Sammy Davis Jr. fans simply must have in their collections. Sammy is in perfect form, backed by world-famous drummer Buddy Rich and his orchestra live in Las Vegas. This was Sammy's natural environment, and he put on what is perhaps the show of his life that night. World-class entertainers from all over the Vegas strip packed themselves into the Sands lounge in the middle of the night, after all of the main shows were over, and reveled in a jam session the likes of which may never be seen again. Sammy bores right into Come Back to Me at fever pitch and never slows down until the show is over. This live version of Come Back to Me is the best I've ever heard. I've lost count of how many versions of What Kind of Fool Am I? are available, but Sammy never seemed to sing this song the same way twice, but this live recording features one of the better ones.

All of that being said, one of the many great things about The Sounds of `66 is the fact that a number of these tracks aren't readily available on other albums, at least not that I know of. I can't remember which female artist made I Know a Place famous, but Sammy truly brings the song to life in a wholly new form. What Did I Have That I Don't Have? is perhaps my favorite song on this CD; it starts a little slowly, but Sammy fills it with enough passion and emotion that it is all but flammable by the time he gets through with it. Once in Love With Amy and If It's the Last Thing I Do are great songs I have not heard elsewhere. I never cared for What the World Needs Now Is Love until I heard Sammy sing it; he wails, producing a much more animated song than Burt Bacharach could even conceive of. One of my all-time favorite songs is What Now My Love? Read more ›

Comment | Was this review helpful to you?  Yes  No

6 of 6 people found the following review helpful
★★★★★ **What a swingin' set!**  March 2, 2004



Shop by **Department**    Search    MP3 Music

Amazon MP3 Store    Amazon Cloud Player    New



Most Recent Customer Reviews

★★★★★ **Classic vocals with big band**
Both of these artists were in their primes and the sounds they put together are remarkable. I played this album on the radio when it first came out and it caught my eye while...
Read more
Published 4 months ago by Jim Heim

★★★★★ **Sammy and Buddy and classic '66 jazz vocals. Can't go wrong.**
After looking at some other Sammy Davis records, I saw this and saw Buddy Rich and though how can you go wrong? You can't.
Read more
Published 6 months ago by Narut Ujnat

Amazon.com: Essential Vocal Masters: Jr. & Buddy Rich Sammy Davis: MP3 Downloads





**ZOOM**
See larger image (with zoom)

# Essential Vocal Masters

Sammy Davis, Jr. & Buddy Rich | Format: MP3 Music

Be the first to review this item

Price: **$8.99**

Original Release Date: May 1, 2011

 

Get our free Amazon music app

Buy MP3 album with 1-Click®

Give album OR song as gift

Redeem a gift card or promotion code & view balance

Add to Wish List



| | Song Title | Time | Price | |
|---|---|---|---|---|
| ▶ | 1. Come Back To Me | 4:16 | $0.99 | Buy MP3 |
| ▶ | 2. I Know A Place | 2:26 | $0.99 | Buy MP3 |
| ▶ | 3. What Did I Have That I Don't Have? | 3:45 | $0.99 | Buy MP3 |
| ▶ | 4. What The World Needs Now Is Love | 3:06 | $0.99 | Buy MP3 |
| ▶ | 5. Once In Love With Amy | 2:43 | $0.99 | Buy MP3 |
| ▶ | 6. Ding Dong! The Witch Is Dead | 1:51 | $0.99 | Buy MP3 |
| ▶ | 7. What Now, My Love? | 3:08 | $0.99 | Buy MP3 |
| ▶ | 8. What Kind Of Fool Am I? | 3:09 | $0.99 | Buy MP3 |
| ▶ | 9. If It's The Last Thing I Do | 3:26 | $0.99 | Buy MP3 |
| ▶ | 10. Please Don't Talk About Me When I'm Gone | 4:07 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Viewed This Item Also Viewed



The Sounds Of '66

› Sammy Davis Jr. / Buddy…

★★★★★ (21)

MP3 Download

$8.99

## Product Details

http://www.amazon.com/Essential-Vocal-Masters/dp/B005BNL9WY/ref=sr_shvl_album_2?ie=UTF8&qid=1378933166&sr=301-2[9/11/2013 5:04:55 PM]

Amazon.com: Essential Vocal Masters: Jr. & Buddy Rich Sammy Davis: MP3 Downloads

**Original Release Date:** May 1, 2011
**Label:** Stardust Records
**Copyright:** (c) 2011 Stardust Records
**Total Length:** 31:57
**Genres:**
 Jazz > Traditional Jazz & Ragtime
**ASIN:** B005BNL9WY
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #379,408 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

**There are no customer reviews yet.**

| | |
|---|---|
| 5 star | |
| 4 star | |
| 3 star | |
| 2 star | |
| 1 star | |

Share your thoughts with other customers

**Write a customer review**



Your Amazon.com | Today's D

Shop by **Department**   Search   MP3 Music

Amazon MP3 Store   Amazon Cloud Player   New



## Look for Similar Items by Category

 Jazz > Traditional Jazz & Ragtime

## Feedback

- If you have a question or problem, visit our **Help pages**.
- Would you like to **give feedback on images** or **tell us about a lower price**?
- If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations



Loading

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns Are Easy



## amazon
**Try Prime**

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

**Search** [MP3 Music ▾]  [                    ] [    ]

Hello. **Sign in**
Your Account ▾ | Try Prime ▾ | **0** Cart ▾ | Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help

### The Sounds Of '66
Sammy Davis Jr. / Buddy Rich    Format: MP3 Music
★★★★★ ☑ (21 customer reviews)

Price: **$8.99**

**Original Release Date:** July 24, 2012

*AutoRip* ≫ Buy the CD album for $11.43 and get the MP3 version for FREE. CD album ships from and sold by Amazon.com. Terms and Conditions. Does not apply to gift orders. Complete your purchase of the CD album to save the MP3 version to Cloud Player.



Get our free Amazon music app
[Google play] [App Store] [amazon]

ZOOM
See larger image (with zoom)

| | |
|---|---|
| 🔘 Buy MP3 Album $8.99 | |
| — or — | |
| 🔘 Buy CD Album $11.43 | Includes **FREE MP3 version** of this album. |
| Give album OR song as gift | |
| Redeem a gift card or promotion code & view balance | |
| Add to Wish List | |



▶ Play all samples 🔊

**MP3 Songs**

| | Song Title | Artist | Time | Price | |
|---|---|---|---|---|---|
| ▶ | 1. Come Back To Me (Remastered LP Version) | Sammy Davis, Jr. | 4:09 | $0.99 | Buy MP3 |
| ▶ | 2. I Know A Place (Remastered LP Version) | Sammy Davis, Jr. | 2:23 | $0.99 | Buy MP3 |
| ▶ | 3. What Did I Have That I Don't Have? (Remastered LP Version) | Sammy Davis, Jr. | 3:41 | $0.99 | Buy MP3 |
| ▶ | 4. What The World Need Now Is Love (Remastered LP Version) | Sammy Davis, Jr. | 3:01 | $0.99 | Buy MP3 |
| ▶ | 5. Once In Love With Amy (Remastered LP Version) | Sammy Davis, Jr. | 2:43 | $0.99 | Buy MP3 |
| ▶ | 6. Ding Dong! The Witch Is Dead (Remastered LP Version) | Sammy Davis, Jr. | 1:44 | $0.99 | Buy MP3 |
| ▶ | 7. What Now My Love (Remastered LP Version) | Sammy Davis, Jr. | 3:03 | $0.99 | Buy MP3 |
| ▶ | 8. What Kind Of Fool Am I? (Remastered LP Version) | Sammy Davis, Jr. | 3:03 | $0.99 | Buy MP3 |
| ▶ | 9. If It's The Last Thing I Do (Remastered LP Version) | Sammy Davis, Jr. | 3:19 | $0.99 | Buy MP3 |
| ▶ | 10. Please Don't Talk About Me When I'm Gone (Remastered LP Version) | Sammy Davis, Jr. | 4:05 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

### Customers Who Bought This Item Also Bought
Page 1 of 6

‹



**Italian Love Songs**
> Dean Martin
★★★★☆ (73)
MP3 Download
$8.49



**101 Hits - Swing Essentials**
> Various artists
★★★★☆ (24)
MP3 Download
$6.99



**That's All! (US Release)**
> Jr. Sammy Davis
★★★★★ (17)
MP3 Download
$11.49



**The Definitive Collection**
> Jr. Sammy Davis
★★★★☆ (28)
MP3 Download
$9.49

›

Amazon.com: The Sounds Of '66: Sammy Davis Jr. / Buddy Rich: MP3 Downloads

## Product Details

**Original Release Date:** July 24, 2012
**Release Date:** July 24, 2012
**Label:** Rhino
**Copyright:** 1966 Reprise Records
**Record Company Required Metadata:** Music file metadata contains unique purchase identifier. Learn more.
**Total Length:** 31:11
**Genres:**
  Pop
**ASIN:** B008LQMWZQ
**Average Customer Review:** ★★★★★ ☑ (21 customer reviews)
**Amazon Best Sellers Rank:** #18,675 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews



