

Amazon.com: The Lonely Surfer (US Release): Jack Nitzsche: MP3 Downloads

amazon
Try Prime
Your Amazon.com
Today's Deals
Gift Cards
Sell
Help
All-New kindle paperwhite
From $119 › Pre-order now

Shop by Department | Search MP3 Music | Hello. Sign in Your Account | Try Prime | 0 Cart | Wish List

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help

JACK NITZSCHE!
The Lonely Surfer
EBB TIDE MORE
THE MAGNIFICENT SEVEN
STRANGER ON THE SHORE
Theme from
WOMEN OF THE WORLD
BAJA and more
Collectors' choice
MUSIC

ZOOM
See larger image (with zoom)

# The Lonely Surfer (US Release)

Jack Nitzsche | Format: MP3 Music

(6 customer reviews)

Price: $9.49

**Original Release Date:** February 8, 2005

Get our free
Amazon music app
GET IT ON Google play
Available at amazon apps
Available on the App Store

Buy MP3 album with 1-Click®
Give album OR song as gift
Redeem a gift card or promotion code & view balance
Add to Wish List

## MP3 Songs

Play all samples

| Song Title | Time | Price |
|---|---|---|
| 1. The Lonely Surfer (Album Version) | 2:35 | $0.99 |
| 2. Puerto Vallarta (LP Version) | 2:30 | $0.99 |
| 3. Stranger On The Shore (LP Version) | 2:09 | $0.99 |
| 4. Theme From Women Of The World (LP Version) | 2:56 | $0.99 |
| 5. Old Town (LP Version) | 2:53 | $0.99 |
| 6. Ebb Tide (LP Version) | 2:18 | $0.99 |
| 7. Theme From Mondo Cane (More) (LP Version) | 3:08 | $0.99 |
| 8. The Magnificent Seven (LP Version) | 2:10 | $0.99 |
| 9. Baja (LP Version) | 2:20 | $0.99 |
| 10. Theme For A Broken Heart (LP Version) | 2:49 | $0.99 |
| 11. Beyond The Surf (LP Version) | 2:16 | $0.99 |
| 12. Da Doo Ron Ron (LP Version) | 3:22 | $0.99 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Viewed This Item Also Viewed

Three Piece Suite: The Reprise Recordings ...
› Jack Nitzsche
(2)
MP3 Download
$10.49

ST. GILES CRIPPLEGATE

St. Giles Cripplegate
› Jack Nitzsche
(1)
MP3 Download
$4.44

HiFive
JACK NITZSCHE

Rhino Hi-Five: Jack Nitzsche
› Jack Nitzsche
MP3 Download
$3.99

DEATH PROOF

Quentin Tarantino's Death Proof (Standard ...
› Quentin Tarantino's Dea...
(59)
MP3 Download
$10.49

http://www.amazon.com/The-Lonely-Surfer-US-Release/dp/B00122BAYU/ref=sr_shvl_album_1?ie=UTF8&qid=1378306036&sr=301-1[9/4/2013 10:49:55 AM]

## Product Details

**Original Release Date:** February 8, 2005
**Release Date:** February 8, 2005
**Label:** Rhino/Warner Bros.
**Copyright:** 2004 Warner Bros. Records. Manufactured & Marketed by Warner Strategic Marketing
**Record Company Required Metadata:** Music file metadata contains unique purchase identifier. Learn more.
**Total Length:** 31:26
**Genres:**
Pop > Pop Rock
Rock
**ASIN:** B00122BAYU
**Average Customer Review:** (6 customer reviews)
**Amazon Best Sellers Rank:** #165,636 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

(6)
4.3 out of 5 stars

| | |
|---|---|
| 5 star | 3 |
| 4 star | 2 |
| 3 star | 1 |
| 2 star | 0 |
| 1 star | 0 |

Share your thoughts with other customers
Write a customer review

See all 6 customer reviews

### Most Helpful Customer Reviews

13 of 15 people found the following review helpful
**Solo Debut of a Wild Talent** March 27, 2002
By Bill Taylor
Format: Audio CD | Amazon Verified Purchase

The Lonely Surfer is the album follow-up to Jack Nitzsche's only solo hit single, a top-ten instrumental from the early 'sixties. Made with a modest band of familiar Wall-of-Sound session players (Hal Blaine a standout on drums) it features several catchy originals with very strong tunes and unusual arrangements (French Horns in surf music!) as well as covers of some hits of the day ("More", "Stranger on the Shore" and so forth). Some of the cuts could have used more players or more tracking, reminders that this dates from the three-track days at Gold Star Studios in Hollywood.
There's only a hint here of the resourceful, sometimes brilliant orchestral composer that Nitzsche was to make of himself. For that you'll have to find the CD of "St. Giles Cripplegate", his self-produced calling card/audition as a "serious" composer, (a limited edition release from Rhino Records). Nor is there much evidence of the Oscar-winning songwriter ("Up Where We Belong") that was to come, though he had already written "Needles and Pins" with Jackie DeShannon.

