|  |  |
|---|---|
| **From:** | Eric Tidwell |
| **To:** | mschwartz@splaw.us |
| **Subject:** | FW: The King Estate |
| **Date:** | Monday, September 23, 2013 4:35:01 PM |

Mr. Schwartz,

Pursuant to your email below in reference to Cleopatra records, the Estate has not licensed that entity to retail Dr. King's speeches. I would appreciate an opportunity to speak with you regarding this matter and learn more about your case. Can we schedule some time to speak tomorrow between 10:00 - 4:00?

### Eric Tidwell | Managing Director

Intellectual Properties Management, Inc. (IPM)

Licensing Manager of the Estate of Dr. Martin Luther King, Jr.

449 Auburn Ave. NE │ Atlanta, GA

30312

Email: e-tidwell@i-p-m.com | O: 404.526.8959 | F: 404.526.8969 |

---

**From:** Matthew Schwartz [mailto:mschwartz@splaw.us]
**Sent:** Wednesday, September 18, 2013 3:54 PM
**To:** Amy Palesch
**Cc:** Brian Levenson
**Subject:** The King Estate

Ms. Palesch:

My name is Matthew Schwartz and I am an attorney in New York. I am writing to you because I understand your firm represents the Estate of Dr. Martin Luther King, Jr. in connection with litigation arising out of unauthorized use of Dr. King's speeches. We are currently litigating a case that concerns copyright infringement by a record label in California called Cleopatra Records and we have come across these 3 volumes of a series of Dr. King's speeches being sold by Cleopatra on Amazon.com. We wondered if the King Estate has authorized Cleopatra to sell these recordings:

http://www.amazon.com/Greatest-Speeches-All-Time-Vol/dp/B0018IZ4MW/ref=sr_1_16?s=dmusic&ie=UTF8&qid=1378917548&sr=1-16&keywords=martin+luther+king  (Master Classics)

http://www.amazon.com/Greatest-Speeches-All-Time-Vol/dp/B0018JUEOY/ref=sr_shvl_album_2?ie=UTF8&qid=1378918730&sr=301-2  (Master Classics)

http://www.amazon.com/Greatest-Speeches-All-Time-Vol/dp/B0018AB690/ref=sr_shvl_album_3?ie=UTF8&qid=1378918730&sr=301-3  (Master Classics)

In addition, the same company is selling Dr. King's *I Have A Dream* speech for $.99 as a track on a music compilation titled "Soul Friends":

http://www.amazon.com/I-Have-A-Dream/dp/B00188NHXU/ref=sr_1_1?ie=UTF8&qid=1378918867&s=dmusic&sr=1-1   (I Have A Dream download)

http://www.amazon.com/gp/product/B00188PYRW/ref=sr_1_album_1_rd?ie=UTF8&child=B00188NHXU&qid=1378918867&sr=1-1   (Soul Friends compilation album)

We would very much appreciate it if you would let us know if these sales are authorized by the King Estate (or if you would direct our inquiry to the Estate).  We would be happy to discuss the particulars of our case with you as well.

Thank you.

Matthew F. Schwartz
Schwartz & Ponterio, PLLC
134 West 29th Street - Suite 1006
New York, New York 10001
Telephone: (212) 714-1200
Fax: (212) 714-1264
E-Mail: mschwartz@splaw.us