Bridget B. Hirsch, SBN 257015
bridget@bbhirsch.com
7435 N. Figueroa St., No. 412422
Los Angeles, CA 90041
(323) 387-3413

Evan S. Cohen, SBN 119601
esc@manifesto.com
1180 South Beverly Drive. Suite 510
Los Angeles, CA 90035-1157
(310) 556-9800

FILED
CLERK, U.S. DISTRICT COURT
NOV 18 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

Attorneys for Non-Parties
CLEOPATRA RECORDS, INC. and BRIAN PERERA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NORMAN BLAGMAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

APPLE INC., AMAZON.COM, INC., GOOGLE INC., MICROSOFT CORPORATION, EMUSIC.COM INC., THE ORCHARD ENTERPRISES, INC., ORCHARD ENTERPRISES NY, INC., And John Does 1-10, persons and entities whose identities are unknown to Plaintiff but who have performed and participated in the unlawful acts alleged herein,

Defendants.

Case No. CV 13-8496 PSG (PLAx)

DISCOVERY MATTER

NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS

Date:
Time:
Judge:
Courtroom:

Discovery Cutoff Date: TBD
Pretrial Conference Date: TBD
Trial Date: TBD

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that, pursuant to Central District of California Local Civil Rule 83-1.4.1, Non-Parties CLEOPATRA RECORDS, INC. and BRIAN PERERA hereby provide notice of Civil Action No. 1:12-CV-5453 (ALC), filed in the in the United States District Court for the Southern District of New York on July 13, 2012, captioned *Norman Blagman v. Apple Inc., et al* (the "New York Action").

In this action, Non-Parties CLEOPATRA RECORDS, INC. and BRIAN PERERA move this Court pursuant to Federal Rule of Civil Procedure 45 to quash amended subpoenas issued by Plaintiff NORMAN BLAGMAN ("Blagman") on September 20, 2013 in the United States District Court for the Central District of California. The amended subpoenas require a deposition and attendant production of documents on November 20, 2013, which the parties have agreed to defer until a date to be agreed upon in January, 2014. Plaintiff in this action and the New York Action is the same.

In the New York Action, Plaintiff and the Proposed Class are represented by:

| | |
|---|---|
| Oren S. Giskan | Matthew F. Schwartz |
| Jason L. Solotaroff | Brian S. Levenson |
| GISKAN SOLOTAROFF ANDERSON & STEWART LLP | SCHWARTZ & PONTERIO, PLLC |
| 11 Broadway – Suite 2150 | 134 West 29th Street, Suite 1006 |
| New York, NY  10004 | New York, NY  10001 |
| (212) 847-8315 | (212) 714-1200 |

The defendants in the New York Action are represented by:

| | |
|---|---|
| Gail Lees | A. John P. Mancini |
| Gabrielle Levin | Allison Levine Stillman |
| GIBSON, DUNN & CRUTCHER LLP | MAYER BROWN LLP |
| 200 Park Avenue | 1675 Broadway |
| New York, NY  10166 | New York, NY  10019 |
| (212) 351-4000 | (212) 506-2295 |
| Attorneys for Defendant APPLE INC. | Attorneys for GOOGLE INC. |

Kenneth L. Steinthal
Joseph R. Wetzel
Blake Cunningham
KING & SPALDING LLP
101 2nd Street, Suite 2300
San Francisco, CA  94105
(415) 318-1200

1  Attorneys for Defendants
   AMAZON.COM, INC., MICROSOFT
2  CORPORATION, EMUSIC.COM
   INC., THE ORCHARD
3  ENTERPRISES, INC., and ORCHARD
4  ENTERPRISES NY, INC.

5

6  Dated: November 13, 2013          **EVAN S. COHEN**
                                     **BRIDGET B. HIRSCH**
7
8                                    By: _____
                                         Bridget B. Hirsch
9
                                     Attorneys for Non-Parties
10                                   CLEOPATRA RECORDS, INC. and
                                     BRIAN PERERA
11

3

NOTICE OF PENDENCY OF OTHER ACTIONS