# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| NORMAN BLAGMAN | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 2:13-CV-8496-PSG (PLAx) |
| APPLE INC., ET AL | NOTICE TO COUNSEL RE: COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS |
| DEFENDANT(S) | |

TO: COUNSEL OF RECORD and PRO SE LITIGANTS:

Pursuant to Local Rule 3-1 of this court, in all cases where jurisdiction is invoked in whole or in part under 28 U. S. C. Section 1338 (regarding patents, plant variety protection, copyrights and trademarks), counsel shall, at the time of filing of the complaint, provide the Clerk with an original and two (2) copies of the required notice (AO-120) to the Patent and Trademark Office in patent, plant variety protection and trademark matters and / or an original and two (2) copies of the required notice (AO-121) in copyright matters.

[X] Counsel: Please complete the necessary form and electronically file within ten (10) days.

[ ] Pro Se Litigants: Please complete the enclosed form(s) and return to: Clerk, U. S. District Court, ATTN: Civil New Actions, at the following address within ten (10) days:

[ ] 312 N. Spring Street  
Main Floor, Room G-8  
Los Angeles, CA 90012  
Phone: (213)894-2215

[ ] 411 West Fourth St.  
Suite 1053  
Santa Ana, CA 92701-4516  
Phone: (714)338-4750

[ ] 3470 Twelfth Street  
Room 134  
Riverside, CA 92501  
Phone: (951)328-4450

Clerk, U. S. District Court

November 18, 2013  
Date

By MDAVIS  
Deputy Clerk

Note: Please refer to the Court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.