ORIGINAL

1  Bridget B. Hirsch, California Bar No. 257015
   bridget@bbhirsch.com
2  7435 N. Figueroa St., No. 412422
   Los Angeles, CA 90041
3  (323) 387-3413

4  Evan S. Cohen, California Bar No. 119601
   esc@manifesto.com
5  1180 South Beverly Drive. Suite 510
   Los Angeles, CA 90035-1157
6  (310) 556-9800

7  Attorneys for Non-Parties CLEOPATRA RECORDS, INC.
   and BRIAN PERERA
8
   Matthew F. Schwartz
9  SCHWARTZ & PONTERIO, PLLC
   mschwartz@splaw.us
10 134 W. 29th Street
   New York, NY 10001
11 (212) 714-1200

12 Attorneys for Plaintiff NORMAN BLAGMAN
   and the Proposed Class
13

14                    UNITED STATES DISTRICT COURT
15                   CENTRAL DISTRICT OF CALIFORNIA
16

17 | NORMAN BLAGMAN, individually        | Case No. CV13-8496 PSG (PLAx)
   | and on behalf of all others similarly |
18 | situated,                            |
                                          | DISCOVERY MATTER
19 |              Plaintiff,              |
                                          | ~~PROPOSED~~ ORDER GRANTING
20 | v.                                   | JOINT APPLICATION TO FILE
                                          | AND MAINTAIN DOCUMENT
21 | APPLE INC., AMAZON.COM, INC.,        | UNDER SEAL
   | GOOGLE INC., MICROSOFT               | (PLAINTIFF NORMAN
22 | CORPORATION, EMUSIC.COM INC.,        | BLAGMAN'S EXHIBIT M --
   | THE ORCHARD ENTERPRISES,             | DIGITAL MUSIC SERVICE
23 | INC., ORCHARD ENTERPRISES NY,        | AGREEMENT)
   | INC., And John Does 1-10, persons and |
24 | entities whose identities are unknown to | Date:
   | Plaintiff but who have performed and  | Time:
25 | participated in the unlawful acts alleged | Judge:
   | herein,                              | Courtroom:
26 |                                      |
   |              Defendants.             | Discovery Cutoff Date: TBD
                                          | Pretrial Conference Date: TBD
                                          | Trial Date: TBD

LODGED
CLERK, U.S. DISTRICT COURT
28
NOV 18 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

1       On November 18, 2013, pursuant to Local Rule 79.5, Non-Parties CLEOPATRA RECORDS, INC. ("Cleopatra") and BRIAN PERERA ("Perera") (collectively, the "Subpoenaed Non-Parties") and Plaintiff NORMAN BLAGMAN ("Blagman") filed a joint application for an order to file and maintain under seal the Digitial Music Distribution Agreement ("Distribution Agreement") between Cleopatra Records, Inc. ("Cleopatra") and Defendant The Orchard Enterprises Inc. ("Orchard"), Exhibit M to the Compendium of Declarations and Exhibits of Plaintiff Norman Blagman in Opposition to Motion to Quash Subpoenas.

      Based on the concurrently filed application, and good cause appearing for the entry thereof,

      IT IS HEREBY ORDERED that the Distribution Agreement be filed and maintained under seal until further order of this Court.

      IT IS SO ORDERED.

      If denied, the Distribution Agreement and the sealing application shall be returned to counsel for Plaintiff without filing.

Dated: 12/19/13                         By: _____