1  Matthew F. Schwartz
   SCHWARTZ & PONTERIO, PLLC
2  134 West 29th Street – Suite 1006
   New York, NY  10001
3  Telephone: (212) 714-1200
   E-mail: mschwartz@splaw.us
4
5  Attorneys for Plaintiff NORMAN BLAGMAN
   and the Proposed Class
6
7
                    **UNITED STATES DISTRICT COURT**
8
                    **CENTRAL DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| NORMAN BLAGMAN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>APPLE INC., AMAZON.COM, INC., GOOGLE INC., MICROSOFT CORPORATION, EMUSIC.COM INC., THE ORCHARD ENTERPRISES, INC., ORCHARD ENTERPRISES NY, INC., And John Does 1-10, persons and entities whose identities are unknown to Plaintiff but who have performed and participated in the unlawful acts alleged herein,<br><br>                    Defendants. | Case No. 13-cv-8496 (PSG-PLA)<br><br>**DISCOVERY MATTER**<br><br>**REQUEST FOR AN EXTENSION OF TIME TO SEEK ADDITIONAL DISCOVERY FROM NON-PARTIES CLEOPATRA RECORDS, INC. AND BRIAN PERERA AND TO FILE ANY FURTHER MOTION**<br><br>Date:<br>Time:<br>Judge:         Abrams<br>Courtroom:<br><br>Discovery Cutoff Date: TBD<br>Pretrial Conference Date: TBD<br>Trial Date: TBD |

# DECLARATION OF MATTHEW F. SCHWARTZ

MATTHEW F. SCHWARTZ, declares that the following statements are true:

1. I am an attorney duly admitted to practice law in New York. I am one of the attorneys for Plaintiff Norman Blagman and the proposed class in the main action pending in the Southern District of New York. I have been admitted *pro hac vice* for purposes of this proceeding.

2. I respectfully submit this declaration in support of Plaintiff's request for additional time to submit additional discovery requests to non-party witnesses Cleopatra Records, Inc. ("Cleopatra") and its President, Brian Perera ("Perera") and to extend the time to submit any follow up motion that may be required if the parties cannot agree on the scope of the remaining discovery.

## Background

3. In August, Plaintiff subpoenaed Perera and Cleopatra, two non-party witnesses, to testify and produce documents in connection with Plaintiff's class action copyright infringement lawsuit pending in the Southern District of New York.

4. Cleopatra and Perera moved to quash the subpoenas but, on January 6, 2014, the Court denied the motion. (Docket No. 22).

5. In doing so, the Court ordered Cleopatra to produce certain, limited documents, ordered that the deposition be taken by February 11, 2014, and ordered that, "[f]ollowing the deposition(s), plaintiff shall identify for the non-parties, in writing, any additional documents identified in the subpoenas that are relevant to the New York action that plaintiff still seeks. Any dispute as to the production of those documents shall be brought to the Court's attention, by means of a supplemental Joint Stipulation, no later than February 25, 2014." It is this deadline we wish to extend.

6. Although we initially scheduled the deposition for the week of January 20th, we were required to push it back because not all Defendants' attorneys were available to attend. Further, Mr. Perera and his attorney were out of the country and were not available until February 11th.

7. Cleopatra produced documents and Mr. Perera appeared for deposition session on February 11, 2014. We have not yet received the final transcript from the deposition.

8. Based on the document production and deposition testimony, we believe there are a number of areas in which Cleopatra and Perera have not complied with the Court's order and should be required to provide additional discovery.

9. For example, the Court directed Cleopatra to produce contracts and account statements from the five largest suppliers of the music on the 4,250 albums listed on Exhibit D to the Amended Subpoenas. While Cleopatra provided materials relating to five digital music suppliers, our analysis reveals that two of these suppliers did not provide any of the albums listed on Exhibit D, and are therefore completely irrelevant to the case.

10. In addition, Mr. Perera lacked knowledge on a number of important questions concerning Cleopatra's acquisition, licensing, and accounting processes, as well as Cleopatra's process for submitting digital music to the Defendants' online music stores. Perera was unable to provide any information on certain topics but he identified two Cleopatra employees - Paul Morse and Kenneth Tighe - who have knowledge in these areas. Depending on our review of the transcript, we may well seek some additional deposition time with these witnesses.

11. Finally, during the deposition, we sought to determine whether Cleopatra could identify the source of the albums on Exhibit D by using its royalty accounting software to generate sales reports for these albums. Cleopatra's counsel,

however, directed Perera not to answer questions regarding the Cleopatra's royalty accounting software.

12. These are just some of the areas where Cleopatra and Perera have fallen short of providing the discovery called for by the Court's order and the Amended Subpoenas. We have not yet received the final transcript and we would like to have an opportunity to review the transcript before making follow up requests to Cleopatra's counsel so that we can narrow the scope of our follow up requests as much as possible.

13. Today, I requested an extension of time (until February 28, 2014) to submit the follow up discovery requests. I also requested consent to extend the deadline for submitting further motions to the Court until March 21, 2014, in the event the parties cannot agree on the scope of follow up discovery. Cleopatra's counsel declined my request.

**Request for Extension of Time**

14. We therefore respectfully request that the Court endorse the proposed order submitted herewith extending Plaintiff's time to submit written requests for additional discovery, directing the parties to meet and confer regarding the additional discovery requests by March 7, 2014, and, in the event the parties cannot agree on the scope of follow up discovery, extending the deadline for submitting further motions to the Court until March 21, 2014.

I hereby declare under penalty of perjury of the law of the United States that the foregoing statements are true and correct.



_____
Matthew F. Schwartz

Executed this 21st day of February, 2014.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION RE MOTION TO QUASH