1  Bridget B. Hirsch, SBN 257015
   bridget@bbhirsch.com
2  7435 N. Figueroa St., No. 412422
   Los Angeles, CA  90041
3  (323) 387-3413

4  Evan S. Cohen, SBN 119601
   esc@manifesto.com
5  1180 South Beverly Drive. Suite 510
   Los Angeles, CA  90035-1157
6  (310) 556-9800

7  Attorneys for Non-Parties CLEOPATRA RECORDS, INC.
   and BRIAN PERERA

8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN BLAGMAN, individually and on behalf of all others similarly situated, <br><br>       Plaintiff, <br><br> v. <br><br> APPLE INC., AMAZON.COM, INC., GOOGLE INC., MICROSOFT CORPORATION, EMUSIC.COM INC., THE ORCHARD ENTERPRISES, INC., ORCHARD ENTERPRISES NY, INC., And John Does 1-10, persons and entities whose identities are unknown to Plaintiff but who have performed and participated in the unlawful acts alleged herein, <br><br>       Defendants. | Case No. 13-cv-8496 (PSG-PLA) <br><br> **DISCOVERY MATTER** <br><br> [ PROPOSED ]  **ORDER EXTENDING PLAINTIFF'S TIME TO REQUEST ADDITIONAL DISCOVERY FROM NON-PARTIES CLEOPATRA RECORDS, INC. AND BRIAN PERERA  AND SETTING BRIEFING SCHEDULE FOR ANY FURTHER MOTION PRACTICE FOR DISCOVERY** <br><br> Date: <br> Time: <br> Judge:     Paul L. Abrams <br> Courtroom <br><br> Discovery Cutoff Date:  TBD <br> Pretrial Conference Date:  TBD <br> Trial Date:  TBD |

On February 21, 2014, pursuant to Local Rule 79.5, Plaintiff NORMAN BLAGMAN ("Blagman") filed a request for an order extending his time to request additional discovery and setting a revised briefing schedule for any application by

Blagman for further discovery from Non-Parties CLEOPATRA RECORDS, INC. ("Cleopatra") and BRIAN PERERA ("Perera").

Based on the application, and good cause appearing for the entry thereof,

**IT IS HEREBY ORDERED** that

1. Blagman shall identify, in writing, any additional discovery sought from Cleopatra and Perera by February 28, 2014.

2. The parties shall meet and confer regarding the additional requests by March 7, 2014.

3. Any dispute as to the additional discovery requested shall be brought to the Court's attention, by means of a supplemental Joint Stipulation, no later than March 21, 2014. Plaintiff shall serve his portion of the Joint Stipulation on counsel for Cleopatra and Perera no later than March 14, 2014.

IT IS SO ORDERED.

Dated: _____, 2014

_____

1