★★★★★ (21)
4.8 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 18 |
| 4 star | | 2 |
| 3 star | | 0 |
| 2 star | | 1 |
| 1 star | | 0 |

See all 21 customer reviews

" Sammy is in perfect form, backed by world-famous drummer Buddy Rich and his orchestra live in Las Vegas. "
Daniel Jolley | 4 reviewers made a similar statement

" I just loved the 'Ding Dong the Witch is Dead' rendition. "
Bob Sacamano | 2 reviewers made a similar statement

" I had the 33 LP album. "
Flo | 2 reviewers made a similar statement

### Most Helpful Customer Reviews

12 of 12 people found the following review helpful
★★★★★ **Sammy at his very, very best** June 19, 2005
By Daniel Jolley (HALL OF FAME) (TOP 500 REVIEWER) (VINE VOICE)
Format: Audio CD

The Sounds of '66 is a recording that all Sammy Davis Jr. fans simply must have in their collections. Sammy is in perfect form, backed by world-famous drummer Buddy Rich and his orchestra live in Las Vegas. This was Sammy's natural environment, and he put on what is perhaps the show of his life that night. World-class entertainers from all over the Vegas strip packed themselves into the Sands lounge in the middle of the night, after all of the main shows were over, and reveled in a jam session the likes of which may never be seen again. Sammy bores right into Come Back to Me at fever pitch and never slows down until the show is over. This live version of Come Back to Me is the best I've ever heard. I've lost count of how many versions of What Kind of Fool Am I? are available, as Sammy never seemed to sing this song the same way twice, but this live recording features one of the better ones.

All of that being said, one of the many great things about The Sounds of `66 is the fact that a number of these tracks aren't readily available on other albums, at least not that I know of. I can't remember which female artist made I Know a Place famous, but Sammy truly brings the song to life in a wholly new form. What Did I Have That I Don't Have? is perhaps my favorite song on this CD; it starts a little slowly, but Sammy fills it with enough passion and emotion that it is all but flammable by the time he gets through with it. Once in Love With Amy and If It's the Last Thing I Do are great songs I have not heard elsewhere. I never cared for What the World Needs Now Is Love until I heard Sammy sing it; he wails, producing a much more animated song than Burt Bacharach could ever even conceive of. One of my all-time favorite songs is What Now My Love? Read more ›

Comment | Was this review helpful to you? [Yes] [No]

6 of 6 people found the following review helpful
★★★★★ **What a swingin' set!** March 2, 2004





**Most Recent Customer Reviews**

★★★★★ Classic vocals with big band
Both of these artists were in their primes and the sounds they put together are remarkable. I played this album on the radio when it first came out and it caught my eye while...
Read more
Published 4 months ago by Jim Heim

★★★★★ Sammy and Buddy and classic '66 jazz vocals. Can't go wrong.
After looking at some other Sammy Davis records, I saw this and saw Buddy Rich and though how can you go wrong? You can't.
Read more
Published 6 months ago by Narut Ujnat

Amazon.com: Essential Vocal Masters: Jr. & Buddy Rich Sammy Davis: MP3 Downloads

# amazon
Try Prime

Your Amazon.com   Today's Deals   Gift Cards   Sell   Help


All-New kindle paperwhite
From $119 › Pre-order now

Shop by Department ▼     Search   MP3 Music ▼   [          ]  [   ]     Hello. Sign in Your Account ▼   Try Prime ▼   0 Cart ▼   Wish List ▼

Amazon MP3 Store   Amazon Cloud Player   New Releases   Browse Genres   Recommendations   Best Sellers   Advanced Search   Getting Started   CDs   MP3 Help

## Essential Vocal Masters

Sammy Davis, Jr. & Buddy Rich | Format: MP3 Music

Be the first to review this item

Price: **$8.99**

Original Release Date: May 1, 2011

Get our free Amazon music app
 GET IT ON Google play
 Available on the App Store
Available at amazon

ZOOM
See larger image (with zoom)

- Buy MP3 album with 1-Click®
- Give album OR song as gift
- Redeem a gift card or promotion code & view balance

Add to Wish List



| MP3 Songs | ▶ Play all samples | | |
|---|---|---|---|
| **Song Title** | | **Time** | **Price** |
| ▶ 1. Come Back To Me | | 4:16 | $0.99 | Buy MP3 |
| ▶ 2. I Know A Place | | 2:26 | $0.99 | Buy MP3 |
| ▶ 3. What Did I Have That I Don't Have? | | 3:45 | $0.99 | Buy MP3 |
| ▶ 4. What The World Needs Now Is Love | | 3:06 | $0.99 | Buy MP3 |
| ▶ 5. Once In Love With Amy | | 2:43 | $0.99 | Buy MP3 |
| ▶ 6. Ding Dong! The Witch Is Dead | | 1:51 | $0.99 | Buy MP3 |
| ▶ 7. What Now, My Love? | | 3:08 | $0.99 | Buy MP3 |
| ▶ 8. What Kind Of Fool Am I? | | 3:09 | $0.99 | Buy MP3 |
| ▶ 9. If It's The Last Thing I Do | | 3:26 | $0.99 | Buy MP3 |
| ▶ 10. Please Don't Talk About Me When I'm Gone | | 4:07 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Viewed This Item Also Viewed



The Sounds Of '66
› Sammy Davis Jr. / Buddy…
★★★★★ (21)
MP3 Download
$8.99

## Product Details

Amazon.com: Essential Vocal Masters: Jr. & Buddy Rich Sammy Davis: MP3 Downloads

**Original Release Date:** May 1, 2011
**Label:** Stardust Records
**Copyright:** (c) 2011 Stardust Records
**Total Length:** 31:57
**Genres:**
  Jazz > Traditional Jazz & Ragtime
**ASIN:** B005BNL9WY
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #379,408 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

---

## Customer Reviews

There are no customer reviews yet.

5 star
4 star
3 star
2 star
1 star

Share your thoughts with other customers

Write a customer review



Your Amazon.com | Today's D

Shop by **Department**     **Search**    MP3 Music

**Amazon MP3 Store**    Amazon Cloud Player    New



---

## Look for Similar Items by Category

Jazz > Traditional Jazz & Ragtime

---

### Feedback

- If you have a question or problem, visit our **Help pages**.
- Would you like to **give feedback on images** or **tell us about a lower price**?
- If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

---

### Your Recently Viewed Items and Featured Recommendations



Loading

---

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns Are Easy

Amazon.com: paul petersen lollipops & roses: MP3 Downloads

All-New kindle paperwhite
From $119 › Pre-order now

**amazon**
Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

Shop by Department ▼ | Search | MP3 Music ▼ | paul petersen lollipops & roses | | Hello. Sign in Your Account ▼ | Try Prime ▼ | 0 Cart ▼ | Wish List ▼

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help

**Category**
MP3 Albums (2)
MP3 Songs (38)

**Department**
‹ Any Department
MP3 Downloads
Pop (40)

Shop for **"paul petersen lollipops & roses"** in our **Amazon CD Store** (8)