Nitzsche's obits made much of his struggles with his personal demons, and they certainly helped to obscure the breadth of his achievements, keeping him a slightly marginal figure. This CD is really a record of a tremendously talented musician beginning his growth from a Spector side-man into a world-recognized film composer and music producer. And anyone who realized that "Da Doo Ron Ron" had potential as a ballad deserves a listen!

Comment | **Was this review helpful to you?** Yes No

6 of 6 people found the following review helpful
**SUPER COOL MAN ! I WAS HOOKED FROM THE OPENING NOTE!** July 11, 2007
By ! MR. KNOW IT ALL ;-b VINE VOICE
Format: Audio CD

I came across this album quite a few years ago and it just looked like I needed to hear it.......I am

Advertisement

### Most Recent Customer Reviews

**+1/2 - Solo debut of legendary pop arranger**
Producer, arranger, soundtrack composer and songwriter Jack Nitzsche had only brief chart fame under his own name, with the title track of this album having reached #39 on the...
Read more
Published on January 27, 2011 by hyperbolium

**Lonely Surfer**
extremely satisfied with this product, only problem was that I received two (2) COPIES, order said two (2) unable to change
Published on May 1, 2009 by Robert Newell

**oldie but goodie**
The Lonelu Surfer takes me back to a long time ago when surfers "rulled" so to speak.but not really. Read more
Published on February 8, 2008 by Dennis R. Wynne

### Search Customer Reviews

Go
Only search this product's reviews






amazon.co.uk Your Amazon.co.uk | Today's Deals | Gift Cards | Sell | Help
All-New kindle paperwhite £109 › Pre-order now
Shop by Department | Search MP3 Music | Hello. Sign in Your Account | Try Prime | 0 Basket | Wish List
MP3 Downloads | Getting Started | Advanced Search | Top Downloads | New & Future Releases | Special Deals | Amazon Cloud Player | Amazon MP3 Support | Music CDs

ZOOM
See larger image (with zoom)

# The Lonely Surfer

Jack Nitzsche | Format: MP3 Download
Be the first to review this item

Price: £7.49 (VAT included if applicable)

**Original Release Date:** 1 Feb 2011
Also available in CD Format

Buy MP3 album with 1-Click®
Redeem a gift card or promotion code & view balance
Add to Wish List

Get 25% off
**25% Off Your Next MP3 Purchase**
Sign up to the MP3 Newsletter and not only will you receive weekly updates on the latest new releases and top offers, but we'll also give you 25% off your next MP3 purchase.
› See more product promotions

## MP3 Songs

Play all samples

| Song Title | Time | Price | |
|---|---|---|---|
| 1. The Lonely Surfer | 2:35 | £0.89 | Buy MP3 |
| 2. Stranger On The Shore | 2:09 | £0.89 | Buy MP3 |
| 3. More (Theme From "Mondo Cane") | 3:08 | £0.89 | Buy MP3 |
| 4. Theme For A Broken Heart | 2:49 | £0.89 | Buy MP3 |
| 5. Baja | 2:20 | £0.89 | Buy MP3 |
| 6. Puerto Vallarta | 2:30 | £0.89 | Buy MP3 |
| 7. The Magnificent Seven | 2:10 | £0.89 | Buy MP3 |
| 8. Da Doo Ron Ron | 3:22 | £0.89 | Buy MP3 |
| 9. Beyond The Surf | 2:16 | £0.89 | Buy MP3 |
| 10. Theme (From "Women Of The World") | 2:56 | £0.89 | Buy MP3 |
| 11. Ebb Tide | 2:18 | £0.89 | Buy MP3 |
| 12. Old Town | 2:53 | £0.89 | Buy MP3 |

Sold by Amazon Media EU S.à r.l. By placing your order, you agree to our Terms of Use.

## Special Offers and Product Promotions

- Subscribe to our weekly newsletter today and get 25% off your next Amazon MP3 purchase and find out about free downloads, special deals, and new releases.