**Listmania!**

Listmania! create your list HERE learn how

Create a Listmania! list

MP3 Downloads › **"paul petersen lollipops & roses"**

**MP3 Albums**

*See all 2 MP3 album results*

1. 
**Lollipops And Roses** by Paul Petersen
**$9.49**

2.
**Lollipops & Roses** by Paul Petersen
**$8.99**

**MP3 Songs and Extras**   (Showing 38 Results)    Sort by Relevance

| | Song Title | Artist | Album | Time | Price | Download |
|---|---|---|---|---|---|---|
| ▶ 1. | Lollipops And Roses | Paul Petersen | Lollipops & Roses | 2:24 | $0.99 | Buy MP3 |
| ▶ 2. | Lollipops And Roses (LP Version) | Paul Petersen | Lollipops And Roses | 2:22 | $0.99 | Buy MP3 |
| ▶ 3. | You Must Have Been A Beautiful Baby | Paul Petersen | Lollipops & Roses | 2:23 | $0.99 | Buy MP3 |
| ▶ 4. | Lollipops & Roses | Paul Petersen | Hits & Rarities 1961 - 1968 | 2:25 | $0.99 | Buy MP3 |
| ▶ 5. | Lollipops And Roses (LP Version) | Paul Petersen | Teen-Age Triangle | 2:23 | $0.99 | Buy MP3 |
| ▶ 6. | My Dad | Paul Petersen | Lollipops & Roses | 2:26 | $0.99 | Buy MP3 |
| ▶ 7. | She Can't Find Her Keys | Paul Petersen | Lollipops & Roses | 2:33 | $0.99 | Buy MP3 |
| ▶ 8. | She Can't Find Her Keys (LP Version) | Paul Petersen | Lollipops And Roses | 2:30 | $0.99 | Buy MP3 |
| ▶ 9. | I Only Have Eyes For You (Bossa Nova) | Paul Petersen | Lollipops & Roses | 2:20 | $0.99 | Buy MP3 |
| ▶ 10. | Try A Little Tenderness | Paul Petersen | Lollipops & Roses | 1:55 | $0.99 | Buy MP3 |
| ▶ 11. | Little White Lies | Paul Petersen | Lollipops & Roses | 2:26 | $0.99 | Buy MP3 |
| ▶ 12. | Mama, Your Little Boy Fell (LP Version) | Paul Petersen | Lollipops And Roses | 2:05 | $0.99 | Buy MP3 |
| ▶ 13. | Love Me Tender (LP Version) | Paul Petersen | Lollipops And Roses | 2:00 | $0.99 | Buy MP3 |
| ▶ 14. | Heart And Soul | Paul Petersen | Lollipops & Roses | 2:11 | $0.99 | Buy MP3 |
| ▶ 15. | Be Everything To Anyone You Love | Paul Petersen | Lollipops & Roses | 2:04 | $0.99 | Buy MP3 |
| ▶ 16. | The Girl Next Door | Paul Petersen | Lollipops & Roses | 2:26 | $0.99 | Buy MP3 |
| ▶ 17. | Mama, Your Little Boy Fell | Paul Petersen | Lollipops & Roses | 2:07 | $0.99 | Buy MP3 |
| ▶ 18. | Please, Mr. Sun (LP Version) | Paul Petersen | Lollipops And Roses | 2:11 | $0.99 | Buy MP3 |
| ▶ 19. | One Girl (LP Version) | Paul Petersen | Lollipops And Roses | 2:08 | $0.99 | Buy MP3 |
| ▶ 20. | Love Me Tender | Paul Petersen | Lollipops & Roses | 2:03 | $0.99 | Buy MP3 |
| ▶ 21. | One Girl | Paul Petersen | Lollipops & Roses | 2:10 | $0.99 | Buy MP3 |
| ▶ 22. | Please Mr. Sun | Paul Petersen | Lollipops & Roses | 2:13 | $0.99 | Buy MP3 |
| ▶ 23. | Keep Your Love Locked | Paul Petersen | Lollipops & Roses | 2:13 | $0.99 | Buy MP3 |
| ▶ 24. | What Did They Do Before Rock 'N' Roll? | Paul Petersen | Lollipops & Roses | 2:09 | $0.99 | Buy MP3 |
| ▶ 25. | Zip A Dee Doo Dah | Paul Petersen | Lollipops & Roses | 2:26 | $0.99 | Buy MP3 |
| ▶ 26. | Imagination | Paul Petersen | Lollipops & Roses | 2:42 | $0.99 | Buy MP3 |
| ▶ 27. | Be Everything To Anyone You Love (LP Version) | Paul Petersen | Lollipops And Roses | 2:02 | $0.99 | Buy MP3 |



| | | | | | | |
|---|---|---|---|---|---|---|
| ▶ | 28. | Penny Is Seventeen | Paul Petersen | Lollipops & Roses | 2:12 | $0.99 | Buy MP3 |
| ▶ | 29. | What Did They Do Before Rock & Roll (LP Version) | Paul Petersen | Lollipops And Roses | 2:09 | $0.99 | Buy MP3 |
| ▶ | 30. | Little Boy Sad | Paul Petersen | Lollipops & Roses | 1:42 | $0.99 | Buy MP3 |
| ▶ | 31. | Blue Moon | Paul Petersen | Lollipops & Roses | 2:20 | $0.99 | Buy MP3 |
| ▶ | 32. | Keep Your Love Locked (LP Version) | Paul Petersen | Lollipops And Roses | 2:11 | $0.99 | Buy MP3 |
| ▶ | 33. | Little Boy Sad (LP Version) | Paul Petersen | Lollipops And Roses | 1:40 | $0.99 | Buy MP3 |
| ▶ | 34. | Linda | Paul Petersen | Lollipops & Roses | 2:05 | $0.99 | Buy MP3 |
| ▶ | 35. | Penny Is Seventeen (LP Version) | Paul Petersen | Lollipops And Roses | 2:09 | $0.99 | Buy MP3 |
| ▶ | 36. | Making Whoopee | Paul Petersen | Lollipops & Roses | 2:26 | $0.99 | Buy MP3 |
| ▶ | 37. | Blue Moon (LP Version) | Paul Petersen | Lollipops And Roses | 2:18 | $0.99 | Buy MP3 |
| ▶ | 38. | Goody Goody | Paul Petersen | Lollipops & Roses | 1:51 | $0.99 | Buy MP3 |

Shop for "paul petersen lollipops & roses" in our **Amazon CD Store** (8)

**Search Feedback**

Did you find what you were looking for?  Yes  No

If you need help or have a question for Customer Service, please visit the Help Section.

Search powered by A9

**Your Recently Viewed Items and Featured Recommendations**



Loading

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns Are Easy |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |
| | | | Help |

Amazon.com: Lollipops And Roses: Paul Petersen: MP3 Downloads



amazon
Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

Shop by Department ▾    Search    MP3 Music ▾    [          ]    Hello. **Sign in** Your Account ▾    Try Prime ▾    **0** Cart ▾    Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help



🔍 **ZOOM**
See larger image (with zoom)

## Lollipops And Roses
Paul Petersen | Format: MP3 Music
Be the first to review this item

Price: **$9.49**

Original Release Date: April 14, 2009

 
Get our free Amazon music app

▶ Buy MP3 album with 1-Click®
Give album OR song as gift
$ Redeem a gift card or promotion code & view balance
Add to Wish List



| MP3 Songs | ▶ Play all samples 🔊 | | |
|---|---|---|---|
| **Song Title** | **Time** | **Price** | |
| ▶ 1. She Can't Find Her Keys (LP Version) | 2:30 | $0.99 | Buy MP3 |
| ▶ 2. Keep Your Love Locked (LP Version) | 2:11 | $0.99 | Buy MP3 |
| ▶ 3. Little Boy Sad (LP Version) | 1:40 | $0.99 | Buy MP3 |
| ▶ 4. Be Everything To Anyone You Love (LP Version) | 2:02 | $0.99 | Buy MP3 |
| ▶ 5. Mama, Your Little Boy Fell (LP Version) | 2:05 | $0.99 | Buy MP3 |
| ▶ 6. One Girl (LP Version) | 2:08 | $0.99 | Buy MP3 |
| ▶ 7. Lollipops And Roses (LP Version) | 2:22 | $0.99 | Buy MP3 |
| ▶ 8. Love Me Tender (LP Version) | 2:00 | $0.99 | Buy MP3 |
| ▶ 9. Please, Mr. Sun (LP Version) | 2:11 | $0.99 | Buy MP3 |
| ▶ 10. Blue Moon (LP Version) | 2:18 | $0.99 | Buy MP3 |
| ▶ 11. Penny Is Seventeen (LP Version) | 2:09 | $0.99 | Buy MP3 |
| ▶ 12. What Did They Do Before Rock & Roll (LP Version) | 2:09 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details

**Original Release Date:** April 14, 2009
**Release Date:** April 14, 2009
**Label:** Rhino
**Copyright:** 1962 Colpix
**Record Company Required Metadata:** Music file metadata contains unique purchase identifier. Learn more.
**Total Length:** 25:45
**Genres:**
Pop
**ASIN:** B007GI2R2S
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #693,642 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

Amazon.com: Lollipops & Roses: Paul Petersen: MP3 Downloads

**amazon**
Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

All-New **kindle** paperwhite
From $119  ›Pre-order now



Search | MP3 Music ▾ | [                    ] | [  ]

Hello. **Sign in**
Your Account ▾ | Try **Prime** ▾ | 🛒 **0** Cart ▾ | **Wish List** ▾