## Customers Who Bought This Item Also Bought

Home And Away
› Del Shannon
(8)
MP3 Download
£4.99

Renaissance (US Release)
› The Association
(4)
MP3 Download
£7.49

## Product details

**Original Release Date:** 1 Feb 2011

**Label:** Master Classics Records

**Copyright:** (c) 2011 Master Classics Records

**Total Length:** 31:26

**Genres:**
Rock

**ASIN:** B004S9UPCM

**Average Customer Review:** Be the first to review this item

## Customer Reviews

**There are no customer reviews yet.**

5 star
4 star
3 star
2 star
1 star

Write a customer review

## Your Recently Viewed Items

Back To Back
Duke Ellington & Johnny Hodges | Format: MP3 Download

The Very Best Of
Somethin' Smith & The Redheads | Format: MP3 Download

Dinah Sings, Previn Plays
André Previn Dinah Shore | Format: MP3 Download

Out Of This World (Original Broadway Cast Soundtrack)
Various Artists | Format: MP3 Download

›See more in the Page You Made

## Look for similar items by category

Rock > Jam Bands

## Your Recent History (What's this?)





Try Prime Recommendations Today's Deals Gift Cards Sell Help
Shop by **Department** Search MP3 Music Go Hello. Sign in **Your Account** Try **Prime** 0 **Cart**
**Amazon MP3 Store** Amazon Cloud Player New Releases Browse Genres Recommendations Best Sellers Advanced Search Getting Started C

See larger image (with zoom)

# Blues Shout

Leo Wright

May 23, 2006

Be the first to review this item

Price: **$5.52**

**Buy MP3 Album** **$5.52**

Wish List and Gifting

Redeem a gift card or promotion code & view balance

Get our free Amazon music app
GET IT ON Google play
Available at amazon apps
Available on the App Store

| | Song Title | Artist | Time | Popularity | |
|---|---|---|---|---|---|
| 1 | Sigi | Leo Wright | 3:26 | | Buy: $0.69 |
| 2 | Angel Eyes | Leo Wright | 5:13 | | Buy: $0.69 |
| 3 | Autumn Leaves | Leo Wright | 3:49 | | Buy: $0.69 |
| 4 | Indian Summer | Leo Wright | 7:05 | | Buy: $0.69 |
| 5 | Blues Shout | Leo Wright | 5:02 | | Buy: $0.69 |
| 6 | A Night In Tunisia | Leo Wright | 5:25 | | Buy: $0.69 |
| 7 | The Wind | Leo Wright | 4:42 | | Buy: $0.69 |
| 8 | Two Moods | Leo Wright | 5:49 | | Buy: $0.69 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Viewed This Item Also Viewed

Soul Talk
› Leo Wright
(2)
MP3 Download
$4.83

## Product Details

**Original Release Date:** May 23, 2006
**Release Date:** May 23, 2006
**Label:** Rhino Atlantic
**Copyright:** 2006 Atlantic Recording Corp. Manufactured & Marketed by Rhino Entertainment Co.
**Record Company Required Metadata:** Music file metadata contains unique purchase identifier. Learn more.
**Total Length:** 40:31
**Genres:**
Jazz
**ASIN:** B00124JH5M
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #236,411 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

**There are no customer reviews yet.**

5 star
4 star
3 star
2 star
1 star

Share your thoughts with other customers
**Write a customer review**

Advertisement

## Feedback

- If you have a question or problem, visit our **Help pages**.
- Would you like to **give feedback on images** or **tell us about a lower price**?
- If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations





amazon.co.uk
Your Amazon.co.uk
Today's Deals
Gift Cards
Sell
Help
Want Your Stuff Fast?
Try Prime Free for 30 Days
Sign up now
Shop by Department
Search
MP3 Music
Hello. Sign in
Your Account
Try Prime
0 Basket
Wish List
MP3 Downloads
Getting Started
Advanced Search
Top Downloads
New & Future Releases
Special Deals
Amazon Cloud Player
Amazon MP3 Support
Music CDs

BLUES SHOUT
Leo Wright

ZOOM
See larger image (with zoom)

# Blues Shout

Leo Wright | Format: MP3 Download
Be the first to review this item

Price: £2.76 (VAT included if applicable)

**Original Release Date:** 1 Nov 2012

Buy MP3 album with 1-Click®
Redeem a gift card or promotion code & view balance
Add to Wish List
Get our free music app
GET IT ON Google play
Available on the App Store
Available at amazon
See more product promotions

MP3 Songs
Play all samples

| Song Title | Time | Popularity | Price | |
|---|---|---|---|---|
| 1. Blues Shout | 4:59 | | £0.69 | Buy MP3 |
| 2. The Wind | 4:39 | | £0.69 | Buy MP3 |
| 3. A Night in Tunisia | 5:21 | | £0.69 | Buy MP3 |
| 4. Two Moods | 5:49 | | £0.69 | Buy MP3 |

Sold by Amazon Media EU S.à r.l. By placing your order, you agree to our Terms of Use.