Shop by Department ▾

| Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help |

**Lollipops & Roses**
Paul Petersen | Format: MP3 Music
Be the first to review this item

Price: **$8.99**

Original Release Date: May 1, 2011
Also available in  CD Format

Buy MP3 album with 1-Click®

Give album OR song as gift

$ Redeem a gift card or promotion code & view balance

Add to Wish List

Get our free
Amazon music app

 GET IT ON Google play

 Available on the App Store

Available at amazon

ZOOM
See larger image (with zoom)

| MP3 Songs | ▶ Play all samples | | 🔊 |
| --- | --- | --- | --- |

| | Song Title | Time | Price | |
| --- | --- | --- | --- | --- |
| ▶ | 1. She Can't Find Her Keys | 2:33 | $0.99 | Buy MP3 |
| ▶ | 2. Keep Your Love Locked | 2:13 | $0.99 | Buy MP3 |
| ▶ | 3. Little Boy Sad | 1:42 | $0.99 | Buy MP3 |
| ▶ | 4. Be Everything To Anyone You Love | 2:04 | $0.99 | Buy MP3 |
| ▶ | 5. Mama, Your Little Boy Fell | 2:07 | $0.99 | Buy MP3 |
| ▶ | 6. One Girl | 2:10 | $0.99 | Buy MP3 |
| ▶ | 7. Lollipops And Roses | 2:24 | $0.99 | Buy MP3 |
| ▶ | 8. Love Me Tender | 2:03 | $0.99 | Buy MP3 |
| ▶ | 9. Please Mr. Sun | 2:13 | $0.99 | Buy MP3 |
| ▶ | 10. Blue Moon | 2:20 | $0.99 | Buy MP3 |
| ▶ | 11. Penny Is Seventeen | 2:12 | $0.99 | Buy MP3 |
| ▶ | 12. What Did They Do Before Rock 'N' Roll? | 2:09 | $0.99 | Buy MP3 |
| ▶ | 13. My Dad | 2:26 | $0.99 | Buy MP3 |
| ▶ | 14. Try A Little Tenderness | 1:55 | $0.99 | Buy MP3 |
| ▶ | 15. I Only Have Eyes For You (Bossa Nova) | 2:20 | $0.99 | Buy MP3 |
| ▶ | 16. You Must Have Been A Beautiful Baby | 2:23 | $0.99 | Buy MP3 |
| ▶ | 17. Little White Lies | 2:26 | $0.99 | Buy MP3 |
| ▶ | 18. Linda | 2:05 | $0.99 | Buy MP3 |
| ▶ | 19. Imagination | 2:42 | $0.99 | Buy MP3 |
| ▶ | 20. Goody Goody | 1:51 | $0.99 | Buy MP3 |

| | | | |
|---|---|---|---|
| ▶ | 21. The Girl Next Door | 2:26 | $0.99 | Buy MP3 |
| ▶ | 22. Making Whoopee | 2:26 | $0.99 | Buy MP3 |
| ▶ | 23. Heart And Soul | 2:11 | $0.99 | Buy MP3 |
| ▶ | 24. Zip A Dee Doo Dah | 2:26 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details

**Original Release Date:** May 1, 2011
**Label:** Master Classics Records
**Copyright:** (c) 2011 Master Classics Records
**Total Length:** 53:47
**Genres:**
  Pop > Adult Contemporary
**ASIN:** B0051V5LIE
**Average Customer Review:** Be the first to review this item

## Customer Reviews

There are no customer reviews yet.

| | |
|---|---|
| 5 star | |
| 4 star | |
| 3 star | |
| 2 star | |
| 1 star | |

Share your thoughts with other customers

Write a customer review


amazon
Try Prime
Your Amazon.com | Today's D

Shop by
Department        Search    MP3 Music

Amazon MP3 Store    Amazon Cloud Player    New


PAUL PETERSEN
LOLLIPOPS
AND
Roses                Advertisement

## Look for Similar Items by Category

  Pop > Adult Contemporary

## Feedback

- If you have a question or problem, visit our **Help pages**.
- Would you like to **give feedback on images** or **tell us about a lower price**?
- If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations

You
viewed   

> View or edit
> your browsing
> history

See personalized recommendations

Sign in

New customer? Start here.

**Continue Shopping:** Customers Who Bought Items in Your Recent History Also Bought

Try Prime    Recommendations    Today's Deals    Gift Cards    Sell    Help

Shop by
**Department** ▾    Search    MP3 Music ▾    [ ]    **Go**    Hello. Sign in
**Your Account** ▾    Try
**Prime** ▾    **0**

**Amazon MP3 Store**    Amazon Cloud Player    New Releases    Browse Genres    Recommendations    Best Sellers    Advanced Search    Getting St...

**Category**
  MP3 Albums (2)
  MP3 Songs (27)

**Department**
‹ Any Department
  **MP3 Downloads**
    Jazz (14)
    Soundtracks (14)
    Pop (1)

Shop for **"77 sunset strip by Warren Barker"** in our
**Amazon CD Store** (4)

MP3 Downloads › "77 sunset strip by Warren Barker"

**MP3 Albums**    See all 2

**77 Sunset Strip** by Warren
Barker
**$9.49**

**77 Sunset Strip** by Warren
Barker Orchestra
**$8.99**

**MP3 Songs and Extras**

Showing 27 Results

Play all samples

| Song Title | Artist | Album | Time | Price |
|---|---|---|---|---|
| 77 Sunset Strip (Album Version) | Warren Barker Orchestra | 77 Sunset Strip | 2:11 | $0.99 |
| 77 Sunset Strip Cha Cha (Album Version) | Warren Barker Orchestra | 77 Sunset Strip | 2:06 | $0.99 |
| 77 Sunset Strip Cha Cha | Warren Barker Orchestra | 77 Sunset Strip | 2:07 | $0.99 |
| 77 Sunset Strip | Warren Barker Orchestra | 77 Sunset Strip | 2:12 | $0.99 |
| 77 Sunset Strip | Warren Barker & His Orchestra | America's Greatest Music Makers | 2:08 | $0.89 |
| Blue Night On The Strip (Album Version) | Warren Barker Orchestra | 77 Sunset Strip | 2:40 | $0.99 |
| Swingin' On The Strip | Warren Barker Orchestra | 77 Sunset Strip | 1:50 | $0.99 |
| Swingin' On The Strip (Album Version) | Warren Barker Orchestra | 77 Sunset Strip | 1:51 | $0.99 |
| Blue Night On The Strip | Warren Barker Orchestra | 77 Sunset Strip | 2:41 | $0.99 |
| Caper At The Coffee House (Album Version) | Warren Barker Orchestra | 77 Sunset Strip | 2:10 | $0.99 |
| Late At Bailey's Pad (Album Version) | Warren Barker Orchestra | 77 Sunset Strip | 2:55 | $0.99 |
| Cleo's Theme | Warren Barker Orchestra | 77 Sunset Strip | 3:42 | $0.99 |
| If I Could Be With You (Album Version) | Warren Barker Orchestra | 77 Sunset Strip | 2:00 | $0.99 |
| Caper At The Coffee House | Warren Barker Orchestra | 77 Sunset Strip | 2:10 | $0.99 |
| Lover Come Back To Me (Album Version) | Warren Barker Orchestra | 77 Sunset Strip | 1:54 | $0.99 |
| Cleo's Theme (Album Version) | Warren Barker Orchestra | 77 Sunset Strip | 3:41 | $0.99 |
| The Stu Bailey Blues (Album Version) | Warren Barker Orchestra | 77 Sunset Strip | 2:45 | $0.99 |

| Title | Artist | Album | Time | Price |
|---|---|---|---|---|
| I Get A Kick Out Of You (Album Version) | Warren Barker Orchestra | 77 Sunset Strip | 2:46 | $0.99 |
| Lover Come Back To Me | Warren Barker Orchestra | 77 Sunset Strip | 1:55 | $0.99 |
| You Took Advantage Of Me (Album Version) | Warren Barker Orchestra | 77 Sunset Strip | 2:55 | $0.99 |
| If I Could Be With You | Warren Barker Orchestra | 77 Sunset Strip | 2:01 | $0.99 |
| Kookie's Caper | Warren Barker Orchestra | 77 Sunset Strip | 2:07 | $0.99 |
| Kookie's Caper (Album Version) | Warren Barker Orchestra | 77 Sunset Strip | 2:06 | $0.99 |
| Late At Bailey's Pad | Warren Barker Orchestra | 77 Sunset Strip | 2:57 | $0.99 |
| I Get A Kick Out Of You | Warren Barker Orchestra | 77 Sunset Strip | 2:47 | $0.99 |
| You Took Advantage Of Me | Warren Barker Orchestra | 77 Sunset Strip | 2:55 | $0.99 |
| The Stu Bailey Blues | Warren Barker Orchestra | 77 Sunset Strip | 2:46 | $0.99 |

Shop for **"77 sunset strip by Warren Barker"** in our **Amazon CD Store** (4)

**Sponsored Links**

1. **We Found** Warren Barker                    But Only You Can Access Your Score. Get Your Free C
   Today!   www.freecreditscore.com/**Warren+Barker**

2. 77 Sunset Strip                              Looking for **77 Sunset Strip**? Find exactly what you wa
   www.yahoo.com/

3. Sunset Stripe                                Find the cheapest prices Using our Shopping Engine!
   www.shoptrue.com/

4. **We Found** Warren Barker                    1) **Warren Barker's** Phone 2) Address 3) Age & More.
   www.beenverified.com/

See a problem with these advertisements? Let us know

**Search Feedback**

Did you find what you were looking for? Yes  No

If you need help or have a question for Customer Service, please visit the Help Section.