## Special Offers and Product Promotions

- Subscribe to our weekly newsletter today and get 25% off your next Amazon MP3 purchase and find out about free downloads, special deals, and new releases.

## Product details

**Original Release Date:** 1 Nov 2012
**Label:** Stardust Records
**Copyright:** (c) 2012 Stardust Records
**Total Length:** 20:48
**Genres:**
Jazz
**ASIN:** B00BR0QGC8
**Average Customer Review:** Be the first to review this item

## Customer Reviews

**There are no customer reviews yet.**

5 star
4 star
3 star
2 star
1 star
Write a customer review

## Your Recently Viewed Items

Try Prime
Recommendations
Today's Deals
Gift Cards
Sell
Help
Shop by Department
Search
MP3 Music
frank rosolino
Go
Hello. Sign in Your Account
Try Prime
0 Cart
Amazon MP3 Store
Amazon Cloud Player
New Releases
Browse Genres
Recommendations
Best Sellers
Advanced Search
Getting Started
TURN ME LOOSE!
FRANK ROSOLINO
Collectables Jazz Classics
Turn Me Loose!
Frank Rosolino
July 26, 2005
7 customer reviews
Price: $9.49
Buy MP3 Album $9.49
Wish List and Gifting
Redeem a gift card or promotion code & view balance
Get our free Amazon music app
GET IT ON Google play
Available on the App Store
Available at amazon apps
See larger image (with zoom)

| | | Song Title | Artist | Time | Popularity | |
|---|---|---|---|---|---|---|
| ▶ | 1 | Too Marvelous For Words (LP Version) | Frank Rosolino | 2:16 | | Buy: $0.99 |
| ▶ | 2 | Come Rain Or Come Shine (LP Version) | Frank Rosolino | 2:57 | | Buy: $0.99 |
| ▶ | 3 | Whatcha Gonna Do On Monday (LP Version) | Frank Rosolino | 2:21 | | Buy: $0.99 |
| ▶ | 4 | Sometimes I'm Happy (LP Version) | Frank Rosolino | 2:37 | | Buy: $0.99 |
| ▶ | 5 | Sweet Georgia Brown (Waltz) (LP Version) | Frank Rosolino | 2:22 | | Buy: $0.99 |
| ▶ | 6 | Pennies From Heaven (LP Version) | Frank Rosolino | 2:53 | | Buy: $0.99 |
| ▶ | 7 | I Cover The Waterfront (LP Version) | Frank Rosolino | 3:12 | | Buy: $0.99 |
| ▶ | 8 | You're A Sweetheart (LP Version) | Frank Rosolino | 2:40 | | Buy: $0.99 |
| ▶ | 9 | Please Don't Bug Me (LP Version) | Frank Rosolino | 2:20 | | Buy: $0.99 |
| ▶ | 10 | It Had To Be You (LP Version) | Frank Rosolino | 2:32 | | Buy: $0.99 |
| ▶ | 11 | That Old Black Magic (LP Version) | Frank Rosolino | 2:46 | | Buy: $0.99 |
| ▶ | 12 | How Many Hearts Have You Broken (LP Version) | Frank Rosolino | 2:56 | | Buy: $0.99 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Bought This Item Also Bought

Trombone Heaven, Vancouver, 1978
› Frank Rosolino & Carl F...
(18)
MP3 Download
$5.94

Ron Carter's Great Big Band
› Ron Carter
(5)
MP3 Download
$8.99

## Product Details

**Original Release Date:** July 26, 2005
**Release Date:** July 26, 2005
**Label:** Rhino Atlantic
**Copyright:** 2005 Atlantic Recording Corp. Manufactured & Marketed by Warner Strategic Marketing.
**Record Company Required Metadata:** Music file metadata contains unique purchase identifier. Learn more.
**Total Length:** 31:52
**Genres:**
Jazz > Cool Jazz
**ASIN:** B00124JGWQ
**Average Customer Review:** (7 customer reviews)
**Amazon Best Sellers Rank:** #25,310 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)
#20 in MP3 Downloads > MP3 Albums > Jazz > **Cool Jazz**

## Customer Reviews

(7)
3.6 out of 5 stars

| | |
|---|---|
| 5 star | 3 |
| 4 star | 2 |
| 3 star | 0 |
| 2 star | 0 |
| 1 star | 2 |