Search powered by A9

**Your Recently Viewed Items and Featured Recommendations**



| | | Song Title | Artist | Time | Popularity | |
|---|---|---|---|---|---|---|
| ▶ | 1 | 77 Sunset Strip (Album Version) | Warren Barker Orchestra | 2:11 | | Buy: $0.99 |
| ▶ | 2 | Late At Bailey's Pad (Album Version) | Warren Barker Orchestra | 2:55 | | Buy: $0.99 |
| ▶ | 3 | I Get A Kick Out Of You (Album Version) | Warren Barker Orchestra | 2:46 | | Buy: $0.99 |
| ▶ | 4 | Cleo's Theme (Album Version) | Warren Barker Orchestra | 3:41 | | Buy: $0.99 |
| ▶ | 5 | Caper At The Coffee House (Album Version) | Warren Barker Orchestra | 2:10 | | Buy: $0.99 |
| ▶ | 6 | You Took Advantage Of Me (Album Version) | Warren Barker Orchestra | 2:55 | | Buy: $0.99 |
| ▶ | 7 | 77 Sunset Strip Cha Cha (Album Version) | Warren Barker Orchestra | 2:06 | | Buy: $0.99 |
| ▶ | 8 | Kookie's Caper (Album Version) | Warren Barker Orchestra | 2:06 | | Buy: $0.99 |
| ▶ | 9 | The Stu Bailey Blues (Album Version) | Warren Barker Orchestra | 2:45 | | Buy: $0.99 |
| ▶ | 10 | Lover Come Back To Me (Album Version) | Warren Barker Orchestra | 1:54 | | Buy: $0.99 |
| ▶ | 11 | Blue Night On The Strip (Album Version) | Warren Barker Orchestra | 2:40 | | Buy: $0.99 |
| ▶ | 12 | If I Could Be With You (Album Version) | Warren Barker Orchestra | 2:00 | | Buy: $0.99 |

▶ | 13 | **Swingin' On The Strip (Album Version)** | **Warren Barker Orchestra** | 1:51 | | Buy: $0.99

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Viewed This Item Also Viewed



77 Sunset Strip
› Original Television Sou…
MP3 Download
$0.89



The Golden Age of TV Drama
James Dean
(7)
DVD



Camelot
› Camelot
(92)
MP3 Download
$5.99



The Marx Brothers Greatest Hits
› The Marx Brothers
(3)
MP3 Download
$5.99

## Product Details

**Original Release Date:** November 20, 2007

**Release Date:** November 20, 2007

**Label:** Rhino/Warner Bros.

**Copyright:** 1959 Warner Bros. Records, manufactured and marketed by Rhino Entertainment Company, a Warner Music Group company

**Record Company Required Metadata:** Music file metadata contains unique purchase identifier. Learn more.

**Total Length:** 32:00

**Genres:**

Jazz

**ASIN:** B00122PV4A

**Average Customer Review:** (7 customer reviews)

**Amazon Best Sellers Rank:** #364,001 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

(7)
4.9 out of 5 stars

| 5 star | 6 |
| 4 star | 1 |
| 3 star | 0 |
| 2 star | 0 |
| 1 star | 0 |

Share your thoughts with other customers

Write a customer review

See all 7 customer reviews

### Most Helpful Customer Reviews

10 of 10 people found the following review helpful

**77 Suinset Strip sound track** May 28, 2004

By A Customer

Format: Audio CD

This album is outstanding. West Coast cool jazz performed by Warren Barker and a group of uncredited but highly talented musicians. I have always wondered why the musicians have never been identified because there is some excellent piano, vibes and horn work on this album. The German CD reissue has excellent sound quality. I

Advertisement

### Most Recent Customer Reviews

**Finger snapping good**

This was a 'blast' from my past. It arrived on time and in perfect condition. 'KOOKY!'

Published on February 26, 2010 by Marianne Laird-Bird

was listening to this album in 1959 and still listen to it in 2004. Henry Mancini
created the private eye jazz style ("Peter Gunn") but Warren Barker added
greatly to it with this album.

Comment | **Was this review helpful to you?**   Yes   No

6 of 7 people found the following review helpful

### Kookie Kookie, Lend me your comb   August 14, 2003

By A Customer

Format: Audio CD | **Amazon Verified Purchase**

77 Sunset Strip was the first and best of the Warner Bros. 50's detective shows.
The cast was above average, the stories, which were copied for the other shows
that followed, were well written. After listening to this cd, you realize this album
could have stood for it's self and not just background music. I highly recommend
this hard to find cd if you are a fan of 50's big band.

Comment | **Was this review helpful to you?**   Yes   No

### Cool and Crisp   November 14, 2012

By Brent Butler   **TOP 500 REVIEWER**   **VINE VOICE**

Format: MP3 Music | **Amazon Verified Purchase**

This first thing I like to know about an MP3 album is how it compares to physical
media. No worries on that account here ... this album sounds great on MP3. The
instruments sound crisp and detailed. The range is excellent, there is no
distortion at the higher and lower ends. The stereo separation is pleasing.

How about the music itself? It's cool jazz, arranged to fit the style and the mood
of late 50s - early 60s TV ... and TV jazz in those days was very fine indeed. The
skill of the musicians in these numbers is top notch. The notes on the horns are
pure and the piano play had a light and adroit touch. You'd swear the bass was
across the room from you.

Of course this album isn't really a soundtrack. The classic theme from the show
is reinterpreted here, not recreated. This is a studio album of music that might
have appeared in the show, but arranged for these studio performances as full
bodied jazz ... not the light background versions that would have accompanied
the action on film.

On one point I was a bit conflicted about whether to be disappointed or smug.
One of the TV shows had a jazz combo at Dino's (next door to the agency's
office) doing a unique turn on the theme song as a full musical number. The WB
shows of that day were relaxed enough to do that, for example every Hawaiian
Eye had a full musical number sung by Connie Stevens. I happened to record
that 77 Sunset Strip show years ago when it played on the then "Good Life TV
Network", and eventually managed to transfer it to my computer. There probably
aren't many people with a recording of that number. I was halfway expecting it to
be on this album (when I thought it might be a soundtrack). Read more ›

Comment | **Was this review helpful to you?**   Yes   No

### fond memories   January 22, 2011

By Mat

Format: Audio CD | **Amazon Verified Purchase**

This album was a surprise for me from the days when the TV show was running
and my mother gave it to me. I was a kid, but I listened to it often and being able
to listen to it again after five decades was quite nice. What is surprising that it
sounds to my ear as a pretty good jazz album. I have always liked the extensive
use of bass clarinet on it. The album includes several settings of some standards
as well as the TV show theme and two different variations on it. It is definately a
product of its time. Enjoy.

### From the good old days

One of my all time favorite TV shows. I stil have
the record album, but it won't fit in the CD Player.
I can't wait for the DVD collection to come out.
Published on March 2, 2009 by Paul M. Carlson

### Meet Me On The Strip!

Ladies: put on your cocktail dresses and men:
your white sports coats and black bowties! Turn
the lights low, get out your pink elephant swizzle
sticks and silver bullet cocktail... Read more
Published on February 17, 2007 by Linda G. Chronister

### Search Customer Reviews

[                    ]   Go

☑ Only search this product's reviews

Case 2:13-cv-08496-PSG-PLA   Document 3-11   Filed 11/18/13   Page 22 of 33   Page ID #:396

Comment | **Was this review helpful to you?** Yes   No

› **See all 7 customer reviews (newest first)**

Write a customer review

---

## What Other Items Do Customers Buy After Viewing This Item?

-  **77 Sunset Strip** Original Television Soundtrack | Format: MP3 Music   MP3 Download
  $0.89

  › **Explore similar items**

### Feedback
▸ If you have a question or problem, visit our **Help pages**.
▸ Would you like to **give feedback on images** or **tell us about a lower price**?
▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