Share your thoughts with other customers
Write a customer review

See all 7 customer reviews

### Most Helpful Customer Reviews

12 of 14 people found the following review helpful

**Honest Review of my Uncle** June 16, 2003

By Hope2Play

Format: Audio CD | **Amazon Verified Purchase**

I remember the very first time I heard this lp. Remember an lp? Most of the Rosolino family, (not including Frank) was over Frank's parents house in Detroit tearing open the mail which included his new recording. Seeing the cover and Frank's wild and crazy face gave us an immediate indication of what kind of music we were about to hear.
As always, his t-bone playing was impecable. His singing showed that although he didn't have the greatest voice, buying the lp was well worth the price just to hear

Advertisement

### Most Recent Customer Reviews

**Frank Rosolino**
More of a `fun` album for Frank, and all muted trombone solos, but still worth having if you`re into him as I am.
Published on November 30, 2009 by Russell E. Barber



amazon.co.uk Your Amazon.co.uk | Today's Deals | Gift Cards | Sell | Help

Want Your Stuff Fast? Try Prime Free for 30 Days ▸Sign up now

Shop by Department | Search MP3 Music | Hello. Sign in Your Account | Try Prime | 0 Basket | Wish List

MP3 Downloads | Getting Started | Advanced Search | Top Downloads | New & Future Releases | Special Deals | Amazon Cloud Player | Amazon MP3 Support | Music CDs

ZOOM
See larger image (with zoom)

# Essential Jazz

Frank Rosolino | Format: MP3 Download
Be the first to review this item

Price: £7.49 (VAT included if applicable)

**Original Release Date:** 10 Jan 2013

Get our free music app

› See more product promotions

## MP3 Songs

Play all samples

| Song Title | Time | Popularity | Price | |
|---|---|---|---|---|
| 1. Too Marvelous for Words | 2:16 | | £0.89 | Buy MP3 |
| 2. You're a Sweetheart | 2:40 | | £0.89 | Buy MP3 |
| 3. Come Rain or Come Shine | 2:57 | | £0.89 | Buy MP3 |
| 4. That Old Black Magic | 2:46 | | £0.89 | Buy MP3 |
| 5. Whatcha Gonna Do On Monday | 2:21 | | £0.89 | Buy MP3 |
| 6. Sometimes I'm Happy | 2:37 | | £0.89 | Buy MP3 |
| 7. Pennies from Heaven | 2:53 | | £0.89 | Buy MP3 |
| 8. I Cover the Waterfront | 3:12 | | £0.89 | Buy MP3 |
| 9. Please Don't Bug Me | 2:20 | | £0.89 | Buy MP3 |
| 10. Sweet Georgia Brown (Waltz) | 2:22 | | £0.89 | Buy MP3 |
| 11. It Had to Be You | 2:32 | | £0.89 | Buy MP3 |
| 12. How Many Hearts Have You Broken? | 2:56 | | £0.89 | Buy MP3 |

Sold by Amazon Media EU S.à r.l. By placing your order, you agree to our Terms of Use.

## Special Offers and Product Promotions

- Subscribe to our weekly newsletter today and get 25% off your next Amazon MP3 purchase and find out about free downloads, special deals, and new releases.

## Product details

**Original Release Date:** 10 Jan 2013
**Label:** Stardust Records
**Copyright:** (c) 2013 Stardust Records
**Total Length:** 31:52
**Genres:**
Jazz
**ASIN:** B00B3DP2JW
**Average Customer Review:** Be the first to review this item

amazon Try Prime | Your Amazon.com | Today's Deals | Gift Cards | Sell | Help

All-New kindle paperwhite From $119 › Pre-order now

Shop by Department | Search MP3 Music | Hello. Sign in Your Account | Try Prime | 0 Cart | Wish List

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | CDs | MP3 Help

NINA
SIMONE
AT THE VILLAGE GATE

ZOOM
See larger image (with zoom)

# Nina At The Village Gate

Nina Simone | Format: MP3 Music

Be the first to review this item

Price: $9.49

**Original Release Date:** July 19, 2005

Get our free Amazon music app

Google play
Available at amazon

Available on the
App Store

Buy MP3 album with 1-Click®
Give album OR song as gift
Redeem a gift card or promotion code & view balance
Add to Wish List