**Your Recently Viewed Items and Featured Recommendations**

Loading

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Kindle
Help

**amazon**.com

Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

**6pm**
Score deals
on fashion brands

**AbeBooks**
Rare Books
& Textbooks

**AfterSchool.com**
Kids' Sports, Outdoor
& Dance Gear

**AmazonFresh**
Groceries & More
Right To Your Door

**Amazon Local**
Great Local Deals
in Your City

**AmazonSupply**
Business, Industrial
& Scientific Supplies

**Amazon Web Services**
Scalable Cloud
Computing Services

**Askville**
Community
Answers

**Audible**
Download
Audio Books

**BeautyBar.com**
Prestige Beauty
Delivered

**Book Depository**
Books With Free
Delivery Worldwide

**Bookworm.com**
Books For Children
Of All Ages

**Casa.com**
Kitchen, Storage
& Everything Home

**CreateSpace**
Indie Print Publishing
Made Easy

**Diapers.com**
Everything
But The Baby

**DPReview**
Digital
Photography



See larger image (with zoom)

| | | Song Title | Artist | Time | Popularity | |
|---|---|---|---|---|---|---|
| ▶ | 1 | 77 Sunset Strip | Warren Barker Orchestra | 2:12 | | Buy: $0.99 |
| ▶ | 2 | Kookie's Caper | Warren Barker Orchestra | 2:07 | | Buy: $0.99 |
| ▶ | 3 | Lover Come Back To Me | Warren Barker Orchestra | 1:55 | | Buy: $0.99 |
| ▶ | 4 | Blue Night On The Strip | Warren Barker Orchestra | 2:41 | | Buy: $0.99 |
| ▶ | 5 | Swingin' On The Strip | Warren Barker Orchestra | 1:50 | | Buy: $0.99 |
| ▶ | 6 | 77 Sunset Strip Cha Cha | Warren Barker Orchestra | 2:07 | | Buy: $0.99 |
| ▶ | 7 | Cleo's Theme | Warren Barker Orchestra | 3:42 | | Buy: $0.99 |
| ▶ | 8 | You Took Advantage Of Me | Warren Barker Orchestra | 2:55 | | Buy: $0.99 |
| ▶ | 9 | The Stu Bailey Blues | Warren Barker Orchestra | 2:46 | | Buy: $0.99 |
| ▶ | 10 | If I Could Be With You | Warren Barker Orchestra | 2:01 | | Buy: $0.99 |
| ▶ | 11 | I Get A Kick Out Of You | Warren Barker Orchestra | 2:47 | | Buy: $0.99 |
| ▶ | 12 | Caper At The Coffee House | Warren Barker Orchestra | 2:10 | | Buy: $0.99 |

Case 2:13-cv-08496-PSG-PLA   Document 3-11   Filed 11/18/13   Page 24 of 33   Page ID #:398

▶  13  Late At Bailey's Pad          Warren Barker Orchestra          2:57          Buy: $0.99

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details

**Original Release Date:** January 1, 2011
**Label:** Master Classics Records
**Copyright:** (c) 2011 Master Classics Records
**Total Length:** 32:10
**Genres:**

Soundtracks

**ASIN:** B004L06X7Y
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #660,122 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

**There are no customer reviews yet.**

5 star
4 star
3 star
2 star
1 star

Share your thoughts with other customers

Write a customer review

Advertisement

## Feedback

▸ If you have a question or problem, visit our **Help pages**.
▸ Would you like to **give feedback on images** or **tell us about a lower price**?
▸ If you are a seller for this product and want to change product data, click **here** (you may need to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations

You
viewed     

› **View or edit your browsing history**

See personalized recommendations

**Sign in**

New customer? Start here.

**Continue Shopping:** Customers Who Bought Items in Your Recent History Also Bought                          Page 1 of 9

 

Amazon.com: Plays the Music of Harold Rome by Roland Hanna: MP3 Downloads

# amazon
Try Prime

Your Amazon.com    Today's Deals    Gift Cards    Sell    Help

**Halloween Shop**
› Shop now

Shop by **Department**    Search    | MP3 Music ▾ |    Plays the Music of Harold Rome by Roland Hanna

Hello. Sign in **Your Account** ▾    Try **Prime** ▾    🛒 **0** **Cart** ▾    Wish **List** ▾

**Amazon MP3 Store**    Amazon Cloud Player    New Releases    Browse Genres    Recommendations    Best Sellers    Advanced Search    Getting Started    CDs

**Category**
MP3 Albums (2)
MP3 Songs (16)

**Department**
‹ Any Department
**MP3 Downloads**
Jazz (18)

**MP3 Downloads** › "**Plays the Music of Harold Rome by Roland Hanna**"

**MP3 Albums**    See all 2 MP3 album results



**Roland Hanna Play Harold Rome's 'Destry Rides Again'** by Roland Hanna
**$5.52**



**Plays the Music of Harold Rome** by Roland Hanna
**$7.92**

**MP3 Songs and Extras**    ▶ Play all samples    Sort by

Showing 16 Results    🔊    | Song Title: A to Z |

| Song Title▲ | Artist | Album | Time | Price | Download |
|---|---|---|---|---|---|
| ▶ Anyone Would Love You | Roland Hanna | Plays the Music of Harold Rome | 3:42 | $0.99 | Buy MP3 |
| ▶ Anyone Would Love You (LP Version) | Roland Hanna | Roland Hanna Play Harold Rome's 'Destry Rides Again' | 3:42 | $0.69 | Buy MP3 |
| ▶ Fair Warning | Roland Hanna | Plays the Music of Harold Rome | 4:37 | $0.99 | Buy MP3 |
| ▶ Fair Warning (LP Version) | Roland Hanna | Roland Hanna Play Harold Rome's 'Destry Rides Again' | 4:37 | $0.69 | Buy MP3 |
| ▶ Hoop DE Dingle | Roland Hanna | Plays the Music of Harold Rome | 5:30 | $0.99 | Buy MP3 |
| ▶ Hoop De Dingle (LP Version) | Roland Hanna | Roland Hanna Play Harold Rome's 'Destry Rides Again' | 5:30 | $0.69 | Buy MP3 |
| ▶ I Know Your Kind | Roland Hanna | Plays the Music of Harold Rome | 4:59 | $0.99 | Buy MP3 |
| ▶ I Know Your Kind (LP Version) | Roland Hanna | Roland Hanna Play Harold Rome's 'Destry Rides Again' | 4:59 | $0.69 | Buy MP3 |
| ▶ I Say Hello | Roland Hanna | Plays the Music of Harold Rome | 4:04 | $0.99 | Buy MP3 |
| ▶ I Say Hello (LP Version) | Roland Hanna | Roland Hanna Play Harold Rome's 'Destry Rides Again' | 4:04 | $0.69 | Buy MP3 |
| ▶ Once Knew a Fella | Roland Hanna | Plays the Music of Harold Rome | 4:38 | $0.99 | Buy MP3 |
| ▶ Once Knew A Fella (LP Version) | Roland Hanna | Roland Hanna Play Harold Rome's 'Destry Rides Again' | 4:38 | $0.69 | Buy MP3 |
| ▶ Rose Lovejoy of Paradise Valley | Roland Hanna | Plays the Music of Harold Rome | 4:09 | $0.99 | Buy MP3 |
| ▶ Rose Lovejoy Of Paradise Valley (LP Version) | Roland Hanna | Roland Hanna Play Harold Rome's 'Destry Rides Again' | 4:09 | $0.69 | Buy MP3 |
| ▶ That Ring On the Finger | Roland Hanna | Plays the Music of Harold Rome | 3:45 | $0.99 | Buy MP3 |
| ▶ That Ring On The Finger (LP Version) | Roland Hanna | Roland Hanna Play Harold Rome's 'Destry Rides Again' | 3:45 | $0.69 | Buy MP3 |

**Sponsored Links**

_____

Huge selection, great deals on **Roland Hanna** items.    www.yahoo.com/

Amazon.com: Roland Hanna Play Harold Rome's 'Destry Rides Again': Roland Hanna: MP3 Downloads





**amazon** Try Prime    Your Amazon.com   Today's Deals   Gift Cards   Sell   Help

Shop by Department ▾    Search   MP3 Music ▾   | Plays the Music of Harold Rome by Roland Hanna |   ☐    Hello. Sign in Your Account ▾   Try Prime ▾   🛒 **0** Cart ▾   Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs



⊕ ZOOM
See larger image (with zoom)

# Roland Hanna Play Harold Rome's 'Destry Rides Again'

Roland Hanna | Format: MP3 Music
Be the first to review this item

Price: **$5.52**

Original Release Date: October 16, 2007




Get our free Amazon music app

🔘 **Buy MP3 album with 1-Click®**

▶ **Give album OR song as gift**

💲 Redeem a gift card or promotion code & view balance

**Add to Wish List**

## MP3 Songs    ▶ Play all samples    🔊

| | Song Title | Time | Popularity | Price | |
|---|---|---|---|---|---|
| ▶ | 1. I Know Your Kind (LP Version) | 4:59 | | $0.69 | 🔘 Buy MP3 |
| ▶ | 2. Fair Warning (LP Version) | 4:37 | | $0.69 | 🔘 Buy MP3 |
| ▶ | 3. Rose Lovejoy Of Paradise Valley (LP Version) | 4:09 | | $0.69 | 🔘 Buy MP3 |
| ▶ | 4. That Ring On The Finger (LP Version) | 3:45 | | $0.69 | 🔘 Buy MP3 |
| ▶ | 5. Once Knew A Fella (LP Version) | 4:38 | | $0.69 | 🔘 Buy MP3 |
| ▶ | 6. Anyone Would Love You (LP Version) | 3:42 | | $0.69 | 🔘 Buy MP3 |
| ▶ | 7. I Say Hello (LP Version) | 4:04 | | $0.69 | 🔘 Buy MP3 |
| ▶ | 8. Hoop De Dingle (LP Version) | 5:30 | | $0.69 | 🔘 Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details

**Original Release Date:** October 16, 2007

**Release Date:** October 16, 2007

**Label:** Rhino Atlantic

**Copyright:** 1959 Atlantic Recording Corp., manufactured and marketed by Rhino Entertainment Company, a Warner Music Group compan

**Record Company Required Metadata:** Music file metadata contains unique purchase identifier. Learn more

**Total Length:** 35:24

**Genres:**
Jazz

**ASIN:** B00122L0UO

**Average Customer Review:** Be the first to review this item

**Amazon Best Sellers Rank:** #486,128 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

There are no customer reviews yet.