**MP3 Songs** — Play all samples

| Song Title | Time | Price | |
|---|---|---|---|
| 1. Just In Time (Live At The Village Gate) | 6:36 | Album Only | |
| 2. He Was Too Good To Me (Live At The Village Gate) | 4:53 | $0.99 | Buy MP3 |
| 3. House Of The Rising Sun (Live At The Village Gate) | 4:38 | $0.99 | Buy MP3 |
| 4. Bye Bye Blackbird (Live At The Village Gate) | 8:16 | $0.99 | Buy MP3 |
| 5. Brown Baby (Live At The Village Gate) | 5:53 | $0.99 | Buy MP3 |
| 6. Zungo (Live At The Village Gate) | 3:00 | $0.99 | Buy MP3 |
| 7. If He Had Changed My Name (Live At The Village Gate) | 4:00 | $0.99 | Buy MP3 |
| 8. Children Go Where I Send You (Live At The Village Gate) | 7:47 | $0.99 | Buy MP3 |

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Viewed This Item Also Viewed

Page 1 of 2

I Put A Spell On You
› Nina Simone
(9)
MP3 Download
$9.49

Wild Is The Wind
› Nina Simone
(1)
MP3 Download
$9.49

At the Village Gate (Bonus Track Version)
› Nina Simone
MP3 Download
$5.99

In Concert
› Nina Simone
(1)
MP3 Download
$8.99

## Product Details

**Original Release Date:** July 19, 2005
**Release Date:** July 19, 2005
**Label:** Rhino
**Copyright:** 1962 Colpix

**Amazon.co.uk**  Your Amazon.co.uk   Today's Deals   Gift Cards   Sell   Help



Shop by Department | Search MP3 Music | Hello. Sign in Your Account | Try Prime | 0 Basket | Wish List

MP3 Downloads | Getting Started | Advanced Search | Top Downloads | New & Future Releases | Special Deals | Amazon Cloud Player | Amazon MP3 Support | Music CDs



⊕ ZOOM
See larger image (with zoom)

Live At The Village Gate
Nina Simone | Format: MP3 Download
★★★★★ ▾ (1 customer review)

Price: £7.12 (VAT included if applicable)

Original Release Date: 1 Mar 2011

AutoRip ➤ Buy the CD album for £16.31 and we'll give you the MP3 version for free to play or download anywhere with Cloud Player. Dispatched from and sold by Amazon EU Sàrl .
Terms and Conditions. Does not apply to gift orders.



Get 25% off

**25% Off Your Next MP3 Purchase**
Sign up to the MP3 Newsletter and not only will you receive weekly updates on the latest new releases and top offers, but we'll also give you 25% off your next MP3 purchase.
➤ See more product promotions

Buy MP3 album for £7.12
— or —
Buy CD album for £16.31
Includes **FREE MP3 version** of this album.
Redeem a gift card or promotion code & view balance
Add to Wish List

MP3 Songs                                   ▶ Play all samples             🔊

| | Song Title | Time | Price | |
|---|---|---|---|---|
| ▶ | 1. Just In Time | 6:36 | £0.89 | Buy MP3 |
| ▶ | 2. He Was Too Good For Me | 4:53 | £0.89 | Buy MP3 |
| ▶ | 3. House Of The Rising Sun | 4:38 | £0.89 | Buy MP3 |
| ▶ | 4. Bye Bye Blackbird | 8:22 | £0.89 | Buy MP3 |
| ▶ | 5. Brown Baby | 5:53 | £0.89 | Buy MP3 |
| ▶ | 6. Zungo | 3:01 | £0.89 | Buy MP3 |
| ▶ | 7. If He Changed My Name | 4:00 | £0.89 | Buy MP3 |
| ▶ | 8. Children Go Where I Send You | 7:47 | £0.89 | Buy MP3 |

Sold by Amazon Media EU S.à r.l. By placing your order, you agree to our Terms of Use.

## Special Offers and Product Promotions

- Subscribe to our weekly newsletter today and get 25% off your next Amazon MP3 purchase and find out about free downloads, special deals, and new releases.