Your Amazon.com   To

Shop by

Amazon.com: Roland Hanna Play Harold Rome's 'Destry Rides Again': Roland Hanna: MP3 Downloads

|  | 5 star |  |
|--|--------|--|
|  | 4 star |  |
|  | 3 star |  |
|  | 2 star |  |
|  | 1 star |  |

Share your thoughts with other customers

**Write a customer review**

Department    Search    MP3 Music

**Amazon MP3 Store**    Amazon Cloud Player    Ne



### Feedback

▸ If you have a question or problem, visit our **Help pages**.
▸ Would you like to **give feedback on images** or **tell us about a lower price**?
▸ If you are a seller for this product and want to change product data, click **here** (you may hav

### Your Recently Viewed Items and Featured Recommendations

You viewed      

▸ View or edit your browsing history

See personalized recommendations

**Sign in**

New customer? Start here.

**Continue Shopping:** Customers Who Bought Items in Your Recent History Also Bought          Page 1 of 7


Devil's Angels
Various artists
MP3 Download
$9.49


The Glory Stompers
Various artists
MP3 Download
$9.49


The Hellcats
Various artists
★★★★★ (1)
MP3 Download
$7.99


Brandy
Looking Glass
★★★★☆ (13)
MP3 Download
$1.29

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
❯ See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns Are Easy
Manage Your Kindle
Help



Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Spain  United Kingdom

6pm Score deals    AbeBooks Rare Books    AfterSchool.com Kids' Sports, Outdoor    AmazonFresh Groceries & More    Amazon Local Great Local Deals    AmazonSupply Business, Industrial    AmazonWebServices Scalable    Askville Community

 

amazon
Try Prime

Your Amazon.com   Today's Deals   Gift Cards   Sell   Help

Shop by Department ▾        Search   MP3 Music ▾   Plays the Music of Harold Rome by Roland Hanna

Hello. Sign in   Try   0   Cart ▾   Wish
Your Account ▾   Prime ▾        List ▾

Amazon MP3 Store   Amazon Cloud Player   New Releases   Browse Genres   Recommendations   Best Sellers   Advanced Search   Getting Started   CDs



ZOOM
See larger image (with zoom)

## Plays the Music of Harold Rome

Roland Hanna  |  Format: MP3 Music
Be the first to review this item

Price:  **$7.92**

Original Release Date: June 1, 2012

 



Buy MP3 album with 1-Click®

Give album OR song as gift ▸

Redeem a gift card or promotion code & view balance

Add to Wish List



### MP3 Songs

Play all samples

| Song Title | Time | Popularity | Price | |
|---|---|---|---|---|
| 1. Once Knew a Fella | 4:38 | | $0.99 | Buy MP3 |
| 2. Anyone Would Love You | 3:42 | | $0.99 | Buy MP3 |
| 3. That Ring On the Finger | 3:45 | | $0.99 | Buy MP3 |
| 4. I Say Hello | 4:04 | | $0.99 | Buy MP3 |
| 5. Fair Warning | 4:37 | | $0.99 | Buy MP3 |
| 6. Rose Lovejoy of Paradise Valley | 4:09 | | $0.99 | Buy MP3 |
| 7. I Know Your Kind | 4:59 | | $0.99 | Buy MP3 |
| 8. Hoop DE Dingle | 5:30 | | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Product Details

**Original Release Date:** June 1, 2012
**Label:** Stardust Records
**Copyright:** (c) 2012 Stardust Records
**Total Length:** 35:24
**Genres:**
   Jazz > Jazz Fusion
   Jazz > Smooth Jazz
**ASIN:** B008PG391S
**Average Customer Review:** Be the first to review this item

## Customer Reviews

There are no customer reviews yet.

5 star
4 star
3 star
2 star

Share your thoughts with other customers

Write a customer review

amazon
Try Prime

Your Amazon.com   Too

Shop by Department        Search   MP3 Music

Amazon MP3 Store   Amazon Cloud Player   Ne

Amazon.com: apollo saturday night by various artists: MP3 Downloads

**amazon** Try Prime

Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

All-New kindle paperwhite
From $119 ›Pre-order now

Shop by Department ▾

Search | MP3 Music ▾ | apollo saturday night by various artists |

Hello. Sign in
Your Account ▾

Try Prime ▾

0 Cart ▾

Wish List ▾

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help

**Category**
MP3 Albums (2)

**Department**
‹ Any Department
MP3 Downloads
Rock (2)
Blues (1)

Shop for "apollo saturday night by various artists" in our Amazon CD Store (1)

**Listmania!**



Create a Listmania! list

MP3 Downloads › "apollo saturday night by various artists"

**MP3 Albums**

See all 2 MP3 album results

1.

**Apollo Saturday Night** by
Various artists
$9.49

2.

**Apollo Saturday Night** by
Various Artists
$8.99

Shop for "apollo saturday night by various artists" in our Amazon CD Store (1)

**Search Feedback**
Did you find what you were looking for? Yes No

If you need help or have a question for Customer Service, please visit the Help Section.

Search powered by A9

Amazon.com: Apollo Saturday Night: Various artists: MP3 Downloads

All-New  kindle paperwhite
From $119 › Pre-order now

# amazon
Try Prime

Your Amazon.com    Today's Deals    Gift Cards    Sell    Help

Search    MP3 Music ▾

Hello. Sign in
Your Account ▾    Try Prime ▾    🛒 0 Cart ▾    Wish List ▾

Amazon MP3 Store    Amazon Cloud Player    New Releases    Browse Genres    Recommendations    Best Sellers    Advanced Search    Getting Started    CDs    MP3 Help



🔍 ZOOM
See larger image (with zoom)

## Apollo Saturday Night
Various artists | Format: MP3 Music
★★★★★ ☑ (2 customer reviews)

Price: **$9.49**

**Original Release Date:** July 29, 2008

Get our free Amazon music app     GET IT ON Google play    Available on the App Store
 Available on amazon

Buy MP3 album with 1-Click®
Give album OR song as gift
Redeem a gift card or promotion code & view balance
Add to Wish List



| | Song Title | Artist | Time | Price | |
|---|---|---|---|---|---|
| ▶ | 1. I Found A Love [Live at the Apollo Theater, New York] | The Falcons | 3:07 | $0.69 | Buy MP3 |
| ▶ | 2. Alabama Bound [Live at the Apollo Theater, New York] | The Falcons | 2:48 | $0.69 | Buy MP3 |
| ▶ | 3. Pain In My Heart [Live at The Apollo Theater, New York] | Otis Redding | 2:38 | $0.99 | Buy MP3 |
| ▶ | 4. These Arms Of Mine [Live at The Apollo Theater, New York] | Otis Redding | 2:41 | $0.99 | Buy MP3 |
| ▶ | 5. Misty [Live at the Apollo Theater, New York] | Doris Troy | 2:26 | $0.69 | Buy MP3 |
| ▶ | 6. Say Yeah [Live at the Apollo Theater, New York] | Doris Troy | 2:34 | $0.69 | Buy MP3 |
| ▶ | 7. Rockin' Chair [Live at The Apollo Theater, New York] | Rufus Thomas | 4:07 | $0.69 | Buy MP3 |
| ▶ | 8. Walking The Dog [Live at the Apollo Theater, New York] | Rufus Thomas | 2:41 | $0.69 | Buy MP3 |
| ▶ | 9. T'Ain't Nothin' To Me [Live At The Apollo Theater, New York] | The Coasters | 4:27 | $0.99 | Buy MP3 |
| ▶ | 10. Speedo's Back In Town [Live at The Apollo Theater, New York] | The Coasters | 3:22 | $0.69 | Buy MP3 |
| ▶ | 11. Groovin' [Live at the Apollo Theater, New York] | Ben E. King | 2:33 | $0.69 | Buy MP3 |
| ▶ | 12. Don't Play That Song [Live at the Apollo Theater, New York] | Ben E. King | 3:00 | $0.69 | Buy MP3 |
| ▶ | 13. Stand By Me [Live at the Apollo Theater, New York] | Ben E. King | 2:23 | $0.69 | Buy MP3 |
| ▶ | 14. What'd I Say [Live at the Apollo Theater, New York] | Ray Charles | 1:48 | $0.99 | Buy MP3 |