## Product details

**Original Release Date:** 1 Mar 2011
**Label:** Master Classics Records
**Copyright:** (c) 2011 Master Classics Records



Try Prime Recommendations Today's Deals Gift Cards Sell Help

Shop by Department | Search MP3 Music | ray charles milt jackson | Go | Hello. Sign in Your Account | Try Prime | 0 Cart

Amazon MP3 Store | Amazon Cloud Player | New Releases | Browse Genres | Recommendations | Best Sellers | Advanced Search | Getting Started | C

SOUL MEETING RAY CHARLES MILT JACKSON STEREO ATLANTIC 1360

See larger image (with zoom)

# Soul Brothers / Soul Meeting (US Release)

Ray Charles & Milt Jackson

January 18, 2005

14 customer reviews

Price: **$8.99**

Get our free Amazon music app

GET IT ON Google play | Available at amazon apps | Available on the App Store

**Buy MP3 Album $8.99**

Wish List and Gifting

Redeem a gift card or promotion code & view balance

| | Song Title | Artist | Time | Popularity | |
|---|---|---|---|---|---|
| 1 | How Long Blues | Ray Charles & Milt Jackson | 9:16 | | Buy: $1.29 |
| 2 | Cosmic Ray | Ray Charles & Milt Jackson | 5:23 | | Buy: $1.29 |
| 3 | The Genius After Hours | Ray Charles featuring Milt Jackson | 5:24 | | Buy: $1.29 |
| 4 | Charlesville | Ray Charles featuring Milt Jackson | 4:55 | | Buy: $1.29 |
| 5 | Bags Of Blues | Ray Charles & Milt Jackson | 8:50 | | Buy: $1.29 |
| 6 | Deed I Do | Ray Charles & Milt Jackson | 5:50 | | Buy: $1.29 |
| 7 | Blue Funk | Ray Charles & Milt Jackson | 8:05 | | Buy: $1.29 |
| 8 | Soul Brothers | Ray Charles & Milt Jackson | 9:34 | | Buy: $1.29 |
| 9 | Hallelujah I Love Her So | Ray Charles & Milt Jackson | 5:29 | | Buy: $1.29 |
| 10 | Blue Genius | Ray Charles & Milt Jackson | 6:40 | | Buy: $1.29 |
| 11 | X-Ray Blues | Ray Charles feat. Milt Jackson | 8:10 | | Buy: $1.29 |
| 12 | Love On My Mind | Ray Charles & Milt Jackson | | | |

3:45 Buy: $1.29

Sold by Amazon Digital Services, Inc.. Additional taxes may apply. By placing your order, you agree to our Terms of Use.

## Customers Who Bought This Item Also Bought

Page 1 of 3

Bags & Trane (US Release)
› Milt Jackson & John Col...
(24)
MP3 Download
$7.92

Somethin' Else (Rudy Van Gelder Edition)
› Cannonball Adderley
(104)
MP3 Download
$7.74

All Mornin' Long
› The Red Garland Quintet
(10)
MP3 Download
$2.67

The Genius After Hours (US Release)
› Ray Charles
(12)
MP3 Download
$7.99

## Product Details

**Original Release Date:** January 18, 2005

**Release Date:** January 18, 2005

**Label:** Rhino Atlantic

**Copyright:** 2005 Atlantic Recording Corp. Manufactued & Marketed by Warner Strategic Marketing

**Record Company Required Metadata:** Music file metadata contains unique purchase identifier. Learn more.

**Total Length:** 1:21:21

**Genres:**

R&B

**ASIN:** B00122C9UO

**Average Customer Review:** (14 customer reviews)

**Amazon Best Sellers Rank:** #95,975 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

(14)
4.9 out of 5 stars

| | |
|---|---|
| 5 star | 13 |
| 4 star | 1 |
| 3 star | 0 |
| 2 star | 0 |
| 1 star | 0 |

See all 14 customer reviews

“ *It sounds just a great now as it did to me as a kid in 1958.* ”
David V. Skonieczny | 2 reviewers made a similar statement

“ *I was immediately intrigued and immediately impressed.* ”
Lyn Pastac Lynsey | 1 reviewer made a similar statement

“ *And unlike many collaborations, Charles and Jackson are good foils for eachother.* ”
Kevin Currie-Knight | 1 reviewer made a similar statement

### Most Helpful Customer Reviews

34 of 35 people found the following review helpful

**the ray charles you may never have heard** March 18, 2001

By p dizzle

Format: Audio CD

this twofer combines two classic atlantic sessions from 1957 and '58, "soul meeting" and "soul brothers." in 1957, ray charles still had not achieved the fame that would make him an icon of soul and r-n-b. he was still appearing in a variety of contexts, including these extraordinary jazz sets with milt jackson. mr.

Soul Brother Essentials: Ray Charles & Milt Jackson: Amazon.co.uk: M... http://www.amazon.co.uk/Soul-Brother-Essentials/dp/B00C7IGH50/ref...