▶ Play all samples

MP3 Songs

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use

## Customers Who Viewed This Item Also Viewed

Page 1 of 8


Monterey International Pop Festival (Live)
› Various

In Person At The Whisky A Go Go
› Otis Redding

Live At Fillmore West
› Aretha Franklin
★★★★★ (33)


One Night Stand - Sam Cooke Live At The …
› Sam Cooke

‹    ›

Amazon.com: Apollo Saturday Night: Various artists: MP3 Downloads

⭐⭐⭐⭐½ (23)        ⭐⭐⭐⭐⭐ (16)        MP3 Do...        ⭐⭐⭐⭐½ (83)
MP3 Download        MP3 Download        $9.49            MP3 Download
$10.99             $9.49                                 $9.99

---

## Product Details

**Original Release Date:** July 29, 2008
**Release Date:** July 29, 2008
**Label:** Rhino Atlantic
**Copyright:** 1975 Atlantic Recording Corp., marketed by Rhino Entertainment Company, a Warner Music Group company
**Record Company Required Metadata:** Music file metadata contains unique purchase identifier. Learn more
**Total Length:** 40:35
**Genres:**
 Blues
 Rock
**ASIN:** B001CP7EBU
**Average Customer Review:** ⭐⭐⭐⭐⭐ ✓ (2 customer reviews)
**Amazon Best Sellers Rank:** #184,075 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

---

## Customer Reviews

 (2)
5.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | ▰▰▰▰ | 2 |
| 4 star | | 0 |
| 3 star | | 0 |
| 2 star | | 0 |
| 1 star | | 0 |



See both customer reviews

Share your thoughts with other customers

[ Write a customer review ]

### Most Helpful Customer Reviews

 Your Amazon.com    Tod...
Try Prime
Shop by          Search   MP3 Music
Department
Amazon MP3 Store   Amazon Cloud Player   New

5 of 5 people found the following review helpful

⭐⭐⭐⭐⭐ **GREAT NIGHT**   March 27, 2009
By BILLYBOBUK
Format: Audio CD | Amazon Verified Purchase

Great to see this old album finally out on CD.Its 1964,Saturday night at the Apollo in NY city--the midnight show featuring Falcons with Wilson Pickett,early soulful performance by Otis Redding (the girls sure loved him),Doris Troy,Rufus Thomas and the Coasters all in fine form, and the great Ben E King closing out with a couple of his hits.
Sound and packaging is great,the house band is excellent,great release for anybody interested in 60'soul music, Atlantic & Stax sounds-highly recomended,music history, support it.

2 Comments | Was this review helpful to you?   [ Yes ]   [ No ]


Advertisement

1 of 1 people found the following review helpful

⭐⭐⭐⭐⭐ **Historic "souled" out live show**   May 1, 2013
By Annie Van Auken   TOP 100 REVIEWER   VINE VOICE
Format: Vinyl

APOLLO SATURDAY NIGHT (AS 128 008) was issued in 1964 on an ATCO Special label.
Orchestra leader on this star-studded Harlem NY night was sax man King Curtis (Ousley).
A film was shown before the 11/13/63 concert began at just a few minutes before midnight.

ARTIST NOTES
This version of the Falcons, a vocal group formed in Detroit in 1955, features Wilson Pickett and Eddie Floyd.
Otis Redding hadn't yet broken into the Top 40 when he appeared this night.
Doris Troy, aka "Mama Soul" was an Apollo Theater usherette when she was discovered by James Brown.



**amazon**
Try Prime

Your Amazon.com    Today's Deals    Gift Cards    Sell    Help

Shop by Department ▼ | Search | MP3 Music ▼ |        |   | Hello. Sign in Your Account ▼ | Try Prime ▼ | 0 Cart ▼ | Wish List ▼

Amazon MP3 Store   Amazon Cloud Player   New Releases   Browse Genres   Recommendations   Best Sellers   Advanced Search   Getting Started   CDs   MP3 Help



ZOOM
See larger image (with zoom)

## Apollo Saturday Night
Various artists | Format: MP3 Music
★★★★★ ☑ (2 customer reviews)

Price: **$8.99**

Original Release Date: June 1, 2011
Also available in   CD Format

 
Get our free Amazon music app

Buy MP3 album with 1-Click®
Give album OR song as gift
Redeem a gift card or promotion code & view balance
Add to Wish List



MP3 Songs    ▶ Play all samples

| | Song Title | Artist | Time | Price | |
|--|--|--|--|--|--|
| ▶ | 1. I Found A Love | The Falcons | 3:07 | $0.99 | Buy MP3 |
| ▶ | 2. Alabama Bound | The Falcons | 3:08 | $0.99 | Buy MP3 |
| ▶ | 3. Pain In My Heart | Otis Redding | 2:18 | $0.99 | Buy MP3 |
| ▶ | 4. These Arms Of Mine | Otis Redding | 2:53 | $0.99 | Buy MP3 |
| ▶ | 5. Misty | Doris Troy | 2:19 | $0.99 | Buy MP3 |
| ▶ | 6. Say Yeah | Doris Troy | 3:30 | $0.99 | Buy MP3 |
| ▶ | 7. Rockin' Chair | Rufus Thomas | 3:10 | $0.99 | Buy MP3 |
| ▶ | 8. Walking The Dog | Rufus Thomas | 2:45 | $0.99 | Buy MP3 |
| ▶ | 9. T'Ain't Nothin' To Me | The Coasters | 4:33 | $0.99 | Buy MP3 |
| ▶ | 10. Speedo's Back In Town | The Coasters | 3:15 | $0.99 | Buy MP3 |
| ▶ | 11. Groovin' | Ben E. King | 2:28 | $0.99 | Buy MP3 |
| ▶ | 12. Don't Play That Song | Ben E. King | 3:00 | $0.99 | Buy MP3 |
| ▶ | 13. Stand By Me | Ben E. King | 2:23 | $0.99 | Buy MP3 |
| ▶ | 14. What'd I Say | All Star | 1:47 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Viewed This Item Also Viewed
Page 1 of 8

 Monterey International Pop Festival (Live)
 In Person At The Whisky A Go Go
 Live At Fillmore West › Aretha Franklin
 One Night Stand - Sam Cooke Live At The ...



> Various
 (23)
MP3 Download
$10.99

> Otis Redding
★★★★★ (16)
MP3 Download
$9.49

★★★★☆ (8)
MP3 Download
$9.49

> Sam Cooke
★★★★★ (83)
MP3 Download
$9.99

## Product Details

**Original Release Date:** June 1, 2011
**Label:** Master Classics Records
**Copyright:** (c) 2011 Master Classics Records
**Total Length:** 40:36
**Genres:**
  Rock
**ASIN:** B005FA6YR8
**Average Customer Review:** ★★★★★ ☑ (2 customer reviews)
**Amazon Best Sellers Rank:** #650,935 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews


★★★★★ (2)
5.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | ▓▓▓▓▓▓ | 2 |
| 4 star | | 0 |
| 3 star | | 0 |
| 2 star | | 0 |
| 1 star | | 0 |

See both customer reviews

Share your thoughts with other customers

[ Write a customer review ]



amazon    Your Amazon.com    Tod
        Try Prime
Shop by                Search    MP3 Music
Department
**Amazon MP3 Store**    Amazon Cloud Player    New



### Most Helpful Customer Reviews

5 of 5 people found the following review helpful
★★★★★ **GREAT NIGHT** March 27, 2009
By BILLYBOBUK
Format: Audio CD | Amazon Verified Purchase

Great to see this old album finally out on CD.Its 1964,Saturday night at the Apollo in NY city--the
midnight show featuring Falcons with Wilson Pickett,early soulful performance by Otis Redding (the
girls sure loved him),Doris Troy,Rufus Thomas and the Coasters all in fine form, and the great Ben
E King closing out with a couple of his hits.
Sound and packaging is great,the house band is excellent,great release for anybody interested in
60'soul music, Atlantic & Stax sounds-highly recomended,music history, support it.

2 Comments | Was this review helpful to you? [ Yes ] [ No ]

1 of 1 people found the following review helpful
★★★★★ **Historic "souled" out live show** May 1, 2013
By Annie Van Auken    TOP 100 REVIEWER    VINE VOICE
Format: Vinyl

APOLLO SATURDAY NIGHT (AS 128 008) was issued in 1964 on an ATCO Special label.
Orchestra leader on this star-studded Harlem NY night was sax man King Curtis (Ousley).
A film was shown before the 11/13/63 concert began at just a few minutes before midnight.

ARTIST NOTES
This version of the Falcons, a vocal group formed in Detroit in 1955, features Wilson Pickett and
Eddie Floyd.
Otis Redding hadn't yet broken into the Top 40 when he appeared this night.
Doris Troy, aka "Mama Soul" was an Apollo Theater usherette when she was discovered by James
Brown.
Rufus Thomas was a Mississippi sharecropper's son who made good in Memphis. The multi-