Your Amazon.co.uk | Today's Deals | Gift Cards | Sell | Help

Shop by Department Search MP3 Music Go Hello. Sign in Your Account Try Prime 0 Basket

MP3 Downloads Getting Started Advanced Search Top Downloads New & Future Releases Special Deals Amazon Cloud Player Amazon MP3 Support Music Cl

Ray Charles & Milt Jackson
Soul Brother Essentials

See larger image (with zoom)

# Soul Brother Essentials

Ray Charles & Milt Jackson | Format: MP3 Download

Be the first to review this item

Price: £7.49 (VAT included if applicable)

**Original Release Date:** 27 Feb 2013

Buy MP3 album with 1-Click®

Redeem a gift card or promotion code & view balance

Get our free music app

GET IT ON
Google play

Available on the
App Store

Available at
amazon

› See more product promotions

## MP3 Songs

| Song Title | Artist | Time | Popularity | Price | |
|---|---|---|---|---|---|
| 1. Charlesville | Milt Jackson, Ray Charles | 4:57 | | £0.89 | Buy MP3 |
| 2. The Genius After Hours | Milt Jackson, Ray Charles | 5:24 | | £0.89 | Buy MP3 |
| 3. How Long Blues | Milt Jackson, Ray Charles | 9:15 | | £0.89 | Buy MP3 |
| 4. Love on My Mind | Milt Jackson, Ray Charles | 3:42 | | £0.89 | Buy MP3 |
| 5. Hallelujah I Love Her So | Milt Jackson, Ray Charles | 5:28 | | £0.89 | Buy MP3 |
| 6. Soul Brothers | Milt Jackson, Ray Charles | 9:35 | | £0.89 | Buy MP3 |
| 7. Deed I Do | Milt Jackson, Ray Charles | 5:50 | | £0.89 | Buy MP3 |
| 8. X-Ray Blues | Milt Jackson, Ray Charles | 8:11 | | £0.89 | Buy MP3 |
| 9. Blue Funk | Milt Jackson, Ray Charles | 8:05 | | £0.89 | Buy MP3 |
| 10. Blue Genius | Milt Jackson, Ray Charles | 6:39 | | £0.89 | Buy MP3 |
| 11. Bag's Guitar Blues | Milt Jackson, Ray Charles | 6:26 | | £0.89 | Buy MP3 |
| 12. Soul Meeting | Milt Jackson, Ray Charles | 6:03 | | £0.89 | Buy MP3 |
| 13. Cosmic Ray | Milt Jackson, Ray Charles | 5:23 | | £0.89 | Buy MP3 |
| 14. Bags of Blues | Milt Jackson, Ray Charles | 8:50 | | £0.89 | Buy MP3 |

Sold by Amazon Media EU S.à r.l. By placing your order, you agree to our Terms of Use.

## Special Offers and Product Promotions

- Subscribe to our weekly newsletter today and get 25% off your next Amazon MP3 purchase and find out about free downloads, special deals, and new releases.

## Product details

**Original Release Date:** 27 Feb 2013

**Label:** Master Classics

**Copyright:** (c) 2013 Master Classics

**Total Length:** 1:33:48

1 of 3 9/18/2013 4:43 PM

**Genres:**
R&B & Soul

**ASIN:** B00C7IGH50

**Average Customer Review:** Be the first to review this item

## Customer Reviews

**There are no customer reviews yet.**

5 star
4 star
3 star
2 star
1 star

Write a customer review

## Your Recently Viewed Items

Sleepy Man Blues
Geoff Muldaur | Format: MP3 Download

Skidoo (Original 1968 Motion Picture Soundtrack)
George Tipton & His Orchestra | Format: MP3 Download

Sings Jacques Brel
Rod McKuen | Format: MP3 Download

Sings His Classics
Clint Eastwood | Format: MP3 Download

›**See more in the Page You Made**

## Look for similar items by category

R&B & Soul

## Your Recent History (What's this?)

**Recently Viewed Items**

Sleepy Man Blues
Geoff Muldaur
MP3 Download

Skidoo
George Tipton &...
MP3 Download

Sings Jacques Brel
Rod McKuen
MP3 Download

Sings His Classics
Clint Eastwood
MP3 Download

**Continue Shopping:** Customers who bought items in your Recent History also bought

Page 1 of 9

Another Self Portrait : The...
Bob Dylan
(50)
MP3 Download
£10.99
Fix this recommendation

Hidden Seam
Lisa Knapp
MP3 Download
£6.99
Fix this recommendation

› **View and Edit Your Browsing History**

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet

**Make Money with Us**
Sell on Amazon
Associates Programme
Fulfilment by Amazon
Advertise Your Products

**Let Us Help You**
Track Packages or View Orders
Delivery Rates & Policies
Amazon Prime
Returns Are Easy